|   |   |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>CASEY BOOME (NYBN 5101845)<br>LAURA VARTAIN (CABN 285485)<br>Assistant United States Attorneys<br><br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-7200<br>    FAX: (415) 436-7234<br>    Casey.Boome@usdoj.gov<br>    Laura.Vartain@usdoj.gov<br><br>Attorneys for the United States of America | **FILED**<br><br>Mar 05 2024<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LINWEI DING a.k.a. Leon Ding,<br><br>    Defendant. | Case No.  3:24-cr-00141 VC<br><br>MOTION FOR SEALING ORDER<br><br>**UNDER SEAL** |

The United States, by and through its counsel, Assistant United States Attorneys CASEY BOOME and LAURA VARTAIN, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the Indictment, the arrest warrant for the defendant, and all attachments in the above-referenced case regarding the Indictment returned on March 15, 2024. Disclosure of the specified documents might jeopardize defendant Ding's arrest.

Accordingly, the United States requests that the Court seal these documents until March 6, 2024, at 10:30 a.m. PST, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its

MOTION FOR SEALING ORDER
[**UNDER SEAL**]                                                                1

1   discovery obligations, and with the Federal Bureau of Investigation.

2   DATED: March 4, 2024                           Respectfully submitted,

3                                                  ISMAIL J. RAMSEY
                                                   United States Attorney
4

5                                                         /s/
                                                   _____
6                                                  CASEY BOOME
                                                   LAURA VARTAIN
7                                                  Assistant United States Attorneys

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR SEALING ORDER
[**UNDER SEAL**]                                   2