UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br>　　v.<br>LINWEI DING,<br>　　　　Defendant. | Case No.  24-cr-00141-VC-1 (LB)<br>*SEALED*<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

　　The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant.

**IT IS SO ORDERED.**

Dated: March 6, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER FOR RELEASE 24-cr-00141-VC-1