**Pages 1 - 5**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince G. Chhabria, Judge

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
  VS.                        )     NO. 3:24-CR-00141-VC-1
                             )
LINWEI DING,                 )
                             )
          Defendant.         )
_____)
```

San Francisco, California
Wednesday, May 22, 2024

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:
        ISMAIL J. RAMSEY
        United States Attorney
        450 Golden Gate Avenue
        San Francisco, California  94102
  **BY:  CASEY E. BOOME**
        **ASSISTANT UNITED STATES ATTORNEY**

For Defendant:
        GOODWIN PROCTER, LLP
        601 Marshall Street
        Redwood City, CA 94063
  **BY:  GRANT P. FONDO**
        **ATTORNEY AT LAW**

Reported Remotely By:  Stephen W. Franklin, RMR, CRR, CPE
        Official United States Reporter

| | |
|---|---|
| 1 | **Wednesday - May 22, 22**                                          1:04 p.m. |
| 2 | **P R O C E E D I N G S** |
| 3 | ---o0o--- |
| 4 | **THE COURTROOM DEPUTY:** Now calling criminal case |
| 5 | 24-141, USA versus Linwei Ding. Will counsel please state your |
| 6 | appearances for the record starting with the government. |
| 7 | **MR. BOOME:** Good afternoon, Your Honor. Casey Boome |
| 8 | for the United States. |
| 9 | **THE COURT:** Good afternoon. |
| 10 | **MR. FONDO:** Good afternoon, Your Honor. Grant Fondo |
| 11 | for Mr. Ding, who's present and out of custody. |
| 12 | **THE COURT:** Good afternoon. Hello, Mr. Ding. |
| 13 | **THE DEFENDANT:** Hello. |
| 14 | **THE COURT:** Okay. So this is Mr. Ding's initial |
| 15 | appearance here. What -- obviously this is more complicated |
| 16 | than your typical criminal case we get in the federal court. |
| 17 | What's the plan for how to make sure it moves forward? |
| 18 | **MR. BOOME:** Your Honor, Mr. Ding was indicted with |
| 19 | four counts of theft of trade secrets on March 5th of 2024. |
| 20 | The parties agreed to and Judge Beeler approved a protective |
| 21 | order to govern discovery, particularly to assist the parties |
| 22 | in managing the alleged trade secrets in terms of discovery. |
| 23 | **THE COURT:** Great. |
| 24 | **MR. BOOME:** And we put that in place on March 27th, |
| 25 | and the government began rolling productions thereafter. We've |

1   produced I think four tranches of discovery.  There is more to
2   come.  Mr. Fondo and I are engaged in ongoing discussions about
3   continuing to facilitate the timely production of discovery
4   under the protective order.  We have more work to do, and I
5   think our joint proposal is to set the matter for August 28th
6   for a status conference, to exclude time between now and then
7   for effective preparation of counsel, and with the
8   understanding that if our ongoing discussions about a potential
9   resolution to the case are fruitful, that we would reach out to
10  Your Honor and your courtroom deputy and ask to advance the
11  matter before August 28th for a change of plea, if we get
12  there.
13            **THE COURT:**  Okay.  Any further comments?
14            **MR. FONDO:**  No, Your Honor.  That's all correct.
15            **THE COURT:**  Okay.  One comment I'll make at the
16  outset about the protective order issue is that I find that,
17  particularly in criminal cases, the parties seek to over-seal
18  materials.  Right?  They seek to seal materials that shouldn't
19  be sealed.  Or oftentimes there will be a document that has
20  truly confidential information in it and that information
21  should be redacted, but the parties will try to seal the entire
22  document.  Right?
23      And so, and obviously this being a case about trade
24  secrets, it's inevitable that some of the materials are going
25  to be sealed in this case, but I just want to emphasize that

1  you should not be over-sealing stuff.  Just because Google
2  wants something sealed doesn't mean that it should be sealed.
3  These companies tend to want to seal everything, and it's going
4  to be the responsibility of the parties to go through
5  carefully, you know, anything that Google thinks should be
6  sealed or anything that one side thinks should be sealed, to
7  ask yourself really carefully, does this need to be sealed, and
8  are we sealing it in the narrowest way possible.  Because this
9  is -- you know, all of these cases are matters of public
10 concern, and we should not be concealing from the public any
11 more information than we absolutely have to.
12     So although I haven't had a criminal trade secret case
13 yet, in the civil context, in these trade secrets cases the
14 parties tend to really overdo it when it comes to sealing, and
15 in criminal cases generally, the parties tend to overdo it when
16 it comes to sealing.
17     So if you all could keep that in mind going forward, I
18 would appreciate it.
19         **MR. FONDO:**  Yes, Your Honor.
20         **MR. BOOME:**  Understood, Your Honor.
21         **THE COURT:**  Okay.  That having been said, I think
22 given the complexity of the case, it seems appropriate to set
23 the next status conference out a little further than we
24 typically would, and I assume everybody agrees it would be
25 appropriate to exclude time between now and then?

```
1              MR. FONDO:  Yes, Your Honor.  Defense agrees.
2              MR. BOOME:  Yes.
3              THE COURT:  Okay.  That's fine.
4        So time will be excluded until August 28th, and we'll see
5   you then for the next status conference.
6              MR. BOOME:  Thank you.
7              MR. FONDO:  Thank you, Your Honor.
8              THE COURT:  Okay.  Thanks.
9         (Proceedings concluded at 1:08 p.m.)
10                           ---o0o---
11                      CERTIFICATE OF REPORTER
12         I certify that the foregoing is a correct transcript
13   from the record of proceedings in the above-entitled matter.
14
15   DATE:  Thursday, May 30, 2024
16
17
         _____
18
19       Stephen W. Franklin, RMR, CRR, CPE
         Official Reporter, U.S. District Court
20
21
22
23
24
25
```