Your Name: Darryl M. Woo, Esq.
Address: GOODWIN PROCTER LLP
525 Market Street, San Francisco, CA 94105
Phone Number: (415) 733-6000
Email Address: DWoo@goodwinlaw.com
Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ■ San Francisco   ☐ Oakland   ☐ San Jose   ☐ Eureka-McKinleyville

| | |
|---|---|
| USA <br><br> Plaintiff, <br> v. <br> Linwei Ding <br><br> Defendant. | Case No. 3:24-cr-00141-VC-1 <br> [Name] <br><br> **NOTICE OF CHANGE OF** [check box]: <br> ■ **ADDRESS** <br> ☐ **PHONE NUMBER** <br> ☐ **EMAIL** <br><br> Judge: Hon. |

As of [date of change] 12/16/2024,

my contact information has changed [check box and fill in]:

■ Address: 525 Market Street, San Francisco, CA 94105

☐ Phone number:

☐ Email:

Date: 12/18/2024         Signature:
                          Printed Name: Darryl M. Woo
                          Pro Se