GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>          Defendant. | Case No. 3:24-CR-00141-VC<br><br>**NOTICE OF APPEARANCE OF DARRYL M. WOO**<br><br>Courtroom: 4 (17TH Floor)<br>Judge:     Hon. Vince Chhabria |

Pursuant to Criminal Local Rule 44-2(a), Darryl M. Woo of Goodwin Procter LLP, a member of the Bar of this Court, and whose contact information appears below, hereby enters his appearance in the above-captioned matter as counsel of record for defendant LINWEI DING. Copies of all pleadings, discovery, correspondence, orders and other materials entered in this matter should be directed to:

>DARRYL M. WOO (SBN 100513)
>DWoo@goodwinlaw.com
>GOODWIN PROCTER LLP
>525 Market Street, Floor 32
>San Francisco, CA 94105
>Tel.: +1 415 733 6000
>Fax: +1 415 677 9041

Respectfully submitted,

Dated: March 4, 2025

By: */s/ Darryl M. Woo*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
LINWEI DING

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **March 4, 2025**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **March 4, 2025**.

                                                                */s/ Darryl M. Woo*
                                                                DARRYL M. WOO