| | |
|---|---|
| PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>CASEY BOOME (NYBN 5101845)<br>MOLLY K. PRIEDEMAN (CABN 302096)<br>Assistant United States Attorneys<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6627<br>casey.boome@usdoj.gov<br>molly.priedeman@usdoj.gov<br><br>STEPHEN MARZEN (NYBN 2007094)<br>YIFEI ZHENG (NYBN 5424957)<br>Trial Attorneys, National Security Division<br><br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br>Telephone: (202) 616-1051<br>stephen.marzen@usdoj.gov<br>yifei.zheng@usdoj.gov<br><br>Attorneys for United States of America | GRANT P. FONDO (SBN 181530)<br>*GFondo@goodwinlaw.com*<br>FARZAD FEYZI (SBN 343538)<br>*FFeyzi@goodwinlaw.com*<br>NIRAV BHARDWAJ (SBN 350829)<br>*NBhardwaj@goodwinlaw.com*<br>**GOODWIN PROCTER llp**<br>601 Marshall Street<br>Redwood City, CA 94063<br>Tel: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>DARRYL M. WOO (SBN 100513)<br>*DWoo@goodwinlaw.com*<br>JESSICA HUANG FUZELLIER (SBN 315208)<br>*JHFuzellier@goodwinlaw.com*<br>DAVID RAPP-KIRSHNER (SBN 344494)<br>*DRappKirshner@goodwinlaw.com*<br>**GOODWIN PROCTER llp**<br>525 Market Street, Floor 32<br>San Francisco, CA 94105<br>Tel.: +1 415 733 6000<br>Fax: +1 415 677 9041<br><br>Attorneys for Defendant LINWEI DING |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINWEI DING,<br><br>　　　　　Defendant. | Case No.  3:24-CR-00141-VC<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED REQUEST TO MODIFY HEARING DATE** |

[~~Proposed~~] Order Modifying Hearing Date
Case No. 3:24-cr-00141-VC

**[PROPOSED] ORDER**

Upon consideration of the the parties' concurrently-filed Joint Stipulated Request to Modify Hearing Date and for good cause, it is hereby ORDERED that the hearing on Defendant Linwei Ding's Motion to Dismiss (Dkt. 63) shall be rescheduled from Tuesday, April 1, 2025 to Tuesday, April 8, 2025 at   1:00   pm.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   March 25, 2025                         _____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Vince Chhabria
　　　　　　　　　　　　　　　　　　　　　　United States District Judge