# EXHIBIT A

GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
FARZAD FEYZI (SBN 343538)
FFeyzi@goodwinlaw.com
NIRAV BHARDWAJ (SBN 350829)
NBhardwaj@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
DWoo@goodwinlaw.com
JESSICA HUANG FUZELLIER (SBN 315208)
JHFuzellier@goodwinlaw.com
DAVID RAPP-KIRSHNER (SBN 344494)
DRappKirshner@goodwinlaw.com
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LINWEI DING,<br><br>          Defendant. | Case No. 3:24-CR-00141-VC<br><br>**LINWEI DING'S MANUAL FILING NOTIFICATION RE NOTICE OF LODGING OF PHYSICAL EXHIBIT IN SUPPORT OF MOTION TO SUPPRESS**<br><br>Date:        April 30, 2025<br>Time:       1:00 pm<br>Courtroom: 4 (17th Floor)<br>Judge:      Hon. Vince Chhabria<br>               450 Golden Gate Avenue<br>               San Francisco, CA 94102 |

**MANUAL FILING NOTIFICATION**

Regarding:

- USB containing Attachment 1 to Linwei Ding's Notice of Lodging of Physical Exhibit in Support of Motion to Suppress.[1]

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For more information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.us.courts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

____   Voluminous Document (PDF file size larger than efiling system allowances)

____   Physical Object (description): _____

  X    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

____   Item Under Seal

____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

____   Other (description): _____

GOODWIN PROCTER LLP

Dated: April 7, 2025

By: /s/ *Grant P. Fondo*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*

---

[1] For the Court's convenience, in addition to a copy of the full audio recording ("US-0075053") Defendant includes on the USB drive several excerpts, spliced from the full audio recording, that Defendant cites to in his Motion.

| | |
|---|---|
| 1 | DAVID RAPP-KIRSHNER (SBN 344494) |
| 2 | *DRappKirshner@goodwinlaw.com* |
|   | NIRAV BHARDWAJ (SBN 350829) |
| 3 | *NBhardwaj@goodwinlaw.com* |
|   | **GOODWIN PROCTER LLP** |
| 4 | Attorneys for Defendant |
|   | LINWEI DING |

3