# EXHIBIT B

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry: 01/19/2024

A search warrant, signed by the Honorable Lisa J. Cisneros, United States Magistrate Judge, United States District Court (USDC) for the Northern District of California (NDCA), on Friday evening, January 5, 2024 at approximately 9:16 pm Pacific Standard Time (PST)(reference USDC-NDCA Case Number 3:24-mj-70016 LJC), was executed at 38910 Dandelion Place, Newark, California 94560 on Saturday morning, January 6, 2024 at approximately 6:00 am PST. The following personnel conducted the search of 38910 Dandelion Place and the vehicles covered in the warrant [Title Name (Initials)(Agency)(Position)]:

Special Agent (SA) Kevin Caranna (KC)(FBI)(Entry Team Leader)

SA Christopher T. Monika (CTM)(FBI)(Search Team Leader)

SA Sam Chen (SC)(FBI)(Interview - Search)

SA Gregory Toole (GT)(FBI)(Interview - Search)

SA Le T. Nguyen (LTN)(FBI)(Digital Extraction Technician (DExT))

SA Erin Perfidio (EP)(FBI)(Photographer)

SA Matthew Ban (MB)(FBI)(Photo Logger)

SA Cassandra Abbot (CA)(FBI)(Sketcher)

SA Anthony Quinones (AQ)(FBI)(Search)

SA Catlyn Ocon (CO)(FBI)(Search)

SA Claire Duffy (CD)(FBI)(Search)

SA Jeremy Purchase (JP)(FBI)(Search)

SA Samantha J. Schein (SJS)(FBI)(Search)

SA Christopher C. Pollock (CCP)(FBI)(Search - Medic)

---

Investigation on 01/06/2024 at Newark, California, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Date drafted 01/08/2024

by MONIKA CHRISTOPHER T, Kevin Caranna

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U) Search of 38910 Dandelion Place, Newark, California ,On 01/06/2024 ,Page 2 of 6

SA Andrea Valladao (FBI)(Search - Case Agent)

Task Force Officer (TFO) Kevin Weekes (KW)(Santa Clara County Sheriff's Office (SCCSO))(Search)

Forensic Accountant (FOA) Gregory Reyes (FBI)(Evidence Custodian)

Staff Operations Specialist (SOS) Klaira Beaudet (FBI)(Search)

At approximately 6:00 am PST, Agents knocked and announced their presence and authority to search the three-story townhouse at 38910 Dandelion Place. A marked Fremont Police Department (PD) parked on the street and visible from the residence turned on its police lights as Agents were making the knock and announce. Agents waited a period of time without observing any apparent response from the occupants of the townhouse. Agents breached the front door with a ram and entered the townhouse. As Agents were clearing the main living area on the second floor of the townhouse they encountered Linwei Ding as he was descending the stairs from the third floor. Agents temporarily detained Linwei Ding for officer safety and called down his wife Wang Xu who was also on the third floor. As Agents were removing Linwei Ding and Wang Xu from the residence, they learned that the couple's five-year son was still on the third floor. Agents found the child in his bedroom on the third floor and escorted him out of the townhouse where they reunited him with his parents. Agents retrieved footwear, clothing and blankets for Linwei Ding, Wang Xu and their child to don while waiting outside for Agents to clear the residence. Agents did not handcuff Linwei Ding, Wang Xu or their child during this time.

Agents completed the clear of the residence at approximately 6:15 am PST. SA Perfidio started taking entry photos at approximately 6:30 am PST. She photographed the child's bedroom on the third floor first (see Room A on sketch) so that other Agents could search the room. Agents then escorted Wang Xu and her son to the room where they remained with an observer for the remainder of the search. Agents allowed Wang Xu under escort to retrieve snacks and drinks for herself and her child from the kitchen on the second floor (see Room D) several times during the search and granted them access to the bathroom as needed.

