# EXHIBIT C

FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/26/2024

On January 6, 2024, a Federal Search Warrant, signed by Honorable Lisa Cisneros on January 5, 2024, was executed and after the premises were cleared, Linwei DING (DING) agreed to be interviewed by the Agents. DING was interviewed in an FBI vehicle parked outside of his residence, 38910 Dandelion Place, Newark, CA 94560, by Special Agent (SA) Samuel Chen and SA Gregory Toole. The interviewing Agents explained to DING that he was not in custody or under arrest and that the interview was voluntary. DING understood and provided the following information:

[Agent Note: The following is a summary of the recorded interview of DING. The purpose of the summary is to aid in the management of the investigation. It is not a full, verbatim account of the information voluntarily provided by DING during the interview. Inferences should not be made based upon the inclusion/exclusion of information in/from this summary. The recording of this interview was entered into evidence as item 1D1.]

DING graduated from Dalian University in China. DING received his Master's in Electrical Engineering from USC in 2012. He was an intern at West Health Institute, which was affiliated with UC San Diego. DING also worked at Marvell, Cadence Design Systems, and Illuvatar prior to joining Google. DING had been working at Google for the past five years.

DING was informed via phone that his last day was January 5. DING stated he originally had planned to resign. On January 4, Google employees came to pick up his laptop and work phone.

DING stated he told some colleagues he was "hesitating" on the decision to resign. Due to the change in work culture and job security, DING had been thinking of creating a start-up, related to his current work.

At Google, DING worked on infrastructure and projects with anthropic customers, similar to Open AI. The projects were confidential, and some were used by "Deep Mind". Microsoft was a main competitor.

Investigation on  01/06/2024  at  Newark, California, United States (In Person)

File #                                                             Date drafted  01/12/2024

by  CHEN SAMUEL, TOOLE GREGORY DANIEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of  Interview of DING Linwei | 01/06/2024  , On 01/06/2024 , Page 2 of 6

DING had been careful when he discussed his work with people outside of Google, often utilizing "fake information."  DING received many trainings on handling confidential information, approximately an hour long test every six months.  DING acknowledged that he understood the principles of how to handle Google information.  DING confirmed he was not allowed to transfer files outside of Google, speak about projects, or transfer data with removable storage devices.

DING stated that he followed all regulations, but he kept notes for himself.  DING stated that he was not a spy, and only kept notes for his understanding.  DING stated that all engineers kept notes, and that he kept notes to help him remember.  DING used the online drive that Google owned.

In DING's notes, he stated most of his notes were typed up.  Occasionally, he copied and pasted overview information.  He stated that he did not download the notes.  DING understood that it would not be okay for him to provide these notes outside of Google or expose the information publicly.  DING was not allowed to expose project names, but he did not change the project names on his notes.

Previously, there was an incident where DING was warned by Google for downloading documents related to his work experience and projects on his profile.  DING stated he intended to download it for his own record, and it was a mistake on his part.

DING stated that sometimes he worked offline, so he downloaded files to his work laptop in word or pdf format.  He stated he had his notes on his personal account, but did not download files on his personal laptop.

When asked about his most recent visit to China, DING initially could not remember when it was or what he did.  He then stated that he was in China for two weeks, and was planning a start-up company.  He had not obtained funding for his start-up company yet, but recently registered the company in China.

When he visited China, he often toured multiple locations.  DING's mother could not obtain a visa to the US, so he travelled back to China to visit her.

From December 2022 to March 2023, DING was at a company in Beijing called RONGSHU.  RONGSHU was a tech company that worked to preserve information, calling itself the Federation of Privacy Preserve.  DING's friend, Yuan YE (YE), was the founder of the company and a board member.  DING stated he was a consultant and wanted to experience the company.  DING was in China during

this time and would go in the RONGSHU office about once a week. RONGSHU was not a real competitor of Google. RONGSHU had under 50 employees. DING's title was CTO, but he claimed he did not do any work for the company and did not receive pay. DING stated he did not give any information to RONGSHU. DING would bring his Google-issued laptop to the RONGSHU office and connect to the company WiFi. During this time period, DING would also visit Google's office in Beijing.

After DING returned to the US in March 2023, he stopped being the CTO at RONGSHU. DING was still employed at Google when he was the CTO of RONGSHU. YE had asked DING to participate in a government-hosted tournament, which DING declined because he was still working for Google. DING believed that YE listed DING as the CTO in order to help raise funds for the company. DING had not tried raising funds for his startup in the US.

DING stated he never submitted his resignation, but that he only "talked to my manager about my hesitation". According to DING, his manager would support his decision if he chose to resign.

DING stated that since it was okay to look for another job while working for Google, he believed it was okay to raise funds for his start-up company.

In his notes, DING sometimes copied and pasted parts of the overview and took screenshots of diagrams. DING stated he "never copy and pasted the whole file." When asked if he had notes on projects that he did not work on, DING stated he tried to learn other things because he was curious. He stated that as an engineer, he would try to understand all the cross-functions and that Google promoted the idea of learning other things and keeping the access open.

