UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>LINWEI DING,<br><br>        Defendant. | Case No. 24-cr-00141-VC-1<br><br>**ORDER GRANTING IN PART, DENYING IN PART MOTION TO SEAL**<br><br>Re: Dkt. No. 81 |

      The motion to seal at Dkt. No. 81 is granted as to the attached search warrant applications. But the motion is denied as to the briefing for the motion to suppress. There is not good cause to seal information previously revealed in the indictment, and the page length of the affidavit submitted with the search warrant application is not confidential information. Nor is there good cause to seal information about the events that occurred during the execution of the search warrant. The unsealed, unredacted Motion to Suppress should be refiled within one week of the date of this order.

      **IT IS SO ORDERED.**

Dated: April 28, 2025

                                                        VINCE CHHABRIA<br>
                                                        United States District Judge