| | |
|---|---|
| CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>CASEY BOOME (NYBN 5101845)<br>MOLLY K. PRIEDEMAN (CABN 302096)<br>Assistant United States Attorneys<br><br>  450 Golden Gate Avenue, Box 36055<br>  San Francisco, California 94102-3495<br>  Telephone: (415) 436-6627<br>  casey.boome@usdoj.gov<br>  molly.priedeman@usdoj.gov<br><br>Attorneys for United States of America | GRANT P. FONDO (SBN 181530)<br>*GFondo@goodwinlaw.com*<br>FARZAD FEYZI (SBN 343538)<br>*FFeyzi@goodwinlaw.com*<br>NIRAV BHARDWAJ (SBN 350829)<br>*NBhardwaj@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>601 Marshall Street<br>Redwood City, CA 94063<br>Tel: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>DARRYL M. WOO (SBN 100513)<br>*DWoo@goodwinlaw.com*<br>JESSICA HUANG FUZELLIER (SBN 315208)<br>*JHFuzellier@goodwinlaw.com*<br>DAVID RAPP-KIRSHNER (SBN 344494)<br>*DRappKirshner@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>525 Market Street, Floor 32<br>San Francisco, CA 94105<br>Tel.: +1 415 733 6000<br>Fax: +1 415 677 9041<br><br>Attorneys for Defendant Linwei Ding |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LINWEI DING,<br><br>  Defendant. | Case No. 3:24-CR-00141-VC<br><br>~~PROPOSED~~ ORDER GRANTING JOINT STIPULATION TO MODIFY DEADLINES AND SET PRETRIAL SCHEDULE |

~~PROPOSED~~ ORDER GRANTING JOINT STIPULATION TO MODIFY DEADLINES AND SET PRETRIAL SCHEDULE
Case No. 3:24-CR-00141-VC

The parties Joint Stipulation to Modify Deadlines and Set Pretrial Schedule is **GRANTED**. The Court sets the following pretrial schedule:

| EVENT | DATE |
|---|---|
| Notification of Need for Interpreter for Trial | August 25, 2025 |
| Expert Disclosures | August 26, 2025<br>(28 days before pretrial conference) |
| Supplemental Jury Questionnaire Questions;<br>Objections to Jury Questionnaire;<br>Exhibit Lists;<br>Witness Lists | September 2, 2025<br>(21 days before pretrial conference) |
| Discovery Cut-Off;<br>Pretrial Statement;<br>Motions in *Limine*;<br>*Daubert* Motions;<br>Arrangement of Daily Transcript or RealTime Reporting | September 9, 2025<br>(14 days before pretrial conference) |
| Contact Courtroom Deputy Regarding Courtroom Layout and Technology | September 15, 2025 |
| Jury Instructions;<br>Verdict Form;<br>Proposed Description of the Case;<br>Individuals Involved List;<br>Oppositions to Motions in *Limine*;<br>Oppositions to *Daubert* Motions | September 16, 2025<br>(7 days before pretrial conference) |

| Deliver Original and Copy Trial Exhibit Sets, List of Names, Places, Uncommon Terms and Acronyms | September 18, 2025 (5 days before pretrial conference) |
| --- | --- |
| Pretrial Conference | September 23, 2025 at 1:00 p.m. |
| Jury Selection | October 10, 2025 at 10:00 a.m. |
| First Day of Trial | October 14, 2025 at 9:30 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 6, 2025

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

2
~~PROPOSED~~ ORDER GRANTING JOINT STIPULATION TO MODIFY DEADLINES AND SET PRETRIAL SCHEDULE
Case No. 3:24-CR-00141-VC