CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 24-00141-VC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULE** |
| v. | |
| LINWEI DING, | |
| Defendant. | |

    Counsel for the United States and counsel for the Defendant LINWEI DING hereby stipulate and agree as follows:

    On August 1, 2025, the parties filed a joint stipulation to set a pretrial schedule in the above-captioned case. Dkt. 113. On August 6, 2025, the Court granted the joint stipulation and set a pretrial schedule. Dkt. 114.

    The parties' proposed pretrial schedule currently directs the parties to contact the Courtroom Deputy Regarding Courtroom Layout and Technology on September 15, 2025 (29 days before trial) and to deliver original and copy trial exhibit sets, list of names, places, uncommon terms and acronyms on September 18, 2025 (26 days before trial). The current pretrial schedule also directs the parties to

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULE
CASE NO. CR 24-00141-VC

1  arrange for daily transcripts or real-time reporting on September 9, 2025 (35 days prior to trial).

2  The Court's standing order states that the parties should contact the Courtroom Deputy
3  Regarding Courtroom Layout and Technology 10 days before trial and deliver original and copy trial
4  exhibit sets, list of names, places, uncommon terms and acronyms 5 days before trial. The Court's
5  standing order also states that the parties should arrange for daily transcripts or real-time reporting 14
6  days before trial. The parties have met and conferred and have agreed to adjust the above-described
7  deadlines to be consistent with the Court's standing order as set forth below:

| EVENT | DATE |
|---|---|
| Arrangement of Daily Transcript or RealTime Reporting | September 30, 2025 (14 days before trial) |
| Contact Courtroom Deputy Regarding Courtroom Layout and Technology | October 3, 2025 (11 days before trial) |
| Deliver Original and Copy Trial Exhibit Sets, List of Names, Places, Uncommon Terms and Acronyms | October 9, 2025 (5 days before trial) |

**IT IS SO STIPULATED.**

DATED: September 2, 2025

CRAIG MISSAKIAN
United States Attorney

/s/
CASEY BOOME
MOLLY K. PRIEDEMAN
Assistant United States Attorneys


DATED: September 2, 2025                           /s/
GRANT FONDO
DARRYL M. WOO
FARZAD FEYZI
NIRAV BHARDWAJ
JESSICA HUANG FUZELLIER
DAVID RAPP-KIRSHNER
Counsel for Defendant Linwei Ding

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PRETRIAL SCHEDULE
CASE NO. CR 24-00141-VC

# [~~PROPOSED~~] ORDER

The parties Joint Stipulation to Modify the Pretrial Schedule is **GRANTED**. The Court modifies the pretrial deadlines as set forth below:

| EVENT | DATE |
|---|---|
| Arrangement of Daily Transcript or RealTime Reporting | September 30, 2025 (14 days before trial date) |
| Contact Courtroom Deputy Regarding Courtroom Layout and Technology | October 3, 2025 (11 days before trial) |
| Deliver Original and Copy Trial Exhibit Sets, List of Names, Places, Uncommon Terms and Acronyms | October 9, 2025 (5 days before trial) |

IT IS SO ORDERED.

DATED:  September 2, 2025

HON. VINCE CHHABRIA
United States District Judge