CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00141-VC |
| Plaintiff, | **UNITED STATES' WITNESS LIST** |
| v. | The Honorable Vince Chhabria<br>Courtroom 4, 17th Floor |
| LINWEI DING, | **Trial Date:** October 14, 2025 |
| Defendant. | **Pretrial Conf.:** September 23, 2025 |

    Pursuant to the Court's Stipulated Pretrial Order (Dkt. 114), the United States hereby submits this list of witnesses that may be called to testify during the government's case-in-chief during the trial in the above-captioned matter. The government respectfully reserves the right to amend this list prior to and during trial, as necessary, and to disclose additional witnesses consistent with the Federal Rules of Criminal Procedure. Stipulations regarding authenticity may obviate the need to call certain witnesses.

//

//

1. Heather Adkins
2. Pete Anderson
3. Gary Brown
4. Gabriel Cabral
5. Prashant Chandra
6. Samuel Chong
7. Andy Crain
8. Yihua Ding
9. Brad Fuller
10. Alireza Ghaffarkhah
11. Michael Isard
12. Ravi Kavuri
13. Matt Linton
14. Mark Lohmeyer
15. FBI Special Agent Christopher Monika
16. Le Nguyen
17. FBI Special Agent Christopher Pollock
18. FBI Special Agent Kurt Pelusi
19. FBI Special Agent Erin Perfidio
20. FBI Special Agent Jeremy Purchase
21. Yuqing Ren
22. Daniel Sanchez
23. FBI Special Agent Samantha Schein
24. Adam Segal
25. Michael Sinno
26. Adam Smith
27. Matthew Spiro
28. FBI Special Agent Anthony Quinones

**29.** FBI Forensic Accountant Gregory Reyes

**30.** FBI Special Agent Gregory Toole

**31.** Arianna Tortorici

**32.** FBI Special Agent Andrea Valladao

**33.** Phil Venables

**34.** Custodians of Record at Google

DATED: September 2, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


/s/
MOLLY K. PRIEDEMAN
CASEY BOOME
Assistant United States Attorneys