# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] COMPLAINT   [ ] INFORMATION   [X] INDICTMENT   [X] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

Counts 1-7: 18 U.S.C. § 1832(a)(1), (2), & (3) - Theft of Trade Secrets

Counts 8-14: 18 U.S.C. § 1831(a) - Economic Espionage

[ ] Petty   [ ] Minor   [ ] Misdemeanor   [X] Felony

PENALTY:
18 U.S.C. § 1832(a)(1), (2), & (3): 10 years imprisonment, $250,000 fine, $100 special assessment, 3 years supervised release

18 U.S.C. § 1831(a): 15 years imprisonment, $250,000 fine, $100 special assessment, 3 years supervised release

**DEFENDANT - U.S**

Linwei Ding

**DISTRICT COURT NUMBER**
24-cr-00141 VC

FILED
Sep 09 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   [ ] U.S. ATTORNEY    [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
[X] U.S. Attorney   [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Molly Priedeman, Casey Boome

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) [ ] Is a Fugitive
3) [X] Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction   [ ] Federal [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No   If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
[ ] SUMMONS   [X] NO PROCESS*   [ ] WARRANT    Bail Amount: _____

If Summons, complete following:
[ ] Arraignment   [ ] Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments: