# Exhibit A

# Chongqing Liangjiang New Area Administrative Committee Documents

Chongqing Liangjiang Management Notice [2023] No. 23

## Chongqing Liangjiang New Area Management Committee

## Issued the "Notice on Multiple Measures (Trial) on Supporting Mingyue Lake in Building a Global Digital Technology Innovation Highland Led by the Next Generation Internet"

All state-owned enterprises, sub-district offices, departments of the Commission, district agencies, and directly affiliated institutions:

The "Multiple Measures (Trial) on Supporting Mingyue Lake in Building a Global Digital Technology Innovation Highland Led by the Next Generation Internet" is now issued to you. Please implement it conscientiously.

(Seal: Chongqing Liangjiang New Area Management Committee)

Chongqing Liangjiang New Area Management Committee
August 23, 2023

(This document is released publicly)

-1-

AML-0000081

# Multiple Measures (for Trial Implementation) on Supporting Mingyue Lake in Building a Global Digital Technology Innovation Center Led by the Next Generation Internet

Digital technology is the forerunner of the world's scientific and technological revolution and industrial transformation. It is the key force supporting the digital economy to reorganize global factor resources, reshape the global economic structure, and change the global competitive landscape. The next generation Internet is an important part of the intelligent comprehensive digital information infrastructure that is high-speed, ubiquitous, integrated with the earth and the sky, integrated with cloud and network, smart and agile, green and low-carbon, safe and controllable. It is the core area of digital technology innovation and the key basic support for the deep integration of the digital economy and the real economy. It will profoundly change the social life of human beings and change the world. The measures are formulated to implement the Outline of the Construction Plan for the Chengdu-Chongqing Economic Circle, accelerate the creation of a digital technology industry ecosystem led by the next generation Internet, effectively play a supporting and driving role in the construction of a national technology innovation center in the Chengdu-Chongqing region, accelerate the construction of the core carrier of the National Digital Economy Innovation Development Pilot Zone and the Satellite Internet Industrial Park, and build Mingyue Lake (Liangjiang Collaborative Innovation Zone) into an important national technology innovation and collaborative innovation demonstration zone and a digital technology innovation highland with global influence.

**Ⅰ.  Accelerate the innovation and agglomeration development of digital technology industries led by the next generation of the Internet**

(1)  Vigorously develop the general artificial intelligence industry. Support innovation entities to carry out cutting-edge basic theoretical research on artificial intelligence mathematical mechanisms, intelligent control and decision-making, human-computer collaboration, group intelligence, brain-like computing, quantum intelligent computing, etc., and promote theoretical innovation of general artificial intelligence technology. In the technical fields of natural language processing, computer vision, multimodal perception, etc., we will increase the research on core algorithms, and develop artificial intelligence development frameworks, algorithm libraries, and tool sets for cloud training and terminal execution. We will encourage core innovative enterprises in generative artificial intelligence to develop pre-trained models for the fields of intelligent connected vehicles, e-commerce, scientific research, and education and medical care, etc., and promote the training, reasoning and industrialization of large models in the industry by integrating industry know-how with training data sets. We will accelerate the implementation of artificial intelligence technologies and products and promote the integrated development of general artificial intelligence such as general intelligent bodies, embodied intelligence, and brain-like intelligence with new materials, biomedicine, digital content and other industries.

(2) Promote the agglomeration and innovation of the web3 industry. Focus on the new network characteristics of web3 co-construction, co-governance, and shared value, introduce and cultivate innovative market entities, develop a web3 open economic system based on digital identity and digital assets, and create an ecosystem covering digital identification, distributed ledgers, smart contracts, token issuance, trading platforms, and standard protocols. Build a digital asset market based on web3 and promote the formation of innovative application forms with clear rights, open and transparent transactions, and fair and reasonable distribution of benefits. Explore web3 open source community projects, promote community-based governance mechanisms, and form a new model of compliant "DID + NFT + DAO + industry application" integrated application. Organize the Chongqing-Hong Kong web3 Innovation Competition to promote the gathering of innovative teams in the fields of digital trust and digital rights, and carry out typical application pilots in the fields of financial technology, content creation, social entertainment, etc. Accelerate the IPv6 transformation of network infrastructure, promote the integration and development of innovative technologies such as "1Pv6 +" with vertical industries such as government affairs, transportation, and manufacturing, etc., and strive to create a national-level "'1PV6+' Innovation City".

