GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
COLETTE LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER** LLP
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING,<br><br>Defendant. | Case No.  3:24-CR-00141-VC<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT LINWEI DING'S MOTION *IN LIMINE* NOS. 16–18**<br><br>Date:        September 23, 2025<br>Time:        1:00 pm<br>Courtroom:  4 (17th Floor)<br>Judge:       Hon. Vince Chhabria<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102<br><br>Filed/lodged concurrently herewith:<br><br>1.  Motions *in Limine* Nos. 16–18; and<br>2.  [Proposed] Order |

DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* NOS. 16–18
Case No. 3:24-CR-00141-VC

**<u>DECLARATION OF GRANT P. FONDO</u>**

I, Grant P. Fondo, declare as follows:

1.   I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Linwei Ding ("Mr. Ding") in the above-captioned action (the "Action"). I make this declaration in support of Mr. Ding's Motions *in Limine* Nos. 16–18 to Exclude Certain Expert Testimony (the "Motion"), filed concurrently herewith.

2.   I have personal knowledge of the matters stated in this declaration and, if called upon to do so, I could and would competently testify to the matters set forth herein.

3.   Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the August 26, 2025 cover letter accompanying the government's expert disclosures.

4.   Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of the government's August 26, 2025 disclosure of Daniel Sanchez.

5.   Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of the government's August 26, 2025 disclosure of Prashant Chandra.

6.   Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of the government's August 26, 2025 disclosure of Alireza Ghaffarkhah.

7.   Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of the government's August 26, 2025 disclosure of Mark Lohmeyer.

8.   Attached hereto as **<u>Exhibit F</u>** is a true and correct copy of the government's August 26, 2025 disclosure of Mark Lohmeyer's curriculum vitae.

9.   Attached hereto as **<u>Exhibit G</u>** is a true and correct copy of the government's August 26, 2025 disclosure of Mark Lohmeyer's list of publications.

10.   Attached hereto as **<u>Exhibit H</u>** is a true and correct copy of government-produced document Bates-stamped US-0074062.

11.   Attached hereto as **<u>Exhibit I</u>** is a true and correct copy of government-produced document Bates-stamped US-0073753.

1

DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* NOS. 16–18
Case No. 3:24-CR-00141-VC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 9, 2025 in Redwood City, California.

*/s/ Grant P. Fondo*
GRANT P. FONDO

2