# Exhibit A



*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*                    *415-436-7200*
*450 Golden Gate Ave., Box 36055*           *FAX:(415)436-7234*
*San Francisco, California 94102-3495*

August 26, 2025

VIA EMAIL

Re:    *United States v. Linwei Ding*
CR-24-00141-VC
Expert Notice

Dear Counsel:

Please be advised of the following disclosures pursuant to Fed. Crim. P. 16(a)(1)(G). Specifically, the government provides the following disclosures under Federal Rules of Evidence 702, 703, and/or 704 with respect to:

1. Digital Forensics Expert, Andrew Crain
2. Computer Architecture and Systems Expert, Daniel Sanchez
3. PRC Government and Technology Industry Expert, Adam Segal
4. Mandarin-English Translation Expert, Samuel Chong

The United States is also providing notice of witnesses who will testify as lay witnesses, but with aspects of the testimony to be elicited to be based on experience, training, and/or qualifications. The testimony is not intended to be introduced as to expert opinion testimony under Rule 702, 703, and 704.  In an abundance of caution, the government provides the following disclosures with respect to the following Google LLC ("Google") employees:

1. Prashant Chandra
2. Alireza Ghaffarkhah
3. Matt Linton
4. Mark Lohmeyer

Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the government hereby requests from Defendant disclosure of testimony he intends to use under Rule(s) 702, 703, and/or 705 of the Federal Rules of Evidence as evidence at trial.

Very truly yours,

CRAIG MISSAKIAN
United States Attorney

*/s/ Casey Boome*

CASEY BOOME
MOLLY K. PRIEDEMAN
Assistant United States Attorneys