# Exhibit C

**Prashant Chandra**

*Qualifications:*

Mr. Chandra is currently employed as a Distinguished Engineer at Google.  Mr. Chandra attended Bangalore University in India where he studied electronics and communications.  He obtained a Masters Degree in Computer Engineering from West Virginia University and a Ph.D. in Computer Engineering from Carnegie Mellon University.  After obtaining his Ph.D, Mr. Chandra worked at Intel Corporation for 12 years where he worked on hardware and software architecture of Intel's networking and personal computing products.  From 2012 to 2014, Mr. Chandra worked at Calxeda, Inc. where he worked on the hardware and software architecture of ARM servers.

Mr. Chandra has been employed as a Google engineer since March 2014.  At Google, Mr. Chandra has worked on hardware and software infrastructures for Google's high-performance computing and AI/ML products.  From approximately 2018 to 2023, Mr. Chandra worked on Google's SmartNICs, including Google's first SmartNIC "Diorite."  Mr. Chandra is the lead architect of Google Reliable Transport (GRT)/Falcon, a transport protocol to implement RDMA.  Since 2024, Mr. Chandra has been responsible for leading Google's hardware and software strategic ML roadmap.

Mr. Chandra's qualifications, including a list of all publications authored in the previous 10 years, are more fully set forth in his curriculum vitae, produced at US-0096647.

*Summary of Testimony:*

Mr. Chandra will testify based on particularized knowledge gained as part of his employment at Google, his training and experience, and his review of the alleged trade secrets in this case as set forth in US-0096654.  Mr. Chandra will testify about information covered in the following interviews that took place on December 3, 2024 (US-0074062), January 23, 2025 (US-0074372), and July 23, 2025 (US-0095828).  That testimony will include at least (1) a description of Google's custom-designed Smart Network Interface Card (SmartNIC) "Diorite," including the hardware and software components designed by Google that accelerate Google's custom protocol and functionality; (2) a description of Google's development and sourcing strategy for Google's SmartNICs; (3) a description of the effort and expense incurred to develop Google's custom-designed SmartNIC and the information stolen by the defendant; (4) testimony about his personal knowledge regarding Google's efforts to protect the information in Trade Secret Categories Six and Seven; (5) testimony about his personal knowledge about whether the alleged trade secrets in Trade Categories Six and Seven are in the public domain or otherwise

readily ascertainable; (6) testimony about how the information in Trade Secret Six and Seven would be beneficial to a competitor.

Mr. Chandra is anticipated to testify as follows: companies that provide cloud services like Google have developed customized SmartNICs that offload networking functions from a server's CPU. Google uses SmartNICs to enable communication between servers. Google's first SmartNIC is internally called "Diorite." Diorite contains an ASIC chip designed by Google and manufactured by Intel called Mount Evans or Intel IPU E2000.

The ASIC Google uses for Diorite contains a custom-designed hardware block that enables Google's custom-designed protocol called Google Reliable Transport Protocol (GRT)/Falcon. GRT is a transport protocol designed by Google that supports Remote Direct Memory Access (RDMA). RDMA is a technology that enables the transfer of data directly from the memory of a server to the memory of another server. There are other transport protocols that facilitate RDMA, however, GRT is tailored to large data center networks and performs better than the alternatives. Google published the GRT/Falcon protocol to encourage adoption of the protocol and alternative vendors. Google does not publish the implementation details related to Diorite because they contain valuable information about how Google has implemented the protocol that could be used by a competitor to create a competing product. Google has designed and implemented software related to Google's Diorite SmartNIC.

Documents in Trade Secret Category Six reveal implementation details for Google's custom SmartNIC, including microarchitecture diagrams of the GRT block, as well as development and sourcing strategy for Google's SmartNICs and project road mapping through 2026 that were taken from internal Google documents and presentations. Access to documents related to Diorite are intended to be limited to the teams working on Diorite and related engineers.

Mr. Chandra is anticipated to testify that the documents in Trade Secret Category Seven consist of documents that detail the software architecture for Google's CloudRDMA technology, as well as software that runs on Google's SmartNIC. Mr. Chandra is anticipated to testify that the CloudRDMA documents specify the detailed software design for the CloudRDMA product which is offered by Google Cloud and offers RDMA as a feature, and include how components are designed and how they interact with each other. The documents detailing the software that runs on Google's SmartNIC includes detailed software architecture regarding the software that runs on Diorite to implement RDMA functionality.

Mr. Chandra is anticipated to testify that Google spent over five years developing the GRT technology and Diorite SmartNIC. At least ten teams of Google employees worked on

Diorite, including approximately 100-150 of employees.  Google invested hundreds of millions of dollars in the development of GRT and Diorite.

Mr. Chandra is anticipated to testify that if a competitor were to gain access to Google's implementation details related to its SmartNIC, including the architecture for the GRT component of Diorite, information about how Google uses Diorite internally, and/or the software supporting Google's use of Diorite, a competitor could use the information to develop their own SmartNIC hardware or software and offer competing products.

//
//

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I approve this disclosure of my expected testimony.

Date: August 26, 2025

PRASHANT CHANDRA