# Exhibit D

**Alireza Ghaffarkhah**

*Qualifications:*

Mr. Ghaffarkhah is currently employed as a Principal Level Software Engineer at Google.  Mr. Ghaffarkhah has a Bachelor and Masters degree in Electrical Engineering from Sharif University of Technology in Iran and a Ph.D. in Electrical Engineering from the University of New Mexico.  Mr. Ghaffarkhah started working at Google as a software engineer in 2012.  From 2012-2017, Mr. Ghaffarkhah worked primarily on data center networking.  Since 2017, he has worked on Google's Machine Learning (ML)/High Performance Computing (HPC) supercomputer designs and development, specifically on Google's Graphics Processing Unit (GPU) and Tensor Processing Unit (TPU) based products.  Mr. Ghaffarkhah has extensive experience working with Google's hardware infrastructure and system level software for both GPUs and TPUs.

Mr. Ghaffarkhah qualifications, including a list of all publications authored in the previous 10 years, are more fully set forth in his curriculum vitae, produced at US-0096641.

*Summary of Testimony:*

Mr. Ghaffarkhah will testify based on particularized knowledge gained as part of his employment at Google, his training and experience, and his review of the alleged trade secret documents as set forth in US-0096654.  Mr. Ghaffarkhah will testify about information discussed in interviews on April 10, 2024 (US-0003493), September 18, 2024 (US-0073716), October 23, 2024 (US-0073753), November 14, 2024 (US-0074062), November 18, 2024 (US-0074088), November 20, 2024 (US-0074048), December 19, 2024 (US-0074305), January 30, 2025 (US-0074449), March 13, 2025 (US-0075069), and March 14, 2025 (US-0075071).  That testimony will include at least (1) a description of Google's custom designed TPU chip and TPU-based supercomputers, including the core components and distinguishing features; (2) a description of Google's GPU-based supercomputers, including the core components and distinguishing features; (3) a description of the effort and expense incurred to develop Google's custom TPU chips and TPU-based supercomputer and Google's GPU-based supercomputers; (4) testimony about his personal knowledge regarding Google's efforts to protect the information in Trade Secret Categories One, Two, Three, Four, and Five; (5) testimony about his personal knowledge about whether the alleged trade secrets in Trade Secret Categories One, Two, Three, Four, and Five are in the public domain or otherwise readily ascertainable; (6) testimony about how the information in Trade Secret Categories One, Two, Three, Four, and Five would be beneficial to a competitor.

Trade Secret Categories One, Two, and Three

Mr. Ghaffarkhah is anticipated to testify as follows: Google has designed multiple GPU-based and TPU-based AI supercomputers.  TPUs are Google's custom-designed accelerators built for machine learning workloads.  Google developed TPUs because they are tailored to the needs of ML workloads and therefore can outperform GPUs and other accelerators on ML computations.  Google has spent approximately 1.5-2 years developing each TPU supercomputer, with hundreds of people working on each version. Google invested hundreds of millions of dollars in the development of TPUs.

The information in Trade Secret Category One includes the internal organization, design, and programming of Google's TPUv4 chips and was copied from internal Google documents. The documents contain information related to the main components of the TPU chip including: TensorCores, BarnaCores/SparseCores, the memory system, and inter-chip interconnect (ICI). The documents in Trade Secret Category One contain the Instruction Set Architecture (ISA) of the TPU's processors, the TensorCore and BarnaCore.  ISA is a set of instructions that specifies how software should run on the hardware.  If a competitor had access to this information it could help them replicate Google's TPU design.  The information in Trade Secret Category One contains information related to Google's TPUv4 Inter-Chip Interconnect (ICI).  ICI is a key component of Google's TPU chip and enables high-performance communication among TPU chips.  The documents in this category contain substantial implementation level details related to Google's ICI technology that are not disclosed by Google and could be used by a competitor to replicate characteristics of the TPU ICI or create a competing product.

