# Exhibit E

**<u>Mark Lohmeyer</u>**

*Qualifications:*

Mr. Lohmeyer has a Bachelor and Master Degree in Electrical Engineering and Computer Science from the Massachusetts Institute of Technology.  Mr. Lohmeyer has over 25 years of experience in computing infrastructure.  Prior to joining Google, Mr. Lohmeyer worked at a number of technology companies in product leadership roles.

Mr. Lohmeyer is currently employed as a Vice President/General Manager of Google's AI and Computing Infrastructure.  Mr. Lohmeyer has worked at Google since 2023.  In his role as VP/GM of Google's AI and Computing Infrastructure, Mr. Lohmeyer is responsible for driving Google's AI infrastructure product and business strategy, including Google's GPU and TPU products.  In this role, Mr. Lohmeyer is required to have an in-depth understanding of the competitive landscape for Google's AI products.  Mr. Lohmeyer works closely with the engineering and sales teams to shape Google's competitive strategies and increase revenue.

His qualifications are more fully set forth in his curriculum vitae, produced at US-0096726.  A list of all publications authored during his time at Google was produced at US-0096729.

*Summary of Testimony:*

Mr. Lohmeyer will testify based on particularized knowledge gained as part of his employment at Google, his training and experience, and his review of the documents containing the alleged trade secrets in this case as set forth in US-0096654. Mr. Lohmeyer will testify about information covered in the following interviews on July 15, 2025 (US-0095801) and July 29, 2025 (US-0095852).  That testimony will include at least (1) a description of Google's Artificial Intelligence (AI) computing infrastructure, including a high-level description of the concepts of AI and Machine Learning (ML); (2) a description of the effort incurred to develop Google's AI computing infrastructure; (3) a description of the physical security measures Google takes to protect its data centers; (4) testimony about the harm he expects would come to Google if the proprietary information about Google's AI computing infrastructure was disclosed to a competitor.

Mr. Lohmeyer is expected to testify as follows: the term AI refers to using computers to perform tasks that are typically associated with human intelligence, whereas ML is a subfield of AI dedicated to the development of algorithms that learn from data and generalize to new data. Training requires processing large amount of data to teach a model how to respond to subsequent requests, and inference uses the trained model to evaluate new requests.  AI/ML has a number of

applications.  It can be used to develop chatbot interfaces like ChatGPT and Google's chatbot Gemini Assistant.  It can also be integrated into other products like Google Search, Gmail, and YouTube.  It also has the potential for application in a broad range of fields including education, medicine, law, and finance.

AI/ML models require an enormous amount of computing power.  The growing demands for computing power to support AI and ML has led to the development of large-scale computer systems designed to support AI workloads, often called AI supercomputers. Google has developed a complex and sophisticated AI computing infrastructure consisting of both hardware and software.  Google has spent at least 10 years developing its AI/ML computing infrastructure, and thousands of engineers have worked to build the infrastructure. Google's AI computing infrastructure consists of a physical/hardware layer, a system management software layer, and a model layer.  The physical/hardware layer consists of tens of thousands of interconnected servers housed in massive data centers located all over the world.  Google has over 100 Cloud data centers in over 40 regions across the world.  Google takes operational steps to protect the physical security of its data centers, including dedicated security teams, security cameras in the buildings, biometric entrances.

Each server within Google's data centers features one or more Central Processing Units (CPUs).  CPUs are general-purpose processors that are not specialized for machine learning workloads.  The servers also include accelerators or specialized processors that can process data in parallel much faster than CPUs and are therefore better equipped to deal with AI/ML workloads.  Google primarily uses two types of specialized accelerators to support its AI computing infrastructure: Graphics Processing Units (GPUs) and Tensor Processing Units (TPUs).

TPUs were developed in-house by Google to accelerate deep learning workloads. Google utilizes GPUs that are purchased from a third-party company.  GPUs were originally designed for graphics but are frequently used to support AI/ML workloads because they can process multiple data elements in parallel.  Each cluster of servers in Google's AI computing infrastructure typically houses either multiple GPUs or TPUs that process most of the data required to support AI/ML workloads.  Multiple servers are interconnected into a cluster or pod using a high-performance network that allows for the fast communication needed to run AI/ML workloads.

