# Exhibit G

| # | Date | Title |
|---|---|---|
| 1 | 5/20/25 | Introducing the next generation of AI inference, powered by llm-d |
| 2 | 4/9/25 | Google Axion processors boost AlloyDB, Cloud SQL, major customers, and ISVs |
| 3 | 4/9/25 | Introducing Ironwood TPUs and new innovations in AI Hypercomputer |
| 4 | 12/11/24 | Announcing the general availability of Trillium, our sixth-generation TPU |
| 5 | 10/30/24 | Powerful infrastructure innovations for your AI-first future |
| 6 | 4/9/24 | What's new with Google Cloud's AI Hypercomputer architecture |
| 7 | 3/18/24 | Google named a Leader in The Forrester Wave: AI Infrastructure Solutions, Q1 2024 |
| 8 | 12/6/23 | Dynamic Workload Scheduler: Optimizing resource access and economics for AI/ML workloads |
| 9 | 12/6/23 | Enabling next-generation AI workloads: Announcing TPU v5p and AI Hypercomputer |
| 10 | 11/8/23 | Announcing Cloud TPU v5e GA for cost-efficient AI model training and inference |
| 11 | 9/11/23 | Helping you deliver high-performance, cost-efficient AI inference at scale with GPUs and TPUs |
| 12 | 8/29/23 | What's new in Google Cloud's workload-optimized infrastructure |
| 13 | 8/29/23 | Expanding our AI-optimized infrastructure portfolio: Introducing Cloud TPU v5e and announcing A3 GA |

Publications Sourced across Google Cloud Blog:
https://cloud.google.com/blog/search/?query=mark+lohmeyer&language=en&category=article&paginate=25&order=newest&hl=en