UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINWEI DING,<br><br>　　　　　Defendant. | Case No.  3:24-CR-00141-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LINWEI DING'S MOTION *IN LIMINE* NOS. 16–18**<br><br>Courtroom:　4 (17th Floor)<br>Judge:　　　Hon. Vince Chhabria<br>　　　　　　450 Golden Gate Avenue<br>　　　　　　San Francisco, CA 94102<br><br>Filed/lodged concurrently herewith:<br><br>1.　Motions *in Limine* Nos. 16–18; and<br>2.　Declaration of Grant P. Fondo |

**[PROPOSED] ORDER**

Upon consideration of Defendant Linwei Ding's ("Mr. Ding") Motion *in Limine* Nos. 16–18 Regarding Trial Considerations and Miscellaneous Issues, and for good cause shown, **IT IS HEREBY ORDERED** that:

Mr. Ding's Motion *in Limine* No. 16 is **GRANTED**.  The government's experts are precluded from offering legal opinions about whether documents or snippets of documents are trade secrets.

Mr. Ding's Motion *in Limine* No. 17 is **GRANTED**.  Google employee, Mark Lohmeyer, is precluded from offering speculative testimony about what a Chinese competitor might have done with information about TPUs, GPUs, and the Diorite Chip.

Mr. Ding's Motion *in Limine* No. 18 is **GRANTED**.  Google employees, Alireza Ghaffarkhah and Prashant Chandra are precluded from offering speculative expert opinion about how Google's competitors might have used the alleged trade secret documents.

**IT IS SO ORDERED**


Dated: _____, 2025    _____
                                                                    HON. VINCE CHHABRIA

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE* NOS. 16-18
CASE NO. 3:24-CR-00141-VC