CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov
    roland.chang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LINWEI DING, <br><br> Defendant. | No. 3:24-cr-00141-VC <br><br> **JOINT INVOLVED INDIVIDUALS LIST** <br><br> The Honorable Vince Chhabria <br> Courtroom 4, 17th Floor <br><br> **Trial Date:** October 14, 2025 <br> **Pretrial Conf.:** September 23, 2025 |

Pursuant to Paragraph 28 of this Court's Standing Order for Criminal Cases and the Court's Order Granting Stipulation to Modify Deadlines and Set Pretrial Schedule (Dkt. 114), the parties jointly submit this list of individuals significantly involved in the case.

1. Linwei Ding
2. Heather Adkins
3. Pete Anderson
4. Shruti Arora
5. Gary Brown
6. Gabriel Cabral
7. Prashant Chandra
8. Samuel Chong
9. Andy Crain
10. Yihua Ding
11. Odette Du
12. Mark Eskridge
13. Hany Farag
14. Brad Fuller
15. Yang Gao
16. Alireza Ghaffarkhah
17. Mingfeng Gong
18. Maya Haridasan
19. Michael Isard
20. Smeeta Jalan
21. Norman Jouppi
22. Ravi Kavuri
23. Matt Linton
24. Mark Lohmeyer

25. Mazy Ma

26. Michael Maffei

27. Neil Martin

28. Aamer Mahmood

29. FBI Special Agent Christopher Monika

30. Le Nguyen

31. Isaac Pflaum

32. FBI Special Agent Kurt Pelusi

33. FBI Special Agent Erin Perfidio

34. FBI Special Agent Christopher Pollock

35. James Pooley

36. Jarek Przbylowicz

37. FBI Special Agent Jeremy Purchase

38. FBI Special Agent Anthony Quinones

39. Yuqing Ren

40. Forensic Accountant Gregory Reyes

41. Daniel Sanchez

42. FBI Special Agent Samantha Schein

43. Adam Segal

44. Kamran Shafiei

45. Wei Shen

46. Michael Sinno

47. Adam Smith

48. Matt Sparks

49. Matthew Spiro

50. Andy Swing

51. FBI

52. Mukarram Tariq
53. FBI Special Agent Gregory Toole
54. Arianna Tortorici
55. FBI Special Agent Andrea Valladao
56. Phil Venables
57. Kexin Yang
58. Xiao Zhang
59. Yanrui Zhang
60. Jiafan Zhu
61. Casey Boome
62. Molly Priedeman
63. Roland Chang
64. Laura Vartain
65. Stephen James Marzen
66. Yifei Zhang
67. Veronica Hernandez
68. Grant P. Fondo
69. Darryl M. Woo
70. Jessica Huang Fuzellier
71. Lora Jasmina Krsulich
72. Farzad "Fred" Feyzi
73. David Rapp-Kirshner
74. Nirav Bhardwaj
75. Colette Lowry

//

//

//

DATED: September 16, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
CASEY BOOME
MOLLY K. PRIEDEMAN
ROLAND CHANG
Assistant United States Attorneys

/s/
GRANT FONDO
DARRYL M. WOO
JESSICA HUANG FUZELLIER
LORA KRSULICH
FARZAD FEYZI
DAVID RAPP-KIRSHNER
NIRAV BHARDWAJ
COLETTE LOWRY
Counsel for Defendant Linwei Ding