GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100 | Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000 | Fax: +1 415 677 9041

LORA J. KRSULICH (SBN 315399)
*LKrsulich@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel: +1 213 426 2500 | Fax: + 213 623 1673

Attorneys for Defendant: LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING,<br><br>Defendant. | Case No.  3:24-CR-00141-VC<br><br>**DEFENDANT LINWEI DING'S PROOF OF SERVICE OF SUPPLEMENTAL EXPERT DISCLOSURES** |

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 601 S. Figuero Street, Suite 4100, Los Angeles, CA 90017.

On October 31, 2025, I served a copy of the within document(s):

- **SUPPLEMENTAL DISCLOSURE OF MARK ESKRIDGE AND EXHIBITS**

- **[UNREDACTED] SUPPLEMENTAL DISCLOSURE OF ISAAC PFLAUM AND ATTACHMENTS**

- **SUPPLEMENTAL DISCLOSURE OF JAMES POOLEY AND EXHIBITS**

- **SUPPLEMENTAL DISCLOSURE OF YANG SHAO**

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Casey Boome
CASEY.BOOME@USDOJ.GOV
Roland Chang
ROLAND.CHANG@USDOJ.GOV
**UNITED STATES ATTORNEY'S OFFICE FOR THE NOTHERN DISTRICT OF CALIFORNIA**
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Molly K. Priedeman
MOLLY.PRIEDEMAN@USDOJ.GOV
**UNITED STATES ATTORNEY'S OFFICE FOR THE NOTHERN DISTRICT OF CALIFORNIA**
1301 Clay Street, Suite 340S
Oakland, CA 94612

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 4, 2025, at Los Angeles, California.

| Lora J. Krsulich | /s/ Lora J. Krsulich |
|---|---|
| (Type or print name) | (Signature) |