UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>LINWEI DING,<br><br>    Defendant. | Case No.  24-cr-00141-VC-1<br><br>**ORDER REGARDING DAUBERT HEARING ON DECEMBER 8** |

   The scope of the Daubert hearing for Dr. Segal will not be limited to Opinion 1. On direct, Dr. Segal should plan to provide a summary of each opinion. To the extent the government plans to have Dr. Segal provide context for other evidence at trial, such as the Zhisuan pitch deck, it would be helpful to the Court to see an example.

   **IT IS SO ORDERED.**

Dated: December 5, 2025

                         _____
                         VINCE CHHABRIA
                         United States District Judge