CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov
    roland.chang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LINWEI DING,<br><br>    Defendant. | CASE NO. 3:24-cr-00141-VC<br><br>**DECLARATION OF DANIEL SANCHEZ IN SUPPORT OF UNITED STATES' MOTIONS IN LIMINE NOS. 22-25 TO ADMIT PUBLICLY AVAILABLE MATERIALS** |

I, Daniel Sanchez, declare and state as follows:

1.    I have been retained by the government as an expert in the above-captioned case. I have submitted an expert report in this matter, which contains a description of my background and qualifications (Dkt. 155-7, Sanchez Report at 1-3), which I incorporate herein by reference.

2.    I make this declaration in support of the United States' Opposition to the Defendant's Motions *in Limine* Nos. 22-25 to Admit Publicly Available Materials. I have been asked by government counsel to submit this declaration setting forth my analysis of the following documents, which I understand to be proposed trial exhibits offered by the defendant.

3.      Exhibit 5141, *U.S. Patent Pub. No. 2023/0334747 (Systems and Methods for Optimization of Graphic Processing for Machine Learning Inference)*, is unrelated to the alleged Google trade secret files (the "Google files"). This patent application concerns exploiting graphics application programming interfaces (APIs) to perform machine learning (ML) computations. It is useful for clients running web browsers, where such interfaces (e.g., WebGL) may be the only option to access the computational capabilities of the client's GPU. But ML applications running in GPUs in datacenters (and most other machines) are programmed and used using non-graphics (GPGPU) interfaces, such as NVIDIA's CUDA, rendering the technology described in this patent not relevant to Google's AI/ML computing infrastructure at issue in this case. The inventions described in this patent application are not discussed in the Google files.

4.      Exhibit 5383, *Keeping the Balance: Load Balancing Demystified*, is unrelated to the Google files. This is a 2018 tutorial by Google employees on load balancing as it relates to Internet traffic and web services. This type of load balancing is unrelated to the AI and ML infrastructure described in Google's files. Moreover, the tutorial discusses basic principles, algorithms, and open-source tools, and does not describe Google-specific technology.

5.      Exhibit 5109, *The RISC-V Instruction Set Manual, Volume I: User-Level ISA, Version 2.1*, is unrelated to the Google files. This document, published in 2016, is part of the Instruction Set Architecture (ISA) specification for RISC-V, an open-source ISA for general-purpose processors (CPUs).  ISAs for general-purpose processors like the ISA described in this document do not reveal substantial implementation details unlike the ISAs for the TensorCores and BarnaCores in Google's TPUs.  Further, the ISA described in this document is not specialized to Machine Learning computations, and it is unrelated to the ISA documents in the Google files.

6.      Exhibits 5373 and 5374, *MegaScale: Scaling Large Language Model Training to More than 10,000 GPUs*, are a presentation and research paper published at the NSDI conference on April 16, 2024. Moreover, these materials do not describe Google technology (the authors are from ByteDance and Peking University)  The techniques in the paper also do not relate to Google's MegaScale XLA technology. Specifically, unlike Google's technology, they do not apply to the network in Google's TPU systems, which combine an inter-chip interconnect (ICI) and a datacenter network (DCN), and which

use optical circuit switching (OCS) devices; these exhibits do not describe compiler techniques to use this type of network.  Furthermore, the name of the system described in these materials, MegaScale, matches the name of a different Google technology discussed in Category 3, which could lead to confusion.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: December 10, 2025                         Respectfully submitted,

_____

Daniel Sanchez, PhD.