GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
FARZAD FEYZI (SBN 343538)
FFeyzi@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
DWoo@goodwinlaw.com
RACHEL M. WALSH (SBN 250568)
RWalsh@goodwinlaw.com
JESSICA HUANG FUZELLIER (SBN 315208)
JHFuzellier@goodwinlaw.com
DAVID RAPP-KIRSHNER (SBN 344494)
DRappKirshner@goodwinlaw.com
NICHOLAS C. WILEY (SBN 351161)
NWiley@goodwinlaw.com
COLETTE A. LOWRY (SBN 359889)
CLowry@goodwinlaw.com
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINWEI DING,<br><br>　　　　　Defendant. | Case No. 3:24-CR-00141-VC<br><br>**DEFENDANT LINWEI DING'S FURTHER PROFFER REGARDING CERTAIN EXHIBITS**<br><br>**REDACTED VERSION OF MATERIAL SOUGHT TO BE SEALED**<br><br>Courtroom: 4 (17th Floor)<br>Judge:　　Hon. Vince Chhabria<br><br>Trial Date:　January 12, 2026 |

1   Pursuant to the Court's verbal Order during the proceedings on January 6, 2026, Defendant
2   Linwei Ding submitted his Proffer Regarding Certain Exhibits (Dkt. No. 319, the "Proffer"). The
3   Proffer explains the relevance of documents that Mr. Ding seeks to admit in support of the
4   anticipated expert testimony of Isaac Pflaum. Mr. Ding does not seek to admit additional documents
5   into evidence through this proffer, but reserves the right to rely on and to admit exhibits for which
6   the Court granted-in-part Defendants' Motions in Limine Nos. 22-25 as unopposed. *See* Dkt. No.
7   292 at 4 (referencing Dkt. No. 266 at 2, n.2, United States' Opposition to Defendant's Motions *In*
8   *Limine* Nos. 22-25 to Admit Publicly Available Materials).

9   In addition to the relevance explanations Mr. Ding provides in Dkt. No. 319, the Court
10  should also admit the exhibits because ███████████████████████████████████████████
11  ███████████████████████████████████████████████████. *See* Ex. 7349 at 2
12  ("█████████████████████████████████████████████████████████████████
13  ███████████████████████████████████████████████████████████████████████
14  ███████████████████████████████████████████"); *see also* Ex. 7363
15  (███████████████████████████████████████████████████).

16
17                                          Respectfully submitted,

18  Dated: January 14, 2026             By: */s/ Rachel M. Walsh*
                                             GRANT P. FONDO (SBN 181530)
19                                           *GFondo@goodwinlaw.com*
                                             DARRYL M. WOO (SBN 100513)
20                                           *DWoo@goodwinlaw.com*
                                             RACHEL M. WALSH (SBN 250568)
21                                           *RWalsh@goodwinlaw.com*
                                             JESSICA HUANG FUZELLIER (SBN 315208)
22                                           *JHFuzellier@goodwinlaw.com*
                                             FARZAD FEYZI (SBN 343538)
23                                           *FFeyzi@goodwinlaw.com*
                                             DAVID RAPP-KIRSHNER (SBN 344494)
24                                           *DRappKirshner@goodwinlaw.com*
                                             NIRAV BHARDWAJ (SBN 350829)
25                                           *NBhardwaj@goodwinlaw.com*
                                             NICHOLAS C. WILEY (SBN 351161)
26                                           *NWiley@goodwinlaw.com*
                                             COLETTE A. LOWRY (SBN 359889)
27                                           *CLowry@goodwinlaw.com*
                                             **GOODWIN PROCTER LLP**
28
                                             LORA J. KRSULICH (SBN 315399)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*LKrsulich@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
LINWEI DING

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **January 14, 2026**.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **January 14, 2026**.

*/s/ Rachel M. Walsh*
RACHEL M. WALSH