1  GRANT P. FONDO (SBN 181530)
   *GFondo@goodwinlaw.com*
2  FARZAD FEYZI (SBN 343538)
   *FFeyzi@goodwinlaw.com*
3  **GOODWIN PROCTER** LLP
   601 Marshall Street
4  Redwood City, CA 94063
   Tel: +1 650 752 3100
5  Fax: +1 650 853 1038

6  DARRYL M. WOO (SBN 100513)
   *DWoo@goodwinlaw.com*
7  RACHEL M. WALSH (SBN 250568)
   *RWalsh@goodwinlaw.com*
8  JESSICA HUANG FUZELLIER (SBN 315208)
   *JHFuzellier@goodwinlaw.com*
9  DAVID RAPP-KIRSHNER (SBN 344494)
   *DRappKirshner@goodwinlaw.com*
10 NICHOLAS C. WILEY (SBN 351161)
   *NWiley@goodwinlaw.com*
11 COLETTE A. LOWRY (SBN 359889)
   *CLowry@goodwinlaw.com*
12 **GOODWIN PROCTER** LLP
   525 Market Street, Floor 32
13 San Francisco, CA 94105
   Tel.: +1 415 733 6000
14 Fax: +1 415 677 9041

15 Attorneys for Defendant:
   LINWEI DING
16
   [*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]
17

18             UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20               SAN FRANCISCO DIVISION

21
   UNITED STATES OF AMERICA,            Case No.  3:24-CR-00141-VC
22
                    Plaintiff,          **DEFENDANT LINWEI DING'S SECOND**
23                                       **AMENDED WITNESS LIST**
         v.
24
   LINWEI DING,
25
                    Defendant.
26

27

28

1    Pursuant to the agreement set forth in the parties' Joint Pretrial Statement (ECF 269),

2  Defendant Linwei Ding ("Mr. Ding") hereby submits the following amended list of witnesses he

3  anticipates he may call at trial.

4    Mr. Ding has a constitutional right not to disclose any witness that he may call to rebut any

5  portion of the evidence that the government may present in its case, and the failure to disclose any

6  such witness in this filing is not a waiver of Mr. Ding's rights to call such witnesses and present

7  their testimony.  U.S. Const. amend. V & VI.  Mr. Ding furthermore reserves the right to call any

8  witness noticed by the government in its witness list.

9    Mr. Ding reserves his constitutional right to testify at trial in his own defense.  Mr. Ding

10  may also seek to and reserves the right to supplement or modify this list before trial as his trial

11  preparations continue and to call additional witnesses at trial as may be necessary.  In the event

12  such a decision is made, Mr. Ding shall inform the Court and prosecution of any such changes to

13  this list.

14    Without waiving the foregoing legal arguments, Mr. Ding hereby submits the following list

15  of witnesses who he anticipates he may call at trial:

16    1.  Shruti Arora

17    2.  Prashant Chandra

18    3.  Scott Compton

19    4.  Yihua Ding

20    5.  Odette Du

21    6.  Mark Eskridge

22    7.  Hany Farag

23    8.  Irene Fu

24    9.  Brad Fuller

25    10. Yang Gao

26    11. Alireza Ghaffarkhah

27    12. Mingfeng Gong

28    13. Maya Haridasan

1

14. Smeeta Jalan

15. Norman Jouppi

16. Mazy Ma

17. Michael Maffei

18. Aaron Abood

19. Neil Martin

20. Isaac Pflaum

21. James Pooley

22. Jarek Przbylowicz

23. Kamran Shafiei

24. Wei Shen

25. Olicia Solomon Sobers

26. Matt Sparks

27. Andy Swing

28. Mukarram Tariq

29. Kexin Yang

30. Xiao Zhang

31. Yanrui Zhang

32. Jiafan Zhu

33. In the absence of stipulations, Mr. Ding anticipates calling records custodian(s) for Google, LLC; NVIDIA Corporation; Dell USA GP L.L.C.; Advanced Micro Devices, Inc.; and Super Micro Computer, Inc.

34. Mr. Ding reserves the right to call all persons listed as inventors on the patents listed on the defense exhibit list.

35. Mr. Ding reserves the right to call all persons listed as authors on the publications listed on the defense exhibit list.

2

1    Dated:  January 21, 2026                          Respectfully submitted,

2                                                       GOODWIN PROCTER LLP

3

4                                                       By: /s/      Grant P. Fondo
                                                            GRANT P. FONDO (SBN 181530)
                                                            GFondo@goodwinlaw.com
5                                                           DARRYL M. WOO (SBN 100513)
                                                            DWoo@goodwinlaw.com
6                                                           RACHEL M. WALSH (SBN 250568)
                                                            RWalsh@goodwinlaw.com
7                                                           JESSICA HUANG FUZELLIER (SBN 315208)
                                                            JHFuzellier@goodwinlaw.com
8                                                           FARZAD FEYZI (SBN 343538)
                                                            FFeyzi@goodwinlaw.com
9                                                           DAVID RAPP-KIRSHNER (SBN 344494)
                                                            DRappKirshner@goodwinlaw.com
10                                                          NIRAV BHARDWAJ (SBN 350829)
                                                            NBhardwaj@goodwinlaw.com
11                                                          NICHOLAS C. WILEY (SBN 351161)
                                                            NWiley@goodwinlaw.com
12                                                          COLETTE A. LOWRY (SBN 359889)
                                                            CLowry@goodwinlaw.com
13                                                          **GOODWIN PROCTER LLP**

14                                                          LORA J. KRSULICH (SBN 315399)
                                                            LKrsulich@goodwinlaw.com
15                                                          **GOODWIN PROCTER LLP**
                                                            601 S. Figueroa Street, Suite 4100
16                                                          Los Angeles, CA 90017
                                                            Tel.: +1 213 426 2500
17                                                          Fax: +1 213 623 1673

18                                                          Attorneys for Defendant
                                                            LINWEI DING

19

20

21

22

23

24

25

26

27

28

                                          3

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3   United States District Court for the Northern District of California by using the CM/ECF system

4   on **January 21, 2026**. I further certify that all participants in the case are registered CM/ ECF users

5   and that service will be accomplished by the CM/ECF system.

6          I certify under penalty of perjury that the foregoing is true and correct. Executed on **January**

7   **21, 2026**.

8

9                                                      _/s/ Grant P. Fondo_
                                                        Grant P. Fondo

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1