# EXHIBIT A

## WITHHELD IN ITS ENTIRETY – MATERIAL SOUGHT TO BE SEALED