UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br> v.<br><br>LINWEI DING,<br><br>   Defendant. | Case No. 24-cr-00141-VC-1<br><br>**COURT'S PROPOSED VERDICT FORM** |

WE, THE JURY, in the above-entitled case, make the following unanimous findings as to Defendant Linwei Ding as to each count below:

**COUNT ONE**
THEFT OF TRADE SECRETS
CATEGORY ONE

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

[*As a reminder, if you are unable to identify any document in this category that you unanimously agree is a trade secret (and if you are unable to unanimously agree that the entire set of documents in this category is a trade secret), not only must you find the defendant not guilty of this theft of trade secrets count; you must also find the defendant not guilty of Count Eight—the corresponding economic espionage count.*]

**COUNT TWO**
THEFT OF TRADE SECRETS
CATEGORY TWO

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

[*As a reminder, if you are unable to identify any document in this category that you unanimously agree is a trade secret (and if you are unable to unanimously agree that the entire set of documents in this category is a trade secret), not only must you find the defendant not guilty of this theft of trade secrets count; you must also find the defendant not guilty of Count Nine—the corresponding economic espionage count.*]

**COUNT THREE**
THEFT OF TRADE SECRETS
CATEGORY THREE

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

[*As a reminder, if you are unable to identify any document in this category that you unanimously agree is a trade secret (and if you are unable to unanimously agree that the entire set of documents in this category is a trade secret), not only must you find the defendant not guilty of this theft of trade secrets count; you must also find the defendant not guilty of Count Ten—the corresponding economic espionage count.*]


**COUNT FOUR**
THEFT OF TRADE SECRETS
CATEGORY FOUR

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

[*As a reminder, if you are unable to identify any document in this category that you unanimously agree is a trade secret (and if you are unable to unanimously agree that the entire set of documents in this category is a trade secret), not only must you find the defendant not guilty of this theft of trade secrets count; you must also find the defendant not guilty of Count Eleven—the corresponding economic espionage count.*]


**COUNT FIVE**
THEFT OF TRADE SECRETS
CATEGORY FIVE

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

[*As a reminder, if you are unable to identify any document in this category that you unanimously agree is a trade secret (and if you are unable to unanimously agree that the entire set of documents in this category is a trade secret), not only must you find the defendant not guilty of this theft of trade secrets count; you must also find the defendant not guilty of Count Twelve—the corresponding economic espionage count.*]

**COUNT SIX**
THEFT OF TRADE SECRETS
CATEGORY SIX

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

[*As a reminder, if you are unable to identify any document in this category that you unanimously agree is a trade secret (and if you are unable to unanimously agree that the entire set of documents in this category is a trade secret), not only must you find the defendant not guilty of this theft of trade secrets count; you must also find the defendant not guilty of Count Thirteen—the corresponding economic espionage count.*]

**COUNT SEVEN**
THEFT OF TRADE SECRETS
CATEGORY SEVEN

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

[*As a reminder, if you are unable to identify any document in this category that you unanimously agree is a trade secret (and if you are unable to unanimously agree that the entire set of documents in this category is a trade secret), not only must you find the defendant not guilty of this theft of trade secrets count; you must also find the defendant not guilty of Count Fourteen—the corresponding economic espionage count.*]

**COUNT EIGHT**
ECONOMIC ESPIONAGE
CATEGORY ONE

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

**COUNT NINE**
ECONOMIC ESPIONAGE
CATEGORY TWO

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

**COUNT TEN**
ECONOMIC ESPIONAGE
CATEGORY THREE

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

**COUNT ELEVEN**
ECONOMIC ESPIONAGE
CATEGORY FOUR

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

**COUNT TWELVE**
ECONOMIC ESPIONAGE
CATEGORY FIVE

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

**COUNT THIRTEEN**
ECONOMIC ESPIONAGE
CATEGORY SIX

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

**COUNT FOURTEEN**
ECONOMIC ESPIONAGE
CATEGORY SEVEN

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty

Dated: _____    Signed: _____
                                  Presiding Juror