UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LINWEI DING,<br><br>　　　　Defendant. | Case No. 24-cr-00141-VC-1<br><br>**VERDICT FORM** |

WE, THE JURY, in the above-entitled case, make the following unanimous findings as to Defendant Linwei Ding as to each count below:

**COUNT ONE**
**THEFT OF TRADE SECRETS**
**CATEGORY ONE**

_____ Guilty

_____ Not Guilty

If you have found the defendant guilty of Count One, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| Trade Secret | Exhibit No. | CATEGORY ONE File Title |
|---|---|---|
| | 371 | PFC - BarnaCore Instruction Set Architecture-at-2023-04-16T06_09_02Z-pinned.pdf |
| | 358 | PFC - Host Communication-at-2023-04-16T06_07_40Z-pinned.pdf |
| | 359 | PFC - ICI Initialization-at-2023-04-16T06_09_16Z-pinned.pdf |
| | 360 | PFC - ICI Link Enable and Resets-at-2023-04-16T06_09_07Z-pinned.pdf |
| | 361 | PFC - Interconnect-at-2023-04-16T06_09_20Z-pinned.pdf |
| | 362 | PFC - Memory System-at-2023-04-16T06_09_12Z-pinned.pdf |
| | 363 | PFC - TensorCore Instruction Set Architecture 1-at-2023-04-16T06_08_56Z-pinned.pdf |
| | 364 | PFC - TensorCore Instruction Set Architecture 2-at-2023-04-16T06_07_52Z-pinned.pdf |
| | 365 | PFC - TensorCore Instruction Set Architecture 3-at-2023-04-16T06_07_55Z-pinned.pdf |
| | 366 | PFC - TensorCore Instruction Set Architecture 4-at-2023-04-16T06_07_59Z-pinned.pdf |
| | 367 | PFC - TensorCore Instruction Set Architecture 5-at-2023-04-16T06_08_03Z-pinned.pdf |
| | 368 | PFC - TensorCore Instruction Set Architecture 6-at-2023-04-16T06_08_07Z-pinned.pdf |
| | 369 | PFC - TensorCore Instruction Set Architecture 7-at-2023-04-16T06_08_10Z-pinned.pdf |
| | 370 | PFC - TensorCore Instruction Set Architecture 8-at-2023-04-16T06_08_14Z-pinned.pdf |
| | 373 | TPU ICI-at-2022-06-01T18_10_22Z-pinned.pdf |
| | 372 | TensorCore Instruction Set Architecture - JFC _ DFC-at-2023-04-16T06_06_49Z-pinned.pdf |
| | N/A | Combination of all documents in Category One |

**COUNT TWO**
THEFT OF TRADE SECRETS
CATEGORY TWO

_____   Guilty

_____   Not Guilty

If you have found the defendant guilty of Count Two, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| CATEGORY TWO | | |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
|  | 374 | Accelerators-at-2023-04-16T05_59_44Z-pinned.pdf |
|  | 376 | Ghostlite-at-2022-06-01T17_27_39Z-pinned.pdf |
|  | 379 | ViperLitePod System Introduction-at-2023-04-16T05_59_52Z-pinned.pdf |
|  | 377 | Ghostlite-at-2022-06-01T17_33_18Z-pinned.pdf |
|  | 378 | ViperLite-at-2022-06-01T17_33_06Z-pinned.pdf |
|  | 380 | ViperLitePod-at-2022-06-01T17_33_23Z-pinned.pdf |
|  | 375 | Ghostlite Multi-host Software Enablement Program Kickoff.pdf |
|  | N/A | Combination of all documents in Category Two |

