UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE: Vince Chhabria

Case No 3:24-cr-00141-VC

CASE NAME: USA v. Ding

NOTE FROM THE JURY

Note No. _1_

Date _29 Jan 2026_

Time _10:06_

1. (The Jury has reached a unanimous verdict ( ))

or

2. The Jury has the following question:

_____
_____
_____

_Marita Nickisen_
Foreperson of the Jury