**Subject:** swNr2wAAAAE-MBI-FLAT:2023-12-26T00:59:05.666895
**From:** leonding@google.com
**Date:** 12/26/23, 11:59 AM
**To:** yihuad@google.com, leonding@google.com

**leonding@google.com** December 26, 2023 at 11:59:05AM GMT-8
Hi Yihua, hopefully you had a great time with all your family. Congrats at first! I will leave google in two weeks. My last day will be Jan 5th and I will submit this week. And take your time and I will come back to the office later so we can meet any time later after your vacation.