## about my account suspension for Leon

| | |
|---|---|
| From: | Leon D <dingyong198608@gmail.com> |
| To: | "yihuad@google.com <yihuad@google.com>" <yihuad@google.com> |
| Cc: | leonding@google.com |
| Date: | Fri, 29 Dec 2023 18:14:15 -0800 |

Hi Yihua,

This is Leon. I think that there are some mistakes. My account got suspended and I called the security team. They told me to contact you and it seems that you called it out to suspend my ldap account. Can you help cancel the suspension? it is worrisome to me during the new year and sorry to disturb you for that. Now I have to use my personal email.

The security team's phone number is,
(650)253-4357

My phone number is,
(213)793-1074

Feel free to contact me if you have any questions.

Best Regards,

Leon

US-0095927

Trial Exhibit 0027 Page-001