**Subject:** Re: Data Incident: Action Required for Leon Ding
**From:** Brad Fuller <bfuller@google.com>
**Date:** 12/7/2023, 3:52 PM
**To:** Data Transfer Response and Recovery <data-transfer-response-recovery@google.com>
**CC:** Leon Ding <leonding@google.com>, case360+GM2TSMBQ@google.com, Yihua Ding <yihuad@google.com>

Hi Leon,

I will find time tomorrow morning for us to connect.

Thank you,
Brad

On Wed, Dec 6, 2023 at 3:27 PM Data Transfer Response and Recovery <data-transfer-response-recovery@google.com> wrote:

>  We are handing off this matter to a member of the Global Investigations team. They will follow up with you shortly and may request additional information.
>
> Hello Leon,
>
> I have added Brad Fuller to this thread. They will conduct a further review of this incident and will follow up with you as soon as possible.
>
> Please continue to share any additional details or ask any questions here.
>
> Thank you for your help,
>
> Hermie
>
> 
> - **Hermie**
> - Global Security & Resilience Services
> - Partner Services for Global Investigations
>
> On Wed, Dec 6, 2023 at 11:15 AM Data Transfer Response and Recovery <data-transfer-response-recovery@google.com> wrote:
>
>> Hi Leon,
>>
>> Thank you for reaching out and for your patience. We are still reviewing your account currently.
>>
>> A member of our partner team will be in touch with you soon and may request additional information to complete the process.

US-0095913
Trial Exhibit 0277 Page-001

We appreciate your understanding and cooperation.

Sincerely,

Hermie

- **Hermie**
- Global Security & Resilience Services
- Partner Services for Global Investigations

On Wed, Dec 6, 2023 at 11:01 AM Leon Ding <leonding@google.com> wrote:
> Hi Cristina,
>
> It seems that I have the access rights issue and they are blocked by the security team. I wonder when that can be resolved.
>
> Best,
>
> Leon
>
>
> On Tue, Dec 5, 2023 at 5:38 PM Data Transfer Response and Recovery <data-transfer-response-recovery@google.com> wrote:
>> Hello Leon,
>>
>> Thank you for providing your responses. Our team will need to review your responses.
>>
>> We will follow up with you shortly and may request additional information.
>>
>> Thank you for your help,
>>
>> - **Cristina**
>> - Global Security & Resilience Services
>> - Partner Services for Global Investigations
>>
>> On Tue, Dec 5, 2023 at 4:59 AM Leon Ding <leonding@google.com> wrote:
>>> Please check the inline answers.
>>>
>>> On Mon, Dec 4, 2023 at 8:18 PM Leon Ding <leonding@google.com> wrote:
>>>> Please check the inline answers.
>>>>
>>>> On Mon, Dec 4, 2023 at 6:43 PM Data Transfer Response and Recovery <data-transfer-response-recovery@google.com> wrote:

 **We have reviewed the information that you provided regarding the data incident and have prepared some information and next steps for you to follow.**

**ACTION REQUIRED**   Please provide additional information in response to the questions below by responding directly to this email.

Hello Leon,

Thank you for providing your responses. We need more information in addition to your response to help us resolve this matter.

Our system detected that work-related files were uploaded to your personal Google drive. Along with some screenshots, it appears that you have printed Moma team pages of teams you are part of as pdf and uploaded them to the external Drive account. Please review the following files and delete any work-related data that has been uploaded to non-business resources. The file names of concern include (but are not exclusive to):

- A100 On Internal Borg_ GA Ramp Entry
- Kumiho Dev Entry IPPR (go_kumiho-deventry-ippr)2
- Google.com Mail - A3 - AdAstra GPUs approved for GA Ramp Entry!
- projects_leon_whole
- Neutron - Moma Teams
- Kumiho - Moma Teams
- Leon Ding - Moma People
- A100 on Internal Borg - Moma Teams
- Kyubi_A3+ - Moma Teams
- Kitsune - Moma Teams

**Can you clarify what documents contain patents from your previous company?**

None of them contains the patents from my previous company.

**Can you confirm if you brought these documents from your previous company to Google? Have you used these in your work in Google?**

N/A. I brought those documents from my previous company to Google. I have not used them in my work in Google.

In the Data Incident Response Form, the following question was asked:

*"Does the data that you transferred (or attempted to transfer) include ANY work related data?"*

In your response, you answered "**No**", and indicated that you do not believe that the data contains work related data. All work-related data is considered **non-public** and otherwise **Confidential** or **Need-to-Know** unless explicitly categorized otherwise with the appropriate authorization, and should only be stored on approved business resources. If the data is intended for public release at a later date, it may still be considered confidential work product at this time.

You can find examples of work related data and their data classifications below.

