

US-0096755

Trial Exhibit 0308 Page-001