## Responsibility.

### Overview:
NPI, new hardware product, other software upgrade, user requests, our new feature
Optimization, new feature and optimization.

Requirement
From PAs, model/frameworks.
From us with platform. NPI.
From our internal improvement and analysis.

development and optimization


FPGA, Scheduling, Accelerators.
network, memory, cpu, storage, accelerators.

### Vision:
1. Google culture and management
2. Lead the industry. Tech island. Like google.
3. High level requirement.
    1. Infrastructure software, cloud, training parameters, 30 B. GPT-3. Pathway, more generic model.
    2. Users. Meta, HPC (finance, geology, universe), ML, Miner, remote desk, youtube, search, stadia, security.
    3. Low level platform. Smart nic, offload. Domain. Network. Caas. Price. perf/TCO.

Talent accumulation.

1. Accelerators.
    1. Heterogeneity. Smart Nic. Storage, RDMA, GPU, FPGA.
    2. Buy or FPGA. Calculate the Cost and Profit.
    3. Moore's Law. Amdahl's law
    4. Core Competition
2. Cloud vs. Container

   1. Security. Virtualization versus Container.
3. Bigger Models
   1. Model Combinations. Distillation. RankEmbed. Transfer Learning.
   2. Bigger Gang. Networking and Storage scheduling. Networking RDMA.
   3. Framework Automation.

1. Better Business
2. Better Performance and Utilization. -> Lower Cost

## Advantage:
**Deep understanding and fast learning.**
**better management and everyone is happy.**
1. Leadership
   1. Explore new projects. Control the schedule. Estimate the work. Discuss with other teams to understand the requirements.
   2. Hiring committee. Project review meetings.
2. Completeness
   1. Full stack. Modeling, Cloud, Frameworks, Control Plane, Kernel, Devices and Hardware.
3. Novelty
   1. Compute with Accelerators. GPU Pods and normal YAWN data centers. networking. Features and optimization.
   2. Current known projects. $100M. Futuristic projects.
4. Growth
   1. Fast learning and fast growth. A wide and deep experience and knowledge.


To start a project, understand research results and other team's work.
In a discussion, I know what each team needs to do.
For a project, i know the timeline/risk/bottleneck and if the project is valuable.
know how to get things done, so I can guide the group efficiently.

Make full use of my strength. Grasp the chance.
working experience in hw, sw and high level cloud/prod sw.

know what need to do next. understand the customer's needs. Like accelerators.

## Management:
### Interview
Project Report
Weekly sync-up on projects and management
Project Staging
### Team Management
Team building
Career development for other team members.
Project Presentation.
New Project plan and headcount.
Team division: feature+optimization+refactor.


## Technology & Leadership:
Hiring committee. Project review meetings. Award meetings.
Initiate the project with a staged plan and headcount.
Investigate the potential projects from journal, paper, conference and meetings.
Explore the opportunity from other team and to other team.
**Explore the opportunity and support with other team among leaders and resolve their questions or problem.**
Discussion on POR with other teams.
**Guided the project for the teams in stages.  Dev Entry -> EVT/DVT/PVT -> Pilot -> GA -> Rollout**
Control the stage timeline and manage the risk of slipping the date.
Manage the risk.
Quantify the improvement and promote the project. Resolve the issues.
Project Maintenance. CI/CD. Debt issue.


## Vision
## ecosystem

team circumstance
management
many new projects and need more headcount

GOOG-0015319
Trial Exhibit 0349 Page-004