Leadership Expectations at G
Behaviors that define successful senior leaders (L8+) at Google

## Google's Leadership Expectations

| Drive amazing work | Lift your people | Lead with respect |
|---|---|---|
| **Act like an owner**<br>Leaders champion new ideas, break ties, and make decisions. They speak candidly, even when it's uncomfortable. They assume responsibility for missteps and share credit for successes. They act in Google's best interest. | **Be an excellent manager**<br>Leaders achieve success through the efforts of their teams. They develop their people and create Google's next generation of leaders. They are excellent managers all around, embodying the Oxygen attributes of great managers. | **Model humility**<br>Leaders listen carefully to others, seeking the best answer over being right. They are open about their limitations, and they acknowledge and learn from their mistakes. They share the spotlight with others and pursue excellence without ego. |
| **Deliver the impossible**<br>Leaders guide their teams to design and deliver high-quality products and services that anticipate user needs. Their teams transform lives and increase the breadth and depth of Google's positive impact on the world. | **Inspire followership**<br>Leaders galvanize others with a vision of what can be accomplished. They communicate authentically and clearly, motivating and inspiring Googlers to bring this vision to life. | **Act with integrity**<br>Leaders are ethical, honest, and transparent. They make their agenda and objectives clear, sharing more rather than less, sooner rather than later. They act ethically to achieve their goals in accordance with Google's values and policies, modeling these behaviors for others. |
| **Thrive in complexity**<br>Leaders are flexible. They focus on the future, create new opportunities, and adapt to changing circumstances. They show the way, creating strategy, organizational structure, and forward-looking goals that enable their teams to navigate uncertainty. | **Build bridges**<br>Leaders solve for Google. They collaborate across teams and geographies, sharing information and resources. They align goals in the best interests of Google, and provide (and seek) support to accomplish them. | **Foster inclusion**<br>Leaders invite, integrate, and celebrate diverse perspectives, and create a culture that does so too. In their organizations, Googlers can be their authentic selves. |

## Our culture is only as strong as our leaders

Why do the Leadership Expectations matter?
Leaders matter and have an outsized impact on Google's culture. They create and sustain the conditions for openness, creativity and execution.

Leaders are expected to bring excellence to their leadership roles and uphold the cultural fabric that makes Google great.

Google's Leadership Expectations are based on internal and external research, and are a set of behaviors that define what successful leadership looks like for leaders of large organizations at Google.

## Living out the Leadership Expectations

What do the Leadership Expectations look like in practice?

## Drive amazing work: example behaviors

### Act like an owner

- Hold self and team accountable for outcomes and accept responsibility for successes and failures of own work and the team's work
- Confront actions that are inconsistent with Google's core values
- Foster a culture that supports people who take well-reasoned risks
- Share personal lessons with others to encourage self-awareness in others
- Invite and incorporate constructive feedback from others
- Consider how your personal behavior and style impact other people

### Deliver the impossible

- Eliminate obstacles that affect organizational performance
- Drive the organization to achieve results and push forward in difficult circumstances
- Encourage a customer-focused environment and ensure that your organization is resourced to support customer needs

### Thrive in complexity

- Clarify your organization's vision and strategy and help to prioritize efforts
- Create strategies that leverage competitive advantages and emerging trends
- Remove organizational barriers to creativity and innovation
- Define complex issues clearly despite incomplete or ambiguous information
- Ask the right questions to stimulate critical thinking and to help others accurately analyze complex situations

## Lift your people: example behaviors

### Be an excellent manager

- Ensure others have the information, authority, and support needed to achieve objectives
- Build a cohesive leadership team that drives the goals and success of the organization
- Model teamwork by working effectively with leaders throughout the organization
- Ensure that qualified successors are identified and ready for key team roles
- Provide useful real-time coaching to others

### Inspire followership

- Build energy and optimism in others for the organization's vision
- Help others envision what is possible for the organization's future
- Ensure that others understand how their efforts and contributions make a positive difference
- Adjust communication content and style to a diverse set of stakeholders
- Facilitate communication between others
- Practice active and attentive listening; stop to check for understanding

### Build bridges

- Encourage people to express their views openly
- Involve others in making decisions on behalf of the group
- Encourage others to seek perspectives from stakeholders
- Defuse high-tension situations
- Use conflict constructively to generate novel solutions
- Help others identify common ground
- Resolve organizational issues equitably

## Lead with respect: example behaviors

### Model humility

- Admit to your mistakes and take responsibility for failures
- Focus less on being right and more on getting to the best solution
- Put the spotlight on colleagues and teammates and make sure to give others credit for their work and accomplishments

### Act with integrity

- Follow through on commitments
- Be direct, truthful, and trustworthy
- Show consistency in your words and actions

### Foster inclusion

- Demonstrate through words and actions that Googlers from all identities and backgrounds are valued here
- Champion the ideas of people whose contributions might otherwise be overlooked
- Support programs that foster diversity and inclusion at Google; show up
- Hold members of your team accountable for supporting diversity and inclusion programs at Google

**These are behaviors for Google leaders**
Where do the Leadership Expectations come from?

US-0032983

Trial Exhibit 570 Page-002



## Google's Leadership Expectations are based on research

**Internal research**

In Googlegeist 2016, we asked senior (L8+) Googlers to comment on great leadership at Google. We analyzed over 1,000 comments for common themes, surfacing three main factors: drive amazing work, lift your people, and lead with respect.

