# The Culture Map by Erin Meyer

go/the-culture-map

New: go/the-culture-map-recording

What is the culture map?
KPMG had two teams:
Team 1: British and French consultants
Britons in team 1 complained: The French are disorganized, chaotic and lacked punctuality.
Team 2: Indians and French consultants
Indians in team 2 complained: The French are rigid, inflexible, and obsessed with deadlines.
What happened?

It's all relative



Culture Map vs. Stereotypes
Should we really put people into boxes? We are all about unconscious bias, right?
- A comment to some article on culture was: "Speaking of cultural differences leads us to stereotype and therefore puts individuals in boxes with 'general traits.' Instead of talking about culture, it is important to judge people as individuals, not just products of their environment."
- Problem: Being blind to culture, you can't help but conclude, "Bo Chen doesn't speak up–obviously he doesn't have anything to say! His lack of preparation is ruining the training program!"

The 8-dimensional embedding of cultures
- Communicating:     low-context vs. high-context

US-0033089
Trial Exhibit 571 Page-001

- Evaluating: direct negative feedback vs. indirect negative feedback
- Persuading: principles-first vs. applications-first
- Leading: egalitarian vs. hierarchical
- Deciding: consensual vs. top-down
- Trusting: task-based vs. relationship-based
- Disagreeing: confrontational vs. avoids confrontation
- Scheduling: linear-time vs. flexible time

## 1. Listening to the air
## Communicating Across Cultures

American presentations
Recipe for a memorable presentation (also taught at Google trainings):
1. Tell them what you will tell them.
2. Tell them
3. Tell them what you told them.

Low context culture = Very explicit

Meanwhile in Japan (High-context culture)
"In Japan, we implicitly learn, as we are growing up, to communicate between the lines and to listen between the lines when others are speaking. Communicating messages without saying them directly is a deep part of our culture, so deep that we do it without even realizing it. A few years ago, the word of the year was 'KY'. 'Kuuki yomenai', which means 'one who cannot read the air' – in other words, a person who cannot read between the lines."

Challenges:
- Low-context cultures won't get the message of high-context cultures.
- High-context cultures are seeking for messages that don't exist in low-context communication.

## Communicating

| Low-Context | | High-Context |
|---|---|---|
| US  Netherlands    Finland | Spain Italy Singapore Iran | China Japan |
| Australia Germany Denmark Poland | Brazil Mexico France | India Kenya Korea |
| Canada       UK | Argentina Peru Russia | Saudi Arabia  Indonesia |

**Low-Context:** Good communication is precise, simple and clear. Messages are expressed and understood at face value. Repetition is appreciated if it helps clarify the communication.

**High-Context:** Good communication is sophisticated, nuanced and layered. Messages are both spoken and read between the lines. Messages are often implied but not plainly expressed.

Note the clusters:
- Anglo-Saxon cluster
- Romance language cluster
- Asian languages

Within each cluster you might notice how length of history and level of homogeneity impact the communication style.

Example
Mr. Díaz (Spanish) and Mr. Chen (Chinese)
Mr. Díaz: "It looks like some of us are going to have to be here on Sunday to host the client visit."
  Mr. Chen: "I see."
Mr. Díaz: "Can you join us on Sunday?"
  Mr. Chen: "Yes, I think so."
Mr. Díaz: "That would be great help."
  Mr. Chen: "Yes, Sunday is an important day."
Mr. Díaz: "In what way?"
  Mr. Chen: "It's my daughter's birthday."
Mr. Díaz: "How nice. I hope you all enjoy it."
  Mr. Chen: "Thank you. I appreciate your understanding."
What happens on Sunday?

## 2. The Many Faces of Polite
## Evaluating Performance and Providing Negative Feedback
Short summary

US-0033091
Trial Exhibit 571 Page-003

This chapter discusses the concepts of upgraders (absolutely, totally, strongly) and downgraders (kind of, sort of, a little) and whether different cultures share negative feedback in a direct or indirect way.

## 3. Why Versus How
## The Art of Persuasion in a Multicultural World

This chapter discusses the concepts of principles-first vs. applications-first communication as a means of persuasion as well as specific vs. holistic thought patterns.

## 4. How Much Respect Do You Want?
## Leadership, Hierarchy, and Power

This chapter discusses the concepts of egalitarian vs. hierarchical leadership and what it means for communication across teams.

## 5. Big D or Little d
## Who Decides, and How?

D refers to the decision: Big Decision = German decision, once taken it stays, little Decision = American, can be changed if new information becomes available

This chapter discusses styles of decision making (top-down vs. bottom-up), the advantages of these styles and the implications on the willingness to change previously made decisions.

## 6. The Head or the Heart
## Two Types of Trust and How They Grow

This chapter discusses trust building (task-based vs. relationship-based).

## 7. The Needle, Not the Knife
## Disagreeing Productively

This chapter discusses confrontational disagreement vs. confrontation-avoiding disagreement.

## 8. How Late Is Late

## Scheduling and Cross-Cultural Perceptions of Time
This chapter discusses perception of time (linear vs. flexible).

## Putting the Culture Map to Work
Final words by Erin Meyer
It doesn't matter whether [you agree with this]; what's important is to start exploring and discussing the differences in value systems and work methods. Just as fish don't know they're in water, people often find it difficult to see and recognize their own culture until they start comparing it with others.
Be sure to conduct the discussion with humility and without judgement. The more you can joke about your own culture and speak positively about the ways other cultures operate, the easier it will be for everyone to share their thoughts and opinions without becoming defensive.
I hope some of these ideas will help improve your team effectiveness.

Self-link: go/the-culture-map
Teaser: https://www.youtube.com/watch?time_continue=16&v=r-uUUMxt390