# FINAL: Oct 24 2022: Privacy & Information Security (P&IS) (Alphabet) and (R) content doc

**MARKUP** document here:
https://docs.google.com/document/d/1dIYmG3HEU6_N7bFqmux8vos3TbjeX6U0SIhD2VFNPiM/edit#heading=h.cm7hq5gh5lo4

| | |
|---|---|
| **Project Summary** | Oct 17 2022 - Swap the last 2 articles - Certify now precedes the quote from Sundar<br><br>Oct 24 2022 - swap out Sundar's photo for his press photo |
| **Status** | Pushed from Evolve to Mainsail |
| **Status Date** | **10/24/22** |

## Google Use Only

| | |
|---|---|
| **Sandbox: Course Name** | Privacy & Information Security (PIS-002) |
| **Sandbox: Status** | Published |
| **Sandbox: URL** | https://googlecompliance.exceedlms.com/courses/512582/content |
| **Sandbox: Version** | NA |
| **Sandbox: Date Published** | NA |

| | |
|---|---|
| **Evolve Course Name** | Privacy and Information Security (Alphabet and (R)) (Oct 17 2022)<br><br>Privacy and Information Security (Alphabet and (R)) (Oct 24 2022) |
| **Evolve Package** | PrivacyandInformationSecurity_AlphabetandR_Oct172022.zip<br><br>PrivacyandInformationSecurity_AlphabetandR_Oct242022.zip |

1

US-0001680

Trial Exhibit 0741 Page-001

| Production: Course Name | Privacy & Information Security Training<br><br>Privacy & Information Security Training (R) |
|---|---|
| Production: Status | Published |
| Production: URL | https://mainsail.exceedlms.com/courses/529925/content<br><br>(R) https://mainsail.exceedlms.com/courses/560465/content |
| Production: Version | V8<br><br>(r) V2 |
| Production: Date Published | October 17, 2022 |

Table of Contents

**[Section 0: Introduction and Menu]**                                          **4**
    [Course name] Privacy and Information Security - PIS001        4
        Translation instructions                                                 4
        Introduction                                                                    4
    [Menu]                                                                                 4

**[Section 1: ] Privacy Foundations**                                        **5**
    Why are privacy and security important?                           5
    A culture of respect                                                            6
    What do privacy and security mean?                                  7
    Learning from privacy incidents                                        7
    Our foundation                                                                  8
    Google's Privacy and Security Principles                           9
    Protecting data                                                                  11
    Get ready for a challenge: Protecting data                       12
        [Challenges (Protecting Data)]                                    12
        Challenge 1: Rules of sharing                                     12
        [Challenge 2 (Protecting Data)]                                  13
        Challenge 2: Who needs to know?                              13
        [Challenge 3 (Protecting data)]                                   15
        Challenge 3: An issue of confidentiality                    15
        Challenge summary: Protecting data                          17
    FAQs                                                                                   17
    In summary…                                                                     19
    Mark completion                                                              19

US-0001681

Trial Exhibit 0741 Page-002

**[Section 2: Protecting User and Employee Data]**                                 **19**
  Designing privacy and security                                         19
    Get ready for a challenge: Data collection and usage         20
    [Challenge 1 of 3 (Data collection and usage)]                20
    Challenge 1: Collecting too much data?                        21
      gShoe Privacy Design Document                       21
    [Challenge 2 of 3 (Data collection and usage)]                23
    Challenge 2: Using data appropriately                         23
    [Challenge 3 of 3 (Data collection and usage)]                26
    Challenge 3: Anonymization is difficult                       26
    Challenge summary: Data collection and usage                  27
  Retain data only as long as needed, and dispose of it securely          28
  User Data Lifecycle                                                     29
  Get ready for a challenge: Sharing data and updated features            30
    [Challenge 1 of 1 (Sharing data and updated features)]        30
    Challenge 1: User expectations about privacy                  30
    Challenge summary: Sharing data and updated features          32
  Get ready for a challenge: Ensure service providers and vendors protect Google data    32
    [Challenge 1 of 1 (Ensure service providers and vendors protect Google data)]    33
    Challenge 1: Compromised User Data!                           33
    Challenge summary: Ensure service providers and vendors protect Google data    35
  Security driven development                                             36
  Review process and more resources                                       37
  Privacy is your responsibility                                          38

**[Section 3: Protecting Highly Sensitive Data]**                                  **39**
  Beyond design                                                           39
    [Challenge 1 of 3 (Personal curiosity is not a legitimate business purpose)]    40
    Challenge : Mind your own business                            40
    [Challenge 2 of 3 (Personal curiosity is not a legitimate business purpose)]    41
    [Challenge 3 of 3 (Personal curiosity is not a legitimate business purpose)]    43
    Challenge 3: Do you have business justification?              43
    [Challenge 1 of 4 (Be careful when sharing information)]       45
    Challenge 1: Lunch and a design document                      45
    [Challenge 2 of 4 (Be careful when sharing information)]       46
    [Challenge 3 of 4 (Be careful when sharing information)]       49
    [Challenge 4 of 4 (Be careful when sharing information)]       51
  Considerations for children's data                                      55
    Considerations for children's data -                          56
    [Challenge 1 of 2 (Considerations for children's data)]       57
    [Challenge 2 of 2 (Considerations for children's data)]       59

US-0001682

| | |
|---|---|
| Challenge 2: What's the next step? | 59 |
| Considerations for children's data | 61 |
| Standards for health data | 61 |
| Use Google-approved stuff | 63 |
| [Challenge 1 of 2 (Use Google-approved stuff)] | 63 |
| [Challenge 2 of 2 (Use Google-approved stuff)] | 65 |
| Passwords and phishing | 67 |
| Monitoring to keep data secure and Googlers safe | 67 |
| See something? Say something | 68 |
| **[Section 4: Certification]** | **68** |
| **Certification** | **f68** |

# Course Content

# [Section 0: Introduction and Menu]

## [Course name] Privacy & Information Security

### Translation instructions

If you use the Chrome browser, you may translate this course into another language using Google Translate. Right-click (or Control-click on a Mac) anywhere on the page, and then click **Translate to [Language]**.

A dialog box will appear indicating that the page is translated. To change languages, click the three dots in the upper right corner in the dialog box, click **Choose another language**. Then, select your desired language.

### Introduction

Show your knowledge of key Privacy and Security concepts by answering questions on topics related to your work.

Depending on your current knowledge of Privacy and Security concepts you will be provided key information to review.

4

US-0001683

Trial Exhibit 0741 Page-004

After you review this key information, you will certify that you have completed this course.

The course will take 50 minutes to complete.

## [Menu]

| Evolve Component Title: Menu |
| --- |
| The learner is free to choose menu items in any order. |

[Instructions] Select any item below to start.
[Aria] [none required]

| [Menu item 1] | [Menu item 2] | [Menu item 3] |
| --- | --- | --- |
| Privacy Foundations<br><br>[Button] View | Protecting User and Employee Data<br><br>[Button] View | Protecting Highly Sensitive Data<br><br>[Button] View |

# [Section 1: ] Privacy Foundations

## Why are privacy and security important?

One of our Google values is "**Respect the User**." We do this when we protect the privacy and security of our users and their data.

[Instructions] Flip each card to reveal more.
[Aria] Selecting each of the two cards reveals more information.

| Component: Flip Cards |
| --- |

| Front | Back |
| --- | --- |
|  | Every user puts their trust in Google every time they use our products and services. |

5

US-0001684

|  | As a Googler, you trust that Google has physical security measures in place to protect our people, facilities and equipment every time you come to work and/or use a company-issued device. |
| --- | --- |

We won't jeopardize your trust or our users' trust. **Not ever**.

Make no mistake, this stuff is business-critical, and success requires all of us to do the right thing.

You play a very important role. In this training, you'll be presented with challenges where you will evaluate the situations for privacy and security risk and/or ways to mitigate the risk. Specifically, you will understand:

- Google's Privacy Program.

- The importance of designing and building privacy and security into our products and services.

- How to appropriately handle User Data.

- How you can help physically protect our surroundings and tools.

While the situations in the challenges might not apply to every Googler, the general concepts about applying the Privacy and Security Principles are relevant to all of us.

## A culture of respect

**Google's Values** [link to: https://support.google.com/mygoogle/answer/3248028?hl=en ] (**go/googlevalues**) [link to: https://support.google.com/mygoogle/answer/3248028?hl=en ] are how we conduct ourselves in the pursuit of our mission. Our value, "**Respect Each Other**" calls on us to treat each other with respect and dignity. This includes respecting our fellow Googlers' privacy. In the same way that we protect the privacy and security of our users and their data, we do the same for information about our fellow Googlers.

[Instructions] Select each item to review scenarios about personal privacy.
[Aria] The following component consists of three clickable headings, that reveal text when clicked.

US-0001685

Trial Exhibit 0741 Page-006

Component: Accordion

| Heading | Expanded content |
|---|---|
| **Protect personal information** | Any time you are working with or come across personal information it should be treated as Need-to-Know.<br><br>**For example**: You're inviting Googlers on behalf of Google to a gender-specific training course. CC'ing other team members of Administrative Business Partners would be inappropriate as it could reveal personal information without the business need to do so. |
| **Flag potential bugs** | In the same way that we should flag issues and bugs in products for our external users, we should do the same for our internal products.<br><br>**For example**: Due to a bug in the system, a teammate's former name shows up in a calendar invite. It's important to let the teammate or system owner know so the issue can be acted upon. |
| **Uphold our standards of conduct** | It is prohibited to disclose personal information about a Googler (including contact information on Teams, or information that a Googler chooses to share internally) for the purpose of causing that person to be subjected to physical, verbal, or online abuse or harassment, or for non-Google commercial purposes. |

# What do privacy and security mean?

User privacy and security often means something different for different people. Because the decisions we make as we design and build privacy and security into our products can either build or erode user trust, at Google, privacy and security are about how we:

- Proactively protect user data across our products and beyond

- Make safety a priority when sharing user data with third parties

7

US-0001686

- Ensure strict internal governance of user data

- Be transparent about user data collection, storage, and uses

- Make user choices meaningful and understandable

- Make privacy controls easy to find and understand

- Ground user data collection and storage in individual user benefit

- Aggregate/anonymize data for common good uses

- Invest and innovate to increase user benefit while reducing user data collection

- Use user data only in ways with which informed users would be comfortable

- Protect users from information security threats

- Lead industry-wide collaboration to advance online security for all.

## Learning from privacy incidents

Google has had privacy incidents… and we have learned from them.

Reduce the chances of a privacy incident occurring by:
- Giving users meaningful choices to protect their privacy.

- Using care when collecting and combining User Data.

- Taking testing seriously, listening for feedback that may identify unanticipated uses for new products or features.

To report a privacy incident, notify the Incident Management team at **go/s&p** [link to https://g3doc.corp.google.com/company/teams/security-privacy/index.md?cl=head ]

[Images in the Storyline course were converted to a GIF]

THE WALL STREET JOURNAL.
Google's iPhone Tracking
Web Giant, Others Bypassed Apple Browser Settings for Guarding Privacy

WIRED
An Intentional Mistake: The Anatomy of Google's Wi-Fi Sniffing Debacle

TechCrunch
Google Buzz Privacy Issues Have Real Life Implications

8

US-0001687

# Our foundation

Google's Privacy Program is anchored by three core components:

| Component: Infographic |
| --- |
| The learner is free to choose items in any order. |

  

**Google's Privacy Policy**

**Google's Privacy Policy** represents our commitment to users about how we collect and use their data.

**Public Information About Our Privacy & Security Principles**

View our external **Privacy and Security Principles**.

