

# Data Security Policy

Reviewed on 2023-03-23

go/data-security-policy

## Purpose / Audience

This policy describes how data (which includes all types of information) should be classified and handled, to ensure its confidentiality, integrity, and availability.

The terms *data* and *information* are used interchangeably in this policy and have the same meaning. This policy applies to all Googlers and members of the extended workforce.

## Requirements

### Data classification

Google has three data classifications: **Need-to-Know (NTK)**, **Confidential**, and **Public**. Make sure you appropriately classify, protect, access, and share data following the requirements below.

Always use care and handle data according to its classification.

When you create a document with sensitive information, you should label it with the appropriate classification based on the data it contains to ensure that others treat it appropriately. In addition to the guidance in this policy, there are FAQs on data classification. For more information about labeling, see the Security Label Guidelines for Google Information.

- If data does not have a security label, handle it according to the sensitivity of the data. For example, unlabeled Need-to-Know data must be handled consistent with requirements for Need-to-Know data as defined in this policy.
- When data is labeled, handle it in a way that is at least as confidential as suggested by its label. However,

**Page contents**

Purpose / Audience
Requirements
 ○ Data classification
 ○ Data where it shouldn't be
 ○ Raising Code of Conduct or Values concerns
 ○ Data owners and controls
 ○ Data integrity, availability, retention, and destruction
Exceptions
Changes to this document
References
Questions / Feedback
Roles and responsibilities

US-0071759

Trial Exhibit 0756 Page-001

use good judgment, and be alert to the possibility that data may be more sensitive than indicated by its label. For example, if Need-to-Know data is mislabeled as Confidential, treat it as Need-to-Know.

Googlers and members of the extended workforce who violate this policy, including disclosing (such as transferring or copying) Confidential or Need-to-Know data outside of the company except as permitted under this policy, are subject to discipline, up to and including termination of employment (or Google job assignment in the case of members of the extended workforce). Subject to local laws and policies, Googlers and members of the extended workforce may communicate about pay, hours, other work terms and conditions, or about any violation of law, although they may not publicly disclose Confidential or Need-to-Know information, unless required or protected by law.

> 📘 Note: Workforce data should be handled according to the requirements in Google's Workforce Data Handling Standard.

## Need-to-Know data

Need-to-Know data is sensitive legal, business, and financial information that only certain individuals need to know to do their jobs. People in different roles and working on different projects or Product Areas, or Other Bets need access to different information. Share Need-to-Know information only with people who need it to fulfill their specific job responsibilities. Examples of Need-to-Know data include:

- All User Data, including Identifiable Data. User Data, which includes customer data, has special handling requirements that are addressed by privacy policies
- Business partners' information or communications
- High-Value Intellectual Property (HIP)
- Design documentation that needs to have a limited audience. See the Data Classification and Handling FAQs for examples
- Information about potential mergers or acquisitions
- Budgets and strategic plans
- Non-public financial and transaction information, including pre-release earnings data
- Projects and project evaluations that need to have a limited audience. See the Data Classification and Handling FAQs
- Information and communications subject to the attorney-client privilege or that constitute attorney work product
- Information relating to legal, privacy, security, or business strategy issues
- Emails intended for a limited group, such as those directly working on a project
- Sensitive government data such as Controlled Unclassified Information (CUI)

Properly safeguard Need-to-Know data by complying with relevant policies, sharing it only as specifically authorized by the Data Owner or where necessary for a specific business purpose. Do not seek to access Need-to-

Know data unless you have a specific business need for doing so. Do not circumvent access controls. Access to documents containing Need-to-Know data must be restricted in the same way that the original data was protected.

Need-to-Know data generally must not be stored on removable media, but when such storage is necessary and appropriate for a specific business purpose, the data must be encrypted and the device must be approved for storage of Google data.

## Confidential data

Confidential data is non-public technical, business, and product information that is appropriate to disclose broadly within Google or another Bet, in line with business purposes.

It is a violation of this policy to disclose Confidential data outside of Google or the respective Other Bet, without authorization and a legitimate business purpose.

Examples of Confidential data include:

- Technical, business, and product information discussed at TGIF or distributed company-wide (for example, portions of Daily Insider emails)
- Widely known dogfood and experimental products
- General non-partner-specific Google business strategy and plans
- Other company financial, business, scientific, technical, economic, or engineering information

These examples may also contain Need-to-Know information based on the context. If that is the case, the Need-to-Know data must be handled consistent with the Need-to-Know requirements.

## Public data

Public data is information that, with appropriate authorization, has explicitly and intentionally been made available to the public. If you work with Public data, you are responsible for ensuring its integrity and accuracy, and handling it consistent with any legal restrictions. Examples of Public data include:

- Public-facing Google websites (such as Keyword blog posts)
- Published open source code
- Press releases
- Investor information
- Google's Privacy Policy

## Data where it shouldn't be

US-0071761

Trial Exhibit 0756 Page-003

If you identify Confidential or Need-to-Know data that is in the wrong place, or that you suspect may have been shared inappropriately, either let the Data Owner know, or alert go/ir (for internal data incidents) or go/stopleaks (for external data incidents).

