# Data Security Policy

Edited 2020-03-23

go/data-security-policy

> ❗ **Important:** Confidential. Do not share externally.

## Overview

This policy describes how data (which includes all types of information) should be classified and handled at Google to ensure its confidentiality, integrity, and availability.

The terms *data* and *information* are used interchangeably in this policy and have the same meaning.

## Requirements

### Data classification

Google has three categories of data: Need-to-Know, Confidential, and Public. Make sure you appropriately classify, protect, access, and share data following guidelines defined below.

Use good judgment in handling data according to its category. If data does not have a security label, handle it according to the nature of the data. For example, unlabeled Need-to-Know data needs to be handled consistent with Need-to-Know requirements.

When you create a document with sensitive information, to be extra sure that others treat it appropriately, you should label it with the appropriate classification based on the data it contains. If the data is unlabeled, everyone who accesses it is still required to handle it appropriately. However, applying a label to sensitive data can be useful to add an additional level of protection. For more information about labeling, see the [Security Label Guidelines for Google Information](#).

When data is labeled, handle it in a way that is at least as confidential as suggested by its label. However, use good judgment, and be alert to the possibility that data may be mislabeled, for example sensitive data which is labeled Confidential rather than Need-to-Know. If you think data may have an inappropriate label, handle it in the more security-protective manner, until you've been able to confirm the correct classification of the data with the Data Owner.

Googlers and TVCs who violate this policy, including disclosing Confidential or Need-to-Know data outside of the company except as permitted under this policy, are subject to discipline, up to and including termination of employment (or assignment at Google in the case of TVCs). Subject to local laws and policies, Googlers and TVCs may communicate about pay, hours, other work terms and conditions, or about any violation of law, although they may not publicly disclose Confidential or Need-to-Know information, unless required or protected by law.

## Need-to-Know data

Need-to-Know data is sensitive legal, business, and financial information that only certain individuals need to know to do their jobs. People in different roles and working on different products and projects need access to different information. Share Need-to-Know information only with people who need to know it to fulfill their specific job responsibilities. Examples of Need-to-Know data include:

- All User Data. User Data, which includes customer data, has special handling requirements that are addressed by [privacy policies](#)
- Business partner information or communications
- Detailed product design information
- High Value Intellectual Property (HIP)
- Information about potential mergers or acquisitions

Viewing at CL 302467196.

US-0147931

Trial Exhibit 0800 Page-002

- Budgets and strategic plans
- Non-public financial and transaction information, including pre-release earnings data
- Project evaluations and personnel assessments (other than your own)
- Information and communications subject to the attorney-client privilege or that constitute attorney work product
- Information relating to legal, privacy, security, or business strategy issues
- Emails intended for delivery to a limited group, such as those directly working on a project

Properly safeguard Need-to-Know data by complying with relevant policies, sharing it only as specifically authorized by the Data Owner or where necessary for a specific business purpose. Do not seek to access Need-to-Know data unless you have a specific business need for doing so. Do not circumvent access controls. Access to documents containing Need-to-Know data must be restricted in the same way that the original data was protected.

[Need-to-Know data generally must not be stored on removable media](), but when such storage is necessary and appropriate, the data must be encrypted.

## Confidential data

Confidential data is non-public technical, business, and product information that is appropriate to disclose broadly within Google, in line with business purposes. Examples of Confidential data include:

- Non-identifiable customer, user and partner data.
- Technical, business, and product information discussed at TGIF or distributed company-wide (e.g. portions of Daily Insider emails)
- Widely known dogfood and experimental products
- General non-partner specific Google business strategy and plans
- Other company financial, business, scientific, technical, economic, or engineering information.

These examples may also contain Need-to-Know information based on the context. If that is the case, the Need-to-Know data must be handled consistent with the Need-to-Know requirements.

US-0147932

Trial Exhibit 0800 Page-003

> 🔖 **Note:** Employment Data is categorized pursuant to Google's [Employment Data Guidelines](#).

