# Tianfu Institute of Research and Innovation, Southwest University of Science and Technology Shanghai Zhisuan Technology Co., Ltd. Framework Agreement for Strategic Cooperation

Party A: <u>Tianfu Institute of Research and Innovation, Southwest University of Science and Technology</u>

Contact person: <u>Tong Peng</u>

Tel.: <u>              15308031893                     </u>

Party B: <u>Shanghai Zhisuan Technology Co., Ltd.              </u>

Contact person:<u>                                                          </u>

Tel.: <u>                                                                   </u>

1

AML-0000019

Trial Exhibit 1002 Page-001

Tianfu Institute of Research and Innovation, Southwest University of Science and Technology (SWUST-TIRI) is a new R&D institution of Southwest University of Science and Technology. The institute leverages the university's disciplinary strengths, focusing on core functions such as scientific research, talent cultivation, technology transfer, and talent aggregation. It is deeply engaged in frontier fields including advanced materials, ecological environment, information technology, intelligent manufacturing, biomedicine, and nuclear science and technology. The institute is committed to helping Tianfu New Area build a new growth pole and fully support the area's major strategic initiatives such as a nationally influential technology innovation center, the Chengdu-Chongqing Comprehensive Science Center, the Western (Chengdu) Science City, and Tianfu Lab.

==Shanghai Zhisuan Technology Co., Ltd. is a high-tech company with successful project experience and product cases spanning from underlying hardware to upper-level applications in the fields of large models and AI. The company is dedicated to helping enterprises establish large-scale, tens-of-thousands-of-chips-level training+ platforms. By building an efficient distributed AI compute platform, it meets users' needs for large-scale, high-stability, and efficient communication during large model training while reducing deployment costs.==

To strengthen strategic cooperation and jointly advance intellectual property talent cultivation, the transfer and transformation of scientific

2

and technological achievements, and intellectual property development, the Parties, based on the principles of "mutual trust, mutually beneficial cooperation, resource sharing, and complementary advantages," have reached the following cooperation agreement through friendly consultations:

Ⅰ. Cooperation content:

The Parties will collaborate in areas such as fundamental algorithm research in AI large model training and inference, compute infrastructure R&D, shared compute laboratories, compute talent cultivation, and large model service promotion. Taking projects as the carrier, leveraging technology R&D and talent development as means, and aiming for technological achievement transformation, the cooperation seeks to drive technological innovation in the AI large model field, creating advantages in technology, talent, and application scenarios, and helping various domestic industries overcome the domestic AI compute bottleneck to gain an edge in international competition.

(I) Cooperation on fundamental algorithm research in AI large model training and inference: The Parties will carry out carry out scientific research and tackle key challenges in fundamental algorithms for large model training and inference. They will focus on urgent technical issues in this field and engage in industry–university–research collaborations to address these

3

challenges, better solve practical problems through research outcomes, and jointly apply for and undertake technology projects and research topics at the national, provincial, municipal, and industry-related ministry and commission levels to promote the development of China's AI large model industry.

(II) Cooperation for conducting research and tackling key challenges in compute infrastructure R&D: The Parties will engage in industry–university–research collaborations, covering but not limited to the fields of chips and compute scheduling, to conduct research and tackle key challenges. They will jointly apply for and undertake technology projects and research topics at the national, provincial, municipal, and industry-related ministry and commission levels to promote the development of China's AI large model industry.

(III) Promotion of jointly built and shared laboratories: The Parties will promote the establishment of shared laboratories in the fields of algorithm research and compute infrastructure R&D. These laboratories will provide opportunities for the Parties' technical staff to engage in in-depth research and apply compute network technology, exploring the joint development of compute and related technologies.

(IV) Enhancement of joint talent cultivation: Relying on the shared laboratories, the Parties will jointly cultivate technical talent and establish AI practical training bases and talent development bases.

4

AML-0000022

Trial Exhibit 1002 Page-004

They will also collaborate in various ways to develop professionals in technical fields as well as in enterprise production and management.

(V) Joint promotion of large model services: Party B authorizes Party A to promote its large model and compute service products and encourages that related project research and experimental outcomes be preferentially implemented by Party B.

II. Cooperation method

(I) Party B authorizes Party A with the promotion agency rights for its large model service platform and related products in the Southwest region. Party B shall provide training, guidance, and corresponding technical support and preferential policies to facilitate Party A's promotion to customers. Party A shall share the revenue from the promotion agency projects; the specific profit distribution ratio shall be agreed upon in a separate agreement between the Parties.

III. Rights and obligations of the Parties

(I) The Parties shall maintain regular communication and actively offer ideas and suggestions for the cooperative projects.

(II) The Parties shall actively integrate and align each party's demands to drive the cooperation toward clearer objectives and standardized, project-based, and regular operations, fully leverage the cooperative advantage of aggregated resources so that the project

5

achieves a synergy of 1+1>2.

(III) If any conflicts or problems arise during project operations, the Parties shall resolve them through friendly consultation and gradually improve and optimize the cooperation model based on project implementation to enhance efficiency.

(IV) The ownership of technology R&D outcomes and related intellectual property rights resulting from the performance of this Agreement shall be determined based on the specific project circumstances.

(V) This Agreement serves as a guiding framework for the Parties' cooperation. Specific cooperation matters shall be subject to separate, specific agreements.

IV． Term of cooperation

The initial cooperation period is three years, i.e., from November 14, 2023 to November 13, 2026. If neither Party objects within 30 days before the Agreement's expiry, they may sign a written supplementary agreement to extend or renew the term.

V． Miscellaneous

This Agreement is made in duplicate, with each Party holding one, both having equal legal effect. This Agreement shall take effect from the date on which the Parties affix their official seals and their legal representatives or authorized signatories sign.

AML-0000024

Trial Exhibit 1002 Page-006

This page is the signature page of the Agreement.

Party A: Tianfu Institute of Research and Innovation, Southwest University of Science and Technology (Seal)

Signature of legal representative/authorized signatory:

Party B: Shanghai Zhisuan Technology Co., Ltd. (Seal)

Signature of legal representative/authorized signatory:

MM/DD/2023

AML-0000025

Trial Exhibit 1002 Page-007