情 况 说 明

致经信委：

　　我司青年人才申报人 丁林葳 ，由于近日国外出差，无法在 1 月 4 日参加现场答辩，现申请由我司运营部负责人 李路茜 现场代答辩。

　　代答辩人信息：李路茜，女，至算科技运营部负责人，手机号 15221800513，邮箱 569886210@qq.com。

　　以上情况属实，特此证明！



上海至算科技有限公司
（盖章）
2023 年 12 月 27 日