

# Business License



**Unified Social Credit Code**
91310104MAD3LXU92B

**Certificate No.:** 04000000202310170041

Scan the identity code of the market entity to learn more about registration, filing, licensing and regulatory information, and experience more application services.

| | | | |
|---|---|---|---|
| **Name** | Shanghai Zhisuan Technology Co., Ltd. | **Register capital** | 100,000 yuan only |
| **Type** | Limited liability company (sole proprietorship by a natural person) | **Date of establishment** | October 17, 2023 |
| **Legal Representative** | Linwei Ding | **Domicile** | Workstation 44, F1, Building 27, No. 487, Tianlin Road, Xuhui District, Shanghai |
| **Business scope** | General items: technical services, technical development, technical consultation, technical exchange, technology transfer, and technology promotion; development of basic software for artificial intelligence; development of artificial intelligence application software; data processing service; software development; information technology consulting services. (Except for items subject to approval according to law, business activities shall be carried out independently according to law with a business license) | | |
| | [Seal: Shanghai Zhisuan Technology Co., Ltd.] | **Registration authority** | [Seal: Shanghai Xuhui District Administration for Market Regulation]<br>October 17, 2023 |

Website of the National Enterprise Credit Information Publicity System: http:// www.gsxt.gov.cn

Made under the supervision of the State Administration for Market Regulation