SA Chen and SA Toole interviewed Linwei Ding who had agreed to speak with the Agents in an FBI vehicle parked on Pandera Terrace adjoining the common ground in front of the building were the townhouse was located. Linwei Ding remained with the Agents in the vehicle for most of the search. Agents brought Linwei Ding back to the residence during this time so that he could

use the bathroom on the second floor (see Room F on sketch) after Agents had searched the room. Agents escorted Linwei Ding back into the residence and allowed him to join his wife and son in their child's bedroom on the third floor (see Room A) during the final phases of the search.

SA Abbot prepared a sketches of the three-story townhouse. The first floor was a small landing with steps leading to the main living area on the second floor and a door opening to a short flight of steps leading to the garage whose door was on the back on the building (see Room G on the sketch). The second floor of the townhouse has a large open room with a kitchen, dining space and living room (see Room D). A small balcony was accessible from this room. The other rooms on the second floor included a bathroom and hall closet (see Room F) and an office with a closet (see Room E). The third floor of the townhouse had a master bedroom suite with an attached bathroom and walk-in closet (see Room C) and a bedroom with an attached bathroom and walk-in closet (see Room A). The third floor landing had a storage alcove with shelves and the townhouse's washer and dryer (see Room B). The BMW X7 bearing California license plate (CALP) 9GOF261 was parked in the garage of the townhouse (see Room G), while the BMW X1 bearing CALP 7JPE967 was parked on Pandera Terrace approximately half a block from the townhouse.

Agents began searching the townhouse at approximately 6:40 am PST. DExT SA Nguyen set up a station in the main room on the second floor (see Room D on sketch) to screen electronic devices and media found during the search. DExT SA Nguyen was preparing a separate FD-302 to document the screening results and his other activities on scene. Linwei Ding and Wang Xu provided passcodes for the electronic devices found during the search and otherwise assisted Agents access the devices (see comments section of Evidence Collected Item Log)(the information was also written on notes submitted with the items in the evidence bags). Wang Xu requested and was allowed to review the warrant and its attachments before she provided her passcodes and assisted Agents screen her son's electronic devices. Wang Xu was concerned about agents seizing her laptop computer since she used it for work; however, she was unable to provide a clear description of the computer or its location on the second floor. Wang Xu was not a native English speaker and she appeared to have difficulties at times understanding Agents during the search. After consulting with the Case Agents, DExT SA Nguyen imaged the cell phone of Wang Xu (see Item #3 on Evidence Item Collected Log) on scene, so that Agents could leave the phone with Wang Xu upon the conclusion of the search. DExT SA Nguyen screened, but did not image, a phone previously used by Wang Xu (see Item #4) and the Apple iPad Tablet the couple's son used for his lessons (see Item #6). At the direction of the Case Agents, Agents did

not seize these three items.

Pursuant to the warrant and its attachments, Agents searched the townhouse and two BMWs. They seized the following items (see Evidence Collected Item Log for full descriptions of the items and locations where they were found):

Item #1: Huawei Tablet White, Serial Number (S/N) WRU6R20509002196, Passcode "N" sketched on number pad

Item #2: Apple iPhone 12, S/N F18DK8YT0DXY, Passcode "6253" (NOTE: This item was Linwei Ding's phone)

Item #5: Google Nest White with Power Cord

Item #7: Black Thinkpad Laptop, S/N PF-OZBFVM 18/01, Passcode "860926111"

Item #8: Black PNY 8G Thumb Drive

Item #9: Six USB Thumb Drives and Two SD Cards in Plastic Bag

Item #10: Black SeaGate 250GB Hard Drive, S/N NA02AV29

Item #11: Black Toshiba Hard Drive 4G, S/N Y452SP7HS64A

Item #12: Gray My Passport Slim Hard Drive, S/N WXH1E93CEYM4

Item #13: Silver Pocket Hard Disk

Item #14: Black My Book Hard Drive, S/N 2YHDSESD

Item #15: Five Spiral Notebooks and One Yellow Notepad

Item #16: Silver MacBook Pro Model A2485, S/N WNPVP4HJ5X, User Name "APPLE", Password "apple" (lower case)

Item #17: Yellow My Passport Hard Drive, S/N WXA1A4705LNR

Item #18: People's Republic of China (PRC) Passport for Linwei Ding, Passport Number EE5669483