DING understood that he should not copy the whole file, and that the guidelines made him "uncomfortable to get the whole document." DING would read documents and then digest and put it into his own words, which would be brief. He initially used Google notes, but later on he used the Apple Notes application on his Macbook. When asked if DING downloaded the notes onto his personal computer, he was unsure.

DING stated he had an unused Macbook that Google had issued because it had been mistakenly delivered to his neighbor. DING had reported it to Google, and they sent him a second laptop.

DING's personal Google drive was associated with dingyong198608@gmail.com. DING's phone number was 213-793-1074. DING also had another email address, linweidin@gmail.com, which he had no specific

intention with.  DING's work email was leonding@google.com, and he was issued a Pixel 6 for his work phone and a Macbook for his laptop.

DING stated that Google did not tell him why his employment ended and that he was not interviewed by Google prior to his termination.

When asked if DING every let anyone else use his badge, he replied, "No."

DING did not always tell Google when he travelled to China.  His badge worked globally at all Google locations.  DING stated that he told his management he had travelled to China in November 2023, but he could not remember if he told them for short trips lasting 1 to 2 weeks.

When asked if Google was concerned about his IP in China, DING stated that his manager got notified that he was in China, and DING explained that he was in China.  This was for the recent trip to China in November 2023.

DING stated that when he saved his notes, he used a general title, and not the same name as the documents he was taking notes from.

[Agent Note: At this time, a document was shown to DING, which was a list of eight file names and will be referenced as Document 1.  The document will be maintained in the 1A portion of the file.)

When told that the file names were the same, he stated he did not intend to do that and he could not remember.  He stated that every note file was what he typed up individually and not direct files copied.  DING took notes almost every day.  He took notes in Apple Notes, exported it as a pdf, and then uploaded it to his personal Google Drive.  Nobody else had access to his Google Drive.

DING stated he did not upload or download files when he was in China because he's cautious.  DING stated he had about 20-30 files of his notes, with no more than 50.

DING was advised that it was a crime to lie to federal agents, to which he responded he was being truthful.  He stated if there were 600 files, it conflicted with his memory.  DING stated that he could pull up his Google Drive on his cell phone and count the files in front of the interviewing Agents.

Continuation of FD-302 of 01/06/2024   Interview of DING Linwei |   , On 01/06/2024   , Page 5 of 6

(Agent Note: At this time, a download list with multiple pages was shown to DING, which will be referenced as Document 2.  The document will be maintained in the 1A portion of the file.)

   DING  stated he did not delete the files from his personal Google Drive because they were his working experience, and it was important snippets for him to understand.

   When asked if Google had asked DING to delete any files related to Google, DING stated that Google didn't want him to keep files, but he wasn't sure if it was okay to keep his notes.  He stated he had to keep the notes for his career.

   DING acknowledged that Google would be concerned about anything in the notes that had the term "Google Confidential."


[Agent Note: At this time, DING requested to enter the residence for a bathroom and water break.  Upon returning to the vehicle, DING requested interviewing Agents to drive away from the residence.  SA Chen drove the vehicle and parked near the intersection of Pandorea Terrace and Thimbleberry Place.]


   According to DING, his upcoming flight to China on January 7, 2023 was to raise funds for his startup.  He stated he had no scheduled meetings with investors at the time, but considering visiting Shanghai.

   RONGSHU knew DING was working for Google at the time he was working at their office and held the title of CFO.  DING stated he did not give information to anyone in the US or China.

   DING never told Google or his manager that he kept his own notes.  DING transferred his notes to his personal Google drive because he did not want to lose the information if Google took his corporate laptop away.  DING wanted to keep the knowledge for himself.

   Sometimes when DING was taking notes, he would take screenshots that may have had the "Google Confidential" tag, but DING did not pay attention.

   DING stated he only took notes for his career and he did not plan to do anything with it.  DING stated he did not think about the fact that his startup would be a competitor to Google.  DING stated that it was not

Continuation of FD-302 of  Interview of DING Linwei | 01/06/2024 , On 01/06/2024 , Page 6 of 6

possible to copy what Google does because it would be impossible to duplicate how Google interacts with other components of the company.

DING stated that it was hard to differentiate what was confidential or not. He stated that he would gradually ignore it because he was too focused on all the technology.

(Agent Note: At this time, two documents were shown to DING, which were related to patent CN 116108413 B and will together be referenced as Document 3. The document will be maintained in the 1A portion of the file.)

DING stated that RONGSHU had used his name to file a patent, but he did not do any work. He stated that the patent was fake, and there was no real substance or technology behind it. If RONGSHU had patents filed, it could help them obtain funding. RONGSHU asked DING if they could put his name on the patent and he agreed.

DING stated that none of his coworkers at Google were part of his new startup company.

According to DING, Google had changed the policy requirement that employees had to badge in physically three times a week. DING stated he was aware that his IP would show that he was in China. DING gave his badge to his coworkers and asked them to scan in on his behalf. If DING was in China, he could obtain a temporary badge at the Google office.

DING stated he was not trying to hide that he was in China, but trying to follow the group policy by having his coworkers badge in for him. DING was concerned he may be laid off if he did not satisfy the badging requirement.