-2-

(3)    Innovate and develop a pan-intelligent industry with software and hardware collaboration. Aiming at the upgrading of information consumption and the application needs of various industries, accelerate the introduction of a number of innovative and entrepreneurial entities or project teams, improve the technical capabilities of core chips and key components, deploy basic software and industry software, and build a pan-intelligent industry cluster with software and hardware collaboration represented by new smart home terminals, smart wearable terminals, smart robots, and virtual reality interactive terminals. Introduce a number of innovative entities in the fields of new smart home terminals and smart wearable terminals, and vigorously develop smart products such as smart speakers, smart kitchen appliances, smart door locks, aging-friendly smart wearable devices, and medical-grade wearable devices. Focusing on the technical innovations of ultra-high-definition wide-field near-eye display, high-performance rendering computing, multi-sensor fusion perception interaction, high-speed and low-latency wireless transmission, comprehensively improve terminal power consumption, mobile portability, computing power and other indicators, and promote the agglomeration and innovative application of virtual reality industry. Accelerate the breakthrough of key technologies such as lightweight whole machine, visual enhancement, force perception, flexible control, and self-learning, etc, promote innovations in robot system design, modularization and flexible reconstruction, and cloud-edge-end integration, etc., improve the comprehensive performance of key components such as reducers, servo drive systems, controllers, sensors, and accelerate the development of humanoid robots and collaborative robots.

(4)    Accelerate the upgrading of the satellite Internet industry. Relying on China Star Network to strengthen the collaborative innovation between industry, academia, and research, we will build a number of innovation platforms such as enterprise technology centers, key laboratories, technology innovation centers, and high-end research and development institutions. Focusing on building an application product system, we will promote the development of satellite Internet ground service interface standards, application standards, and the integration of satellite communication, navigation and remote data, and the integrated application of space, air, and land data, and form a complete satellite Internet industry ecology and operation service system. Strengthen the sharing and use of satellite Internet and Beidou navigation system resources, break through key technologies such as combined navigation, fast and high-precision positioning, and multi-source heterogeneous computing, promote the integrated application of satellite positioning and ground mobile base station positioning, and realize indoor and outdoor integrated navigation positioning and high-precision navigation services. Facing key industries such as intelligent connected vehicles, energy and electricity, transportation and logistics, promote cross-industry integration and innovation, and drive the innovative development of the "satellite +" industry ecosystem; promote the application and demonstration of satellite Internet in urban management, ecological environment, disaster prevention and mitigation, public safety, and medical health, and create a pilot area for satellite Internet applications.

(5) Accelerate the introduction and cultivation of financial technology innovation entities. Based on the construction of the western financial center and the implementation of the "Smart Financing, Benefits, and Smoothness" project, encourage local financial organizations such as micro loans, financing guarantees, commercial factoring, and financial leasing to actively connect with digital technology resources and enhance digital business capabilities. Financial institutions are encouraged to cooperate with Internet platforms, industry leaders, and industrial chain ecological enterprises, build intelligent information systems, credit assessment and risk management systems based on the application of enterprise production and operation data, pilot innovative supply chain financial service models, and explore the use of data blockchain to support intellectual property mortgages and pledge financing guarantees. Focusing on the application of digital technology in financial fields such as identity recognition and anti-fraud, investment consulting, asset management, insurance pricing, credit and risk management, accelerate the development of a number of new licensed financial institutions with Internet characteristics, introduce and cultivate a number of high-growth enterprises in the field of financial technology, build a mechanism for cultivating, incubating and improving financial technology enterprises, and promote the development of industrial ecology clusters.

-3-

(6)  Cultivate and expand new models and new formats. Accelerate the cultivation of new formats and models of digital content such as cloud games, cloud live broadcasts, and immersive theaters, promote the application and innovation of new technologies such as digital twins, real-time rendering, 3D modeling, and holographic projection, accelerate the gathering of upstream and downstream enterprises such as content creativity, production, and content dissemination, and promote the large-scale development of the industry. Support enterprises to apply technologies such as artificial intelligence, extended reality, and digital humans, conduct intelligent upgrades to marketing links such as customer data insights and advertising placement, create immersive experiential marketing scenarios, and optimize customer service experience. Focus on the Internet celebrity economy, live broadcast e-commerce, digital content, and other directions, increase support for scene demonstrations and the introduction of Internet celebrities, and accelerate the gathering of innovative enterprises.

### II.  Fully open digital technology application scenarios

(7)  Promote the widespread application of digital technology in the field of urban governance. Accelerate the application of technologies such as large models, interaction and control, and multi-dimensional perception system fusion processing in public safety, public management and other fields, realize the unified perception, correlation analysis and situation prediction of the underlying business of smart cities, and improve the level of agile and scientific governance of cities. Empower urban governance with virtual reality technology, digital twin technology, and artificial intelligence technology, provide digital means of decision-making assistance for policy evaluation, public opinion monitoring, risk warning, emergency response and other fields, and improve urban governance decision-making, and emergency response capabilities. Rely on human-machine collaboration, intelligent perception, digital human and other technologies to improve the property service experience of the community and create a model of future international communities.