The documents in Trade Secret Category Two contain information about the design and implementation of Google's TPUs, including information about the physical design of each TPU chip, and implementation details about Google's TPU system taken from internal Google documents.  The information in Trade Secret Category Two primarily relates to implementation level hardware details, including architectural details, performance, and physical design of the chips, as well as the design of the TPU servers and racks for Google's TPUv5 and v6.  The information in Trade Secret Category Two could be used by a competitor to reduce the research and develop time and costs to develop an ML accelerator to compete with Google's TPU.

The documents in Trade Secret Category Three contain information about the software used in Google's TPU systems.  This includes software used to compile ML workloads to process them on TPUs, software that handles scheduling workloads on interconnected TPUs, and management software that controls the resources available on different TPUs and responds to failures within the system.  A competitor could use the information in Trade Secret Category Three to copy Google's approach to software development for TPUs and could incorporate this information into the design for an AI supercomputer.

<u>Trade Secret Categories Four and Five</u>

Google's GPU-based supercomputers are made of up custom-designed servers with several GPUs purchased from NVIDIA that are connected to each other via Google's network. Google has developed five different GPU-based supercomputers, with two additional products in development. Google has spent approximately 1.5-2 years developing each GPU-based supercomputer, with hundreds of people working on each product. Google custom designed its own GPU server to minimize cost and maximize efficiency and optimize for its large-scale deployment of datacenter operations Google's focus on reducing costs while providing the same computing power and optimization is called "Performance per Total Cost Ownership" or "Perf TCO." Google has developed custom software to facilitate the operations of its GPU-based AI supercomputers. There are numerous levels of software necessary for the GPU-based AI supercomputers, including but not limited to, software to facilitate the communication between GPUs in different servers and software to manage the workloads designed to run on GPUs and handle failure in the GPU system.

The documents in Trade Secret Category Four reveal detailed hardware specifications for how to build Google's custom GPU system that are sourced from numerous internal Google documents. For example, Mr. Ghaffarkhah is anticipated to testify, among other things, that the information in Trade Secret Category Four includes block diagrams and detailed designs of Google's custom GPU fabric trays, component list, 3D CAD drawing, and printed circuit board layouts, as well as fan dimensions, power and performance for Google's custom designed GPU systems. The documents in Trade Secret Category Four include reports on total cost of ownership, capital and operating expenditures, and performance per total cost of ownership for Google's GPU products and comparison with TPU products.

The documents in Trade Secret Category Five contain software design information for Google's custom GPU-based servers and systems. The information provides details about how to manage a GPU-based supercomputer including software design details regarding how to manage communication between GPUs located in different servers, as well as how to manage workloads of interconnected GPUs and manage failures. The information contained in these documents derived from internal Google software design documents. Trade Secret Category Five contains information about a Google project called "Astrophel." Astrophel was the code name for a project that enabled large scale GPU training by Anthropic in Google Cloud. Because Anthropic was operating at a large scale and required lower latency, Google worked closely with Anthropic to customize and optimize their offerings. The information in the documents about Astrophel would provide valuable information to a competitor regarding how Google optimizes and customizes for a large customer that would enable a competitor to better compete with Google and target large Cloud customers, including Anthropic.

Mr. Ghaffarkhah is anticipated to testify that if a competitor had access to the information in Categories Four and Five, it could be used to copy Google's designs and create a competing GPU-based supercomputer. This information would also give a competitor information about the performance and cost of Google's products, allowing them to develop competing products.

Mr. Ghaffarkhah is also anticipated to testify regarding the Apple Notes created by Mr. Ding on his Google corporate device from May to December 2023.  Mr. Ghaffarkhah is anticipated to testify that the Apple Notes and the underlying internal Google source documents (referenced in US-0095776) used to create the Apple Notes relate to a broad swath of Google's critical AI training infrastructure, ranging from details about Google's lower-level software stack all the way to higher level model level training infrastructure details.

//

//

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I approve this disclosure of my expected testimony.

Date: 08/26/2025

_____

ALIREZA GHAFFARKHAH