Google's AI computing infrastructure also includes multiple software components designed by thousands of engineers to enable the hardware to support AI/ML workloads. Google's custom designed software includes software designed to optimize performance, schedule workloads, manage failures, and ensure the reliability of the overall system.  Google's software stack also includes software specific to the models called "frameworks" that include the

language used to interact with computing systems.  Google's software also includes commercial consumption models to enable customers to consume and pay for to the infrastructures they need.

Google uses its AI computing infrastructure to integrate AI into its own products and services.  For example, Google has integrated AI capabilities into Google Search, Gmail, and YouTube.  Through Google Cloud, Google also leases its GPUs and TPUs to other companies who use the AI infrastructure to train their own AI models and host AI applications.  Google Cloud allows users to rent and use computing resources on demand, with pay as you go pricing.  Google has created large scale systems built on their computing infrastructure that they use to offer cloud services to customers.  For example, Google leases part of its supercomputing data centers to Anthropic, who in turn uses Google's computing infrastructures to power its AI/ML models.  Google's customers are located all over the world.

Google has been developing TPUs for over ten years and has developed seven versions of TPUs.  Thousands of engineers have worked on the development of Google's TPUs. Google is significantly ahead of the other cloud competitors in this space, and TPUs are typically able to provide better performance for dollar than comparable alternatives.  Because Google uses TPUs in its own products and leases TPUs to third party Cloud customers, if a competitor were able to gain access to Google's TPU chip and system design and software, it could harm Google by allowing a competitor to compete with Google's consumer facing products powered by TPUs, as well as take market share from Google's Cloud business.  The business value of both of these products is in the billions of dollars.

Although Google purchases GPUs from a third party, it has developed hardware and software solutions to connect and leverage those GPUs to create supercomputers.  Google has developed numerous different iterations of its GPU-based supercomputers.  Each GPU-based supercomputer has different pricing and characteristics.  The advantage to customers of using Google's GPU-based supercomputer is the software utilized by Google and the reliability and security provided by using Google's GPU-based supercomputer.  If a competitor had access to proprietary information about Google's GPU-based supercomputer, they could use it to create a GPU-based supercomputer to compete with Google's products, leading to a loss in Google's revenue.

Google uses a custom designed SmartNIC, a type of network interface card, that it co-designed with an outside vendor, in its general computing infrastructures and for its AI computer infrastructure. The internal codename for Google's custom designed SmartNIC is "Diorite."  If a competitor had access to Google's SmartNIC technology, they could use it to create a general purpose network offload technology which is essential to build a high performance computing infrastructure.  Google's SmartNIC technology underpinning its high-performance networks is a

differentiating feature which adds value for customers.  If a competitor were to gain access to this information related to the design of Google's SmartNIC at no cost, they could use it to create competitive products at a lower cost, which would lead to a significant loss in Google's revenue.

Mr. Lohmeyer is anticipated to testify that he reviewed the stolen documents taken by Linwei Ding and they generally appear to reflect information related to hardware and software for Google's TPU and GPUs products, and custom-SmartNIC Diorite.

Google Cloud operates all over the world.  Although Google does not have data centers in mainland China, there are competitors for Google Cloud in mainland China, including, for example, Alibaba Cloud.  Chinese companies operate in regions outside of China where Google Cloud is used.  If a competitor in China were to gain non-public implementation level information about Google's AI infrastructure it would be incredibly harmful to Google because they could use it to bypass research and development and create a competitive product at a cheaper cost.  If a Chinese competitor were able to gain access to Google's TPU, GPU, or Diorite technology, they could manufacture a competitive product cheaply and at scale.  This would force Google to either lower its price or lose a significant number of customers, both of which would affect Google's bottom line and could cause Google to lose billions of dollars in revenue.

//
//

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I approve this disclosure of my expected testimony.

Date: July 26, 2025

_____
MARK LOHMEYER