**COUNT THREE**
THEFT OF TRADE SECRETS
CATEGORY THREE

_____  Guilty


_____  Not Guilty


If you have found the defendant guilty of Count Three, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| CATEGORY THREE | | |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
| | 382 | Ghostfish Software Review For Planning Entry-at-2023-04-16T06_09_24Z-pinned.pdf.pdf |
| | 384 | PFC - Pufferfish GRM-at-2023-04-16T06_07_44Z-pinned.pdf |
| | 381 | Cloud TPU-at-2022-06-01T17_32_53Z-pinned.pdf |
| | 383 | ICI Resilient Slice-at-2022-06-01T17_33_32Z-pinned.pdf.pdf |
| | 385 | XLA_ TPU-at-2023-04-16T06_00_25Z-pinned.pdf.pdf |
| | 393 | Slice Builder-at-2023-04-16T06_07_00Z-pinned.pdf.pdf |
| | 394 | Slice Creation Algorithms-at-2023-04-16T06_06_57Z-pinned.pdf.pdf |
| | 388 | Flume with Accelerators-at-2023-04-16T07_12_15Z-pinned.pdf |
| | 390 | Megascale Networking-at-2022-05-21T03_50_23Z-pinned.pdf |
| | 397 | XOR Core ML Review (Dev Entry)-at-2023-04-16T05_25_59Z-pinned.pdf |
| | 398 | XOR PRD-at-2023-04-16T07_12_44Z-pinned.pdf.pdf |
| | 389 | JAX+Pathways-at-2023-04-16T07_13_07Z-pinned.pdf.pdf |
| | 396 | Training multipod models on Ghostlite-at-2023-04-16T05_25_42Z-pinned.pdf.pdf |
| | 399 | XOR _ Horizontal Scaling-at-2023-04-16T05_24_26Z-pinned.pdf.pdf |
| | 387 | Cloud TPU V5 PF_VF Initialization-at-2022-06-01T17_33_59Z-pinned.pdf |
| | 386 | AdAstra-Network-at-2022-06-01T18_21_40Z-pinned.pdf |
| | 395 | TPU Fungibility _ ACU Roadmap-at-2023-04-16T05_30_21Z-pinned.pdf |
| | 392 | MegaScale XLA-at-2022-05-21T03_50_38Z-pinned.pdf |
| | 391 | MegaScale XLA - Doc-at-2022-05-21T03_50_09Z-pinned.pdf |
| | N/A | Combination of all documents in Category Three |

4

# COUNT FOUR
THEFT OF TRADE SECRETS
CATEGORY FOUR

_____    Guilty

_____    Not Guilty

If you have found the defendant guilty of Count Four, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| | | CATEGORY FOUR |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
| | 400 | AdAstra-Board-at-2022-06-01T18_16_04Z-pinned.pdf |
| | 401 | AdAstra-Hardware-at-2022-06-01T18_15_04Z-pinned.pdf |
| | 402 | AdAstra-Mechanical-at-2022-06-01T18_15_24Z-pinned.pdf |
| | 403 | AdAstra-NetworkTopology-at-2022-06-01T18_20_24Z-pinned.pdf |
| | 405 | BigRig-at-2022-06-01T17_21_30Z-pinned.pdf |
| | 407 | Endurance-B Hardware Design Doc (go_endurance-hw-spec)-at-2023-04-16T05_59_31Z-pinned.pdf |
| | 404 | AdAstra-Storage-at-2022-06-01T18_16_25Z-pinned.pdf |
| | 406 | Endurance GPU tray fans-at-2023-04-16T05_30_44Z-pinned.pdf |
| | 409 | Rack - Jolt, Zoid2-at-2022-06-01T17_37_55Z-pinned.pdf |
| | 410 | Tech Overview-at-2022-05-21T03_25_32Z-pinned.pdf |
| | 408 | H100 Competitive Analysis-at-2023-04-16T05_31_38Z-pinned.pdf |
| | N/A | Combination of all documents in Category Four |