**Need-to-Know** data is sensitive legal, business, and financial information that only certain individuals need to know to do their jobs. *Examples: User data, non-public financial, merger, and acquisition data, design documentation, budgets and strategic plans, attorney work product. This may include any work product such as documents, image files, audio files, spreadsheets, presentations, design documents, source code, or templates and any information within.*

**Confidential** data is non-public technical, business, and product information that is appropriate to disclose broadly within Google or a Bet, in line with business purposes. *Examples: Company wide shared technical, business, and product information. Other company financial, business, scientific, technical, economic, or engineering information. This includes any work product such as documents,* **image files**, *audio files, spreadsheets, presentations, design documents, source code, or templates and any information within.*

Confidential Workforce data as defined by go/employee-data, go/employment-data-guidelines (badge data, dates of employment, account identifiers, etc)

**Public** data is permitted with appropriate authorization to be disclosed outside of the company, and has to be explicitly and intentionally made available to the public. *Examples: Press releases, investor information, Google's privacy policy, published open source code.*

We need more information in addition to your response to help us resolve this matter, and we ask that you review the data that you transferred (or attempted to transfer) if it is available to you.

**ACTION REQUIRED:** Please review the data that you transferred.

- After reviewing this information and the data, does that data that you transferred (or attempted to transfer) include any work related data?

Please indicate if your answer remains "**No**" or if you are changing it to "**Yes**."

No. After checking them, they do not contain the Workforce data or Confidential data.

Our team will need to review your responses further once received.

Thank you for your help,



- **Cristina**
- Global Security & Resilience Services
- Partner Services for Global Investigations

On Mon, Dec 4, 2023 at 1:57 PM Data Transfer Response and Recovery <data-transfer-response-recovery@google.com> wrote:

 A data incident involving your account may be out of compliance with the Data Security Policy. We need to review the activity with you to help you ensure that you are in compliance.

**ACTION REQUIRED** Use this form to provide additional information about this activity immediately upon receipt of this communication.

Hello Leon,

My name is Hermie from the Data Transfer Response and Recovery team. Our team's role is to help individuals ensure that they are in compliance with the Data Security Policy.

We are reviewing a recent data incident involving your account and your immediate partnership is required to help us resolve the matter. While we understand that you may not be able to respond immediately, a late response or non-cooperation may result in account restrictions or further action. Please note that if your account has already been restricted and you are unable to access corporate services, we will restore access once we have been able to confirm that you are in compliance with the Data

US-0095917
Trial Exhibit 0277 Page-005

Security Policy.

Automated systems detected that your account transferred business data (see here) to a potential unauthorized non-business resource. It has been determined that some or all of the data is potentially work data which would be considered Need-to-Know, Confidential, or non-public (see data classifications in the Data Security Policy).

All work-related data is considered non-public and otherwise Confidential or Need-to-Know unless explicitly categorized otherwise with the appropriate authorization, and should only be stored on approved business resources. If the data is intended for public release at a later date, it may still be considered confidential work product at this time. This includes any work product such as documents, image files, audio files, spreadsheets, presentations, design documents, source code, or templates and any information within.

If you are attempting to keep personal data, it should be carefully separated from any work related data or directories. While keeping personal data is permitted, it is possible that work related data was included in the data set that you transferred (or attempted to transfer). **You should review *all data and activity* to determine whether any work related data was included.**

**ACTION REQUIRED:** Review the data involved with the activity below:

- Data uploaded files to the Drive folder of a @gmail.com account.
- Data printed and uploaded them to the external Drive account.

Once you have reviewed the data and activity, please respond to the Data Incident Response Form to provide additional information about this activity. Once you provide this information a member of our team will reach out to you and your manager with next steps.

Thank you for your help,

Hermie


- **Hermie**
- Global Security & Resilience Services
- Partner Services for Global Investigations

--
You received this message because you are subscribed to the Google Groups "Data Transfer Response and Recovery" group.
To unsubscribe from this group and stop receiving emails from it, send an email to data-transfer-response-recovery+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/data-transfer-response-recovery/CACCo1pYLVyQWSWBQkszjbSYp0DDU9i2U_WSc2-xg8TeDFKDnRw%40mail.gmail.com.

--
You received this message because you are subscribed to the Google Groups "Data Transfer Response and Recovery" group.
To unsubscribe from this group and stop receiving emails from it, send an email to data-transfer-response-recovery+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/data-transfer-response-recovery/CAJk0kY_%3DXashB1qg9vaY%2BkGbMxCVM9BZ_dEfsxiXwAvV_OjcYg%40mail.gmail.com.

--
You received this message because you are subscribed to the Google Groups "Data Transfer Response and Recovery" group.
To unsubscribe from this group and stop receiving emails from it, send an email to data-transfer-response-recovery+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/data-transfer-response-recovery/CAJk0kY8XePO__YFf04yVJdKw8XoU3q0m2v%3DRXnyY7XbKpB01rg%40mail.gmail.com.


--



- **Brad Fuller**
- Investigator - Global Investigations
- Global Security and Resilience Services - Boulder, CO.
- 408-821-8432