**External research**

We evaluated 100+ years of academic scholarship, focusing on 60+ articles and meta-analyses, to help us understand how leaders succeed.

Leaders who score highly on drive amazing work are **3.4x** more likely …

Leaders who score highly on lift your people are **2.7x** more likely …

Leaders who score highly on lead with respect are **3.7x** more likely …

… to be top-rated leaders in Googlegeist[1]



## Comments from our senior leaders surface the three factors

Comments below answer this item: "Thinking about the key goal of a leader -- to achieve exceptional results by directing the efforts of an org. or team -- please tell us who you believe best exemplifies a leader at Google. **What makes this person a great leader?"**

**Drive amazing work**       **Lift your People**       **Lead with respect**

US-0032984
Trial Exhibit 570 Page-003

## These three factors correlate with leader performance[1]

| | | |
|---|---|---|
| Leaders rated highly on **driving amazing work** have higher **perf** ratings | Leaders rated highly on **lifting their people** have higher **perf** ratings | Leaders rated highly on **leading with respect** have higher **perf** ratings |
| *Communicates clear goals* (r=.16)[2] *Makes tough decisions* (r=.14)[2] *Is an expert* (r=.14)[2] | *Collaborates* (r=.18)[2] *Communicates effectively* (r=.16)[2] *Creates development opps.* (r=.14)[2] | *Values diverse perspectives* (r=.08)[2] |

What senior leaders can do
What resources are available to senior (L8+) leaders when it comes to growing in the Leadership Expectations?

Current resources for senior (L8+) leaders
The Google School for Leaders (go/googleschoolforleaders)
Directors and VPs are automatically invited to enroll in programs and events at The Google School for Leaders. The Leadership Expectations are introduced in the following offerings:
- Noogler for Senior Leaders
- Leading at Google
- Leadership Lab for Directors
- Leadership Lab for VPs

Executive coaching
Directors and VPs have access to 1:1 personalized coaching sessions. To request executive coaching:
- Contact your HRBP or People Partner
- Fill out a coaching request form (go/CoachingRequest)

Google Leadership 360 Assessment
Want to understand how you're performing against the Leadership Expectations? All leaders have the option to participate in a 360-degree review to provide data on how they're perceived relative to the Leadership Expectations. Your HRBP/People Partner can help you access this resource by reaching out to leadership-assessments@google.com

## Google's values and leadership expectations work together

Our values remain paramount. But as scope, complexity and size of organization grow, the Leader Expectations become increasingly important.







**External Research |** Three main factors emerged from the academic literature

*The themes mapped to three factors:*
**Drive amazing work, Lift your people,** *and* **Lead with respect**

Innovative · Humble · Visionary · Networking skills · Adaptable · Inspires · Focused on business results · Systems thinking · Inclusive · Has integrity · Expert · Values driven · Self-aware · Communicates well · Solves problems · Focuses team effort · Has impact · Develops others · Collaborates · Has impact · Sets goals · Empathic



**External Research |** These three factors predict job satisfaction & performance

**Drive amazing work**

Provide structure and role clarity

*Correlations between leader **structure and clarity** and job satisfaction and performance*

0.22 — Follower job satisfaction
0.24 — Follower performance

**Lift your people**

Encourage and motivate others

*Correlations between leader **consideration and relational focus** and job satisfaction and performance*

0.46 — Follower job satisfaction
0.25 — Follower performance

**Lead with respect**

Act ethically and respectfully

*Correlations between leaders' **values-driven** behaviors and job satisfaction and performance*

0.5 — Follower job satisfaction
0.25 — Follower performance

Citations:

1. https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&uact=8&ved=0ahUKEwj7mYb56Z_UAhWJwFQKHar8DCEQFggkMAA&url=http%3A%2F%2Fwww.timothy-judge.com%2FJudge%2C%2520Piccolo%2C%2520%26%2520Ilies%2520(JAP%25202004).pdf&usg=AFQjCNGlHLEqzC5YaJW_cec4s-73cf5jHQ&sig2=GcbEGUAd7pII2i7LWMhD3g
2. https://www.researchgate.net/profile/Julia_Hoch/publication/

307548147_Do_Ethical_Authentic_and_Servant_Leadership_Explain_Variance_Above_and_Beyond_Transformational_Leadership_A_Meta-Analysis/links/57cb146108aedb6d6d9a23a3.pdf

3.