**User Privacy North Star**

Our **User Privacy North Star** represents our goals and aspirations for Privacy internally.



| <br> | <br> | <br> |
| --- | --- | --- |
| **Google's Privacy Policy** | **Public Information About Our Privacy & Security Principles** | **User Privacy North Star** |
| **Google's Privacy Policy** [link to http://www.google.com/policies/privacy/] represents our commitment to users about how we collect and use their data. | View our external **Privacy and Security Principles** [link to https://safety.google/principles/] ] | Our **User Privacy North Star** [link to https://sites.google.com/corp/google.com/privacy-north-star/home] represents our goals and aspirations for Privacy internally. |

Our Privacy Program is also founded on the principle of Privacy by Design. Privacy should be considered from the outset for the design and development process of every new product, feature, or update. This includes what is collected, what it is used for, how long it is kept, who has access, etc.

9

US-0001688

Trial Exhibit 0741 Page-009

Implementation of these components is governed by more detailed guideline and process documents such as the **User Data Access Policy** [link to https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/modular_policies/udap/udap.md?cl=head] and Data Classification Guidelines. Study the **Basic Internal Privacy Policy** [link to https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/modular_policies/basic_privacy/basic_privacy.md?cl=head]  or take our **Internal Privacy Policies Course** [link to http://goto.google.com/ipp-training]  to fully understand the principles of Privacy by Design.


# Google's Privacy and Security Principles


Privacy continues to be key to our business success, especially as the number of products we have increases and our work becomes more cross-functional.

Our public Privacy and Security Principles are about putting transparency and user choice first. They also create a framework that helps Google comply with various privacy legal requirements in the countries in which it is established.

Without privacy and security, we don't just have a legal issue. We also have a brand issue, a personal issue, a social issue, and a business issue. That's why we create, design, and live by our Privacy and Security Principles.

Product excellence means building good privacy and security practice into the design of our products and ensuring any innovation is balanced with the appropriate level of privacy and security for our users.

Here are some examples of how we use the Privacy and Security Principles to guide us down the right path to meet these goals in our products and services. Remember the golden rule - when in doubt, treat User Data the same way we would want our own data handled.


| Component: Flowchart |
| --- |

[Instructions] Select the arrows to reveal our Privacy and Security Principles.
[Aria] Selecting the button beneath each principle reveals the next one.

| **1. Respect our users. Respect their privacy.**<br><br>We believe these ideas are inseparable. Together, they represent a single, core belief that has influenced everything we've made since day one, and everything we'll make moving forward. |
| --- |

10

US-0001689

Trial Exhibit 0741 Page-010

When people use our products they trust us with their information, and it's our job to do right by them. This means always being thoughtful about what data we use, how we use it, and how we protect it.

We only collect User Data when it's justified for specific and legitimate reasons, never "just in case." Legitimate business purposes can include using data to:

- Provide useful services to the user.

- Protect our users and Google.

- Innovate and create new experiences.

Examples of User Data are name, children's data, health data, location data, email address, gender, credit card numbers, etc.

**2. Be clear about what data we collect and why.**

To help people make informed decisions about how they use Google products, we make it easy to understand what data we collect, how it's used, and why. Being transparent means making this information readily available, understandable, and actionable.

**3. Never sell our users' personal information to anyone.**

We use data to make Google products like Search and Maps as useful as possible. We also use data to serve more relevant ads. While these ads help fund our services and make them free for everyone, it's important to clarify that our users' personal information is simply not for sale.

**4. Make it easy for people to control their privacy.**

When it comes to privacy, we know one size doesn't fit all. Every Google Account is built with on/off data controls, so our users can choose the privacy settings that are right for them. And as technology evolves, our privacy controls evolve as well, ensuring that privacy is always an individual choice that belongs to the user.

**5. Empower people to review, move, or delete their data.**

We believe every user should have access to the personal information they've shared with us – anytime and for any reason. That's why we continue to make it easier for people to access and review their data, download and move it to another service if they want, or delete it entirely.

**6. Build the strongest security technologies into our products.**

Respecting the privacy of our users means protecting the data they trust us with. To keep every Google product and service secure for our users, we engineer and employ one of the most advanced security infrastructures in the world. This means constantly strengthening our

US-0001690

Trial Exhibit 0741 Page-011

built-in security technologies to detect and protect against evolving online threats, before they ever reach our users.

**7. Lead by example to advance online security for all.**

Keeping users safe online doesn't stop with Google – it extends to the whole Internet. Google was the first company to create many of the security standards we all use today, and we continue to innovate new security technologies that can be used by everyone. We share our security learnings, experiences, and tools with partners, organizations, and competitors around the world, because Internet-wide security demands industry-wide collaboration.

## Protecting data

As provided in our **Data Security Policy** [link to http://goto.google.com/data-security-policy], Google classifies data into three categories: Public, Confidential, and Need-to-Know. These categories determine what data you may access and with whom you can share it.

Component: Accordion
Items do not stay expanded.

[Instructions] Select each item to learn about each category.
[Aria] The following component consists of three clickable headings, that reveal text when clicked.

| Heading | Expanded content |
|---|---|
| Public | **Public** is information that Google has explicitly and intentionally made available to the public. |
| Confidential | **Confidential** is non-public information that is appropriate to share broadly within Google, for legitimate business purposes. |
| Need-to-know | **Need-to-Know** is sensitive non-public information that should not be shared beyond certain people that need to know it—for example, the individual team(s) directly working on a specific project who are authorized to have the information to do their jobs. |

## Get ready for a challenge: Protecting data

Use these key tips to work through the following challenges.

- Properly label and secure Confidential and Need-to-Know information.

12

US-0001691

Trial Exhibit 0741 Page-012

- Set appropriate access settings on Need-to-Know data so only Googlers who are working on that project, or otherwise have a clear need to access that data for their work at Google, can see that information.
- Treat all user, customer, and partner information as Need-to-Know.
- Don't take any Confidential or Need-to-Know information with you when leaving Google.

## [Challenges (Protecting Data)]

## Challenge 1: Rules of sharing

*[Evolve Components Title: Page 1 Challenge 1: Rules of sharing ]*

[Scenario] Mazer, a marketing manager in YouTube, has spent several weeks working on a Google Need-to-Know slide deck that he plans to present at a big team meeting next week. Mazer shares the deck with Soleil, a graphic designer and member of the extended workforce, who is working on the project and helping design the deck. To meet the presentation deadline while also traveling overseas to another Google office, Soleil shares the deck with their personal Gmail account for easier access.

| Component: MCQ<br>MCQ, try again until the learner chooses the correct response |
|---|

[Question stem] **What is the problem with this situation?**

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Items Group Aria Label] List of 3 selectable answers

| Correct | Response | Feedback |
|---|---|---|
| | Soleil shouldn't access the Need-to-Know deck while traveling overseas | **Almost.**<br><br>It's okay to access the Need-to-Know information while traveling overseas.<br><br>As long as the Need-to-Know information is related to a project you're working on, it's okay to access it while traveling (unless you're in a restricted jurisdiction).<br><br>[Button] Reset |
| X | Soleil shouldn't share the | **That's correct!** |

13

| | Need-to-Know deck with their personal Gmail account | Googlers and TVCs should not share any Confidential or Need-to-Know data with their personal email, storage, or other accounts. Confidential or Need-to-Know information includes emails, documents, code, or any other materials.<br><br>**Google corporate data should remain on Google corporate accounts, and code should remain on your Google corporate device.**<br><br>See **go/sourcecodeguidelines** [link to https://g3doc.corp.google.com/company/teams/security-privacy/policies/security/guidelines/source-code-guidelines.md?cl=head] for more. |
| --- | --- | --- |
| | Mazer allows Soleil, a TVC, to access Need-to-Know information | **Not quite.**<br><br>TVCs may access Need-to-Know information that is necessary for the project they are working on.<br><br>[Button] Reset |

[Challenge 2 (Protecting Data)]

Challenge 2: Who needs to know?

*[Evolve Components Title: Page 1 Challenge 2: Who needs to know? ]*

[Scenario] Mazer searches in Moma for information about YouTube's office location to prepare for an upcoming meeting. In the Moma search results, he notices a slide deck titled, "Internal analysis of YouTube content classifiers." Mazer isn't working on the project, but he clicks on the deck out of curiosity. The deck is not labeled, and as Mazer begins reading the deck he quickly realizes it contains sensitive information that appears to be Need-to-Know.

Mazer shared the deck with his friend Darius on the accounting team, with the following note: "Thought you might find this deck interesting. Looks sensitive so I wouldn't share it outside of the company!"

14

US-0001693

Trial Exhibit 0741 Page-014

| Component: MCQ<br>MCQ, try again until the learner chooses the correct response |
| --- |

[Question stem] **Is it appropriate for Mazer to share the deck with Darius?**

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Items Group Aria Label] List of 3 selectable answers

| Correct | Response | Feedback |
| --- | --- | --- |
| | Yes, as long as Mazier specifically instructs Darius not to share it outside the company. | **That's incorrect.**<br><br>Even though Mazer tells Darius not to share the deck outside the company, he should never share the deck with Darius in the first place.<br><br>Mazer realizes the deck contains sensitive information, which is classified as Need-to-Know, and therefore subject to strict sharing rules.<br><br>[Button] Reset |
| X | No, because Mazier suspects the information in the document may be classified as Need-to-Know, and Darius is not working on the project. | **That's correct!**<br><br>He should **alert the owner of the deck** that he is able to access the deck through a Moma search, and they should fix the access controls. If the information includes user, customer, or employee data, it should be reported as a potential privacy incident via **go/incident** [link to https://g3doc.corp.google.com/compa ny/teams/security-privacy/incidents.m d?cl=head]<br><br>**Mazer should not copy or share the deck with anyone other than the owner.** |
| | Yes, because Mazier thinks Darius might find the deck interesting. | **That's incorrect.**<br><br>**Curiosity is not a legitimate business purpose.** Where |

15

US-0001694

| | | Need-to-Know information is concerned, only very limited sharing is permitted.<br><br>While it's possible the information in the deck might be of interest to Darius, it is Need-to-Know information. Since Mazer has just come across ths information at random, he is not in a position to know where it is appropriate to share it with Darius.<br><br>[Button] Reset |
|---|---|---|

[Challenge 3 (Protecting data)]

Challenge 3: An issue of confidentiality

*[Evolve Components Title: Page 1 Challenge 3: An issue of confidentiality]*

[Scenario] Mazer decides to resign from Google to pursue his true passion: stand-up comedy. However, he doesn't want to leave all his work product behind, just in case the comedy thing doesn't work out. So he decides to download copies of several of the Google Confidential documents that he created. He also redacts the names and dates from all of these documents before he forwards them to his personal Gmail account.

[Question stem] **Can Mazer take these redacted copies of Google Confidential information with him when he leaves Google?**

| Component: MCQ<br>MCQ, try again until the learner chooses the correct response |
|---|

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Items Group Aria Label] List of 3 selectable answers

| Correct | Response | Feedback |
|---|---|---|
| | Yes, because he won't be using any Google Confidential information while working as a comedian. | **That's not right.**<br><br>You can't take it with you …<br><br>Even if Mazer doesn't use the Google |

16

US-0001695

Trial Exhibit 0741 Page-016

| | | Confidential information in his next role he can't take the documents with him.<br><br>[Button] Reset |
|---|---|---|
| X | No, because the documents are Google Confidential and are Google's intellectual property, even though Mazer created them. | **That's correct!**<br><br>When you leave Google, you should take your personal materials like your own personal photos or information related to your benefits – **but all the work you've done for Google needs to remain here** and cannot be printed, copied, forwarded, shared with personal accounts, or otherwise taken with you.<br><br>Even after you leave, **you remain bound by the continuing confidentiality obligations** that you agreed to upon joining Google. A copy of the Confidentiality Agreement you signed may be provided to you as a reminder of your confidentiality obligations. |
| | Yes, because he redacted the sensitive information. | **Not quite.**<br><br>Mazer shouldn't do this.<br><br>Redaction of Google Confidential information doesn't make it OK to take the documents.<br><br>[Button] Reset |

## Challenge summary: Protecting data

It is important to remember that personal accounts—such as personal email or cloud storage services—may not be used to access Confidential or Need-to-Know information.