## Raising Code of Conduct or Values concerns

If you have a concern that a team or individual is acting against our values or Code of Conduct, don't stay silent, but do act consistently with the sensitivity of the data or information involved and this policy. You should visit go/myconcerns, sharing Confidential or Need-to-Know data as necessary to raise your concern.

## Data owners and controls

- All Google data has an **owner**, the person or group responsible for determining how that data should be managed and protected. If questions arise about the appropriate classification for a particular piece of data, Googlers and members of the extended workforce should consult the Data Owner or, if the Data Owner is not known, the appropriate Privacy Working Group (PWG). If the Data Owner requires clarification on the classification of the data they own, they should consult with their product counsel and PWG.
- Data Owners are responsible for defining, classifying, and establishing appropriate access controls for their data.
- Even if Confidential or Need-to-Know data is disclosed or leaked to unauthorized recipients, Googlers should continue to treat it as Confidential or Need-to-Know until it is reclassified by the Data Owner.
- Requests to release Confidential or Need-to-Know data externally or to share it with non-Googlers must be approved by the Data Owner, in consultation with the appropriate Legal and Privacy representatives. The data must also have appropriate controls in place, including an NDA or other binding confidentiality obligations on the external party appropriate for the data being shared.
- Third parties with access to Need-to-Know data must adhere to Google's policies, and must be contractually required to implement appropriate controls and permit security and privacy reviews to ensure adequate data protection. You must consult the appropriate legal counsel prior to sharing Need-to-Know data with third parties.
- Data owners must only grant access to Need-to-Know data to Googlers, members of the extended workforce, and interns to the extent necessary for them to perform their jobs.
- Googlers and members of the extended workforce must exercise due care in handling Confidential and Need-to-Know data. For example, encryption may be required to protect such data in transit and at rest (see Cryptographic Policy). Such data should be stored in protected locations or networks where its access can be limited to authorized people.
- When departing Google, Googlers should handle data, including transferring ownership, as described in Leaving the Company.

US-0071762

Trial Exhibit 0756 Page-004

## Data integrity, availability, retention, and destruction

- Googlers should protect the integrity of Google's data, ensuring that it is available when needed, and ensuring compliance with data Wipeout requirements.
- Data or access to data should be kept or removed as appropriate for its business use or legal requirements. Reference the User Data Wipeout Policy for specific guidance on User Data retention requirements and check the appropriate local Employee Privacy Policy for specific guidance on Workforce Data. Refer to the Inactive Drive File ACL Policy for guidance on other data.
- Data destruction must be complete so as to render any non-Public data unreadable or irretrievable. Media containing Google data should be handled in accordance with Google's Data Destruction Guidelines and Google's Physical Security & Resilience Policy.
- It is Google's policy to meet its obligations to retain or preserve data when required by law, and nothing in this policy or any other policy should be understood to encourage or mandate destruction of such data. Certain data may need to be retained for legal reasons, such as pending litigation. In such circumstances, Googlers must not delete, destroy, or alter the specified data. Any questions or concerns about how to retain or preserve data for legal reasons should be directed to the appropriate legal counsel.

## Exceptions

Exceptions to this policy must be requested at go/file-security-exception and be approved by the Vice President of Security Engineering, a delegate, or higher.

## Changes to this document

Visit go/security-policy-suggestions to submit requests for content changes to policies.

Changes to policies must be approved by the Vice President of Security Engineering, a delegate, or higher.

## References

US-0071763

Trial Exhibit 0756 Page-005

**Related Guidelines:**

- Data Categorization Guidelines
- Security Label Guidelines for Google Information

**Security Policy FAQs:**

- Removable Media Security Policy FAQ
- Data Classification and Handling FAQs

**Related Documents:**

- Workforce Data Handling Standard
- Sharing Drive Files at Google
- Code of Conduct
- Inactive Drive File ACL Policy and FAQs
- Docs Templates: Basic Google Confidential and Basic Google Need-to-Know
- Slides Templates: Basic Google Confidential and Basic Google Need-to-Know

## Questions / Feedback

Submit questions about this policy at go/security-policy-questions. Questions will be routed to a subject matter expert, who will respond as soon as possible.

## Roles and responsibilities

**Policy Owner:** Vice President of Security Engineering, a delegate, or higher

**Policy Manager:** The Google Security Policy Management Team maintains this policy

**Executive Sponsor:** Vice President of Security Engineering

Bugs for this page  ·  Incoming links  ·  dH Score  ·  Recent CLs  ·  Permalink at this CL  · Served by g3doc
· 3674 monthly view(s) by 2596 user(s)

US-0071764

Trial Exhibit 0756 Page-006

US-0071765

Trial Exhibit 0756 Page-007