## Public data

Public data is information that Google has explicitly and intentionally made available to the public. If you work with Public data, you are responsible for ensuring its integrity and accuracy. Examples of Public data include:

- Public-facing Google websites (such as Keyword Blogposts)
- [Published open source code](#)
- [Press releases](#)
- [Investor information](#)
- [Google's Privacy Policy](#)

## Data where it shouldn't be

If you identify Confidential or Need-to-Know data that is in the wrong place, or that you suspect may have been shared inappropriately, either let the Data Owner know, or alert [go/ir](#) (for internal data incidents) or [go/stopleaks](#) (for external data incidents).

## Raising Code of Conduct or Values Concerns

If you have a concern that a team or individual is acting against our values or Code of Conduct, don't stay silent, but do act consistently with the sensitivity of the data or information involved and this policy. You should contact [Ethics and Compliance](#), sharing Confidential or Need-to-Know data as necessary to raise your concern.

> Viewing at CL 302467196.

# Data owners and controls

- All Google data has an *owner*, the person or group responsible for determining how that data should be managed and protected. If questions arise about the appropriate data classification for a particular piece of data, Googlers and TVCs should consult the Data Owner or, if the Data Owner is not known, consult with the Privacy Working Group (PWG). If the Data Owner requires clarification on the classification of the data they own, they should consult with their product counsel and PWG.
- Data Owners are responsible for defining, classifying and establishing appropriate access controls for their data.
- Even if Confidential or Need-to-Know data is disclosed or leaked to unauthorized recipients, Googlers should continue to treat it as Confidential or Need-to-Know until it is reclassified by the Data Owner.
- Requests to release Confidential or Need-to-Know data externally or to share with non-Googlers must be approved by the Data Owner, in consultation with the appropriate Legal and Privacy representatives, and have appropriate controls in place, including an NDA or other binding confidentiality obligations on the external party appropriate for the data being shared.
- Third parties with access to Need-to-Know data must adhere to Google's policies, and must be contractually required to implement appropriate controls and permit security and privacy reviews to ensure adequate data protection. You must consult the appropriate legal counsel (go/whichlawyer) prior to sharing Need-to-Know data with third parties.
- Googlers should protect Google's data from corruption, ensure that it is available when needed, and ensure that data that should be preserved is backed up and retained as necessary. The Data Owner should take appropriate steps under the circumstances to achieve these goals.
- Access to Confidential and Need-to-Know data is granted to TVCs and interns to the extent necessary for them to perform their jobs.
- Googlers and TVCs must exercise due care in handling Confidential and Need-to-Know data. For example, encryption can be deployed to protect such data in-transit and at-rest (see encryption guidance). Such data should be stored in

Viewing at cl 302467196.

US-0147934

Trial Exhibit 0800 Page-005

protected locations or networks where its access can be limited to authorized people.

# Data integrity, availability, retention, and destruction

- Data should be kept or deleted as appropriate for its business use or legal requirements. Reference the User Data Retention and Deletion Policy for specific guidance on User Data retention requirements and check the appropriate local Employee Privacy Policy for specific guidance on Employee Data.
- Data destruction must be complete so as to render any non-Public data unreadable or irretrievable. To ensure this, magnetic media containing Google data should be handled in accordance with Google's Media Destruction Policy. Non-magnetic media should be handled in accordance with Google's Physical Security Policy.
- It is Google's policy to meet its obligations to retain or preserve data when required by law, and nothing in this policy or any other policy should be understood to encourage or mandate destruction of such data. Certain data may need to be retained for legal reasons, such as pending litigation. In such circumstances, Googlers must not delete, destroy, or alter the specified data. Any questions or concerns about how to retain or preserve data for legal reasons should be directed to the appropriate legal counsel (go/whichlawyer).

# Associated policies and further information

- Data Classification Guidelines: for additional guidelines around classifying data

Viewing at CL 302467196.

- Security Labels for Google Information: for additional guidelines on appropriately labeling information based on level of sensitivity.
- Code of Conduct: for additional details around handling Confidential Information.
- Removable Media Kitten: details regarding why removable media is not permitted to transfer or store Need-to-Know data.

# Exceptions or changes to this policy

The Google Security and Privacy Policy Team (sp@google.com) maintains this policy. Changes and exceptions to this policy must be approved by the Vice President of Security and Privacy Engineering or higher.

# Roles and responsibilities

**Policy Manager:** Security & Privacy Policy Management Team
**Executive Sponsor:** Vice President of Security and Privacy Engineering

Viewing at CL 302467196.