Item #19: Black Leather Notebook

Item #20: Resume and Business Documents

Item #21: MacBook Pro Model A1278, S/N C17FXW4GDH2G

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ▬ Search of 38910 Dandelion Place, Newark, California , On 01/06/2024 , Page 5 of 6

Item #22: MacBook Pro Model A1990, S/N C02YC1PRJGH5

Item #23: HP Pavilion Laptop, S/N 5CD842CWQX

Item #24: San Disk Ultra 32GB, S/N B052YVAX51QA

After consulting with the Assistant United States Attorney (AUSA), Agents did not seize Lingwei Ding's Lawful Permanent Resident (LPR) Card that was found in a plastic bag with his PRC passport on the desk in the office on the second floor (see Room E on sketch) since it was deemed to be outside the scope of the warrant.

At approximately 10:25 am PST, SA Perfidio began taking exit photos.

At approximately 11:10 am PST, SA Monika reviewed the FD-597 Receipt for Property with Linwei Ding and showed him the items Agents were seizing. Linwei Ding asked where several items had been found and expressed concern about Agents seizing Item #22, a MacBook Pro laptop computer found in the closet outside the bathroom on the second floor (see Room F on sketch). Linwei Ding claimed that the computer was not his and that he did not recognize it. The computer had a sticker on its back with a bar code bearing the number "3499174". Linwei Ding signed the FD-597 Receipt for Property.

Prior to Agents releasing the search location, Linwei Ding and Wang Xu asked about the repair of the door damaged by the ram during entry. SA Monika instructed them to contact Natalie Gore at ▬ ▬ in the San Francisco Division Legal Unit and provided them a piece of paper with her name and phone number written on it. Linwei Ding and Wang Xu were worried about securing the door since the door frame and jamb around the bolt and lock had been damaged. Agents provided them general key words they could search with Wang Xu's cell phone to find someone to help with securing the door.

Agents left a copy of the warrant, its attachments and the FD-597 Receipt for Property with Linwei Ding.

At approximately 11:30 am PST, Agents completed the search and released the search location 38910 Dandelion Place back to Linwei Ding and Wang Xu. Agents departed the townhouse complex at this time. SA Monika transported the items seized to the San Jose Resident Agency (SJRA), 1919 S. Bascom Avenue, Campbell, California 95008 where he secured them for temporary storage on the fifth floor in a locked and alarmed workspace. SA Monika signed over custody of Items #2, 7, 8, 9, 10, 11, 12, 13, 14, 17, 21, 23 and

Continuation of FD-302 of  Search of 38910 Dandelion Place, Newark, California  , On 01/06/2024 , Page 6 of 6

24 to DExT SA Kurt Pelusi later that afternoon so he could start imaging them at the Palo Alto Resident Agency (PARA).

On Saturday afternoon, January 6, 2024, SA Monika emailed Case Agents and the AUSA a scanned copy of the search warrant and its attachments with the completed return.

On Monday, January 8, 2024, SA Monika provided the SJRA Evidence Control Room (ECR) the Evidence Item Collected Log and checked in Items #1, 5, 15, 16, 18, 19, 21 and 22. The United States Attorney's Office (USAO) for the NDCA filed the search warrant, attachments and return with the Clerk of the USDC-NDCA.

Attached as a digital 1A to this communication were the following documents: Filed Search Warrant, Attachments and Return (11 pp), Administrative Worksheet (3 pp), Photo Log (3 pp), Evidence Collected Item Log (3 pp), FD-597 Receipt for Property Seized (1 p), Sketches (4 pp), Sign-In Log (1 p), Photo Log Cover Sheet (1 p) and Room Labels (7 pp). Originals of the aforementioned as well as the following materials have been submitted via FD-340 (1A) envelope to the case file: Search Photo DVD (Original and 3 Copies), Submitted Search Warrant, Attachments and Return (11 pp)(Note: The documents submitted to the USAO-NDCA did not have a USDC-NDCA case since the search warrant had not been filed with the USDC-NDCA when the search was conducted), and FD-597 Carbon Copy (1 p).