(8) Promote the in-depth application of digital technology in the field of government affairs. Focusing on government affairs consultation, policy services, administrative approval, government affairs handling and other work, comprehensively utilize big models for government affairs, natural language processing, RPA, blockchain, and other technologies to promote the optimization of government affairs service systems and citizen service hotlines and process reengineering, create typical applications such as intelligent policy Q&A, accurate information push, intelligent event distribution, intelligent decision-making assistance, and intelligent data matching, create "second-to-second approval" and "certificate-free" application scenarios, and effectively improve the government-citizen interaction experience and government service level.

(9)  Promote the integration and application of digital technology in the field of culture and tourism. Use virtual augmented reality, 4K/8K, and drones, etc. other technologies in theme parks, characteristic blocks, tourist attractions, etc. to create immersive digital consumer products, cultural and tourism IP, as well as cultural and creative products, and explore the creation of digital cultural and artistic asset creation, distribution and circulation application scenarios based on cultural and tourism IP. Explore the opening of surrounding tourism scenes such as Mingyue Lake, Liangjiang International Film and Television City, and Longxing Football Stadium, etc., and use metaverse, virtual reality, and other technologies to create a series of products such as future scenic spots, future hotels, future cultural and museum venues, and future communities, and build a digital virtual environment and an open cultural and tourism ecology.

(10)  Promote the demonstration and application of digital technology in the field of intelligent networking. Exert the advantages of the national-level Internet of Vehicles pilot zone in the fields of autonomous driving, intelligent networking, smart transportation, etc., explore the test environment of L3 and above autonomous driving through the "open + closed + simulation" three-in-one test application scenario, and take the lead in creating an open space application scenario from single-vehicle intelligence to vehicle-road-cloud collaboration in the country. Focusing on a number of intelligent application demonstration scenarios such as high-precision maps, virtual simulation, autonomous parking, unmanned sanitation, unmanned shuttle, and smart public transportation, build

-4-

an intelligent networked vehicle industry system and application ecology with Chongqing characteristics.

(11)  Explore innovative applications of digital technology in scientific research. Sufficiently exert the function of digital infrastructure such as artificial intelligence computing power sharing service platforms, accelerate the integration and innovation of scientific research in blockchain, artificial intelligence, metaverse and intelligent connected vehicles, new materials, life and health, and space information, build interdisciplinary public service platforms, annotate basic research data sets, build advanced algorithm models, develop reasoning knowledge engines, and build visual simulation computing platforms. Promote new energy power systems and light special engines, high-end proton exchange membranes, graphene two-dimensional materials, humanized gene editing, space laser communications and other fields to strengthen joint technical research with digital technology innovation entities and shorten product and technology research and experimental cycles.

### III. Accelerate the construction of digital infrastructure represented by computing power network

(12) Strengthen the coordinated supply of computing power resources. Accelerate the implementation of the "Mingyue Lake $\pi$ · computing power matrix" action, unify and coordinate the city's computing power and network resources, explore the construction of a provincial new Internet exchange center, create a computing power direct connection network, build a cross-cloud and cross-network computing power dispatching platform in the city, and promote regional computing power aggregation and interconnection. Through the combination of independent construction and resource leasing, build an artificial intelligence public computing power sharing service platform, provide a free computing power resource pool of no less than 500PFLOPS for the innovative entities of small and medium-sized enterprises in Mingyue Lake, and create an integrated computing power supply system with on-demand matching, dynamic deployment, ultra-low latency, and time-sharing billing.

(13)  Promote the integration and application of public data elements. Relying on the city's public data authorization operation mechanism, explore the use of sandbox technology, build a "training warehouse" for the integration of public data and market-oriented data through public data zones or data push models in accordance with the principle of "original data does not leave the domain and data is available but not visible", promote government and enterprise data based on data labels, data features, and feature libraries, support enterprises and scientific research institutions to jointly promote industry data standard research, carry out big data joint analysis applications and model algorithm training and reasoning, and improve the value level of data elements.

(14)  Build an AI big model evaluation and public service platform. Accelerate the research on standard methods for multimodal and multidimensional basic model evaluation, develop a multidimensional basic model evaluation tool set, and build an AI big model verification and evaluation sub-platform for the generality, efficiency, robustness, and security of AI big models to provide automatically adaptive evaluation services for innovation entities to carry out innovative applications of industrial big models. Build a big model public technology service platform, promote the co-construction and sharing of infrastructure such as industry knowledge graphs, industry data sets, and AI accelerators based on enterprise needs, open up full-chain tools covering big model fine-tuning, model compression, and provide enterprises with public services such as model hosting, trial, feedback, and updates, etc.