5

# COUNT FIVE
## THEFT OF TRADE SECRETS
## CATEGORY FIVE

_____ Guilty

_____ Not Guilty

If you have found the defendant guilty of Count Five, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| CATEGORY FIVE | | |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
| | 411 | AdAstra - ML Sync Engineering Review-at-2023-04-16T05_29_42Z-pinned.pdf |
| | 418 | AdAstra-GPUDirect-at-2022-06-01T18_17_29Z-pinned.pdf |
| | 412 | Adastra Diorite-GPU Direct P2P-at-2023-04-16T05_54_55Z-pinned.pdf |
| | 419 | AdAstra-LinkD-at-2022-06-01T18_21_02Z-pinned.pdf |
| | 420 | AdAstra-MachineManager-at-2022-06-01T18_19_30Z-pinned.pdf |
| | 423 | AdAstra-SuperpodSW-at-2022-06-01T18_18_20Z-pinned.pdf |
| | 428 | Borg Traffic Matrix API for Astrophel-at-2023-04-16T05_31_27Z-pinned.pdf |
| | 429 | Fabric Topology for Astrophel-at-2023-04-16T05_31_48Z-pinned.pdf |
| | 413 | AdAstra-Cloud Control Plane-at-2022-06-01T18_14_35Z-pinned.pdf |
| | 414 | AdAstra-CloudNetworking-at-2022-06-01T18_18_05Z-pinned.pdf |
| | 415 | AdAstra-ControlPlane-at-2022-06-01T18_15_54Z-pinned.pdf |
| | 416 | AdAstra-EnduranceDiagnosticsAndTools-at-2022-06-01T18_18_42Z-pinned.pdf |
| | 417 | AdAstra-EnduranceSSW-at-2022-06-01T18_18_13Z-pinned.pdf |
| | 421 | AdAstra-Networking-at-2022-06-01T18_13_24Z-pinned.pdf |
| | 422 | AdAstra-StableFleet-at-2022-06-01T18_19_03Z-pinned.pdf |
| | 424 | AdAstra-XManager-at-2022-06-01T18_19_20Z-pinned.pdf |
| | 425 | Astrophel on GKE - User Journey-at-2023-04-16T05_31_31Z-pinned.pdf |
| | 426 | Astrophel Requirements on GKE-at-2023-04-16T05_31_23Z-pinned.pdf |
| | 427 | Astrophel User Journeys-at-2023-04-16T05_32_06Z-pinned.pdf |
| | 431 | Maintenance of GPU Pods and TPU Pod Slices in GKE-at-2023-04-16T05_31_52Z-pinned.pdf |
| | 436 | UCF_ A Unified Communication Framework for ML and HPC in Google Cloud-at-2023-04-16T05_54_58Z-pinned.pdf |
| | 434 | TCPDirect for AdAstra System Architecture-at-2023-04-16T05_55_01Z-pinned.pdf |
| | 435 | TCPDirect_ GPU-GPU interconnect improvements.pdf |
| | 433 | TCPDirect - Optimized Bulk Data Transfer to_from Devices-at-2023-04-16T05_55_04Z-pinned.pdf |
| | 432 | TCP Direct on Promethium-at-2023-04-16T05_54_40Z-pinned.pdf |
| | 430 | GPU sharing in Borg-at-2023-04-16T05_30_13Z-pinned.pdf |
| | N/A | Combination of all documents in Category Five |

6

# COUNT SIX
## THEFT OF TRADE SECRETS
## CATEGORY SIX

_____     Guilty

_____     Not Guilty

If you have found the defendant guilty of Count Six, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| **CATEGORY SIX** | | |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
|  | 438 | Dorite-uArch-at-2022-06-01T18_30_23Z-pinned.pdf |
|  | 437 | Diorite Architecture Overview-at-2022-06-01T18_28_57Z-pinned.pdf |
|  | 439 | RDMA-at-2022-06-01T18_29_11Z-pinned.pdf |
|  | 440 | Terrazzo V2_ concept phase CFR-at-2023-04-16T05_59_40Z-pinned.pdf |
|  | N/A | Combination of all documents in Category Six |