If you see information marked or shared inappropriately, please flag it for the data owner or report it to the team at misdirected data. If you're not sure whether data is Confidential or Need-to-Know, ask the owner.

17

US-0001696

Trial Exhibit 0741 Page-017

Google takes the protection of its data and information very seriously. Accessing, sharing, or using Confidential or Need-to-Know information in violation of our policies may subject you to disciplinary action—up to and including termination.

## FAQs

Let's take a look at frequently asked questions about Public, Confidential and Need-to-Know categories.

| Component: Accordion |
| --- |
| Items do not stay expanded. |

[Instructions] Select each question to reveal the answer.
[Aria] The following component consists of three clickable headings, that reveal text when clicked.

| Heading | Expanded content |
| --- | --- |
| Googlers want to learn for themselves, reading design docs, product pages, etc, that are open on Moma to other employees. Is that OK? | Yes—that is definitely OK. There is an extensive amount of Confidential information that is appropriate for a broad range of Googlers to access, to learn about Google, further their individual interests, and help with their jobs.<br><br>What's not OK is sharing documents or their contents in a manner inappropriate for that type of information. For example, if you access a Need-to-Know document that appears to lack necessary access controls, you should treat the material appropriately, and let the owner know that the document's access may be too broad. You should not share it. |
| What about business uses, such as individual collaborations for product design or engineering development, involving Need-to-Know information? | Sharing Need-to-Know information with another Googler can be appropriate where necessary for a specific legitimate business purpose, and with appropriate controls.<br><br>For example, individually sharing NTK information for business purposes such as product design or engineering development is fine, so long as there isn't a separate policy restriction on sharing (e.g., the restrictions on sharing user data). When sharing NTK |

US-0001697

Trial Exhibit 0741 Page-018

| | information, you need to be sure that it is for an appropriate business purpose, and it is clear to the recipient that the information is NTK. |
|---|---|
| What about engineers browsing code, which is Need-to-Know? | SWEs are given general access to the code base to use for legitimate purposes in connection with their jobs, which includes doing research to educate themselves. Doing such research supports innovation and business efficiency, as well as helping employee development, all of which are legitimate business purposes.<br><br>What's particularly important is to treat the information being accessed appropriately, to limit sharing, and the use to which it is put. We want to be sure to be able to maintain trade secret and similar claims for our code,as well as protect our proprietary business interest, and so restricting disclosure and sharing, and making sure that the use is for legitimate business purposes, is key |

## In summary…

Google's protection of data (which includes all types of information) is critical to our success as a company and is everybody's responsibility.

Protecting user and customer data helps us preserve the trust of our users and partners.

Protecting our business and product information helps us compete and preserve our intellectual property.

And protecting our internal communications promotes trust and collaboration in our company.

## Mark completion

◯ Click the button to mark this module as complete.

[Navigation allows the learner to click Next to move directly to the next section OR the learner can click the "Home" button and return to the Menu. If the learner has completed all three modules, a popup will appear taking them to a certification page.]

19

US-0001698

Trial Exhibit 0741 Page-019

# [Section 2: Protecting User and Employee Data]

## Designing privacy and security

Privacy and Security Principle #2 states that when developing a product or service for our users, we make it easy to understand what data we collect, how it's used, and why. We should only be collecting and using data needed for our identified purpose.

Ensuring that your work includes the correct privacy protections can be tricky. Review all **Privacy Policies** [link to https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/index.md?cl=head], Privacy Guidelines, Privacy Standards, and Privacy Practices for applicability during your project's development. You can also take **Internal Privacy Policy** [link to https://grow.googleplex.com/learning/ahNzfmdvb2dsZS5jb206Y2Vsc3VzchULEghBY3Rpdml0eRiAgIjigLWiCgw] training, which may help you reach your project goals in a privacy-conscious fashion.

Google's Privacy Working Groups (or PWGs), are teams of specialists who review and provide guidance on everything from launches to campaigns – and they're ready to support you as well. If your work involves User Data, you must consult with your PWG. If your work involves employee data, review **go/employee-privacy** [link to https://sites.google.com/corp/google.com/employee-privacy/home] to determine if you need an Employee Privacy consult.

When launching a product, service, or other project, you must secure PWG approval before launching.

Keep in mind that a launch can be any new development, modification, deprecation, or termination of a product, service, or study that presents a new experience, changes a public facing representation, or otherwise impacts how we collect, use, store, retain, or share **User Data** [link to https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/guidelines/data_categorization.md?cl=head#user-data] or **Workforce Data** [link to https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/modular_standards/workforce/workforce_standard.md?cl=head]. See **Launch Guide - Types of launches** [link to https://sites.google.com/a/google.com/ariane/launch-guide/Types-of-launches] for the full definition.

US-0001699

Trial Exhibit 0741 Page-020

## Get ready for a challenge: Data collection and usage

The key is to start the review process during your product or feature design phase, long before you're planning to launch. Don't go it alone; loop in your PWG early to learn about resources and support available to you, and avoid the need to re-engineer designs later in development.

Below, we'll look at a fictitious Google product called gShoe. You will take on the role of PWG and review excerpts of the gShoe Privacy Design Document (PDD) to ensure the product will achieve Google's privacy and security goals. Although these scenarios are hypothetical and not based on a real service, they should support your ability to spot and mitigate privacy impacting decisions.

## [Challenge 1 of 3 (Data collection and usage)]

## Challenge 1: Collecting too much data?

*[Evolve Components Title: Page 2 Challenge 1 - collecting too much data?]*

[Instructions] Review the Privacy Design Document below.
[Aria] [No Aria label required.]

---

### gShoe Privacy Design Document

---

## Collection

*Describe all User Data that this project collects or accesses, and specify where it comes from.*

*This includes both data that comes from outside of Google and data from Google products and services, including information from cookies, IP, logs, etc. as well as Workspace data. This data will be collected from Consumer and Enterprise Workspace users.*

**Section A: From shoe device**
- Biometric data from the shoe sensors
- Shoe-mounted camera that collects images for an ant's-eye-view StreetView database. Not sure on exact use case yet, but may be used:
  - To augment StreetView imagery in pedestrian-only areas.

US-0001700

Trial Exhibit 0741 Page-021

○ As data about walking habits that might be used for health diagnostics in the future.

**Section B: From Android phone that the shoe uses for communication**
*Note: Location history enabled by Consumer and/or Enterprise Admin & User*
- Precise location information
- Coarse location, IP address, Android ID (if real-time uploading is enabled)
- On-device logs
- User's Gaia ID

**Section C: Production data**
- Not data about a user, but we'll be collecting aggregated third party production and sales statistics from gShoe's manufacturer to monitor success/fail rates and a rise or decline in retail spending for gShoe. No information about enterprise's end users' collective, domain-wide use or adoption (e.g., aggregated statistics per enterprise domain) of gShoe will be collected.

---

| Component: MCQ (check box), no retry |
| --- |

[Question stem:] **Considering data collection specifically, what area(s) of this PDD might the PWG prioritize for discussion in this section?**

Hint: Look for areas where gShoe might be collecting more data than is necessary, or data that is particularly sensitive.

[Instructions] Select all that apply.
[Aria label] Multiple choice question. [Group aria label] List of 3 selectable answers]

| Correct | Response | Feedback |
| --- | --- | --- |
| X | Section A | **That's correct.** |
| X | Section B | **Section A** and **Section B** should be flagged. <br><br> Section A is flagged because the team is proposing to **collect sensitive biometric data** without user consent. The team also wants to collect shoe-mounted imagery data, but **doesn't know what they're going to use the data for** at this time. If that's the case, then the product **shouldn't be collecting** any of this data in the first place. |

US-0001701

Trial Exhibit 0741 Page-022

| | | |
|---|---|---|
| | | Although it's helpful that the user has enabled Location History, Section B should be flagged because the product is **collecting precise location information**, which can be particularly sensitive and may pose unique privacy or legal risks. The team would need to consult with PWG and Product Counsel on this point. |
| | Section C | **That's incorrect.**<br><br>**Section A** and **Section B** should be flagged.<br><br>Section A is flagged because the team is proposing to **collect sensitive biometric data** without user consent. The team also wants to collect shoe-mounted imagery data, but **doesn't know what they're going to use the data for** at this time. If that's the case, then the product **shouldn't be collecting** any of this data in the first place.<br><br>Although it's helpful that the user has enabled Location History, Section B should be flagged because the product is **collecting precise location information**, which can be particularly sensitive and may pose unique privacy or legal risks. The team would need to consult with PWG and Product Counsel on this point.<br><br>Section C is not a red flag for the PWG because aggregated **production and sales data doesn't impact User Data collection.** See guidance on privacy non-impacting implications. The use of  production and sales data should comply with any agreement with the gShoe manufacturer regarding the use of business data.<br><br>Lastly, Enterprise (Google Workspace) customers have contractual commitments that restrict collection and use of Enterprise User Data. Although gShoe is not a Google Workspace product, before launching to Google Workspace users, please consult with pgw-apps@ to discuss your collection for these types of users. For other Enterprise products, please contact your PWG for more information. |

[Challenge 2 of 3 (Data collection and usage)]

Challenge 2: Using data appropriately

*[Evolve Components Title: Page 2 Challenge 2 - using data appropriately]*

US-0001702

Trial Exhibit 0741 Page-023

---

**gShoe Privacy Design Document**

---

*Explain why your product requires this data and how it will be used.*

*What is the purpose of processing this data? What benefits, features, or capabilities do we wish to provide to users?*

**Section A**

>   The gShoe team will collect gShoe data for both Consumer and Enterprise (Workspace) users. We plan to join gShoe data with a user's Gmail data to surface relevant emails based on gShoe location.

**Section B**

>   With enhancements in gShoe sole technology, we can now render ads right on the sole. To improve ad targeting the gShoe will use Gmail data to serve ads to both Consumer and Enterprise users.

**Section C**

>   Lastly, we will use the joined gShoe/Gmail data to create a new machine-learning model to predict gShoe next steps.

---

| Component: MCQ (check box), no retry |
| --- |

[Question stem:] **Considering data usage, what area(s) might the PWG prioritize for discussion in this excerpt?**

Hint: Look for areas where gShoe might be planning to use data in ways that require additional approvals or are prohibited.

[Instructions] Select all that apply.
[Aria label] Multiple choice question. [Group aria label] List of 3 selectable answers]

US-0001703

Trial Exhibit 0741 Page-024

| Correct | Response | Feedback |
|---------|----------|----------|
| X | Section A | [If all selected] **That's right!** |
| X | Section B | [If all are not selected] **That's incorrect.** |
| X | Section C | There are some red flags within all these sections of the PDD.<br><br>**Section A: Any usage of Enterprise (Google Workspace) data or Consumer data requires PWG-Apps approval.** Furthermore, Enterprise users have special considerations (e.g., data location) that must be considered before Enterprise data can be copied, joined or used.<br><br>**Section B: Google does not use Enterprise (Google Workspace) data for Ads, ever.** Furthermore, Enterprise (Google Workspace) does not allow any user content or identifiable data derived from automated processing to be used for Ads purposes.<br><br>**Section C: We have general restrictions prohibiting the use of Enterprise (Google Workspace) data for global machine-learning models.** Please consult with PWG-Apps, available at **go/pwg-apps** [insert link: https://sites.google.com/corp/google.com/cloud-privacy-abuse/ops-eng/cc?authuser=0 ], to discuss your specific usage of Enterprise (Google Workspace) data. |

[Challenge 3 of 3 (Data collection and usage)]

Challenge 3: Anonymization is difficult

*[Evolve Components Title: Page 3 Challenge 3 - anonymization is difficult]*

[Scenario] In this challenge you are a Software Engineer (SWE) on the gShoe team. Your team is collecting the monthly spending data of ten thousand gShoe users. Your team would like to share this information with external shoe sellers. You notice that it would mean revealing personal information (zip code, age, gender) and you must ensure the data is anonymized.