### IV.  Innovate inclusive and prudent regulatory systems and provide authoritative, convenient and compliance assurance services

(15)  Carry out digital financial risk assessment services. Build a digital financial risk prevention laboratory in the Chengdu-Chongqing area, link up with the Internet Information Office, financial supervision and other departments, focus on content supervision, privacy protection, identity trust, asset confirmation and other aspects, use blockchain, privacy computing, quantum

-5-

AML-0000085

encryption and other technologies, explore the joint construction of a provincial blockchain regulatory platform, and strengthen the exploration of regulatory mechanisms and models. Create a digital asset circulation service platform. Relying on the "regulatory sandbox" technology, provide public opinion analysis, risk monitoring and early warning, blockchain security audit, platform compliance review, on-chain behavior supervision and other services for enterprises focusing on the web3 field in the aspects of registration, custody, evaluation, issuance, and circulation of digital assets in the virtual world, and vigorously promote the gathering of emerging digital technology industries such as digital assets, metaverse, and digital humans in Mingyue Lake.

(16) Carry out App compliance testing services. Focusing on the actual needs of enterprise product development, pilot construction of App technology testing sub-platforms will be carried out to provide enterprises with services such as personal information protection inspection, SDK application service monitoring, product listing review, and algorithm ethics review, to help enterprises solve problems such as App's illegal collection of personal information, excessive rights requests, frequent harassment, and infringement of user rights, and to enhance App operation management, behavior management, and risk warning capabilities, so as to create a safe and compliant development environment for Internet companies to carry out business innovation.

(17) Carry out public data element security services. Allow local enterprises in Mingyue Lake area to use public data in the form of models, verification, and other products and services, relying on the public data authorization and open platform, on the premise of protecting personal privacy and ensuring public safety. Explore the business needs of specific scenarios, rely on the "training warehouse" that integrates public data and market-oriented data, deeply integrate and analyze data, form a batch of standardized and reusable algorithms and models, and develop new models and new formats such as data-driven product development, simulation optimization, predictive maintenance, and precision management.

(18) Explore convenient cross-border data flow. Strive to establish a data outbound security assessment sub-center, strengthen data outbound security assessment services, and provide services such as data outbound declaration, risk self-assessment, personal information protection impact assessment, and standard contract filing, etc. for enterprises to improve security assessment efficiency. Build a cross-border data flow supervision and security monitoring platform, explore the use of the "regulatory sandbox" mechanism to carry out international cooperation on cross-border data protection, promote data security, compliance, and convenient cross-border circulation, promote the export of digital products, and support the construction of international digital service export bases.

(19) Carry out satellite Internet terminal network access testing and certification services. Focusing on the network access certification needs of terminal modules in satellite communication, navigation, and remote sensing, we will connect with the national competent authorities to introduce and implement the satellite Internet terminal network access certification center, and provide one-stop network access testing and certification services to enterprises for satellite Internet product research and development, network operation, and integrated application, etc., driving the gathering of upstream and downstream enterprises in the industry chain of satellite Internet chip modules, core components, terminal hardware, operation services, etc.

(20) Establish an inclusive, prudent, fault-tolerant, and error-correcting mechanism. For new models, new formats, and platform economy market entities, a fault-tolerant and error-correcting mechanism shall be established, provided that the prohibitive provisions of national laws and regulations and local regulations are not violated. No administrative penalty shall be imposed on the first violation with minor harmful consequences and timely correction, or if the party concerned has sufficient evidence to prove that there is no subjective fault. Establish a corporate compliance exemption list, formulate industry compliance guidelines, encourage market entities to innovate boldly, and explore the scope of the list. If the first non-compliance caused by innovation is rectified within a limited time, no penalty shall be imposed in accordance with the law. For new models and new formats, a creatively inclusive, prudent, fault-tolerant, and error-correcting mechanism shall be

-6-

AML-0000086

established to provide a more relaxed and inclusive development environment for enterprises to promote model innovation and business innovation, and to promote the accelerated implementation of relevant market entities.

### V. Strengthening measures to ensure the elements of industrial development

(21)  Build a global high-end innovation resource gathering place. Focus on enhancing the supporting and driving role of technological innovation resources, unblocking the chain of technological achievements transformation, building an ecological system of integrated resources through universities, scientific research institutions, enterprises, etc., aiming at the goals of introducing high-level talents and building major scientific research platforms, giving rewards such as personal contribution and development contribution to innovation entities, and supporting innovation entities to carry out R&D innovation and build dual innovation carriers, so as to realize the space carrier guarantee for the landing of high-end innovation resources in Mingyue Lake, and promote the gathering and development of global innovation and entrepreneurship resources in Mingyue Lake.