**COUNT SEVEN**
THEFT OF TRADE SECRETS
CATEGORY SEVEN

_____   Guilty

_____   Not Guilty

If you have found the defendant guilty of Count Seven, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| **CATEGORY SEVEN** |||
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
|  | 461 | Raptor Multi-NIC-at-2022-06-01T17_21_52Z-pinned.pdf |
|  | 462 | RDMA on-NIC SW architecture.pdf |
|  | 443 | Andromeda3.0-at-2022-06-01T17_52_43Z-pinned.pdf |
|  | 446 | CloudRDMA Top.pdf |
|  | 452 | CloudRDMA_Arch-at-2022-06-01T18_24_35Z-pinned.pdf |
|  | 448 | CloudRDMA-DeepDive-Datapath-at-2022-06-01T18_25_37Z-pinned.pdf |
|  | 456 | Diorite-gHMA-at-2022-06-01T18_29_18Z-pinned.pdf |
|  | 457 | Diorite-OCM-at-2022-06-01T18_28_06Z-pinned.pdf |
|  | 458 | Diorite-Routing-at-2022-06-01T18_30_09Z-pinned.pdf |
|  | 441 | Andromeda Routing IP in Diorite-at-2022-06-01T18_06_32Z-pinned.pdf |
|  | 442 | Andromeda, USPS _ Promethium. Network Virtualization_-at-2022-06-01T17_26_57Z-pinned.pdf |
|  | 444 | BaMM2, Pony Express _ Use Cases-at-2022-06-01T18_09_40Z-pinned.pdf |
|  | 445 | CloudRDMA Overview-at-2022-06-01T18_24_44Z-pinned.pdf |
|  | 453 | CloudRDMA_DeepDive-Cloud-at-2022-06-01T18_25_45Z-pinned.pdf |
|  | 449 | CloudRDMA-DeepDive-IntegrationTest-at-2022-06-01T18_25_23Z-pinned.pdf |
|  | 450 | CloudRDMA-DeepDive-onNIC SW-at-2022-06-01T18_25_54Z-pinned.pdf |
|  | 451 | CloudRDMA-DeepDive-Telemetry_Debugging.pdf |
|  | 454 | Diorite ATE Use Cases-at-2023-04-16T05_55_48Z-pinned.pdf |
|  | 459 | Diorite-Topology-at-2022-06-01T18_29_55Z-pinned.pdf |
|  | 460 | HMA RDMA Support-at-2022-06-01T18_29_46Z-pinned.pdf |
|  | 447 | CloudRDMA-Arcus-at-2022-06-01T18_26_30Z-pinned.pdf |
|  | 455 | Diorite Peer-To-Peer PCIe-at-2023-04-16T05_54_52Z-pinned.pdf |
|  | N/A | Combination of all documents in Category Seven |

# COUNT EIGHT
ECONOMIC ESPIONAGE
CATEGORY ONE

_____    Guilty

_____    Not Guilty

If you have found the defendant guilty of Count Eight, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| Trade Secret | Exhibit No. | File Title |
|---|---|---|
| | | **CATEGORY ONE** |
| | 371 | PFC - BarnaCore Instruction Set Architecture-at-2023-04-16T06_09_02Z-pinned.pdf |
| | 358 | PFC - Host Communication-at-2023-04-16T06_07_40Z-pinned.pdf |
| | 359 | PFC - ICI Initialization-at-2023-04-16T06_09_16Z-pinned.pdf |
| | 360 | PFC - ICI Link Enable and Resets-at-2023-04-16T06_09_07Z-pinned.pdf |
| | 361 | PFC - Interconnect-at-2023-04-16T06_09_20Z-pinned.pdf |
| | 362 | PFC - Memory System-at-2023-04-16T06_09_12Z-pinned.pdf |
| | 363 | PFC - TensorCore Instruction Set Architecture 1-at-2023-04-16T06_08_56Z-pinned.pdf |
| | 364 | PFC - TensorCore Instruction Set Architecture 2-at-2023-04-16T06_07_52Z-pinned.pdf |
| | 365 | PFC - TensorCore Instruction Set Architecture 3-at-2023-04-16T06_07_55Z-pinned.pdf |
| | 366 | PFC - TensorCore Instruction Set Architecture 4-at-2023-04-16T06_07_59Z-pinned.pdf |
| | 367 | PFC - TensorCore Instruction Set Architecture 5-at-2023-04-16T06_08_03Z-pinned.pdf |
| | 368 | PFC - TensorCore Instruction Set Architecture 6-at-2023-04-16T06_08_07Z-pinned.pdf |
| | 369 | PFC - TensorCore Instruction Set Architecture 7-at-2023-04-16T06_08_10Z-pinned.pdf |
| | 370 | PFC - TensorCore Instruction Set Architecture 8-at-2023-04-16T06_08_14Z-pinned.pdf |
| | 373 | TPU ICI-at-2022-06-01T18_10_22Z-pinned.pdf |
| | 372 | TensorCore Instruction Set Architecture - JFC _ DFC-at-2023-04-16T06_06_49Z-pinned.pdf |
| | N/A | Combination of all documents in Category One |