US-0001704

Trial Exhibit 0741 Page-025

| gShoe user monthly spend | | | | |
|---|---|---|---|---|
| User ID | Zip code | Age | Date (MM/YYYY) | Monthly money spent on gShoe (€) |
| chapi@gmail.com | 81905 | 25 - 34 | 01/2020 | 300.00 |
| chapo@gmail.com | 81905 | 25 - 34 | 12/2019 | 0.00 |
| toto@gmail.com | 43265 | 35 - 44 | 12/2019 | 3000.00 |

[Alt text]Table showing personal data for gShoe users. The column headings are user ID, zip code, age, date and monthly spend on gShoe.

---

Component: MCQ, try again until correct response is selected

---

[Question stem:] **What should you do, as a member of the gShoe team, to ensure the data is anonymized?**

[Instructions] Select the correct answer.
[Aria] Question with 4 possible options. [Group Aria Label] List of 4 selectable items

| Correct | Response | Feedback |
|---|---|---|
|  | Remove the identifiers; data which does not have identifiers is anonymous. | **That's incorrect.**<br><br>De-identified data are not anonymous.<br><br>Anonymization generally involves aggregation. Removed identifiers can be easily e-constructed. You may want to learn more about the vulnerabilities of de-identification.<br><br>[Button] Reset |
| X | Consult the PWG-anonymization page to identify next steps. | **That's correct!**<br><br>Anonymizing a dataset correctly is hard. Teams should rely on the pre-approved anonymization tools, consult with PWG-anonymization when needed, and think about |

US-0001705

Trial Exhibit 0741 Page-026

| | | |
|---|---|---|
| | | anonymization at the early design stages. |
| | Aggregate the data, and ensure that at least 50 users contribute to each partition. This way, it will be impossible to identify who participates in the dataset. | **That's incorrect.**<br><br>Aggregating data is usually not enough.<br><br>Aggregation with thresholding can be an anonymization technique (sometimes referred to as k-anonymity) but there are many subtleties that can make it vulnerable to attacks if used incorrectly; it is not necessarily a technique that matches our anonymization standards.<br><br>[Button] Reset |
| | Design and implement an anonymization strategy that works best for your use-case. Ask PWG-anonymization to review the code after your team has built it. | **That's incorrect.**<br><br>Do not design or implement your own anonymization.<br><br>It is easy to get anonymization wrong. Product teams should not design their own anonymization solutions but rather rely on the pre-approved anonymization tools or get in touch with PWG-anonymization at the early design stages.<br><br>[Button] Reset |

## Challenge summary: Data collection and usage

The gShoe PDD excerpts you reviewed are only a few examples of Google's Privacy review and launch processes for products, tools, and services. The most effective privacy review is an ongoing conversation between you, your team, the PWG, your Product Counsel, and other partners throughout your project's design, development and launch.

The gShoe PDD excerpts you reviewed did not include how the product would give users notice of what information they were going to collect and how they were going to use it. Notice and consent information is required in the PDD. Our products should be designed to help users understand what they are agreeing to and to avoid unpleasant surprises,

US-0001706

Trial Exhibit 0741 Page-027

Design goals are to:

- Provide the user a reasonable description of Google's products and services, so the user can understand the consequences of using them and make informed decisions. **This is notice.**

- Permit the user to reliably and easily communicate a decision to Google, if a decision is offered. **This is consent.**

**Notice and consent are not only legally required, they are a transparency issue that is one of our guiding Privacy and Security Principles.** Talk to your Product Counsel, consult the In-Product Notice & Consent UX Policy for guidance, and engage with Privacy & Security during the design, development and launch of your products. Your PWG can also help with general questions about privacy. Visit **go/s&p** [link to https://g3doc.corp.google.com/company/teams/security-privacy/index.md?cl=head] and **go/privacy-north-star** [link to https://sites.google.com/corp/google.com/privacy-north-star/home] to learn more.

## Retain data only as long as needed, and dispose of it securely

Privacy and Security Principle #1 calls us to "Respect our users. Respect their privacy." Google's policy is to retain data only as long as it is needed for legitimate business purposes, which can include legal, compliance, or regulatory needs. Consult with Legal and the Data Owner to determine appropriate retention timeframes. There are specific rules for the downloading and deletion of User Data, which are covered by the **Takeout** [link to: https://g3doc.corp.google.com/company/teams/dataliberation/takeout/index.md?cl=head ]and **Wipeout** [link to: https://g3doc.corp.google.com/privacy/wipeout/g3doc/]  programs respectively.

Data should be deleted in a secure fashion to remove the possibility of subsequent unauthorized access. Refer to the policies below for additional guidance.

Select the links below to view the policies.

28

US-0001707

Trial Exhibit 0741 Page-028



**User Data Wipeout Policy** [link to
https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/modular_policie
s/udwp/wipeout.md?cl=head ]

**Gmail Retention Policy** [link to
https://docs.google.com/document/d/1oDLsHJH_uAHM9_HRWN_EtNiHYf44EKWiG9Ko94igL24
/edit#heading=h.30j0zll ]

**Records Retention Policy** [link to https://support.google.com/info-gov/#topic=10252791 ]

**User Data Export Policy** [link to
https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/modular_policies
/user_data_export/user_data_export.md?cl=head ]

## User Data Lifecycle

There are design considerations for each stage in the User Data Lifecycle.

| Component: Flowchart |
| --- |

[Instructions] Select the arrows to move through each stage of the User Data Lifecycle.
[Aria] Selecting the arrow below reveals more information.

| Item | Content |
| --- | --- |
| 1 | **Collection**<br>Ensure that the collection of User Data is in line with Google policies and principles.<br><br>Only collect and use what you need for that purpose. |

US-0001708

Trial Exhibit 0741 Page-029

| 2 | **Storage**<br>Store User Data using strong privacy, security and data protection practices. |
|---|---|
| 3 | **Authorization & Access**<br>Access to User Data should be explicitly authorized and regularly monitored.<br><br>Only access the User Data necessary to do your job. |
| 4 | **Usage**<br>Only use data for the purposes for which it was originally approved.<br><br>Anonymize and aggregate data wherever possible. |
| 5 | **Audit**<br>All access to User Data should leave an audit trail that is reviewed as necessary. |
| 6 | **Retention**<br>User Data should be stored securely and retention periods should be set from the outset so that the data is deleted or irreversibly anonymized once it is no longer needed. |
| 7 | **Deletion**<br>Consider if that data needs to be kept at all, or whether it can be deleted immediately after the purpose has been fulfilled. |

## Get ready for a challenge: Sharing data and updated features

Clear settings and consistent user experiences help users understand how their data is being shared. Transparency is key to everything we do at Google. Therefore, your PDD must include information about data collection and usage as well as how users will be informed.

Next, you will continue with the gShoe product in this challenge.

[Challenge 1 of 1 (Sharing data and updated features)]

Challenge 1: User expectations about privacy

*[Evolve Components Title: Page 2 Challenge 1: User expectations about privacy]*

For this challenge you are a member of the gShoe team.

US-0001709

Trial Exhibit 0741 Page-030

gShoe launches, and initial customer feedback surprises you when gShoe users indicate that the product's settings are by default set to share their precise location. When you look at the PDD, the default location sharing setting isn't explained.

| | |
|---|---|
| Component: MCQ, select all that apply, single attempt is allowed | |

[Question stem:] **What should you do, as a member of the gShoe team?**

[Instructions] Select all that apply.
[Aria] Multiple choice question. [Group aria label] List of 4 selectable answers

| Correct | Response |
|---|---|
| X | Report the incident to the Privacy Incident Management Team |
| | Remove location sharing immediately |
| X | Contact Product Counsel |
| | Immediately change product documentation to include default location sharing. |

Feedback if correct:

**That's correct!**

**This product is behaving in a way that runs counter to reasonable user expectations about Privacy.**

**In this situation you should let the Privacy Incident Management team (go/incident) [link to https://g3doc.corp.google.com/company/teams/security-privacy/incidents.md?cl=head] or relevant Product Counsel know about this right away.**

Making big changes to a launched product or user-facing materials can be risky. While changing the location sharing feature and documentation are important things to consider, the product team will **work with Product Counsel to evaluate the options before making major changes to product and support materials.**

If this isn't a product you work on, or it's just more convenient, report this issue to the Privacy Incident Management team rather than a Product Counsel. IM will look into it, and one of the

US-0001710

Trial Exhibit 0741 Page-031

first steps they will do is loop in the appropriate legal folks, be it Privacy Legal or Product Counsel.

**Feedback if incorrect:**

**That's not correct.**

[Use the feedback above]

## Challenge summary: Sharing data and updated features

Be transparent to users about what data is collected and the purpose for its collection. Ensure the purpose is not one that is likely to come as a surprise to users. Remember that what is obvious to a Googler might not be obvious to every user.

A few more tips:

- Sharing settings should be carefully reviewed, especially when sensitive data is involved.
- Listen to your dogfooders. They provide new eyes that can help calibrate user expectations. In addition, they can identify edge and use cases your team may not have anticipated.
- Take code testing seriously. Most privacy-related incidents are caused by plain old bugs, pure and simple.

When you give users meaningful choices to protect their privacy users won't be surprised at how we collect and use their data.

# Get ready for a challenge: Ensure service providers and vendors protect Google data

Service providers and vendors are third-party providers that contract directly with Google to perform services or complete a specific project. Before we can work with them, Google needs to assess the security risks that working with the third party may pose. For example, a marketing team might hire a service provider or vendor to help organize an event or develop a website on behalf of Google.

In the next challenge, you will read a story about a Googler who did not do the right thing when working with a vendor.

US-0001711

Trial Exhibit 0741 Page-032

[Challenge 1 of 1 (Ensure service providers and vendors protect Google data)]

Challenge 1: Compromised User Data!

*[Evolve Components Title: Page 2 Challenge 1: Compromised User Data]*

[Scenario] Kai is an engineer tasked with hiring a vendor to develop a marketing website for an upcoming product. The website will contain a form that collects Personally Identifiable Information (PII) from users who are interested in hearing more about product releases. Wowee websites is one choice and has been previously approved as a website developer for another use-case.

However, Kai decides to go with Wonderful Websites to handle the website development because the company has the best online reviews.