(22)  Create new advantages for the development of future technology industries. Adhere to the dual-wheel drive of introduction and cultivation, focus on introducing a number of leading R&D, data-driven platform-based, and headquarters-based institutions such as financial technology, entertainment and media, focus on incubating and cultivating a number of new technology market entities such as web3 and general artificial intelligence, and support the development of a number of leading industry integration and innovation enterprises such as intelligent networked new energy vehicles, smart terminals, and advanced materials. Encourage innovation entities to carry out technology transfer and transformation, application scenario verification, and integration into the industrial ecosystem in Mingyue Lake, build a Mingyue Lake fund system covering the entire process of enterprise growth, provide innovation entities with loan interest subsidy support and investment financing support, and provide listing rewards to companies that successfully issue stocks for the first time on domestic and foreign stock exchanges and are listed on the New Third Board. Make every effort to promote the agglomeration and integration of large, medium, and small digital technology companies.

(23)  Create an international business environment and a future international community. We will strive to build a number of supporting living facilities with international standards and elements, and provide high-end medical insurance, children's schooling, spouse relocation, entry convenience, and other support for the newly introduced overseas "high-tech and scarce" talents who are innovating and starting businesses in Mingyue Lake; build international talent apartments, and ensure the housing of talents through "rental and purchase subsidies" and other forms; build a 10-minute living circle, and provide certain rental and transportation subsidies to employees of innovative entities settled in Mingyue Lake; we encourage high-quality, new formats of international commercial facilities to gather in Mingyue Lake, support Mingyuehui to open and operate in full, and provide subsidies to newly introduced and registered commercial enterprises that operate in local Mingyue Lake area and fill the gaps according to their contribution to the area. We strive to create a new image of an international business environment and a new benchmark for future international communities.

(24)  Grant Mingyue Lake greater autonomy for reform. Encourage new R&D institutions to operate in a market-oriented mechanism and focus on supporting the introduction and cultivation of innovative entities through the modes including direct investment,  a combination of grants and investments,  and team holding, etc. Establish the Mingyue Lake Technology Innovation Center to provide professional service support for new R&D institutions to screen and cultivate innovative entities. Support Mingyue Lake to take the lead in the exploration and trial and make it a "Experimental Field" for reform and innovation in the city and even the whole country.

Chongqing Liangjiang New Area Administrative Committee Office    Issued on August 24, 2023

-7-

# 重庆两江新区管理委员会文件

渝两江管发〔2023〕23 号

## 重庆两江新区管理委员会
## 印发《关于支持明月湖打造以下一代互联网为引领的全球数字科技创新高地若干措施（试行）》的通知

各国有企业，各街道办事处，委机关各部门，各驻区机构，各直属事业单位：

现将《关于支持明月湖打造以下一代互联网为引领的全球数字科技创新高地若干措施（试行）》印发给你们，请认真贯彻实施。

重庆两江新区管理委员会
2023 年 8 月 23 日

（此件公开发布）

— 1 —

US-0145452

# 关于支持明月湖打造以下一代互联网为引领的全球数字科技创新高地若干措施（试行）

　　数字科技是世界科技革命和产业变革的先机，是支撑数字经济重组全球要素资源、重塑全球经济结构、改变全球竞争格局的关键力量。下一代互联网是高速泛在、天地一体、云网融合、智能敏捷、绿色低碳、安全可控智能化综合性数字信息基础设施的重要组成部分，是数字科技创新的核心领域，是数字经济和实体经济深度融合的关键基础支撑，将深刻改变人类社会生活、改变世界。为贯彻成渝地区双城经济圈建设规划纲要，加快打造以下一代互联网为引领的数字科技产业生态，有效发挥对成渝地区建设全国科技创新中心的支撑带动作用，加速建设国家数字经济创新发展试验区核心承载体暨卫星互联网产业园，将明月湖（两江协同创新区）打造成为全国重要的科技创新和协同创新示范区、具有全球影响力的数字科技创新高地，特制定本措施。

　　**一、加快推动以下一代互联网为引领的数字科技产业创新与集聚发展**

　　（一）**大力发展通用人工智能产业。**支持创新主体开展人工智能数学机理、智能控制与决策、人机协同、群体智能、类脑计算、量子智能计算等前沿基础理论研究，推动通用人工智能技术理论创新。面向自然语言处理、计算机视觉、多模态感知等技术领域，加大核心算法研究，研发面向云端训练和终端执行的人工

— 2 —

US-0145453

智能开发框架、算法库、工具集。鼓励生成式人工智能核心创新企业，面向智能网联汽车、电子商务、科学研究、教育医疗等领域，开发预训练模型，通过融合行业 Know How 与训练数据集，推动行业大模型训练推理与产业化。加快人工智能技术与产品落地，推动通用智能体、具身智能、类脑智能等通用人工智能与新材料、生物医药、数字内容等产业融合发展。