9

# COUNT NINE
ECONOMIC ESPIONAGE
CATEGORY TWO

_____   Guilty

_____   Not Guilty

If you have found the defendant guilty of Count Nine, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| | | CATEGORY TWO |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
| | 374 | Accelerators-at-2023-04-16T05_59_44Z-pinned.pdf |
| | 376 | Ghostlite-at-2022-06-01T17_27_39Z-pinned.pdf |
| | 379 | ViperLitePod System Introduction-at-2023-04-16T05_59_52Z-pinned.pdf |
| | 377 | Ghostlite-at-2022-06-01T17_33_18Z-pinned.pdf |
| | 378 | ViperLite-at-2022-06-01T17_33_06Z-pinned.pdf |
| | 380 | ViperLitePod-at-2022-06-01T17_33_23Z-pinned.pdf |
| | 375 | Ghostlite Multi-host Software Enablement Program Kickoff.pdf |
| | N/A | Combination of all documents in Category Two |

**COUNT TEN**
ECONOMIC ESPIONAGE
CATEGORY THREE

_____    Guilty

_____    Not Guilty

If you have found the defendant guilty of Count Ten, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| | | **CATEGORY THREE** |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
| | 382 | Ghostfish Software Review For Planning Entry-at-2023-04-16T06_09_24Z-pinned.pdf.pdf |
| | 384 | PFC - Pufferfish GRM-at-2023-04-16T06_07_44Z-pinned.pdf |
| | 381 | Cloud TPU-at-2022-06-01T17_32_53Z-pinned.pdf |
| | 383 | ICI Resilient Slice-at-2022-06-01T17_33_32Z-pinned.pdf.pdf |
| | 385 | XLA_ TPU-at-2023-04-16T06_00_25Z-pinned.pdf.pdf |
| | 393 | Slice Builder-at-2023-04-16T06_07_00Z-pinned.pdf.pdf |
| | 394 | Slice Creation Algorithms-at-2023-04-16T06_06_57Z-pinned.pdf.pdf |
| | 388 | Flume with Accelerators-at-2023-04-16T07_12_15Z-pinned.pdf |
| | 390 | Megascale Networking-at-2022-05-21T03_50_23Z-pinned.pdf |
| | 397 | XOR Core ML Review (Dev Entry)-at-2023-04-16T05_25_59Z-pinned.pdf |
| | 398 | XOR PRD-at-2023-04-16T07_12_44Z-pinned.pdf.pdf |
| | 389 | JAX+Pathways-at-2023-04-16T07_13_07Z-pinned.pdf.pdf |
| | 396 | Training multipod models on Ghostlite-at-2023-04-16T05_25_42Z-pinned.pdf.pdf |
| | 399 | XOR _ Horizontal Scaling-at-2023-04-16T05_24_26Z-pinned.pdf.pdf |
| | 387 | Cloud TPU V5 PF_VF Initialization-at-2022-06-01T17_33_59Z-pinned.pdf |
| | 386 | AdAstra-Network-at-2022-06-01T18_21_40Z-pinned.pdf |
| | 395 | TPU Fungibility _ ACU Roadmap-at-2023-04-16T05_30_21Z-pinned.pdf |
| | 392 | MegaScale XLA-at-2022-05-21T03_50_38Z-pinned.pdf |
| | 391 | MegaScale XLA - Doc-at-2022-05-21T03_50_09Z-pinned.pdf |
| | N/A | Combination of all documents in Category Three |