A few weeks after launching, the website gets hacked and all the User Data is compromised. The press publicizes the leak and a privacy incident is raised, causing some embarrassing conversations for Kai and the product team.

| Component: MCQ, Try Again until correct response is chosen |
| --- |

[Question stem] **What should Kai have done instead?**

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

| Correct | Response | Feedback |
| --- | --- | --- |
| | Submitted previously approved company Wowee Websites for a VSA 2 weeks before the event. | **That's incorrect.** The VSA team notifies Kai that Wowee Websites is not an approved vendor for this use-case (due to handling of PII/SPII). Kai scrambles to find an approved vendor in time for the website launch, which is quickly approaching. Kai loses half their budget on work with a vendor they cannot use. They have to push the launch of the website and delay the product launch |

US-0001712

Trial Exhibit 0741 Page-033

| | | |
|---|---|---|
| | | as a result. If Kai had **started the VSA process at least 90 days before the event**, they would have had a more successful outcome.<br><br>[Button] Reset |
| X | Submitted Wonderful Websites and the project for a Vendor Security Assessment (VSA) at least 90 days before the website launch. | **That's correct!**<br><br>The VSA team notifies Jamie that their vendor needs to take additional steps to meet Google's privacy and security standards. Because **Kai submitted the website project and contract in time to have a Vendor Security Assessment, the vendor is able to take proper steps to protect the PII/SPII collected.**<br><br>Even vendors who have already successfully gone through a VSA review need to be submitted if the use-case is different from previous events. |
| | Used Wowee Websites for the project without additional review. | **That's incorrect.**<br><br>This choice leads Kai into a lot of extra work.<br><br>Kai instructs Wowee Websites to develop the marketing site. During the launch process, Kai is asked for information on the VSA for the project. Since there was no VSA, the team has to scramble to file for a last-minute VSA.<br><br>Even though Wowee Websites has been approved for previous projects, VSAs are performed per use-case and project, and not per vendor.<br><br>Because Kai didn't file for a VSA, the team has to push the planned launch of the website, and delay the product launch as a result. If Kai had started the VSA process at least 90 days before the launch, they would have had a more successful outcome. |

34

US-0001713

Trial Exhibit 0741 Page-034

| | | [Button] Reset |
|---|---|---|

## Challenge summary: Ensure service providers and vendors protect Google data

No matter what your role, if you are considering working with a third-party service provider or vendor, know these key points:

| Component: Flip cards, can flip in any order |
|---|

[Instructions] Flip each card to reveal more.
[Aria] Selecting each of the four cards reveals more information.

| Flip Card # | Front | Back |
|---|---|---|
| 1 | G | Using Google-standard solutions for common outsourced work will simplify the VSA |
| 2 | G | Start vendor onboarding early |
| 3 | G | Update your Privacy Design Document (PDD) and other documentation if the project changes after the VSA |
| 4 | G | Work with your legal counsel to ensure the contract includes appropriate privacy and security terms |

Put Privacy and Security Principles #3 and #6 into action, and prevent unauthorized access to User Data by external parties. If data is being shared with a third party, only share the minimum amount of data the third party needs for the intended purpose of the sharing. Heightened requirements apply for both the VSA and the legal contract. Check out **go/vsa** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/docs/vsa/index.md?cl=head] to learn more.

US-0001714

Trial Exhibit 0741 Page-035

**Principle 3**



[Alt text] Never sell our users' personal information to anyone.

**Principle 6**

[Alt text] Build the strongest security technologies into our products.

## Security driven development

There are several types of common threats to secure applications and services. Your specific project's scope and technology choices will dictate which security features you will need to be proficient in to ensure the security of your product.

[Instructions] Select each title to learn more.
[Aria] The following component consists of three clickable headings, that reveal text when clicked.

| Component: Accordion |
|---|

| Item # | Heading | Content |
|---|---|---|
| 1 | Safely handling user input | Any time your application accepts user input, whether it is text in an HTML form, a video uploaded to an encoding pipeline, or an attachment to an email, you must assume malicious inputs will be directed at your app and users. Some examples: <br><br> • Web applications must guard against XSS (malicious javascript) and XSRF (forged requests/form submissions). <br><br> • Any application with a SQL storage layer (or similar) must protect against SQL injection. <br><br> • Applications (client or server) must similarly sanitize user inputs to prevent Command Injection, Memory Corruption and Buffer Overflow vulnerabilities. |
| 2 | Correct cryptography | In order to ensure the confidentiality and integrity of your application's data, Google, where appropriate, |

US-0001715

Trial Exhibit 0741 Page-036

| | | encrypts it securely both in transit (network communications) and at rest (storage). |
|---|---|---|
| | | The ISE Crypto team provides best practices and hands-on guidance to ensure that Google's products and infrastructure use strong ciphers per industry standards. This guidance also ensures that their design and implementations limit additional vulnerabilities that would allow an attacker access to unencrypted User Data. |
| 3 | Authentication and authorization | When users upload content to your web application, they expect it to be accessible to themselves, other users they share it with explicitly, or possibly the general public, all depending on the features you offer and what they intend. |
| | | It's important to ensure that users' expectations about who can access their data are upheld, including, but not limited to the following requirements: |
| | | • ACLs are applied consistently, across endpoints (mobile, web, API) |
| | | • Content is accessible only after appropriate authorization |
| | | • Use of session cookies and other authorization materials must meet the product security team's standards. |
| | | Check out **go/secure-coding** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/docs/secure-coding/index.md?cl=head] to learn more. |

## Review process and more resources

There is no one-size-fits-all checklist for security that applies to all software projects. In order to have a smooth and secure launch:

| |
|---|
| Component: Media grid |

[Aria label] Selecting each image reveals more information.

US-0001716

Trial Exhibit 0741 Page-037

| Item # | Image | Content |
|--------|-------|---------|
| 1 | | Make sure your team's engineering practices questionnaire is up-to-date. |
| 2 | | Engage with Privacy and Security early. |
| 3 | | Start the security review process in the design phase of your new product or feature. |

Also, the Security Questionnaire for engineering teams and products will help guide you to the appropriate resources, both documentation and the domain experts who perform product security reviews.

For a more in-depth look at how to prevent vulnerabilities using Google-specific technologies and how the review process works, check out the landing page at **go/wheredoistart** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/docs/secure-coding/index.md?cl=head]

## Privacy is your responsibility

Every job at Google involves privacy issues — it's never just "the Security and Privacy Team's problem" or "some other team's responsibility." Security and privacy is a company-wide responsibility. That includes you, your team, and all your fellow Nooglers and Googlers!

For more information, visit your one-stop-shop at **go/s&p** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/index.md?cl=head]

## Mark completion

◯ Click the button to mark this module as complete.

US-0001717

Trial Exhibit 0741 Page-038

[Navigation allows the learner to click Next to move directly to the next section OR the learner can click the "Home" button and return to the Menu. If the learner has completed all three modules, a popup will appear taking them to a certification page.]

# [Section 3: Protecting Highly Sensitive Data]

## Beyond design

Privacy and security goes beyond designing it into our products and services. It also applies to how we:

| Component: Flip cards, can flip in any order |
| --- |

[Instructions] Flip each card to reveal more.
[Aria] Selecting each of the three cards reveals more information.

| Flip Card # | Front | Back |
| --- | --- | --- |
| 1 |  | Protect user, customer and employee data |
| 2 |  | Keep our trade secrets |
| 3 |  | Keep our fellow Googlers and ourselves safe |

In this section, we'll look at privacy and security situations that don't directly impact product or service designs and builds, but that can have an impact on our culture and the trust of our employees, users, and customers.

US-0001718

Trial Exhibit 0741 Page-039

# Get ready for a challenge: Personal curiosity is not a legitimate business purpose

Google implements strict access controls to ensure that only those who need to access user, customer, or employee information can do so. Access is logged, monitored, and reported. Googlers have faced disciplinary actions up to and including termination for not respecting user and employee privacy.

No matter who you are or what role you have, you are responsible to respect users' privacy and be transparent about what data we collect and why. And even then, that data should only ever be used for user/employee/customer benefit.

As we put Privacy and Security Principles #1 and #6 into action, we respect our users and their privacy, while also maintaining an advanced and secure infrastructure for their data. We must be responsible stewards of the information we hold. In the next activity, you'll decide how to apply these principles to User Data.

[Challenge 1 of 3 (Personal curiosity is not a legitimate business purpose)]

## Challenge 1: Mind your own business

*[Evolve Components Title: Page 3 - Personal curiosity - question 1]*

[Scenario] While User Experience Designer, Kamal, was watching the news last night, he saw a story about Bill Williams, a popular businessman. The report said that Bill had been accused of fraudulent business activities and operating under several aliases. The report listed various Gmail addresses used to conduct this fraudulent activity.

Kamal was concerned about the potential bad press for Google and wanted to look up information the next morning at work about the Gmail addresses to see what really happened.

[Question stem] **What should Kamal do next?**

| Component: MCQ, One attempt permitted |
|---|

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Group aria label] List of 2 selectable answers

| Correct | Response | Feedback |
|---|---|---|

US-0001719

Trial Exhibit 0741 Page-040

| | | Look up Bill's accounts in Google Admin. It's okay to access this information as they are fake and fraudulent accounts, and Kamal is already granted Admin access. | **That's incorrect.**<br><br>The next day, Kamal is called into a meeting with his manager and HR Business Partner. He is asked to explain his reason for looking up Bill's account. Kamal cannot provide a business justification for his actions.<br><br>**Kamal is facing disciplinary action.**<br><br>Every access to User Data requires a legitimate business justification. |
| X | | Carry on with his work without satisfying his curiosity. Even though he has access to look up these accounts in Google Admin, he isn't sure it is the right thing to do. | **That's correct!**<br><br>Kamal should not look up the accounts in Google Admin. They have nothing to do with his job, and he lacks a legitimate business purpose to do this.<br><br>Every access to User Data requires a legitimate business purpose, and curiosity is not a sufficient reason. Even if you have Google's best interests at heart or want to defend accusations from the media, you should never access User Data unless it is required to do your job.<br><br>The issue with Bill Williams continued to bother Kamal for the next several days, but Kamal was glad he did the right thing by not looking up the accounts. If he remained concerned, Kamal could also have reported the news story to **press@**. |

[Challenge 2 of 3 (Personal curiosity is not a legitimate business purpose)]

Challenge 2: User owned test accounts for the win

*[Evolve Components Title: Page 3 Personal curiosity - question 2]*

41

US-0001720

Trial Exhibit 0741 Page-041

[Scenario] Talia is an engineer on the Photos team. She is working on some enhancements for an animated photos feature, but needs to analyze some real animated photos generated by the existing version. She has access to test accounts with some stock photos.

Talia remembers that her brother loves taking photos with his Android phone, and he will probably have lots of sample photos that would be really interesting to analyze. Talia calls her brother, and he is happy to let her use his account. Talia considers using her brother's account information to retrieve his most recent set of photos from the backend for testing purposes.

[Question stem] **What should Talia do next?**

| Component: MCQ, One attempt permitted |
| --- |

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Group aria label] List of 2 selectable answers

| Correct | Response | Feedback |
| --- | --- | --- |
| | Go ahead and use her brother's account to test since he gave permission. | **That's incorrect.**<br><br>Talia accesses the account and starts her research, but then has second thoughts. She realizes that her brother's consent is vague and not in writing. How long is the consent good for? Is her brother OK with other Googlers on the development team seeing those pictures? Also, what if there are pictures in there that her brother actually would regret her seeing? Talia is questioning her decision to use her brother's account. |
| X | Look up the test accounts that were created for the project and use the images in those accounts to perform her analysis. | **That's correct!**<br><br>Use Owned Test Accounts, rather than user accounts, for this purpose. For business needs, test accounts are the preferred solution. If you can achieve the purpose without the data or with anonymous data, do so.<br><br>Where possible, pseudonymize or irreversibly anonymize the data as early in the data processing stages as possible. |

42

US-0001721

Trial Exhibit 0741 Page-042

| | | All anonymization strategies need to be approved by pwg-anonymization to ensure that they sufficiently anonymize data; see **go/anon** [link to https://g3doc.corp.google.com/company/teams/security-privacy/docs/anonymization/index.md?cl=head ] for more information. |
|---|---|---|

## [Challenge 3 of 3 (Personal curiosity is not a legitimate business purpose)]

## Challenge 3: Do you have business justification?

*[Evolve Components Title: Page 3 Personal curiosity - question 3]*

[Scenario] Elsa is an Online Specialist supporting the Play Store. On Friday morning, Elsa is assigned a ticket through Cases (Google's case management system). To her surprise, Elsa recognizes the user as being a famous basketball player. Elsa is excited to be able to help someone so famous and opens Payments ICS (a Google Payments support toolset) providing the Cases ticket number as justification for her access.