（二）推动 web3 产业集聚与创新。聚焦 web3 共建共治共享价值的新型网络特征，引进培育创新市场主体，发展基于数字身份和数字资产的 web3 开放经济系统，打造涵盖数字标识、分布式账本、智能合约、通证发行、交易平台、标准协议的生态体系。构建基于 web3 的数字资产市场，推动形成权利明确、公开透明交易、利益公平合理分配的创新应用形态。探索 web3 开源社区项目，推动基于社区的治理机制，形成合规的"DID+NFT+DAO+行业应用"融合应用新模式。举办重庆—香港 web3 创新大赛，推动数字信任、数字权益等领域创新团队集聚，开展面向金融科技、内容创作、社交娱乐等领域的典型应用试点。加快网络基础设施 IPv6 改造，推动"IPv6+"等创新技术与政务、交通、制造等垂直行业融合发展，争创国家级"'IPv6+'创新之城"。

（三）创新发展软硬协同的泛智能产业。面向信息消费升级和各行业领域应用需求，加快引进一批创新创业主体或项目团队，提升核心芯片、关键部件等技术能力，布局基础软件和行业软件，构建以新型智能家居终端、智能穿戴终端、智能机器人、虚拟现

— 3 —

US-0145454

实交互终端为代表的软硬协同泛智能产业集群。引进一批新型智能家居终端、智能穿戴终端领域创新主体，大力发展智能音箱、智能厨电、智能门锁、适老化智能穿戴设备、医疗级穿戴设备等智能产品。着眼超高清广视场近眼显示、高性能渲染计算、多传感融合感知交互、高速低时延无线传输等技术创新，综合提升终端功耗、移动便携性、计算能力等指标，推动虚拟现实产业集聚与创新应用。加快突破整机轻量化、视觉增强、力感知、柔顺控制、自学习等关键技术，推动机器人系统设计、模块化与灵活重构、云边端融合等创新，提升减速器、伺服驱动系统、控制器、传感器等关键零部件综合性能，加快发展人形机器人、协作机器人。

（四）加速卫星互联网产业能级提升。依托中国星网强化产学研协同创新，布局建设一批企业技术中心、重点实验室、技术创新中心、高端研发机构等创新平台。围绕构建应用产品体系，推动卫星互联网地面服务接口标准、应用标准研制与卫星通导遥数据融合与空天地数据一体化应用研究，形成完备的卫星互联网产业生态与运营服务体系。加强卫星互联网与北斗导航系统资源共享共用，突破组合导航、快速高精度定位、多源异构计算等关键技术，推动卫星定位与地面移动基站定位融合应用，实现室内外一体化导航定位与高精度导航服务。面向智能网联汽车、能源电力、交通物流等重点行业，推动跨行业融合创新，带动"卫星+"行业生态创新发展；推动卫星互联网在城市管理、生态环境、

— 4 —

US-0145455

防灾减灾、公共安全以及医疗健康等领域应用示范，打造卫星互联网应用先导区。

（五）加快引育金融科技创新主体。立足西部金融中心建设与"智融惠畅"工程实施，鼓励小额贷款、融资担保、商业保理、融资租赁等地方金融组织积极对接数字科技资源，提升数字化经营能力。鼓励金融机构与互联网平台、行业龙头企业、产业链生态企业合作，基于企业生产经营数据应用，构建智能化的信息系统、信用评估和风险管理体系，试点创新供应链金融服务模式，探索以数据区块链存证支撑知识产权抵押、质押融资担保。围绕数字科技技术在身份识别与反欺诈、投资顾问、资管理财、保险定价、信用与风险管理等金融领域应用，加快发展一批具备互联网特性的新型持牌金融机构，引进培育一批在金融科技领域具有高成长性的企业，构建金融科技企业培育、孵化与提升机制，推动产业生态集聚发展。

（六）培育壮大新模式新业态。加快培育云游戏、云直播、沉浸式剧场等数字内容新业态新模式，推动数字孪生、实时渲染、3D 建模、全息投影等新技术应用创新，加速集聚内容创意、生产制作、内容传播等上下游企业，促进产业规模化发展。支持企业应用人工智能、扩展现实、数字人等技术，对客户数据洞察、广告投放等营销环节进行智能化升级，打造沉浸体验式营销场景，优化客户服务体验。聚焦网红经济、直播电商、数字内容等方向，加大场景示范、网红大咖引进支持，加速创新企业集聚。

US-0145456

## 二、全面开放数字科技应用场景

（七）推动数字科技在城市治理领域广泛应用。加快大模型、交互与控制、多维感知系统融合处理等技术在公共安全、公共管理等领域应用，实现智慧城市底层业务的统一感知、关联分析和态势预测，提升城市敏捷治理、科学治理水平。利用虚拟现实技术与数字孪生技术、人工智能技术赋能城市治理，为政策评估、舆情监控、风险预警、应急处置等领域提供决策辅助数字化手段，提升城市治理决策、应急处置能力。依托人机协同、智能感知、数字人等技术提升小区物业服务体验，打造未来国际社区样板。