11

# COUNT ELEVEN
ECONOMIC ESPIONAGE
CATEGORY FOUR

_____ Guilty

_____ Not Guilty

If you have found the defendant guilty of Count Eleven, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| CATEGORY FOUR | | |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
| | 400 | AdAstra-Board-at-2022-06-01T18_16_04Z-pinned.pdf |
| | 401 | AdAstra-Hardware-at-2022-06-01T18_15_04Z-pinned.pdf |
| | 402 | AdAstra-Mechanical-at-2022-06-01T18_15_24Z-pinned.pdf |
| | 403 | AdAstra-NetworkTopology-at-2022-06-01T18_20_24Z-pinned.pdf |
| | 405 | BigRig-at-2022-06-01T17_21_30Z-pinned.pdf |
| | 407 | Endurance-B Hardware Design Doc (go_endurance-hw-spec)-at-2023-04-16T05_59_31Z-pinned.pdf |
| | 404 | AdAstra-Storage-at-2022-06-01T18_16_25Z-pinned.pdf |
| | 406 | Endurance GPU tray fans-at-2023-04-16T05_30_44Z-pinned.pdf |
| | 409 | Rack - Jolt, Zoid2-at-2022-06-01T17_37_55Z-pinned.pdf |
| | 410 | Tech Overview-at-2022-05-21T03_25_32Z-pinned.pdf |
| | 408 | H100 Competitive Analysis-at-2023-04-16T05_31_38Z-pinned.pdf |
| | N/A | Combination of all documents in Category Four |

## COUNT TWELVE
ECONOMIC ESPIONAGE
CATEGORY FIVE

_____ Guilty

_____ Not Guilty

If you have found the defendant guilty of Count Twelve, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| CATEGORY FIVE | | |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
|  | 411 | AdAstra - ML Sync Engineering Review-at-2023-04-16T05_29_42Z-pinned.pdf |
|  | 418 | AdAstra-GPUDirect-at-2022-06-01T18_17_29Z-pinned.pdf |
|  | 412 | Adastra Diorite-GPU Direct P2P-at-2023-04-16T05_54_55Z-pinned.pdf |
|  | 419 | AdAstra-LinkD-at-2022-06-01T18_21_02Z-pinned.pdf |
|  | 420 | AdAstra-MachineManager-at-2022-06-01T18_19_30Z-pinned.pdf |
|  | 423 | AdAstra-SuperpodSW-at-2022-06-01T18_18_20Z-pinned.pdf |
|  | 428 | Borg Traffic Matrix API for Astrophel-at-2023-04-16T05_31_27Z-pinned.pdf |
|  | 429 | Fabric Topology for Astrophel-at-2023-04-16T05_31_48Z-pinned.pdf |
|  | 413 | AdAstra-Cloud Control Plane-at-2022-06-01T18_14_35Z-pinned.pdf |
|  | 414 | AdAstra-CloudNetworking-at-2022-06-01T18_18_05Z-pinned.pdf |
|  | 415 | AdAstra-ControlPlane-at-2022-06-01T18_15_54Z-pinned.pdf |
|  | 416 | AdAstra-EnduranceDiagnosticsAndTools-at-2022-06-01T18_18_42Z-pinned.pdf |
|  | 417 | AdAstra-EnduranceSSW-at-2022-06-01T18_18_13Z-pinned.pdf |
|  | 421 | AdAstra-Networking-at-2022-06-01T18_13_24Z-pinned.pdf |
|  | 422 | AdAstra-StableFleet-at-2022-06-01T18_19_03Z-pinned.pdf |
|  | 424 | AdAstra-XManager-at-2022-06-01T18_19_20Z-pinned.pdf |
|  | 425 | Astrophel on GKE - User Journey-at-2023-04-16T05_31_31Z-pinned.pdf |
|  | 426 | Astrophel Requirements on GKE-at-2023-04-16T05_31_23Z-pinned.pdf |
|  | 427 | Astrophel User Journeys-at-2023-04-16T05_32_06Z-pinned.pdf |
|  | 431 | Maintenance of GPU Pods and TPU Pod Slices in GKE-at-2023-04-16T05_31_52Z-pinned.pdf |
|  | 436 | UCF_ A Unified Communication Framework for ML and HPC in Google Cloud-at-2023-04-16T05_54_58Z-pinned.pdf |
|  | 434 | TCPDirect for AdAstra System Architecture-at-2023-04-16T05_55_01Z-pinned.pdf |
|  | 435 | TCPDirect_ GPU-GPU interconnect improvements.pdf |
|  | 433 | TCPDirect - Optimized Bulk Data Transfer to_from Devices-at-2023-04-16T05_55_04Z-pinned.pdf |
|  | 432 | TCP Direct on Promethium-at-2023-04-16T05_54_40Z-pinned.pdf |
|  | 430 | GPU sharing in Borg-at-2023-04-16T05_30_13Z-pinned.pdf |
|  | N/A | Combination of all documents in Category Five |