Elsa can clearly see that the user's account has been incorrectly frozen and unlocks the account. She is interested to learn more about the basketball player, but other tickets are piling up.

[Question stem] **What should Elsa do next?**

| Component: MCQ, Try Again until correct response is chosen |
|---|

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

| Correct | Response | Feedback |
|---|---|---|
| | Go back to the case later using the Cases ticket number as justification. | **That's incorrect.**<br><br>Elsa reopens Payments ICS and searches for the player's account, providing the same ticket number as justification for her access. Elsa is intrigued by this celebrity and keen to |

43

| | | see what sort of movies he watches.<br><br>Although Elsa had a business justification for initially accessing the user's account, she had no business justification to access the additional information about the user.<br><br>[Button] Reset |
|---|---|---|
| X | Respond to the user, close the case, and move on to the next one. | **That's correct!**<br><br>Elsa closes the case and moves on to the next case in her queue. When there is a **legitimate business purpose** for accessing User Data, that justification **is limited in scope to the minimum amount of data you need to perform the job - no more**. |
| | Look at whatever is available in the system, then close the case. | **That's incorrect.**<br><br>While unlocking the account and before closing the case, Elsa clicks on some other Payments ICS modules. She is interested to see where the basketball player lives and what sort of movies he's been watching. After taking a quick look, Elsa closes the case and moves on to the next ticket.<br><br>This was wrong. Although Elsa had a business justification for initially accessing the user's account, she had no business justification to access the additional information about the user.<br><br>[Button] Reset |

Challenge summary: Personal curiosity is not a legitimate business purpose

In the **User Data Access Policy** [link to:
https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/modular_policies

44

US-0001723

Trial Exhibit 0741 Page-044

/udap/udap.md?cl=head] it says, "Access User Data only within approved limits and purposes." If you need to access User Data beyond the approved limits and purposes, you need to obtain additional authorization from the **Data Stewardship Team or appropriate User Data Delegate** [link to: https://policy-ack.corp.google.com/ack/userdata].

Privacy and Security Principle #1 calls us to respect our users and their privacy, and personal curiosity is not a legitimate business purpose. Googlers should have a business reason for accessing information. Every Googler is responsible for protecting User Data in accordance with our **User Data Access Policy**. User Data is any information collected or processed from or about Google's users. User Data isn't limited to name, address, financial information, or medical information. Some other items under the umbrella of User Data are email content, contacts, activity logs, and location information.

If you have any questions about whether your goal in accessing user information is a legitimate business purpose, or about whether you are authorized to do so, don't guess.

Ask a privacy lawyer or the appropriate Privacy Working Group (PWG). If you have questions about accessing employee data, contact PWG Employee Privacy.

## Get ready for a challenge: Be careful when sharing information

Information that is Confidential or Need-to-Know is subject to specific handling and access requirements. See the Data Security Policy for details. Whenever you share Need-to-Know information, that's a big deal. Whether it is User Data, non-public business data, or employee information, make sure you:

- Are clear on how the data you're handling is classified.

- Know if/how data will be shared.

- Engage the necessary controls in place to protect it.

- Know when/how to destroy it once it's no longer needed.

In this challenge, you'll evaluate fictional Googler situations in light of confidentiality risks.

US-0001724

Trial Exhibit 0741 Page-045

# [Challenge 1 of 4 (Be careful when sharing information)]

## Challenge 1: Lunch and a design document

Andre is having a difficult time meeting the deadline on a design document for a super sensitive product and wants to discuss it with you. He invites you to have lunch with him in the Google cafe today to talk about it. Andre brings his laptop and privacy filter. The only seats available are next to other people. You and Andre look at the design doc together over lunch in the Google cafe. You suggest edits and explain why they might work better.

Step 1 of 2
[Question stem] **What is the most significant problem with this situation?**

*[Evolve Components Title: Page 3 - Be careful when sharing information - Q1S1]*

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Group aria label] List of 2 selectable answers

| Component: MCQ, one attempt permitted |
| --- |

| Correct | Response | Feedback |
| --- | --- | --- |
| | Andre brought his laptop that had a design doc on it into the cafe. | **That's incorrect.**<br><br>However, in this case, Andre remembered to bring his privacy screen. No one else in the cafe will be able to see the document on the screen. Andre should be okay showing the document to you on his laptop. |
| X | You and Andre are discussing a sensitive design doc in a crowded common area. | **That's correct!**<br>You and Andre were unaware that an engineer from a competing company was sitting next to you that day. The competitor was visiting another Googler. As you started talking about the project, the competitor perked up. |

Step 2 of 2
[Question stem] **What should you and Andre have done instead?**

*[Evolve Components Title: Page 3 - Be careful when sharing information - Q1S2]*

[Instructions] Select all that apply.

46

US-0001725

[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

| Component: MCQ, one attempt permitted |
| --- |

| Correct | Response | Feedback (same for correct & incorrect) |
| --- | --- | --- |
| X | Had a non-project related discussion in the common area. | **All three choices could be correct!**<br><br>We want to ensure our cafes remain open for collaboration while protecting our intellectual property.<br>Use your best judgment when discussing details in a Google Cafe. If you need to discuss specifics or are concerned you might be overheard, it may be a good idea to find a more private area to have a discussion. |
| X | Sat out of hearing range of potential visitors. | |
| X | Talked generally in the common area and discussed specifics later in private. | |

## [Challenge 2 of 4 (Be careful when sharing information)]

## Challenge 2: Exposing Personally Identifiable Information

Noah, an Online Specialist, is troubleshooting a Google Pay user's account over the phone. There are several pieces of information in the user's account that the user does not believe are hers. Noah files a bug in Buganizer that includes all the details from the conversation with the user, including her billing address, recent purchases, and other Personally Identifiable Information (PII).

Step 1 of 2
[Question stem] **What is the problem with this situation?**

*[Evolve Components Title: Page 3 - Be careful when sharing information - Q2S1]*

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

| Component: MCQ, unlimited attempts permitted |
| --- |

| Correct | Response | Feedback |
| --- | --- | --- |
| | Noah filed a bug for an issue like this. | **That's incorrect.**<br><br>It's good that a bug was filed for this |

US-0001726

Trial Exhibit 0741 Page-047

| | | |
|---|---|---|
| | | issue. That is how the issue will be resolved. However, you should **be careful about what you choose to include in a bug** in a system with broad access.<br><br>[Button] Reset |
| X | Noah included multiple pieces of PII in the bug and potentially exposed the data to unauthorized individuals. | **That's correct!**<br><br>Although it was helpful to collect that information, **Noah should not have included PII in the bug because Buganizer is a system with broad access**, which could include external partners and the public. |
| | Noah collected personal information as part of resolving the issue. | **That's incorrect.**<br><br>Noah needed to collect PII from the customer in order to know what PII should, and should not, be in the account. It wasn't wrong to collect this information from the customer.<br><br>[Button] Reset |

Step 2 of 2
[Question stem] **What should Noah have done instead?**

*[Evolve Components Title: Page 3 - Be careful when sharing information - Q2S2]*

[Instructions] Select all that apply.
[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

| Component: MCQ, unlimited attempts permitted |
|---|

| Correct | Response | Feedback |
|---|---|---|
| X | Included only a single piece of PII in the bug to identify the account (i.e., Gaia ID or Gmail username) and other relevant technical information describing the issue. | **That's correct!** Or **That's incorrect.**<br><br>**When it is necessary to share PII outside our production systems for debugging, file a bug and include only the account identifier (e.g., Gaia** |

US-0001727

Trial Exhibit 0741 Page-048

| | | |
|---|---|---|
| X | Filed a bug with just a general description of the problem and excluded personal information. | **ID or Gmail username), and no other PII.**<br><br>When you file a bug in Buganizer (or any other system outside our production systems), usually anyone with access can find and view it – including external partners and members of the public. Because of that, you should avoid including PII on any broadly accessible system such as Buganizer. Instead, store PII in an access-restricted, secure location, such as a Google doc, and delete the information when it is no longer necessary.<br><br>**The main goal is to limit access to PII.** It should never be shared with people not authorized to access it themselves, and should never be stored on local hard drives. See **go/buganizerpuppy** [link to: https://g3doc.corp.google.com/compan y/teams/security-privacy/policies/privac y/puppies/pii_in_buganizer.md?cl=head ] for more details.<br><br>It would be good for Noah to exclude the personal information from the bug. However, **including only a general description of the issue and not informing the person assigned to the ticket that Noah has more details will make it difficult for them to resolve.** |
| X | Included the minimum PII necessary to debug this issue in Drive and added a link to that doc in the bug. | |

[Challenge 3 of 4 (Be careful when sharing information)]

## Challenge 3: Unintended sharing of internal information

Oren, an Online Specialist, is troubleshooting an issue with a Google Ads customer over email. He sends her a screenshot of her Google Ads account info page, highlighting a button she needs to take action on. The screenshot includes her billing address, recent transactions, and other Personally Identifiable Information (PII) that can be used to identify or contact a person

49

US-0001728

Trial Exhibit 0741 Page-049

either directly or by reference, such as a user's first and last name, address, or telephone number.

Step 1 of 2

[Question stem] **What is the problem with this situation?**

*[Evolve Components Title: Page 3 - Be careful when sharing information - Q3S1]*

[Instructions] Select the correct answer.

[Aria] Multiple choice question [Group aria label] List of 2 selectable answers

| Component: MCQ, one attempt permitted |
| --- |

| Correct | Response | Feedback |
| --- | --- | --- |
| | Nothing. Oren had to send a screenshot so the customer would know which button to click. | **That's incorrect.** Sharing a screenshot with a customer can expose internal information on an account that is not intended to be shared with the customer, including unreleased experimental features. |
| X | Oren sent a screenshot of the customer's account information. | **That's correct.** Sharing a screenshot with a customer can expose internal information on an account that is not intended to be shared with the customer, including unreleased experimental features. |

Step 2 of 2

[Question stem] **What should Oren have done instead?**

*[Evolve Components Title: Page 3 - Be careful when sharing information - Q3S2]*

[Instructions] Select all that apply.

[Aria] Multiple choice question [Group aria label] List of 2 selectable answers

| Component: MCQ, one attempt permitted |
| --- |

| Correct | Response | Feedback |
| --- | --- | --- |

50

US-0001729

Trial Exhibit 0741 Page-050

| X | Called the customer to discuss the issue over the phone. | **That's correct.** |
|---|---|---|
| X | Sent links to the tool, site or help center article instead. | According to Google's internal privacy policy, Googlers are not allowed to send screenshots of any Google properties to customers, even if they request it. This is because Google-owned properties may inadvertently disclose internal or Confidential or Need-to-Know features or experiments, or internal information that is not appropriate to disclose to a customer.

Instead, Googlers should call the customer to discuss the issue, or send links to tools, sites, or help center articles to assist in troubleshooting accounts.

**That's incorrect.**

**Both answers are correct.**

According to Google's internal privacy policy, Googlers are not allowed to send screenshots of any Google properties to customers, even if they request it. This is because Google-owned properties may inadvertently disclose internal or Confidential or Need-to-Know features or experiments, or internal information that is not appropriate to disclose to a customer.