（八）推动数字科技在政务领域深度应用。围绕政务咨询、政策服务、行政审批、政务办理等工作，综合利用政务大模型、自然语言处理、RPA、区块链等技术，推动政务服务系统、市民服务热线功能优化和流程再造，打造政策智能问答、信息精准推送、事件智能分拨、智能辅助决策、数据智能匹配等典型应用，打造"秒办、秒批""免证办"应用场景，有效提升政民互动体验和政务服务水平。

（九）推动数字科技在文旅领域融合应用。在主题公园、特色街区、旅游景区等运用虚拟增强现实、4K/8K、无人机等技术打造沉浸式数字消费产品、文旅 IP 及文创产品，探索打造以文旅 IP 为主的数字文化艺术资产创造、分配与流通应用场景。探索开放明月湖、两江国际影视城、龙兴足球场等周边旅游场景，利用元宇宙、虚拟现实等技术打造未来景区、未来酒店、未来文博场

— 6 —

US-0145457

馆、未来社区等系列产品，构建数字虚拟环境、开放式文旅生态。

（十）推动数字科技在智能网联领域示范应用。发挥国家级车联网先导区在自动驾驶、智能网联、智慧交通等领域先行先试优势，通过"开放+封闭+仿真"三位一体测试应用场景，探索具备 L3 及以上等级自动驾驶测试环境，在全国率先打造由单车智能转向车路云协同的开放空间应用场景。围绕高精度地图、虚拟仿真、自主泊车、无人环卫、无人接驳、智能公交等一批智能化应用示范场景，构建具有重庆特色的智能网联汽车产业体系和应用生态。

（十一）探索数字科技在科学研究领域创新应用。充分发挥人工智能算力共享服务平台等数字基础设施作用，加快推动区块链、人工智能、元宇宙与智能网联汽车、新材料、生命健康、空天信息等科学研究融合创新发展，建设交叉学科公共服务平台，标注基础研究数据集、构建先进算法模型、开发推理能力知识引擎、搭建可视化模拟运算平台，推进新能源动力系统与轻型特种发动机、高端质子交换膜、石墨烯二维材料、人源化基因编辑、空间激光通信等领域加强与数字科技创新主体开展联合技术攻关，缩短产品和技术科研实验周期。

**三、加快构建以算力网络为代表的数字基础设施**

（十二）强化算力资源统筹供给。加快实施"明月湖$\pi$·算力矩阵"行动，统一协调全市算力与网络资源，探索建设省级新型互联网交换中心，打造算力直连网络，建设本市跨云跨网算力

— 7 —

US-0145458

调度平台，推动区域算力归集与互联互通。通过自主建设与资源租赁结合，构建人工智能公共算力共享服务平台，面向明月湖中小企业创新主体提供不低于 500PFLOPS 免费算力资源池，打造按需匹配、动态部署、超低时延、分时计费的一体化算力供给体系。

（十三）推动公共数据要素融合应用。依托全市公共数据授权运营机制，探索利用沙盒技术，通过公共数据专区或数据推送模式，按照"原始数据不出域、数据可用不可见"原则，建设公共数据与市场化数据融合"训练仓"，推动政企数据基于数据标签、数据特征、特征库，支持企业与科研机构联合推动行业数据标准研究，开展大数据联合分析应用与模型算法训练、推理，提高数据要素价值化水平。

（十四）搭建人工智能大模型评测与公共服务平台。加快多模态多维度基础模型评测标准方法研究，开发多维度基础模型评测工具集，面向人工智能大模型通用性、高效性、鲁棒性、安全性等方面，搭建人工智能大模型验证评测分平台，为创新主体开展行业大模型创新应用提供自动适配的评测服务。建设大模型公共技术服务平台，围绕企业需求推动行业知识图谱、行业数据集、人工智能加速器等基础设施共建共享，开放覆盖大模型微调、模型压缩等全链条工具，为企业提供模型托管、试用、反馈、更新等公共服务。

**四、创新包容审慎监管制度，提供权威便捷合规保障服务**

US-0145459

（十五）开展数字金融风险评估服务。建设成渝地区数字金融风险防范实验室，联动网信、金融监管等部门，聚焦内容监管、隐私保护、身份可信、资产确权等方面，利用区块链、隐私计算、量子加密等技术，探索联合建设省级区块链监管平台，加强监管机制和监管模式探索。打造数字资产流通服务平台，依托"监管沙盒"技术，面向 web3 领域为企业在虚拟世界数字资产登记、托管、评估、发行与流通等环节，提供舆情态势分析、风险监测预警、区块链安全审计、平台合规审查、链上行为监管等服务，大力促进数字资产、元宇宙、数字人等新兴数字科技产业向明月湖集聚。