## COUNT THIRTEEN
ECONOMIC ESPIONAGE
CATEGORY SIX

_____     Guilty

_____     Not Guilty

If you have found the defendant guilty of Count Thirteen, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| | | CATEGORY SIX |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
| | 438 | Dorite-uArch-at-2022-06-01T18_30_23Z-pinned.pdf |
| | 437 | Diorite Architecture Overview-at-2022-06-01T18_28_57Z-pinned.pdf |
| | 439 | RDMA-at-2022-06-01T18_29_11Z-pinned.pdf |
| | 440 | Terrazzo V2_ concept phase CFR-at-2023-04-16T05_59_40Z-pinned.pdf |
| | N/A | Combination of all documents in Category Six |

# COUNT FOURTEEN
ECONOMIC ESPIONAGE
CATEGORY SEVEN

_____   Guilty

_____   Not Guilty

If you have found the defendant guilty of Count Fourteen, you must indicate with an "X" which one or more of the following you agree unanimously constitute a trade secret:

| \ | \ | CATEGORY SEVEN |
|---|---|---|
| **Trade Secret** | **Exhibit No.** | **File Title** |
|  | 461 | Raptor Multi-NIC-at-2022-06-01T17_21_52Z-pinned.pdf |
|  | 462 | RDMA on-NIC SW architecture.pdf |
|  | 443 | Andromeda3.0-at-2022-06-01T17_52_43Z-pinned.pdf |
|  | 446 | CloudRDMA Top.pdf |
|  | 452 | CloudRDMA_Arch-at-2022-06-01T18_24_35Z-pinned.pdf |
|  | 448 | CloudRDMA-DeepDive-Datapath-at-2022-06-01T18_25_37Z-pinned.pdf |
|  | 456 | Diorite-gHMA-at-2022-06-01T18_29_18Z-pinned.pdf |
|  | 457 | Diorite-OCM-at-2022-06-01T18_28_06Z-pinned.pdf |
|  | 458 | Diorite-Routing-at-2022-06-01T18_30_09Z-pinned.pdf |
|  | 441 | Andromeda Routing IP in Diorite-at-2022-06-01T18_06_32Z-pinned.pdf |
|  | 442 | Andromeda, USPS _ Promethium. Network Virtualization_-at-2022-06-01T17_26_57Z-pinned.pdf |
|  | 444 | BaMM2, Pony Express _ Use Cases-at-2022-06-01T18_09_40Z-pinned.pdf |
|  | 445 | CloudRDMA Overview-at-2022-06-01T18_24_44Z-pinned.pdf |
|  | 453 | CloudRDMA_DeepDive-Cloud-at-2022-06-01T18_25_45Z-pinned.pdf |
|  | 449 | CloudRDMA-DeepDive-IntegrationTest-at-2022-06-01T18_25_23Z-pinned.pdf |
|  | 450 | CloudRDMA-DeepDive-onNIC SW-at-2022-06-01T18_25_54Z-pinned.pdf |
|  | 451 | CloudRDMA-DeepDive-Telemetry_Debugging.pdf |
|  | 454 | Diorite ATE Use Cases-at-2023-04-16T05_55_48Z-pinned.pdf |
|  | 459 | Diorite-Topology-at-2022-06-01T18_29_55Z-pinned.pdf |
|  | 460 | HMA RDMA Support-at-2022-06-01T18_29_46Z-pinned.pdf |
|  | 447 | CloudRDMA-Arcus-at-2022-06-01T18_26_30Z-pinned.pdf |
|  | 455 | Diorite Peer-To-Peer PCIe-at-2023-04-16T05_54_52Z-pinned.pdf |
|  | N/A | Combination of all documents in Category Seven |

DATED: _____

_____
PRESIDING JUROR SIGNATURE