Instead, Googlers should call the customer to discuss the issue, or send links to tools, sites, or help center articles to assist in troubleshooting accounts. |

US-0001730

Trial Exhibit 0741 Page-051

[Challenge 4 of 4 (Be careful when sharing information)]

## Challenge 4: Public information

Google made a brief, introductory announcement about an upcoming product to the public. Catarina didn't work on the project, but she read a lot about it in the internal updates Google sent employees.

When she gets home from work, her son is really excited about the announcement and wants to know more. Catarina figures that since the announcement is public, she is free to talk about it. She tells her son everything she knows about the new product.

Step 1 of 2
[Question stem] **What is the problem with this situation?**

*[Evolve Components Title: Page 3 - Be careful when sharing information - Q4S1]*

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

| Component: MCQ, unlimited attempts permitted |
| --- |

| Correct | Response | Feedback |
| --- | --- | --- |
| | Catarina shared information about the product that may not have been correct with her son. | **That's incorrect.**<br><br>**It is important that we never start rumors or spread incorrect information about Google products.**<br><br>But there's no evidence here that Catarina said something untrue. However, Catarina is in danger of sharing information about the product that may not have been made public.<br><br>[Button] Reset |
| X | Catarina shared information with her son that had not necessarily been made public. | **That's correct!**<br><br>**When talking to family, friends, or anyone who doesn't work at Google, it's important to only discuss information that has been made public.** |

52

US-0001731

| | | Much of what Catarina knows about the product has been shared with her through internal company communications. Some of that information may have been made public, but much of it may still be Confidential or Need-to-Know. |
|---|---|---|
| | Catarina talked to her son about an area she's not very familiar with since she's not on the product team. | **That's incorrect.**<br><br>**Catarina shouldn't do this.**<br><br>Even if Catarina was on the product team, she shouldn't share any information that hasn't been made public.<br><br>[Button] Reset |

Step 2 of 2

[Question stem] **What should Catarina have done instead?**

*[Evolve Components Title: Page 3 - Be careful when sharing information - Q4S2]*

[Instructions] Select the correct answer..

[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

| Component: MCQ, unlimited attempts permitted |
|---|

| Correct | Response | Feedback |
|---|---|---|
| | Discussed only the facts that she could remember from the public announcement. | **That's incorrect.**<br><br>This is a step in the right direction, but relying on her memory could be risky.<br><br>Sometimes it is difficult to keep public announcements and internal announcements separated in your mind. Catarina could have acted in a safer manner.<br><br>[Button] Reset |
| X | Looked up the public announcement and only discussed what the announcement said. | **That's correct!**<br><br>When friends, family, and others |

US-0001732

Trial Exhibit 0741 Page-053

| | | |
|---|---|---|
| | | outside Google ask about a product that is mentioned in a news story, you should ask to see the news story. Then, simply state what the company has said publicly. You should not say whether or not any other details in the story are correct because doing that could disclose Confidential or Need-to-Know information.<br>If Catarina had been talking to a journalist, she should have referred them to **press@**. |
| | Said, "Sorry, I'm not allowed to talk about that." | That's incorrect.<br><br>**That is always an option for Catarina.**<br><br>But it's not necessary here, since she can discuss the details that have been made public. It is important that you only discuss things that have been made public. When answering questions about product announcements, if you're unsure about what has been made public and what has not, refrain from commenting until you know for sure or refer interested parties to one of the company's externally facing posts.<br><br>[Button] Reset |

## Challenge summary: Be careful when sharing information

These situations are about protecting Google as we innovate, helping to make sure we don't fall victim to trade secrets theft, and creating a safe environment for us all to work in. Google encourages collaboration and discussions about projects with others. Below are some ways to ensure we take proper precautions to protect information.

[Instructions] Select the arrows to view each tip.
[Aria] No aria label required.

| Component: Narrative |
|---|

US-0001733

Trial Exhibit 0741 Page-054

| Item # | Image | Content |
|--------|-------|---------|
| 1 |  | Avoid discussing projects where others can see or hear information they shouldn't, including unintended disclosures to nearby listeners during both live meetings and calls. |
| 2 |  | Don't post PII to places that are broadly accessible by Googlers or external partners; also avoid leaving voicemails, sending faxes or printing documents containing sensitive or Need-to-Know information, as these may be inappropriately accessed. |
| 3 |  | Refrain from sharing company information with others that hasn't been made public. |
| 4 |  | Refrain from asking personal questions of others that they may be uncomfortable answering. |
| 5 |  | Work to reduce privacy and information security risks from all sources. **go/insider-threat-clip** [link to: https://drive.google.com/file/d/1ssHf8fL_8B_xW9tjqnMgGezrwSxFmeYl/view] outlines some issues to consider. |

A willful breach or disclosure of certain data from users or customers, including professional secrets, can result in personal criminal liability, including fines or imprisonment, for the employee or other Googlers.

Take care when you name files. Make sure that your filenames don't contain employee, customer, User Data, or PII—especially in open systems that are widely available and unencrypted (such as CNS, x20, Buganizer).

Should you become aware of an inappropriate release of business data, promptly report the incident at **go/stopleaks** [link to: https://stopleaks.googleplex.com/], or email **stopleaks@**.

## Considerations for children's data

Processing children's data is subject to heightened privacy legal requirements globally.

[Instructions] Select each item to reveal more.

| Component: Infographic |
|---|

US-0001734

Trial Exhibit 0741 Page-055

[Aria label] This infographic is made up of three images. Selecting an image will bring up more information in a popup window.

| Item # | Image | Content |
|--------|-------|---------|
| 1 | Alphabet | **Alphabet Products**<br><br>Since some Alphabet products handle children's data, we want all employees and members of the extended workforce to be aware of the sensitivity of such information and understand that processing it is subject to robust legal requirements globally, including in the US. (under the Children's Online Privacy Protection Act) and in Europe (under the General Data Protection Regulation).<br><br>[Button] Close |
| 2 | | **Alphabet and Google Products Policy**<br><br>All Alphabet and Google Products that process Children's Data are subject to the **Children's Data Policy** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/modular_policies/childrens_data/childrens_data.md?cl=head].<br><br>[Button] Close |
| 3 | | **Product Counsel**<br><br>**Please also communicate early and often with your Product Counsel if** you are working on a product or associated marketing/advertising/sales activity that processes children's data, or if the product could be considered to target children as the audience.<br><br>[Button] Close |

## Legal requirements for children's data

Let's take a look in more detail at the legal requirements for children's data.

[Instructions] Select each item to learn more about legal requirements for children's data.

56

US-0001735

Trial Exhibit 0741 Page-056

[Aria] The following component consists of three clickable headings, that reveal text when clicked.

| | |
|---|---|
| Component: Accordion<br>Items do not stay expanded. | |

| Heading | Expanded content |
|---|---|
| Heightened legal requirements | If we're processing children's data, we need to comply with heightened legal requirements, which may include things like obtaining parental notice and consent, or restricting how we use the information we collect. In the case of ads, for example, this means that we can't provide interest-based or personalized advertising and remarketing on sites or apps directed at children. |
| What qualifies as "children's data"? | Generally, any information that relates to children (under the relevant age of consent) is considered children's data.<br><br>As reflected in the Google Privacy Policy, personal information is broadly defined to include name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with a user's Google Account.<br><br>Global privacy laws applicable to children's data are similarly broad, and extend to the processing of things like persistent identifiers (including IP addresses, cookie IDs, and device IDs), voice recordings, and biometric information. |
| Example situations | Examples of situations where Google may process children's data and be subject to heightened legal requirements:<br><br>● If a product is collecting information about or from children.<br><br>● If we are offering or directing a product to children.<br><br>● If we provide services (like advertising) on a third-party's site or app that we know is directed to children. |

[Challenge 1 of 2 (Considerations for children's data)]

Get ready for a challenge: Considerations for children's data

In the next challenges, choose the best course of action taking into consideration what you've learned about the processing of children's data.

US-0001736

Trial Exhibit 0741 Page-057

## Challenge 1: How to proceed?

[Scenario] Selena is a Googler in a business development role and has just joined a new team. She is responsible for increasing distribution of a new smart device that can be used in the car and at home. Selena thinks that landing a partnership with a brand focused on kids would undoubtedly increase distribution of the device. Selena has an existing relationship with a company, KidZGames, that she thinks could be the perfect new partner.

[Question stem] **What is Selena's best next step?**

*[Evolve Components Title: Page 3 - Considerations for children's data - Q1]*

| Component: MCQ, try again until correct response is selected |
| --- |

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

| Correct | Response | Feedback |
| --- | --- | --- |
| X | Determine who her team's Product Counsel is at go/whichlawyer, and reach out to that Product Counsel for advice on how to proceed. | **That's correct.**<br><br>Because her proposed partnership ideas may involve children's data, Selena should not take any steps toward partner outreach or revised marketing campaigns without first getting Product Counsel review and input.<br><br>For example, one option involves development of a partnership that could result in increased use of the product by children, and would thus result in collection/use of children's data.<br><br>The other option involves adding images of children to marketing materials for her product, which would appear to promote the value of her product for use by children and requires Product Counsel review - not to mention additional approval requirements for using children's images. |

58

US-0001737

Trial Exhibit 0741 Page-058

| | Create a new partnership pitch for KidZGames and reach out to set up a meeting ASAP. | **That's incorrect.** <br><br> Selena should not do this yet. |
|---|---|---|
| | Contact her marketing team to update the marketing materials for her new product to include more images of kids and families. | **That's incorrect.** <br><br> Selena should not take this action. |

## [Challenge 2 of 2 (Considerations for children's data)]

## Challenge 2: What's the next step?

Zane is a product manager building out a new set of product features that will include collecting and storing voice recordings from child users.

[Question stem] **What is the correct way for Zane to handle this feature buildout?**

*[Evolve Components Title: Page 3 - Considerations for children's data - Q2]*

| Component: MCQ, try again until correct response is selected |
|---|

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

| Correct | Response | Feedback |
|---|---|---|
| | Immediately kick off creation of a design plan with the team's engineers and begin to build out the feature | **Not quite.** <br><br> This isn't the best choice. <br><br> [Button] Reset |
| X | Contact Product Counsel for review and input before building out the feature. | **That's correct.** <br><br> Processing children's data is subject to heightened privacy legal requirements. Global privacy laws applicable to children's data are broad, and can even apply to the processing of voice recordings. The product manager should determine who their team's Product Counsel is at **go/whichlawyer** [link to: |

US-0001738

Trial Exhibit 0741 Page-059

| | | https://docs.google.com/spreadsheets/d/1hx9XDfXByiUH2g1QfFkpn6AGXD-LeBgX92Mgsur0y_o/edit#gid=2] and reach out to that Product Counsel for advice on how to proceed. |
|---|---|---|
| | Contact Product Counsel for review and input after building out the feature. | **Not quite.**<br><br>There is a better choice to be made.<br><br>[Button] Reset |

## Challenge summary: Considerations for children's data

What does this mean for you as a Googler?

1. Contact your Product Counsel early.
- If you have questions about whether or not the product or service you are working on requires compliance with children's privacy laws, **contact your Product Counsel** or **coppa-help@**.

- Do not engage in sales/advertising/marketing of any product directed to children or promote any product for use by children **without consulting and getting sign-off from Product Counsel**. Any materials that feature children should also be **reviewed with Product Counsel**.

- If you are not sure who your Product Counsel is, please visit **go/whichlawyer** [insert link: https://docs.google.com/spreadsheets/d/1hx9XDfXByiUH2g1QfFkpn6AGXD-LeBgX92Mgsur0y_o/edit#gid=2 ].