（十六）开展 App 合规检测服务。围绕企业产品开发实际需求，试点建设 App 技术检测分平台，为企业提供个人信息保护检查、SDK 应用服务监测、产品上架审核、算法伦理审查等服务，帮助企业解决 App 违规收集个人信息、过度索权、频繁骚扰、侵害用户权益等问题，提升 App 运行管理、行为管理和风险预警能力，为互联网企业开展业务创新营造安全合规的发展环境。

（十七）开展公共数据要素保障服务。允许明月湖本地企业在保护个人隐私和确保公共安全前提下，依托公共数据授权开放平台，以模型、核验等产品和服务形式使用公共数据。探索围绕特定场景业务需求，依托公共数据与市场化数据融合"训练仓"，对数据进行深度融合、分析加工，形成一批标准化、可复用的算法、模型，发展数据驱动的产品研发、仿真优化、预测性维护、

— 9 —

US-0145460

精准管理等新模式新业态。

（十八）探索数据跨境便利流动。争取设立数据出境安全评估分中心，强化数据出境安全评估宣贯，面向企业开展数据出境申报、风险自评估、个人信息保护影响评价和标准合同备案等服务，提高安全评估效率。建设跨境数据流动监管与安全监测平台，探索依托"监管沙盒"机制，开展跨境数据保护国际合作，促进数据安全、合规、便捷跨境流通，推动数字化产品出海，支撑国际数字服务出口基地建设。

（十九）开展卫星互联网终端入网检测认证服务。围绕卫星通导遥等环节终端模组入网认证需求，对接国家主管部门引进落地卫星互联网终端入网认证中心，为卫星互联网产品研发、网络运营、综合应用等企业提供一站式进网检测认证服务，带动卫星互联网芯片模组、核心元器件、终端硬件、运营服务等产业链上下游企业集聚。

（二十）建立包容审慎容错纠错机制。面向新模式新业态与平台经济市场主体等，在未违反国家法律法规和地方法规禁止性规定的情形下，设立容错纠错机制。对初次违法且危害后果轻微并及时改正的，或当事人有证据足以证明没有主观过错的，不予行政处罚。建立企业合规免责清单，制定行业性合规指引，鼓励市场主体大胆创新，探索在清单范围内，企业由于创新出现的首次不合规在限定时间内整改完毕，依法不予处罚。对于新模式新业态，创造性地建立包容审慎容错纠错机制，为企业推动模式创

US-0145461

新、业务创新提供更加宽松包容的发展环境，促进相关市场主体加速落地。

**五、强化产业发展要素保障措施**

（二十一）建设全球高端创新资源集聚地。着力提升科技创新资源支撑带动作用、畅通科技成果转化链条，通过高校、科研机构、企业等搭建整合资源的生态体系，瞄准高层次人才引进、重大科研平台建设等目标，给予创新主体个人贡献、发展贡献等奖励，并支持创新主体开展研发创新、建设双创载体，实现高端创新资源落地明月湖的空间载体保障，推动全球创新创业资源在明月湖集聚发展。

（二十二）塑造未来科技产业发展新优势。坚持引进、培育双轮驱动，着力引进一批龙头研发型、数据驱动平台型以及金融科技、文娱传媒等总部类机构，重点孵化培育一批面向 web3、通用人工智能等新技术市场主体，支持发展一批赋能智能网联新能源汽车、智能终端、先进材料等主导产业融合创新类企业。鼓励创新主体在明月湖开展技术转移转化、应用场景验证、融入产业生态圈，构建覆盖企业成长全过程的明月湖基金体系，给予创新主体贷款贴息支持、投资融资支持，对成功在国内外证券交易所首次公开发行股票、在新三板挂牌的企业，给予上市奖励等。全力促进大中小型数字科技企业集聚融通发展。

（二十三）打造国际化营商环境及未来国际社区。着力打造一批具备国际化标准和国际化元素的生活配套设施，为新引进的

— 11 —

US-0145462

在明月湖创新创业的境外"高精尖缺"人才提供高端医疗保险、子女入学、配偶随迁、入境便利等支持；打造国际人才公寓，通过"租购补"等形式保障人才安居；构建10分钟生活圈，对入驻明月湖的创新主体员工给予一定的租房和交通补贴；鼓励高品质、新业态类国际化商业配套集聚明月湖，支持明月荟全面开业运营，对新引进、注册并实地经营在明月湖片区的填补业态的商业企业，根据商业企业对片区的贡献程度，给予一定的补贴。全力打造国际化营商环境新形象，未来国际社区新标杆。

（二十四）赋予明月湖更大改革自主权。鼓励新型研发机构采用市场化机制运营，重点支持采用直投、"拨投结合""团队控股"等方式引育创新型主体。设立明月湖技术创新中心，为新型研发机构筛选培育创新主体提供专业服务支撑。支持明月湖率先探索、先行先试，打造成为全市乃至全国改革创新的"试验田"。

重庆两江新区管委会办公室　　　　　2023 年 8 月 24 日印发

US-0145463