2. Comply with all reporting obligations.

In the course of your job, if you think that a Google service is collecting data on a third-party site/app that is directed to children based on your knowledge or because you receive external notice, please flag that third-party site/service with our internal reporting tool (background and link available via **go/childrensdata [** link to: https://g3doc.corp.google.com/company/teams/security-privacy/docs/childrens-data.md?cl=head]).

You **do not** have an obligation to monitor or investigate

60

US-0001739

Trial Exhibit 0741 Page-060

# Standards for health data

Processing of Health Information is often subject to heightened privacy legal requirements. Googlers should be aware of the sensitivity of such information and understand that dealing with it is often subject to robust legal requirements, including in the US (under the **Health Insurance Portability and Accountability Act [HIPAA]** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/standards/hipaa _standard.md?cl=head] ) and in Europe (under the **General Data Protection Regulation [GDPR]** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/gdpr.md?cl=head] ).

All Alphabet and Google products that process Health Information are subject to the **Health Information Data Handling Policy** (**go/healthpolicy** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/modular_policie s/health_info/health_info.md?cl=head]) and the related **Health Information Data Handling Implementation Guide** (**go/healthpolicy-guide** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/guidelines/healt hpolicy_guide.md?cl=head] ).

HIPAA applies to individually identifiable health information that is held or transmitted by a covered entity or its business associate if that information relates to:

| Component: Flip cards, can flip in any order |
| --- |

[Instructions] Flip each card to reveal more.
[Aria] Selecting each of the three cards reveals more information.]

| Flip Card # | Front | Back |
| --- | --- | --- |
| 1 |  | Past, present, or future physical or mental health or condition. |
| 2 |  | Provision of health care to the individual. |
| 3 |  | Past, present, or future payment for the provision of health care to the individual. |

Health Information covered by HIPAA (known as Protected Health Information or PHI) is subject to stringent privacy and security requirements; such requirements as applied to Google are

US-0001740

Trial Exhibit 0741 Page-061

further described in the **HIPAA Implementation Standard** [link to:
https://g3doc.corp.google.com/company/teams/security-privacy/policies/privacy/standards/hipaa_standard.md?cl=head ].

We need to limit access to PHI, implement appropriate safeguards to protect the data, and take appropriate action if there is a breach of the data. For a suspected breach of PHI or a security incident involving PHI, reach out to Legal/Product Counsel and visit **go/s&p** [link to:
https://g3doc.corp.google.com/company/teams/security-privacy/index.md?cl=head]  to notify the Incident Management team.

Health Information not covered by HIPAA may still be subject to strict requirements under US. state laws or laws outside of the US. Contact your Product Counsel for questions about Health Information or if you are unsure of the requirements.

## Use Google-approved stuff

Protecting devices and the corporate network is essential to keeping our data secure. When doing work for Google:

| Component: Flowchart |
| --- |

[Instructions] Select the arrows to learn about how you can better protect data..
[Aria] No aria label required.

| **Use only Google-approved devices and google.com accounts for business.** |
| --- |
| **Protect Google devices and accounts.**<br>● Keep Device Policy or a security key installed and engaged:<br>   ○ When authenticated using your security key<br>   ○ On mobile devices running the Device Policy app<br>● Only install software from Google-approved sources and developers<br>● Never leave an unlocked device unattended (even in your office)<br>● Don't reuse your Google account password for any other service |
| **When you or your colleagues work outside the office, follow Google's policies and guidelines for telecommuting and remote work (go/remote-work-guide)** [link to:<br>https://support.google.com/guideforextendedworkforce/answer/9044270?visit_id=6378667326<br>50755033-2504707122&rd=1#topic=7420822?hl=en&fl=1&fl=1&visit_id=63786673263895418<br>8-0&rd=1 ]. |

Get ready for a challenge: Use Google-approved stuff

In the next challenges, determine what the best course of action should be.

62

US-0001741

Trial Exhibit 0741 Page-062

[Challenge 1 of 2 (Use Google-approved stuff)]

Challenge 1: Using mobile devices

*[Evolve Components Title: Page 3 - Use Google-approved stuff - Q1]*
[Scenario] Gia is traveling to attend an industry conference in Sydney. Her husband tags along so that they can grab a few days vacation after the event. During an airport layover on the way to the conference, Gia gets an email on her company smartphone. Her team has a detailed question about an important project she's working on. Her phone battery is nearly exhausted, her laptop is in checked baggage, and Gia is about to get on an 11-hour flight. This question needs to be resolved right away to keep the project on track, and the answer back will be lengthy.

[Question stem] **What would be appropriate for Gia to do next?**

| Component: MCQ |
| --- |
| MCQ, select all that apply, one attempt permitted |

[Instructions] Select all that apply.
[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

| Correct | Response | Feedback |
| --- | --- | --- |
| X | Gia should use her husband's mobile phone to place a quick call to her team to explain things. | **That's correct. Or That's incorrect.** |
| X | Gia should use her company smartphone to send a brief SMS telling her team to hang tight until she can charge her phone and send details. | It would be appropriate for Gia to either find a private spot to call her team using her husband's mobile phone, or send her team a brief SMS using the mobile service provider's network on her company smartphone. |
| | Gia should use her husband's personal tablet to send emails back and forth with the team to work things out. | **A voice conversation, even on her husband's phone, is not generally stored on the mobile service provider's system.**<br><br>And even though **mobile service providers store SMS data (similar to email), Gia's brief message from her** |

US-0001742

Trial Exhibit 0741 Page-063

| | | **company smartphone would not send any Confidential or Need-to-Know information,** so this instance is OK.<br><br>However, **if she uses her husband's tablet, malware could copy all of her communications and export a copy of her email exchange to fraudsters.** This could result in the details of her team's secret project being disclosed to the press, putting the project at risk. |
|---|---|---|

[Challenge 2 of 2 (Use Google-approved stuff)]

## Challenge 2: Keeping email safe

[Scenario] Liza attended a meeting where details about an impending launch were discussed and written on the whiteboard. At the end of the meeting, she wants to take a photo of the whiteboard and share it with attendees, especially since some of the attendees were in remote offices. However, she does not have her corporate account or Device Policy installed on her personal mobile phone.

[Question stem] **What is the best next step?**

---

Component: MCQ
MCQ, try again until the learner chooses the correct response

---

[Instructions] Select the correct answer.
[Aria] Multiple choice question [Group aria label] List of 3 selectable answers

*[Evolve Components Title: Page 3 - Use Google-approved stuff - Q2]*

| Correct | Response | Feedback |
|---|---|---|
| X | Liza should ask her teammate Josef to take a picture with his corporate phone and email it to attendees. | **That's correct!**<br><br>**Josef agreed, took the photo, and emailed it to the attendees.** |

64

US-0001743

Trial Exhibit 0741 Page-064

| | | This was a good choice. Since Josef has Device Policy installed and a Google account to email from, Google's information is safe and secure. |
|---|---|---|
| | Liza should ask her teammate Derik to take a photo with his corporate phone and upload it to Dropbox so some third-party vendors they're working with can gain access. | **That's incorrect.**<br><br>**Derik said, "I can't upload a project file to Dropbox - that wouldn't be secure."**<br><br>Derik is right. While he can take the photo with his corporate phone, uploading it to Dropbox or any third-party storage system is against company policy. That would involve passing information through services that are outside his Google account, not to mention controlled by a competitor.<br><br>[Button] Reset |
| | Liza should take the photo with her personal phone and email it to attendees. | **That's incorrect.**<br><br>**Liza pulled out her phone to take the photo.**<br><br>Her teammate Jodef pulled her aside and asked, "Is that a corporate phone?" When Liza said "No", Josef asked if it had Device Policy installed. Again, Lisa answered "No." Josef told her not to take the picture with her personal phone because it isn't secure.<br><br>Liza thanked Josef for the advice. Liza was about to use a device that is not approved for carrying out Google's business.<br><br>[Button] Reset |

US-0001744

Trial Exhibit 0741 Page-065

## Challenge summary: Use Google-approved stuff

In any situation - whether at work or away from work - you must adhere to the two-part formula for protecting data:

1. Use a Google corporate account

2. Use an approved device

Failing to have both elements in place will put data at risk. When doing work for Google, only use your Google corporate account on an approved device.

In certain circumstances, you can use a personal mobile device for Google work if it is managed by Google. That means it must have Device Policy installed, so Google can wipe it if it's lost or stolen. If you choose to use the same device for business and personal purposes, visit **go/mobiledeviceguidelines** [link to:https://g3doc.corp.google.com/company/teams/security-privacy/policies/security/guidelines/mobile-devices.md?cl=head] to understand the risks and responsibilities involved.


## Passwords and phishing

Account security is just as important as physical security, and it starts with a strong password:

| Component: Flip cards, can flip in any order |
| --- |

[Instructions] Flip each card to reveal more.
[Aria] Selecting each of the two cards reveals more information.

| Flip Card # | Front | Back |
| --- | --- | --- |
| 1 | G | Follow the guidelines at **go/goodpasswords** [link to: http://goto.google.com/goodpasswords]. |
| 2 | G | Never use your Google password for any accounts other than your Google account. |

US-0001745

Trial Exhibit 0741 Page-066

But — strong passwords aren't enough. Phishers may try to trick you into disclosing your Google credentials by masquerading as someone else.

Be on the alert! Help Google defend against phishing attempts that target Googlers by reporting them at **go/phishing** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/docs/phishing-basics.md?cl=head ]

## Monitoring to keep data secure and Googlers safe

Monitoring is another tool in our security toolkit. All Google corporate-owned and Google corporate-managed accounts, devices, and systems are subject to monitoring for security purposes both on and off campus.

In addition, access and activity in Google buildings, data centers, and other Google locations are subject to monitoring as well.

For more information, see the **Corporate Services Security Policy** [link to: https://g3doc.corp.google.com/company/teams/security-privacy/policies/security/corp-services.md?cl=head ]

## See something? Say something.

You have an important role in security at Google. Google expects you to report security and privacy incidents (like the ones you've seen throughout this training) immediately.

Here are some examples of security situations where action should be taken. Take action if:

- You see something that doesn't look right.
- Your account or someone else's account has been compromised.
- A Google account or system is vulnerable to takeover or unauthorized access.

## Mark completion

○ Click the button to mark this module as complete.

[Navigation allows the learner to click Next to move directly to the next section OR the learner can click the "Home" button and return to the Menu. If the learner has completed all three modules, a popup will appear taking them to a certification page.]

67

US-0001746

Trial Exhibit 0741 Page-067

[When all three modules have been completed, the dialog box below will appear.]

## Certification page unlocked

You have completed all three modules. You are now required to mark your completion.

Select the button below to continue to the Certification page.

**Continue to certify**

# [Section 4: Certification]

## Certification

Please take some time to review our privacy commitments in the FTC Buzz Consent Order, delivered to you here (**Consent Order** [link to: https://drive.google.com/file/d/1flRYHHhpFspOQB1LFdTekVn1rWKS3Ek8/view ]).

By clicking the "**Certify**" button, you certify that you have reviewed and understand the training in its entirety and will comply with Google Privacy & Information Security Policies.

Select the button below to confirm.

[Button] Certify

[Pop up on "Certify"]

US-0001747

Trial Exhibit 0741 Page-068

## Congratulations!

You have successfully completed this course.

This course has been marked complete. You may now close this popup and the course.

Close

# Certification

## A message from Sundar

Thanks for taking the time to review and adhere to Google's Privacy and Information Security Policies.

*We want to help users understand Google and feel better about how we secure their data and guard their privacy so that they feel safe and in control when they use our products.*

*-Sundar Pichai*



69