**WECHAT MESSAGES**

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 9 |
| Display names | 48837880921@chatroom |
| | dingyong198608 |
| | Lucie-xixi |
| | Lucie 💋 |
| | shuzigui |
| | summer |
| | suocao1022 |
| | Company Management Group Chat |
| | Doubi Niuniu |
| Local user | dingyong198608 |
| **CONVERSATION DETAILS** | |
| Number of messages | 1260 |
| First message sent date/time | 11/11/2023 5:05:20 AM |
| Last message sent date/time | 1/2/2024 6:46:25 AM |
| Case time zone | (UTC) Coordinated Universal Time |

✔ Received

**48837880921@chatroom**

11/11/2023 5:05:20 AM

```
<sysmsg type="sysmsgtemplate">
<sysmsgtemplate>

<plain><![CDATA[]]></plain>
<template><![CDATA[You invited $names$ to the group chat. $revoke$]]></template>
<link_list>
<link name="names" type="link_profile">
<memberlist>
<member>
<username><![CDATA[Lucie-xixi]]></username>
<nickname><![CDATA[Li Luxi]]></nickname>
</member>
</memberlist>
<separator><![CDATA[, ]]></separator>
</link>
<link name="revoke" type="link_revoke" hidden="1">
<title><![CDATA[Revoke]]></title>
<usernamelist>
<username><![CDATA[Lucie-xixi]]></username>
</usernamelist>
</link>
</link_list>
```

AML-0000573

&lt;/sysmsgtemplate&gt;
&lt;/sysmsg&gt;

**dingyong198608**

↗ Sent

11/11/2023 5:05:38 AM

I created this group chat, so we can communicate together.

**suocao1022**

✔ Received

11/11/2023 5:05:56 AM

[Joyful][Joyful]

**dingyong198608**

↗ Sent

11/11/2023 5:06:02 AM

*No message content to display.*

**Lucie-xixi**

✔ Received

11/11/2023 5:06:10 AM

[Sun][Sun][Sun]

**suocao1022**

✔ Received

11/11/2023 5:06:21 AM

Demo day

**suocao1022**

✔ Received

11/11/2023 5:06:24 AM

[Chuckle][Chuckle]

✔ Received
11/11/2023 5:06:37 AM

Booth design content.docx

**suocao1022**

✔ Received

11/11/2023 5:06:48 AM

Booth design requirement.pptx

**suocao1022**

@Linwei @Lucie 💄 Can you two check them when you have time?

✓ Received

11/11/2023 5:07:11 AM

**suocao1022**

Is it okay to put these in this platform promotional video?

✓ Received

11/11/2023 5:07:33 AM

**Lucie-xixi**

*No message content to display.*

✓ Received

11/11/2023 5:07:40 AM

↗ Sent

11/11/2023 5:11:03 AM

**dingyong198608**

This won't do. @Doubi Niuniu, I'll tell you with voice chat.

↗ Sent

11/11/2023 5:11:22 AM

**dingyong198608**



✓ Received

11/11/2023 5:11:50 AM

AML-0000575

You recalled a message

**dingyong198608**

Or could you send me this picture? @ Doubi Niuniu

↗ Sent

11/11/2023 512:03 AM

**dingyong198608**

A Poster usually needs to be very full of content.

↗ Sent

11/11/2023 5:12:28 AM

**dingyong198608**

↗ Sent

11/11/2023 5:13:20 AM



↗ Sent

**dingyong198608**

11/11/2023 5:14:01 AM

AML-0000576



suocao1022

This picture is in here

✓ Received

11/11/2023 5:15:09 AM

AML-0000577

✔ Received
11/11/2023 5:15:25 AM

ten-thousand-Card Large Model Service Platform V9.2.pptx

**suocao1022**

✔ Received
11/11/2023 5:18:01 AM

You guys only need to tell me what content to put in.

**suocao1022**

✔ Received
11/11/2023 5:18:11 AM

I'll find a design company to make the drawings.

↗ Sent

**dingyong198608**

11/11/2023 5:19:02 AM

No. I'm saying this is a template, a sample.

**suocao1022**

✔ Received
11/11/2023 5:30:03 AM

OK, you think this sample is quite good?

**suocao1022**

✔ Received
11/11/2023 5:30:20 AM

We can communicate with the designer based on this, and ask him to do it with such a layout.

**suocao1022**

✔ Received
11/11/2023 5:30:29 AM

Now it's up to you to decide what contents to put in it.

**suocao1022**

✔ Received
11/11/2023 5:30:38 AM

@Linwei @Doubi Niuniu You two decide.

AML-0000578

**suocao1022**

Decide the contents.

↙ Received

11/11/2023 5:30:41 AM

**shuzigui**

Don't put too many contents on that display board, the font size must be large enough, so that people can see it.

✓ Received

11/11/2023 5:38:40 AM

**dingyong198608**

OK. I'm in a meeting now.

↗ Sent

11/11/2023 5:39:05 AM

**dingyong198608**

How about a voice chat when it is over?

↗ Sent

11/11/2023 5:39:12 AM

**suocao1022**

Yes, not too much, and highlight the key points.

✓ Received

11/11/2023 5:41:36 AM

**suocao1022**

OK.

✓ Received

11/11/2023 5:41:40 AM

**suocao1022**

@Linwei When your meeting is over, go to talk to Wang Fei.

✓ Received

11/11/2023 7:49:55 AM

**suocao1022**

I want the document.

✓ Received

11/11/2023 7:49:58 AM

**shuzigui**

How to change?

✔ Received

11/11/2023 8:07:57 AM

**suocao1022**

When Linwei is free, you two need to meetup for a discussion.

✔ Received

11/11/2023 8:11:52 AM

**dingyong198608**

I'll need some time.

↗ Sent

11/11/2023 8:14:16 AM

**dingyong198608**

I have to go to get a temporary ID card.

↗ Sent

11/11/2023 8:14:24 AM

**suocao1022**

All right, you can make the decision tonight.

✔ Received

11/11/2023 8:14:54 AM

**dingyong198608**

@Doubi Niuniu You have time now?

↗ Sent

11/11/2023 9:32:27 AM

**shuzigui**

Yes.

✔ Received

11/11/2023 9:32:32 AM

**suocao1022**

✔ Received

11/11/2023 9:54:25 AM

AML-0000580



Booth

A description of booth design materials is required
(please refer to the right picture for dimensions).

I. Two copies of the display board design draft

1. One copy with the position for TV left blank, the other
containing the complete design.

• TV position blank (don't mark it with a border)
• Pay attention to whether the TV is at the left or right (we will assign it)|

---

**suocao1022**

@Linwei Let's confirm the position,

✓ Received

11/11/2023 9:54:38 AM

---

**suocao1022**

of our TV, left or right?

✓ Received

11/11/2023 9:54:59 AM

---

**dingyong198608**

*No message content to display.*

↗ Sent

11/11/2023 9:55:47 AM

---

**dingyong198608**

@Doubi Niuniu Let me take a look after you do the changes.

↗ Sent

11/11/2023 9:55:59 AM

---

**shuzigui**

OK

✓ Received

11/11/2023 9:56:06 AM

---

**shuzigui**

✓ Received

11/11/2023 10:56:39 AM

---

AML-0000581



**shuzigui**                                          ✓ Received

@Linwei What kind of model is this          11/11/2023 10:56:45 AM


**shuzigui**                                          ✓ Received

Take a look at this content                    11/11/2023 10:56:50 AM


                                                     ✓ Received
                                               11/11/2023 11:04:46 AM

Booth design contentV2.docx


                                                     ↗ Sent
        **dingyong198608**
                                               11/11/2023 11:11:46 AM
        *No message content to display.*

                                                     ↗ Sent
        **dingyong198608**
                                               11/11/2023 11:12:57 AM
        Deepmind: Large Model. Ex. Palm

                                                     ↗ Sent
        **dingyong198608**
                                               11/11/2023 11:13:02 AM

PALM

**dingyong198608**

Anthropic: Large Model. Ex. Claude

↗ Sent

11/11/2023 11:13:31 AM

**dingyong198608**

Tianghe100 GPU

↗ Sent

11/11/2023 11:15:09 AM

✓ Received

11/11/2023 11:18:31 AM

**suocao1022**

@Linwei Take a look at the document, then put forward some revision suggestions.

✓ Received

11/11/2023 11:18:37 AM

**shuzigui**



‖‖‖  Shanghai Zhisuan Technology Co., LTD

Our company is dedicated to providing the underlying computing power solutions required for large models and offering the upper-level services large models need. Our CEO, Mr. Ding Linwei, once led a team at Google responsible for Google's TPU connected supercomputer project and the supercomputer project with 26,000 GPUs.

I.  **Our Product: An AI large model training, inference and acceleration computing power platform with 10,000 cards.**

✓ Received

11/11/2023 11:18:39 AM

**suocao1022**

I'm waiting for the document from you guys.

✓ Received

11/11/2023 11:18:52 AM

**shuzigui**

AML-0000583

Team Profile:

1. Our core members all have experience in large model research and development, computing power platform development, as well as application and big data development;

2. Our core members have entrepreneurial experience and working experience in large domestic and foreign companies;

3. Our core members have experience in engineering fields such as international advanced technology research and development and management, as well as in academic research.

**IV. Business Cooperation:**

Dear enterprise customers, our company is able to formulate solutions based on the actual computing power, data and application scenarios of enterprises, and jointly explore commercial cooperation models with you.

---

**shuzigui**

These two parts have been added.

✓ Received

11/11/2023 11:18:59 AM

---

**suocao1022**

@Linwei Please be quick and confirm it.

✓ Received

11/11/2023 11:25:01 AM

---

**dingyong198608**

Reading

↗ Sent

11/11/2023 11:46:47 AM

---

**suocao1022**

[OK]

✓ Received

11/11/2023 11:46:54 AM

---

**dingyong198608**

I feel we should remove the part introducing Ding Linwei, is this better?

↗ Sent

11/11/2023 11:48:08 AM

---

**dingyong198608**

@Doubi Niuniu

↗ Sent

11/11/2023 11:48:25 AM

---

AML-0000584

**shuzigui**

↙ Received

11/11/2023 11:48:30 AM

Okay.

**dingyong198608**

↗ Sent

11/11/2023 11:48:39 AM

Move it to the team profile

**dingyong198608**

↗ Sent

11/11/2023 11:48:42 AM

?

**dingyong198608**

↗ Sent

11/11/2023 11:48:57 AM

Just include him in the core members.

**dingyong198608**

↗ Sent

11/11/2023 11:49:59 AM

I think the team profile is a bit too abstract. We should replace it with specific project experiences.

**dingyong198608**

↗ Sent

11/11/2023 11:50:13 AM

So that this part will correspond to the icons above.

**dingyong198608**

↗ Sent

11/11/2023 11:50:17 AM

What do you think?

**suocao1022**

↙ Received

11/11/2023 11:51:50 AM

OK.

**dingyong198608**

↗ Sent

11/11/2023 11:52:25 AM



↗ Sent

**dingyong198608**

Texts such as these

11/11/2023 11:52:33 AM

↗ Sent

**dingyong198608**

1

11/11/2023 11:54:14 AM

↗ Sent

**dingyong198608**

Copy of Service case.pptx

11/11/2023 12:16:48 PM

✓ Received

**shuzigui**

11/11/2023 12:17:32 PM

AML-0000586




**shuzigui**

✔ Received

11/11/2023 12:17:35 PM

This one is yet to be added.

**dingyong198608**

↗ Sent

11/11/2023 12:17:51 PM

One moment, I need to switch to another PC.

**dingyong198608**

↗ Sent

11/11/2023 12:24:52 PM

We don't have to write anything under the Midjourney.

**dingyong198608**

↗ Sent

11/11/2023 12:25:00 PM

# character.ai

**dingyong198608**

↗ Sent

AML-0000587

BTW, make sure the page is in high resolution.

11/11/2023 12:25:22 PM

↗ Sent

**dingyong198608**

11/11/2023 12:25:35 PM

Let's add this,

↗ Sent

**dingyong198608**

11/11/2023 12:27:00 PM

Put it next to the Midjourney. Make some of them smaller and some bigger.

↗ Sent

**dingyong198608**

11/11/2023 12:27:36 PM

On the top: make Google, Deepmind, Anthropic in a bigger size.

↗ Sent

**dingyong198608**

11/11/2023 12:27:47 PM

And the remaining three in a smaller size.

✓ Received

**shuzigui**

11/11/2023 12:29:33 PM

AI model              

    

Basic platform    

Chip-type hardware      

AML-0000588

**dingyong198608**

Let's voice chat.

↗ Sent

11/11/2023 12:29:56 PM

**dingyong198608**

@summer I think this font is quite good.

↗ Sent

11/11/2023 12:40:42 PM

**dingyong198608**

Can we ask them for more fonts for us to choose?

↗ Sent

11/11/2023 12:41:20 PM

**suocao1022**

Is this our logo?

↙ Received

11/11/2023 12:41:38 PM

**suocao1022**

Which one is the name of the logo?

↙ Received

11/11/2023 12:42:21 PM

**suocao1022**

Can you send it again?

↙ Received

11/11/2023 12:42:25 PM

**dingyong198608**

Group Chat History

↗ Sent

11/11/2023 12:42:32 PM

**dingyong198608**

@summer I think this font is quite good.

↗ Sent

11/11/2023 12:43:05 PM

✔ Received

**suocao1022**

11/11/2023 12:43:06 PM

[OK]

✔ Received
11/11/2023 12:55:17 PM

Booth design content V3.docx

✔ Received

**shuzigui**

11/11/2023 12:55:29 PM

@Linwei Take a look at this one, is it good to be used as the final version?

✔ Received

**suocao1022**

11/11/2023 1:06:37 PM

As for business cooperation, a QR code is enough, there's no need to write the position, it there?

✔ Received

**shuzigui**

11/11/2023 1:09:21 PM

With a title, it is better for 'equal communication'.

↗ Sent

**dingyong198608**

11/11/2023 1:09:32 PM

*No message content to display.*

✔ Received

**shuzigui**

11/11/2023 1:09:54 PM

You can decide it.

✔ Received

**suocao1022**

11/11/2023 1:18:48 PM

Can we finalize it now guys?

AML-0000590

↗ Sent

**dingyong198608**

11/11/2023 1:19:48 PM

You need some change to your Wechat.

✔ Received

**suocao1022**

11/11/2023 1:23:48 PM

*No message content to display.*

✔ Received

**suocao1022**

11/11/2023 1:23:51 PM

And other things?

↗ Sent

**dingyong198608**

11/11/2023 1:27:17 PM

They are good.

✔ Received

**suocao1022**

11/11/2023 1:29:54 PM

[OK][OK]

✔ Received

**suocao1022**

11/11/2023 1:30:05 PM

Let me take over from here.

✔ Received

**suocao1022**

11/11/2023 1:30:32 PM

After we get drawings from them tomorrow, I'll put them here, then I will
ask them to offer some more designs.

↗ Sent

**dingyong198608**

11/11/2023 6:48:54 PM

AML-0000591





**dingyong198608**

@summer

↗ Sent
11/11/2023 6:49:00 PM

**suocao1022**

[OK]

✓ Received
11/11/2023 10:32:03 PM

logo clothing customization.pdf

✓ Received
11/12/2023 2:36:59 AM

**Lucie-xixi**

@Linwei @summer Yesterday, Shasha told me that we need to get some customized clothes for the demo day. I sorted out some general designs of this, and took a look at the styles and colors. I need you to send me the logo, then I'll ask the designer to come up with some effect pictures.

✓ Received
11/12/2023 2:37:53 AM

**suocao1022**

[OK][OK]

✓ Received
11/12/2023 2:39:10 AM

**suocao1022**

I'll send the logo.

✓ Received
11/12/2023 2:39:22 AM

AML-0000593

**Lucie-xixi**

Good.

✔ Received

11/12/2023 2:39:27 AM

**dingyong198608**

[ThumbsUp][ThumbsUp][ThumbsUp]

↗ Sent

11/12/2023 11:19:49 AM

**dingyong198608**

Let's take a look at the logo first.

↗ Sent

11/12/2023 11:20:34 AM

**suocao1022**

✔ Received

11/12/2023 12:11:01 PM



**suocao1022**

@Linwei @Lucie 🏹 @Doubi Niuniu Which one do you guys think is better?

✔ Received

11/12/2023 12:11:18 PM

**dingyong198608**

We vote?

↗ Sent

11/12/2023 12:12:04 PM

AML-0000594

**dingyong198608**

You first.

↗ Sent

11/12/2023 12:12:08 PM

**dingyong198608**

Haha

↗ Sent

11/12/2023 12:12:10 PM

**suocao1022**

I say number 2.

✓ Received

11/12/2023 12:12:36 PM

✓ Received
11/12/2023 12:12:49 PM

"Guo Shasha" recalled a message

**suocao1022**

✓ Received

11/12/2023 12:14:59 PM



**suocao1022**

This one is also nice.

✓ Received

11/12/2023 12:15:06 PM

✓ Received

AML-0000595

**suocao1022**

@Linwei Which one do you like?

11/12/2023 12:15:12 PM

↗ Sent

**dingyong198608**

11/12/2023 12:16:04 PM



↗ Sent

**dingyong198608**

11/12/2023 12:16:12 PM

2

✓ Received

**suocao1022**

11/12/2023 12:16:43 PM

[Chuckle] then two votes for number 2, so it is 2 for now.

✓ Received

**Lucie-xixi**

11/12/2023 12:18:44 PM

OK.

✓ Received

11/12/2023 12:31:44 PM

logo-11-12.ai

✓ Received

**suocao1022**

11/12/2023 12:32:06 PM

AML-0000596



**suocao1022**

@Linwei @Lucie 🔖This is the source file.

✓ Received

11/12/2023 12:33:05 PM

**suocao1022**

And the picture.

✓ Received

11/12/2023 12:33:08 PM

**dingyong198608**

*No message content to display.*

↗ Sent

11/12/2023 12:34:16 PM

**Lucie-xixi**

Good.

✓ Received

11/12/2023 1:08:11 PM

**Lucie-xixi**

We can pick the style and color when we have time.

✓ Received

11/12/2023 1:08:34 PM

**suocao1022**

@Linwei @Lucie This is up to you two.

✓ Received

11/12/2023 1:14:10 PM

✓ Received

AML-0000597

suocao1022

11/12/2023 1:43:09 PM



✓ Received

suocao1022

11/12/2023 1:43:38 PM

Guys, take a look at this page layout design, is it OK?

AML-0000598

✔ Received

**shuzigui**

11/12/2023 1:44:40 PM

Let's put the 'our services' under the 'product advantages', these two should not be at the same level.

✔ Received

**suocao1022**

11/12/2023 1:45:49 PM

[OK]

✔ Received

**suocao1022**

11/12/2023 3:05:45 PM



✔ Received

**shuzigui**

11/12/2023 3:22:33 PM

Can me make the left part higher? It is too close to the part below, not very visible. And can we swap point 4 and the QR code?

✔ Received

**suocao1022**

11/12/2023 11:42:49 PM

AML-0000599

[OK]

**suocao1022**

*No message content to display.*

✔ Received

11/13/2023 3:03:05 AM

**shuzigui**

Quite nice.

✔ Received

11/13/2023 3:04:44 AM

**Lucie-xixi**

I have a small question, the big model training hours, it is only the word 'Hour', with not a number in front of it, right?

✔ Received

11/13/2023 3:05:34 AM

**shuzigui**

Actually, we changed it to 'hour'.

✔ Received

11/13/2023 3:06:15 AM

**shuzigui**

It was 'day' here before, we want to stress that we are able to go to the hour level.

✔ Received

11/13/2023 3:06:32 AM

**Lucie-xixi**

Oh, I see. [Smart]

✔ Received

11/13/2023 3:06:47 AM

**shuzigui**

Can we add 'Level' after the 'Hour'? @summer

✔ Received

11/13/2023 3:07:07 AM

**dingyong198608**

↗ Sent

11/13/2023 3:07:14 AM

AML-0000600

@Doubi Niuniu Can you send me all of the final versions?

**shuzigui**

✔ Received

11/13/2023 3:09:21 AM

== Let me take a look

**suocao1022**

✔ Received

11/13/2023 3:09:52 AM

Send me together with your suggestions.

**shuzigui**

✔ Received

11/13/2023 3:31:24 AM

1. Booth design source file
Upload to Build (consistent with the assignment path of the entrepreneurship camp)
· Or send to Song He at songhe1@miracleplus.com (email title: Project name + founder's name)
· Deadline is 17:00 of November 13
2. Information of the entrants, no standard format.
Including at least the company name, project name, personnel name, identity (founder), phone number and email address
3. Video of recommendation
- Link the pitch video to pages in the demoday pdf file, and upload to Build (consistent with the assignment path of the entrepreneurship camp).

**shuzigui**

✔ Received

11/13/2023 3:31:32 AM

These are the 3 of today.

**dingyong198608**

↗ Sent

11/13/2023 3:32:10 AM

Can you send me the last one? Which version is the 2 minute one?

**shuzigui**

✔ Received

11/13/2023 3:40:56 AM

Information of entrants was submitted within the questionnaires we filled out previously.

**suocao1022**

✔ Received

11/13/2023 4:16:27 AM

AML-0000601



suocao1022

✔ Received

11/13/2023 4:16:35 AM

AML-0000602



suocao1022

Display Board.cdr

✔ Received

11/13/2023 4:17:08 AM

**suocao1022**

@Doubi Niuniu Archive this file.

✔ Received

11/13/2023 4:17:22 AM

**shuzigui**

[OK][OK]

✔ Received

11/13/2023 4:18:30 AM

**dingyong198608**

[ThumbsUp][ThumbsUp][ThumbsUp]

↗ Sent

11/13/2023 4:43:25 AM

**suocao1022**

XX Project - Preliminary Due Diligence Question List V2.doc

✔ Received

11/13/2023 8:12:36 AM

**suocao1022**

Chongqing Mingyue Lake Shore Fund Application Form - Official Version.xlsx

✔ Received

11/13/2023 8:12:43 AM

**suocao1022**

@Lucie 🍑 Take a look when you have time, and give your suggestions or references if any.

✔ Received

11/13/2023 8:13:17 AM

**Lucie-xixi**

I've taken a look. The problem I found is about the PRE-DD materials provided to the local landing fund.

✔ Received

11/13/2023 8:52:18 AM

**Lucie-xixi**

If we have no plan yet to provide for the time being, we can also write "none". I am not seeing any particularly sensitive information in it.

✔ Received

11/13/2023 8:52:54 AM

✔ Received

AML-0000604

**suocao1022**

OK.

11/13/2023 8:53:08 AM

✔ Received

**Lucie-xixi**

11/13/2023 8:53:41 AM

We can write it together. [Smart]

✔ Received

**suocao1022**

11/13/2023 8:56:53 AM

Sure. [Chuckle]

✔ Received

**suocao1022**

11/13/2023 8:57:31 AM

Let's have a voice meeting later and assign our tasks.

✔ Received

**Lucie-xixi**

11/13/2023 9:11:36 AM

No problem.

✔ Received

**suocao1022**

11/13/2023 9:11:53 AM

Please check when you will have time.

✔ Received

**suocao1022**

11/13/2023 9:11:58 AM

Let's have a voice chat.

✔ Received

**Lucie-xixi**

11/13/2023 9:12:19 AM

Any time after 6:30 would be OK.

AML-0000605

**suocao1022**

[OK][OK]

✓ Received

11/13/2023 9:12:25 AM

**suocao1022**

Then 7:30?

✓ Received

11/13/2023 9:12:42 AM

**suocao1022**

@Doubi Niuniu Will you be available?

✓ Received

11/13/2023 9:12:48 AM

**Lucie-xixi**

OK.

✓ Received

11/13/2023 9:12:49 AM

**shuzigui**

OK

✓ Received

11/13/2023 9:12:53 AM

**suocao1022**

[OK][OK]

✓ Received

11/13/2023 9:13:11 AM

**suocao1022**

Everyone ready?

✓ Received

11/13/2023 11:29:46 AM

**suocao1022**

@Doubi Niuniu @Lucie🔴

✓ Received

11/13/2023 11:29:55 AM

AML-0000606

✔ Received

**shuzigui**

11/13/2023 11:30:03 AM

Let's start

✔ Received

**suocao1022**

11/13/2023 11:35:35 AM

{"msgLocalID":138,"clientGroupID":"48837880921@chatroom","groupID":"48837880921@chatroom","lastMsgID":138,"msgContent":"Guo Shasha has started a voice call"}

✔ Received

**suocao1022**

11/13/2023 11:37:11 AM

Shanghai Zhisuan Technology Co., LTD Project.doc

✔ Received

11/13/2023 12:26:33 PM

{"msgLocalID":139,"clientGroupID":"48837880921@chatroom","groupID":"48837880921@chatroom","lastMsgID":139,"msgContent":"Voice call ended"}

✔ Received

**Lucie-xixi**

11/14/2023 5:17:29 AM

5. Compilation of company business system.docx

✔ Received

**Lucie-xixi**

11/14/2023 5:17:49 AM

6. Product introduction.docx

✔ Received

**Lucie-xixi**

11/14/2023 5:18:09 AM

7. Introduction to business expansion and implementation process.docx

✔ Received

**Lucie-xixi**

11/14/2023 5:18:22 AM

AML-0000607

8. Industry and market conditions.docx

**Lucie-xixi**

9. Factors influencing industry development.docx

✔ Received

11/14/2023 5:18:37 AM

**Lucie-xixi**

11. Plan and purpose of this round of financing.docx

✔ Received

11/14/2023 5:19:07 AM

**Lucie-xixi**

17. Profit Forecast and basis for the next three year.docx

✔ Received

11/14/2023 5:19:43 AM

**Lucie-xixi**

This's all files for now. It's done based on the DD data from a previous project. FYI.

✔ Received

11/14/2023 5:20:05 AM

**suocao1022**

Got it.

✔ Received

11/14/2023 5:23:29 AM

**dingyong198608**

cms 11-14 qi's remarks.m4a

↗ Sent

11/14/2023 5:42:17 AM

**dingyong198608**

Don't spread it outside, and don't use it as proof of anything.

↗ Sent

11/14/2023 5:46:48 AM

**dingyong198608**

↗ Sent

11/14/2023 5:47:36 AM

We don't have the consent from him [Grin], let's keep it within our team. Use it to modify the 2-minute ppt.

**suocao1022**

✔ Received

11/14/2023 6:07:20 AM

[OK][OK]

**suocao1022**

✔ Received

11/14/2023 6:28:32 AM

Great insight, right to the point.

↗ Sent

**dingyong198608**

11/14/2023 6:29:20 AM

Sure.

**suocao1022**

✔ Received

11/14/2023 6:30:42 AM

What can we do? What can you achieve? What is the urgent need for the customer group in the Battle of the Hundred Models?? Based on these, then we can further deepen and refine.

**suocao1022**

✔ Received

11/14/2023 6:30:48 AM

To deepen the emphasis

**suocao1022**

✔ Received

11/14/2023 6:31:20 AM

Your uniqueness, our uniqueness, customers must use our uniqueness. Based on these, we can find the focus precisely.

**shuzigui**

✔ Received

11/14/2023 6:51:12 AM

The second point is what is convincing. Many people would think of doing this, but only a few can succeed.

↗ Sent

**dingyong198608**

11/14/2023 6:54:01 AM

AML-0000609

How about we add 'breaking through the scattered computing power'? Or name it 'computing power intercommunication'?

**shuzigui**

✔ Received

11/14/2023 6:54:31 AM

Computing power intercommunication

**dingyong198608**

↗ Sent

11/14/2023 6:55:21 AM

Intercommunication of scattered computing power. Which expression do you guys think is better?

**suocao1022**

✔ Received

11/14/2023 7:11:46 AM

Scattered computing power is nothing big.

**suocao1022**

✔ Received

11/14/2023 7:11:58 AM

Heterogeneity is the big deal.

**dingyong198608**

↗ Sent

11/14/2023 7:16:37 AM

*No message content to display.*

**shuzigui**

✔ Received

11/14/2023 7:17:19 AM

The 2-minute ppt, we need to get a version done today, right?

**dingyong198608**

↗ Sent

11/14/2023 7:17:44 AM

No need to get it done today.

**dingyong198608**

↗ Sent

11/14/2023 7:17:51 AM

You can check your schedule.

**Lucie-xixi**

✓ Received

11/14/2023 9:19:50 AM





**Lucie-xixi**

✓ Received

11/14/2023 9:19:51 AM

AML-0000611

**SIZE TABLE FOR MEN AND WOMEN**
SIZE TABLE FOR MEN AND WOMEN

| Size | Shoulder Width | Bust | Length | Height | Weight |
|------|---------------|------|--------|--------|--------|
| S | 40.5 | 88 | 64 | 155-160 | 90-100 |
| M | 43.5 | 94 | 67 | 165-170 | 105-115 |
| L | 46.5 | 100 | 70 | 170-175 | 120-130 |
| XL | 49.5 | 106 | 73 | 175-180 | 130-140 |
| 2XL | 52.5 | 112 | 75 | 180-185 | 150-160 |
| 3XL | 54.5 | 118 | 77 | 185-190 | 165-170 |
| 4XL | 56.5 | 124 | 79 | 190-195 | 175-185 |

*Please note that the above data are all measured manually and may have an error of about 2cm. Please refer to the size chart and carefully select your size. The height and weight data are for reference only. Custom-made clothes are non-returnable and non-exchangeable. Having selected an incorrect size is not considered as a valid reason for return or exchange.

---

✔ Received

**Lucie-xixi**

11/14/2023 9:20:12 AM

@Linwei @summer Take a look at this and see if it is ok. Then give me guys' size ~

---

✔ Received

**suocao1022**

11/14/2023 9:20:17 AM

I need a XL

---

✔ Received

**suocao1022**

11/14/2023 9:20:20 AM

[Chuckle]

---

↗ Sent

**dingyong198608**

11/14/2023 9:20:42 AM

2XL [GoForIt]

---

✔ Received

**Lucie-xixi**

11/14/2023 9:21:01 AM

OK, then I'll place the order, which address should we use for this order?

---

✔ Received

**suocao1022**

---

AML-0000612

11/14/2023 9:21:12 AM

How about let them mail it to me, and I'll bring them to the place?

✓ Received

**Lucie-xixi**

11/14/2023 9:21:42 AM

I'm OK with it. [Smart]

✓ Received
11/14/2023 9:21:51 AM

"Guo Shasha" recalled a message

✓ Received

**suocao1022**

11/14/2023 9:22:09 AM

Then mail it to me.

✓ Received

**suocao1022**

11/14/2023 9:22:39 AM

Room 2301, Building 6, Phase II, Vanke Jinyu Mingdi, Nanhua Alley,
High-tech Zone, Chengdu City
Guo Shasha 13688348047

✓ Received

**Lucie-xixi**

11/14/2023 9:22:51 AM

Got it.

↗ Sent

**dingyong198608**

11/14/2023 11:28:55 PM

Your current Weixin version does not support this content. Update to the latest version.

✓ Received

**suocao1022**

11/15/2023 3:27:33 AM

@Linwei Can you send me the phone number of our accountant?

↗ Sent

**dingyong198608**

AML-0000613

11/15/2023 3:33:56 AM

I don't have it for now.

↗ Sent

**dingyong198608**

11/15/2023 3:34:03 AM

How about I create a group chat?

✔ Received

**suocao1022**

11/15/2023 3:34:12 AM

8th Floor, Building A6, Caohejing Modern Service Park, No. 1528, Gumei Road, Xuhui District, Shanghai

✔ Received

**suocao1022**

11/15/2023 3:34:14 AM

Room 809

✔ Received

**suocao1022**

11/15/2023 3:34:22 AM

Is this the address?

✔ Received

**suocao1022**

11/15/2023 3:34:29 AM

Sure, Add Luxi

↗ Sent

**dingyong198608**

11/15/2023 3:34:32 AM

I haven't talked to the accountant yet.

↗ Sent

**dingyong198608**

11/15/2023 3:34:35 AM

*No message content to display.*

↗ Sent

**dingyong198608**

11/15/2023 3:34:39 AM

So you have to wait a bit.

✔ Received

**suocao1022**

11/15/2023 3:34:41 AM

You talk to her first.

↗ Sent

**dingyong198608**

11/15/2023 3:34:48 AM

She hasn't replied me yet.

✔ Received
11/15/2023 5:49:01 AM

You changed the group name to "Company Management Group Chat"

✔ Received

**suocao1022**

11/15/2023 5:57:02 AM

@Linwei Has the accountant replied you yet?

↗ Sent

**dingyong198608**

11/15/2023 5:58:24 AM

Yes

✔ Received

**suocao1022**

11/15/2023 5:59:42 AM

When can Luxi go there to take it?

✔ Received

**Lucie-xixi**

11/15/2023 5:59:52 AM

She can go now.

↗ Sent

**dingyong198608**

11/15/2023 6:00:05 AM

AML-0000615

I'll tell her now.

**suocao1022**

✔ Received

11/15/2023 6:04:00 AM

@Doubi Niuniu @Lucie 🌹 How are the due diligence materials for the fund going? We should try to get ready and meetup after work tomorrow.

**Lucie-xixi**

✔ Received

11/15/2023 6:04:42 AM

Let me first imagine the company structure and such based on the template. [Facepalm]

**suocao1022**

✔ Received

11/15/2023 6:04:58 AM

OK.

**dingyong198608**

↗ Sent

11/15/2023 7:31:10 AM

ten-thousand-Card Large Model Service Platform V9.pptx

**dingyong198608**

↗ Sent

11/15/2023 8:02:32 AM

AML-0000616



16:02

**Moments**

Dalian City •Yingmian 1317 Escape Room • Live-action evidence collection drama...

1 hr ago

**Kai-Fu Lee**

This is the description of the training of the Zero One Everything Yi-34B model, also as a reply to the discussions about the model architecture over the past two days. All architecture of large models from the world have evolved from GPT2 to Gopher, Chinchilla, Llama2, and Yi, gradually forming a universal standard for large models in the industry (just like a mobile app developer would not create a brand-new infrastructure other than iOS and Android). 01.AI started out benefiting from open source and also contributes to it. We humbly learn from the community and will keep making progress.

Description of the training of the Zero One Everything Yi-34B model

1 hr ago

**Mr Lu** @Mr Lu says

When we are to do something, we first need to single out the factors that could affect the outcome. Then, we should approach these areas or circles with relatively rich resources and take the initiative to choose changes. Only in this way is it possible to take the lead in terms of probability.

AML-0000617

**suocao1022**

@Linwei Can we go to get the financial stamp now?

✓ Received

11/16/2023 6:15:47 AM

**Lucie-xixi**

Already got it.

✓ Received

11/16/2023 6:16:27 AM

**suocao1022**

OK, the one for XUST is already stamped, we just have to wait for it to be mailed. [Joyful]

✓ Received

11/16/2023 6:16:58 AM

**Lucie-xixi**

OK, I'll let you know when I have any information about this parcel.

✓ Received

11/16/2023 6:19:35 AM

**suocao1022**

OK.

✓ Received

11/16/2023 6:19:50 AM

**suocao1022**

@Lucie 🌹 Can you check what's the status of our T-shirts, are they shipped or not?

✓ Received

11/16/2023 6:20:18 AM

AML-0000618

**Lucie-xixi**

The parcel will arrive tomorrow.

✓ Received

11/16/2023 6:20:55 AM

**suocao1022**

[OK][OK]

✓ Received

11/16/2023 6:21:05 AM

**suocao1022**

Do we put them in the washing machine first?

✓ Received

11/16/2023 6:21:24 AM

**suocao1022**

@Linwei @Lucie 🌹

✓ Received

11/16/2023 6:21:32 AM

**Lucie-xixi**

So considerate of you, Shasha!

✓ Received

11/16/2023 6:22:40 AM

**suocao1022**

[Chuckle] and then also iron them for you guys.

✓ Received

11/16/2023 6:23:12 AM

**suocao1022**

😊

✓ Received

11/16/2023 6:23:14 AM

↗ Sent

11/16/2023 7:09:53 AM

**dingyong198608**

Could you guys help with the discussion? We have a core team and a list of competitors. I'll post them here.

AML-0000619

**dingyong198608**

↗ Sent

11/16/2023 7:10:04 AM

Form – Confidentiality, Non-competition and Intellectual Property Rights Ownership Agreement.doc

**dingyong198608**

↗ Sent

11/16/2023 7:10:10 AM

Form - Labor Contract.doc

**dingyong198608**

↗ Sent

11/16/2023 7:10:17 AM

4.5.  Equity Disposal

The guarantor agrees that when the investor of this round transfers or disposes of all or part of the equity it holds in the company, the guarantor shall, and shall ensure that other shareholders of the company waive their preemptive rights and other related rights, cooperate with the investor of this round in signing relevant legal documents, and cooperate in completing the relevant procedures for change registration and filing with the market supervision and administration department. Notwithstanding the above agreement, the investor of this round shall not transfer the equity it holds in the company to the third party as shown in Annex 3 of this agreement that has a direct competitive relationship with the company's main business. *[Fangda Note: The company needs to supplement the information of the competitive list in Attachment 3]*

**dingyong198608**

↗ Sent

11/16/2023 7:10:43 AM

1. List of core personnel (Name + Position + whether there are any part-time jobs outside the company);
2. The company's list of competitors (around 10);
3. Labor Contract + Confidentiality and Non-Competition Agreement (see the template above) – You are required to supplement relevant information. Every core member (including you) needs to sign it. A signed version should be provided before the delivery.

**suocao1022**

✔ Received

11/16/2023 7:10:44 AM

I'll let our lawyer take a look at it.

**dingyong198608**

↗ Sent

11/16/2023 7:11:19 AM

You guys need to offer your helping hands in this. This one is used for signing the contract and earning us money.

**dingyong198608**

↗ Sent

AML-0000620

11/16/2023 7:11:50 AM

As for core members, I think we put @summer @Lucie 🍠 you two.

↗ Sent

**dingyong198608**

11/16/2023 7:12:27 AM

This is for Miracle Plus. It should be only for completing the process, and it will not be anything bad for us.

✓ Received

**suocao1022**

11/16/2023 7:12:31 AM

Do we need to fill this in?

✓ Received

**suocao1022**

11/16/2023 7:12:38 AM

Do we need to fill in our information?

↗ Sent

**dingyong198608**

11/16/2023 7:14:14 AM

*No message content to display.*

↗ Sent

**dingyong198608**

11/16/2023 7:15:37 AM

All of you three need to fill it in. Then I'll let the engineer do the same.

↗ Sent

**dingyong198608**

11/16/2023 7:16:04 AM

And also the list of competitors.

✓ Received

**suocao1022**

11/16/2023 7:18:21 AM

Luxi and I will do it, I don't think Wang Fei knows how to fill these in.

↗ Sent

**dingyong198608**

AML-0000621

11/16/2023 7:18:26 AM

Everyone takes a look at the terms. If there are any items we can't fill in, just leave it for now.

✓ Received
11/16/2023 7:23:58 AM

"Guo Shasha" recalled a message

✓ Received
11/16/2023 7:24:04 AM

**suocao1022**

@Linwei You have to confirm it.

✓ Received
11/16/2023 7:24:29 AM

**suocao1022**

Legal representative:

**Party B:**

Home Address:

Date of birth

Id card/Passport Number:

## Chapter One  General Provisions

1.   In accordance with the "Labor Law of the People's Republic of China", the "Labor Contract Law of the People's Republic of China" and other relevant regulations, after mutual discussion and consultation, careful consideration and full communication and understanding, Party A and Party B (hereinafter referred to as "both parties") have reached an agreement on the following terms:

## Chapter Two Term

2. The is a contract with a fixed term of ___ years, starting from ___ year ___ month ___ day (hereinafter referred to as the "start date")  to ___ year ___ month ___ day (including the probation period starting on ___ year ___ month ___ day to ___ year ___ month ___ day).

3.   When the term of the contract expires, if both parties agree to renew it, they shall sign the "Employment Contract Renewal Agreement" as stipulated in Appendix 1 of this contract, or sign a new employment contract.

## Chapter Three Scope of Work

4.   According to the work requirements of Party A, Party B agrees to hold the position of _____ (or engage in _____). The job responsibilities, tasks, responsibility targets, job

AML-0000622

discipline and relevant management systems of Party B shall be implemented in accordance with the work norms and other relevant regulations formulated by Party A for this position. The main workplace of Party B is Beijing.

5.  Both parties agree that Party A has the right to adjust the type, position, post, job responsibilities and work location of the job of Party B at any time based on business needs, Party B's ability, job performance or actual situation, in good faith and reasonableness. Party B shall abide by and comply with any necessary and appropriate unilateral adjustments made by Party A as mentioned above.

**Chapter Four  Obligations of Party B**

6.  Party B agrees that, in addition to the obligations and responsibilities stipulated in this contract, during the term of the contract, Party B shall also:

6.1  Within the stipulated working hours, devote all his/her time, energy and skills solely to fulfilling the obligations stipulated in this contract, effectively exercise his/her duties, and make every effort to ensure the successful completion of the work assigned by Party A; and

6.2  Comply with the terms of this contract, the internal rules and regulations of Party A and relevant laws and regulations, be conscientious and dedicated to Party A, refrain from engaging in any activities that violate Chinese laws and regulations, do not engage in any activities that harm the interests of Party A, and do not directly or indirectly seek personal gain by taking advantage of his/her position or authority in Party A.

**Chapter Five  Labor Protection and Working Conditions**

7.  Party A shall provide Party B ~~with appropriate working conditions and~~ implementation, and provide

**suocao1022**

No message content to display.

✓ Received

11/16/2023 7:25:06 AM

**dingyong198608**

We should fill in roughly

↗ Sent

11/16/2023 7:33:48 AM

**dingyong198608**

Starting from the end of next month

↗ Sent

11/16/2023 7:34:29 AM

**dingyong198608**

Starting from the middle of next month.

↗ Sent

11/16/2023 7:34:49 AM

**dingyong198608**

This is for the financing.

↗ Sent

11/16/2023 7:35:04 AM

**dingyong198608**

For Miracle Plus.

↗ Sent

11/16/2023 7:35:09 AM

**suocao1022**

✔ Received

11/16/2023 7:35:15 AM

[OK]

**dingyong198608**

↗ Sent

11/16/2023 7:35:19 AM

We will make one for ourselves later.

**Lucie-xixi**

✔ Received

11/16/2023 7:35:49 AM

Then let's pick December 11? This is a Monday. [Smart]

**dingyong198608**

↗ Sent

11/16/2023 7:36:55 AM

*No message content to display.*

**dingyong198608**

↗ Sent

11/16/2023 7:41:11 AM

Hi Mr. Ding, can you take a look at the list of core members and the list of competitors, and then send them to us? Thanks.

**suocao1022**

✔ Received

11/16/2023 7:41:30 AM

Right now?

**dingyong198608**

↗ Sent

11/16/2023 7:42:19 AM

No.

**dingyong198608**

↗ Sent

11/16/2023 7:42:21 AM

Tonight is OK.

**suocao1022**

✓ Received

11/16/2023 7:42:31 AM

[OK][OK]

↗ Sent

**dingyong198608**

11/16/2023 7:45:12 AM

Try your best to put in some companies that are connected or related to Huawei. You guys study it. @ summer @Lucie

**Lucie-xixi**

✓ Received

11/16/2023 7:46:04 AM

[OK]

**suocao1022**

✓ Received

11/16/2023 7:54:34 AM

Only a list of names?

**suocao1022**

✓ Received

11/16/2023 7:55:04 AM

Just put in those who are our competitors.

↗ Sent

**dingyong198608**

11/16/2023 8:08:02 AM

*No message content to display.*

**suocao1022**

✓ Received

11/16/2023 8:32:38 AM

Is the place of signature Shanghai?

**suocao1022**

✓ Received

11/16/2023 8:39:22 AM

@Linwei Is there an attachment 3?

AML-0000625

**suocao1022**

Background Information - Shulan Technology (1).docx

✓ Received

11/16/2023 8:48:50 AM

**suocao1022**

Investment Agreement.docx

✓ Received

11/16/2023 8:49:04 AM

**suocao1022**

Rongshu Lianzhi Project Plan (1).doc

✓ Received

11/16/2023 8:49:33 AM

**suocao1022**

@Lucie 🦫 @Doubi Niunu Some due Diligence Materials for reference

✓ Received

11/16/2023 8:50:07 AM

**Lucie-xixi**

[NoProb]

✓ Received

11/16/2023 8:50:22 AM

**dingyong198608**

There is no such attachment.

↗ Sent

11/16/2023 8:51:02 AM

**dingyong198608**

Let me ask.

↗ Sent

11/16/2023 8:51:12 AM

**dingyong198608**

You can leave the place of signature blank.

↗ Sent

11/16/2023 8:52:22 AM

AML-0000626

**suocao1022**

✔ Received

11/16/2023 8:53:01 AM

## Attachment 1

### Renewal Agreement of Employment Contract

The renewed employment contract shall come into effect on _____ year _____ month _____ day and shall expire on _____ year ___ month ___ day. All the terms of the original employment contract are applicable to this renewed contract.

Party A (Seal) :                              Party B (Signature)

Date:                              Date:

The renewed employment contract shall come into effect on _____ year _____ month _____ day and shall expire on _____ year ___ month ___ day. All the terms of the original employment contract are applicable to this renewed contract.

**suocao1022**

✔ Received

11/16/2023 8:53:03 AM

Do we fill in this one?

**suocao1022**

✔ Received

11/16/2023 8:53:14 AM

Could you help ask

↗ Sent

**dingyong198608**

11/16/2023 8:54:44 AM

Attachments are not needed.

**suocao1022**

✔ Received

11/16/2023 8:54:50 AM

OK.

AML-0000627

**dingyong198608**

You can fill them out when the contract expires.

↗ Sent

11/16/2023 8:54:52 AM

**dingyong198608**

The term of contract is four years, according to the agreement.

↗ Sent

11/16/2023 8:55:01 AM

**suocao1022**

OK OK.

✔ Received

11/16/2023 8:55:08 AM

**suocao1022**

The probation period?

✔ Received

11/16/2023 8:55:18 AM

**suocao1022**

Three months.

✔ Received

11/16/2023 8:55:25 AM

**dingyong198608**

OK

↗ Sent

11/16/2023 8:55:34 AM

**dingyong198608**

We will re-sign later.

↗ Sent

11/16/2023 8:55:56 AM

**dingyong198608**

BTW, don't spread the news about the financing.

↗ Sent

11/16/2023 8:56:18 AM

AML-0000628

**suocao1022**

✔ Received

11/16/2023 8:56:38 AM

OK

**dingyong198608**

↗ Sent

11/16/2023 8:59:32 AM

Can you guys have a look at some houses? To rent in Beijing for a month?

**dingyong198608**

↗ Sent

11/16/2023 8:59:38 AM

There are houses on Ziroom for monthly rentals.

**dingyong198608**

↗ Sent

11/16/2023 8:59:51 AM

How about a 3-room house?

**suocao1022**

✔ Received

11/16/2023 9:01:23 AM

OK

**suocao1022**

✔ Received

11/16/2023 9:01:25 AM

Let me take a look.

**suocao1022**

✔ Received

11/16/2023 9:01:33 AM

Is Ziroom an app?

**dingyong198608**

↗ Sent

11/16/2023 9:01:41 AM

Focus on your meeting, we are not in a hurry for this.

**dingyong198608**

*No message content to display.*

↗ Sent

11/16/2023 9:01:46 AM

**suocao1022**

OK, I'll take a careful look later.

✓ Received

11/16/2023 9:01:58 AM

**shuzigui**

@summer @Lucie 📍 Send me your mug shots.

✓ Received

11/16/2023 9:06:18 AM

**shuzigui**

I'll make a 2-minute PPT.

✓ Received

11/16/2023 9:06:49 AM

**suocao1022**

Any specific requirement for the mug shot?

✓ Received

11/16/2023 9:07:01 AM

**dingyong198608**

↗ Sent

11/16/2023 9:07:08 AM

AML-0000630



**Lucie-xixi**

*No message content to display.*

✔ Received

11/16/2023 9:07:27 AM

**shuzigui**

Who is this?

✔ Received

11/16/2023 9:07:31 AM

AML-0000631

**shuzigui**

✔ Received

11/16/2023 9:07:38 AM

Who is this?

**shuzigui**

✔ Received

11/16/2023 9:07:59 AM

Don't use photos of you in suits and ties. Try to keep the style of our photos consistent.

**shuzigui**

✔ Received

11/16/2023 9:08:05 AM

I don't think we can be consistent in this.

**shuzigui**

✔ Received

11/16/2023 9:08:11 AM

Just be a bit formal, would be good.

**suocao1022**

✔ Received

11/16/2023 9:08:31 AM

*No message content to display.*

**Lucie-xixi**

✔ Received

11/16/2023 9:08:45 AM

No suit and tie?

**dingyong198608**

↗ Sent

11/16/2023 9:08:50 AM



**dingyong198608**

A colleague.

↗ Sent

11/16/2023 9:09:23 AM

**shuzigui**

No need to put names for this.

✔ Received

11/16/2023 9:09:37 AM

**dingyong198608**

No need.

↗ Sent

11/16/2023 9:09:45 AM

↗ Sent

AML-0000633

**dingyong198608**

Don't have to be consistent in style. Just make sure you look pretty in it. [Trick]

11/16/2023 9:10:42 AM

↗ Sent

**dingyong198608**

*No message content to display.*

11/16/2023 9:10:59 AM

✔ Received
11/16/2023 5:55:16 PM

1. Company Profile & Industry Profile & Business Situation. docx.

✔ Received
11/16/2023 5:55:16 PM

Chongqing Mingyue Lake Shore Fund Application Form - Official Version V1.xlsx

✔ Received

**suocao1022**

11/17/2023 1:17:30 AM

I'll add the rest. Once I'm done, I'll post it in the group chat. @Linwei @Doubi Niuniu @Lucie 🍭 You guys take a look again.

✔ Received

**suocao1022**

11/17/2023 1:17:59 AM

@Doubi Niuniu You have to give me an assessment of the revenue. For instance, for a 30-person R&D team in Chongqing, how much should our tax revenue and business turnover be.

✔ Received
11/17/2023 1:18:26 AM

Shanghai Zhisuan Technology Co., LTD Project.doc

✔ Received

**shuzigui**

11/17/2023 1:48:03 AM

How can we estimate this

↗ Sent

**dingyong198608**

AML-0000634

11/17/2023 1:49:38 AM

OK. I'll take a look too.

↗ Sent

**dingyong198608**

11/17/2023 3:40:42 AM

[ThumbsUp][ThumbsUp][ThumbsUp]

✓ Received

**suocao1022**

11/17/2023 3:42:24 AM

These two were made by Lu Xi and Wang Fei together. As for the remaining contents such as marketing strategies, business models, and our product positioning, I'll try to make a version today. @Linwei You can take a look at them all together later.

↗ Sent

**dingyong198608**

11/17/2023 3:43:44 AM

OK. The main issue is that we need to ask the government people for templates and other company application materials as references.

↗ Sent

**dingyong198608**

11/17/2023 3:44:03 AM

So we all can spare some effort, haha. [Trick]

✓ Received

**suocao1022**

11/17/2023 3:44:18 AM

This is confidential. I posted it in the group chat before. It's from another company.

↗ Sent

**dingyong198608**

11/17/2023 3:44:41 AM

OK. I see. [ThumbsUp]

↗ Sent

**dingyong198608**

11/17/2023 3:45:33 AM

We'll need to get a tool for file management accounts next.

✓ Received

AML-0000635

**suocao1022**

11/17/2023 3:46:07 AM

OK.

↗ Sent

**dingyong198608**

11/17/2023 3:46:32 AM

Take it steady. It seems to me that the past half month felt like half a year. [Facepalm]

↗ Sent

**dingyong198608**

11/17/2023 3:46:38 AM

[GoForIt]

✔ Received

**suocao1022**

11/17/2023 3:46:46 AM

[Chuckle] Busy like hell every day.

↗ Sent

**dingyong198608**

11/17/2023 6:57:36 AM

Booth Material Collection for Demo Day-DBDM-CMS--AGI Large Model Platform and Service.pdf

✔ Received

**suocao1022**

11/17/2023 6:58:09 AM

?

✔ Received

**suocao1022**

11/17/2023 6:58:13 AM

Haven't we provided our materials?

↗ Sent

**dingyong198608**

11/17/2023 6:58:15 AM

AML-0000636



dingyong198608

**↗ Sent**

Provided. Is this none 61 correct? @ Doubi Niuniu

11/17/2023 6:58:33 AM


suocao1022

**✓ Received**

@Doubi Niuniu The assets.

11/17/2023 6:58:37 AM


shuzigui

**✓ Received**

How about asking that guy?

11/17/2023 6:58:45 AM


suocao1022

**✓ Received**

Be quick, if you get no reply, make a phone call.

11/17/2023 7:00:21 AM


suocao1022

**✓ Received**

Time is tight, all materials should be being made now.

11/17/2023 7:00:32 AM


dingyong198608

**↗ Sent**

It's all right. If you have any problem, let me know, I'll talk to them directly. @Doubi Niuniu

11/17/2023 7:00:44 AM


AML-0000637

**dingyong198608**

↗ Sent

11/17/2023 7:00:56 AM

📌 We need to fill in the 'Sign up':

11/24 Demo Day F23 Alumni Admission Information Collection – Questionnaire for participants on Demo Day

DDL: Nov, 13 12:00 noon

**dingyong198608**

↗ Sent

11/17/2023 7:01:03 AM

We also filled this out, right?

**shuzigui**

✓ Received

11/17/2023 7:01:19 AM

We did.

**dingyong198608**

↗ Sent

11/17/2023 7:01:23 AM

OK

**dingyong198608**

↗ Sent

11/17/2023 7:01:44 AM

I'll ask too.

**shuzigui**

✓ Received

11/17/2023 7:01:49 AM

*No message content to display.*

**shuzigui**

✓ Received

11/17/2023 7:02:06 AM

Email to Song He is not getting to him, he told me to send it to him in Wechat.

AML-0000638

**suocao1022**

When did you send to him in Wechat

✔ Received

11/17/2023 7:02:23 AM

**suocao1022**

Did he confirm to you that he got it?

✔ Received

11/17/2023 7:02:31 AM

**shuzigui**

On the 13th

✔ Received

11/17/2023 7:02:33 AM

**shuzigui**

*No message content to display.*

✔ Received

11/17/2023 7:03:03 AM

**dingyong198608**

OK, no problem. Just ask him to confirm, thanks. @Doubi Niuniu

↗ Sent

11/17/2023 7:03:36 AM

**dingyong198608**

1

↗ Sent

11/17/2023 7:03:49 AM

**shuzigui**

He said he missed it.

✔ Received

11/17/2023 7:06:21 AM

**shuzigui**

He'll take a look and sync us with an update.

✔ Received

11/17/2023 7:06:30 AM

AML-0000639

**suocao1022**

. . . . .

✔ Received

11/17/2023 7:07:49 AM

**suocao1022**

When he has synced and confirmed, ask him for a screen shot or feedback.

✔ Received

11/17/2023 7:08:18 AM

**shuzigui**

*No message content to display.*

✔ Received

11/17/2023 7:10:49 AM

**suocao1022**

@Doubi Niuniu I sent the source file to you before.

✔ Received

11/17/2023 7:11:15 AM

**shuzigui**

The design of the display board is in a format they can't open, we have to convert it to formats such as AI. PSD or SVG.

✔ Received

11/17/2023 7:11:18 AM

**shuzigui**

CDR format is not working.

✔ Received

11/17/2023 7:11:31 AM

**shuzigui**

*No message content to display.*

✔ Received

11/17/2023 7:11:46 AM

**suocao1022**

OK.

✔ Received

11/17/2023 7:13:18 AM

AML-0000640

**suocao1022**

I'll convert it right away.

✔ Received

11/17/2023 7:13:22 AM

**suocao1022**

Dispaly board.svg

✔ Received

11/17/2023 7:24:34 AM

**suocao1022**

@Doubi Niuniu Send it over.

✔ Received

11/17/2023 7:24:43 AM

**suocao1022**

See if they can open this one.

✔ Received

11/17/2023 7:24:46 AM

**shuzigui**

*No message content to display.*

✔ Received

11/17/2023 7:25:56 AM

**shuzigui**

The color in this file is lost.

✔ Received

11/17/2023 7:26:02 AM

**shuzigui**

Can you check if he can convert it to the .ai format.

✔ Received

11/17/2023 7:26:25 AM

**suocao1022**

OK

✔ Received

11/17/2023 7:29:02 AM

AML-0000641

**suocao1022**

Is PDF OK? A file in .ai format is too big to export.

✔ Received

11/17/2023 7:31:35 AM

**suocao1022**

@Doubi Niuniu Can you ask?

✔ Received

11/17/2023 7:31:39 AM

**shuzigui**

PSD is OK.

✔ Received

11/17/2023 7:31:50 AM

**shuzigui**

PDF is not OK.

✔ Received

11/17/2023 7:31:53 AM

**shuzigui**

*No message content to display.*

✔ Received

11/17/2023 7:32:38 AM

**shuzigui**

This kind of PDF.

✔ Received

11/17/2023 7:32:46 AM

**shuzigui**

✔ Received

11/17/2023 7:34:48 AM



**Song He@MiraclePlus**

Sure, it does. But to be sure there won't be problems in the future, the source file would be the best. If not possible, a pdf will also do, but we need high resolution, at least 20m, to make sure there are no aliasing when we zoom in.

---

**shuzigui**

Source file would be the best, if not possible, a PDF will do, but sized at least 20M.

✓ Received

11/17/2023 7:35:06 AM

---

**suocao1022**

File is too big, I'll need your email address.

✓ Received

11/17/2023 7:37:30 AM

---

**suocao1022**

I have to send via email.

✓ Received

11/17/2023 7:37:35 AM

---

**shuzigui**

His email box is not big enough.

✓ Received

11/17/2023 7:37:44 AM

---

**suocao1022**

OK.

✓ Received

11/17/2023 7:37:50 AM

---

**shuzigui**

✓ Received

11/17/2023 7:37:50 AM

---

AML-0000643

11/17/2023 7:37:53 AM

How big is the file, more than 1G?

✔ Received

**suocao1022**

11/17/2023 7:37:55 AM

199m.

✔ Received

**shuzigui**

11/17/2023 7:38:02 AM

We can send this size in Wechat.

✔ Received

**suocao1022**

11/17/2023 7:38:07 AM

But it is too slow.

✔ Received

**suocao1022**

11/17/2023 7:38:14 AM

I am receiving it now.

✔ Received

**shuzigui**

11/17/2023 7:38:41 AM

The problem last time was also that his email box is too small to get it, then I had to send it in Wechat.

✔ Received

**suocao1022**

11/17/2023 7:38:49 AM

Display board.ai

✔ Received

**suocao1022**

11/17/2023 7:39:38 AM

@Doubi Niuniu You got the file?

**shuzigui**

✔ Received

AML-0000644

11/17/2023 7:40:08 AM

Receiving.

✓ Received

**suocao1022**

11/17/2023 7:40:14 AM

You send it over, and ask them to try to see if this one is good to use.

✓ Received
11/17/2023 7:41:56 AM

"Guo Shasha" recalled a message

✓ Received

**suocao1022**

11/17/2023 7:49:55 AM

Can't say OK now.

✓ Received

**shuzigui**

11/17/2023 7:50:20 AM

He is still trying.

✓ Received

**shuzigui**

11/17/2023 7:58:31 AM

*No message content to display.*

✓ Received

**shuzigui**

11/17/2023 7:58:38 AM

It is OK now.

✓ Received

**suocao1022**

11/17/2023 7:58:46 AM

[OK][OK]

↗ Sent

**dingyong198608**

11/17/2023 9:09:27 AM



**dingyong198608**

@Doubi Niuniu Join on Feishu when you have time. No hurry.

↗ Sent

11/17/2023 9:10:28 AM

**shuzigui**

[OK]

✓ Received

11/17/2023 9:14:12 AM

**dingyong198608**

http://47.103.60.8/

↗ Sent

11/17/2023 12:10:10 PM

**dingyong198608**

Account: testpoc Password: aa123456

↗ Sent

11/17/2023 12:10:15 PM

**suocao1022**

[OK]

✓ Received

11/17/2023 12:11:51 PM

**dingyong198608**

New POC product.

↗ Sent

11/17/2023 12:12:56 PM

↗ Sent

AML-0000646

**dingyong198608**

11/17/2023 12:18:35 PM

Sync about our booth. @everyone

**I. Items in need of adjustment**
·      Booth A3_ Please remove the TV logo area on the TV screen and provide the AI/PS source file. Send it directly to me via Feishu/Wechat
·      Booth A4_ Please remove the TV logo area on the TV screen and provide the AI/PS source file. Send it directly to me via Feishu/Wechat
·      Booth A6_ Please remove the TV logo area on the TV screen and provide the AI/PS source file. Send it directly to me via Feishu/Wechat
·      Booth A10_ Source file not usable. Please remove the TV logo area on the TV screen and provide the AI/PS source file. Send it directly to me via Feishu/Wechat
·      Booth A11_Not enough resolution, please provide AI/PS source file. Send it directly to me via Feishu/Wechat
·      Booth B6_Logo missing, please provide source file for display board and logo. Send them directly to me via Feishu/Wechat
·      Booth C7_Not enough resolution, please provide AI/PS source file, Send it directly to me via Feishu/Wechat
·      Booth C18_ Please remove the TV logo area on the TV screen and provide the AI/PS source file. Send it directly to me via Feishu/Wechat
·      Booth C24_ Please do the design in height 300cm *Width 200cm format, which is, change the current horizontal layout to a vertical one, and provide the AI/PS source file. Send it directly to me via Feishu/Wechat

II. Not submitted
1. Description
·      The following alumni please submit your applications as soon as possible. I will continue to receive them also in the early hours of the morning
·      The booth construction for people that have not submitted their designs will be carried out using a unified template with only the project name, the deadline for submission is 18:00 on the 16th
·      In order to improve efficiency:
Please send two copies of the design asset of the display board + One copy of the asset for logo (PS/AI source files is a must, PDF/JEPG can be sent together), all files should be packed into one package (file name + booth number), and send it to my Feishu/Wechat: 13969859389 (or email them to songhe1@mail.miracleplus.com).
2. Details
A-1
A-2
A-8
A-15
B-1
B-5
B-7
B-8
B-12
B-13
B-14
B-16
C-4
C-30
C-25
C-31
C-32
C-33

↗ Sent

**dingyong198608**

11/17/2023 12:20:05 PM

@everyone
Hello everyone. The progress for the booth design assets are as follows:

One, I am still staying online to receiving your files, please send all your files asap, even in early morning or on the weekends, to:
·      13969859389 (Feishu/Wechat)
·      songhe1@mail.miracleplus.com

II. Not submitted!!!
A-1
A-15
B-1
B-5
B-7

AML-0000647

B-8
B-13
B-16
C-31

**suocao1022**

We are A2

✓ Received

11/17/2023 12:23:31 PM

**dingyong198608**

*No message content to display.*

↗ Sent

11/17/2023 12:24:05 PM

**suocao1022**

We already submitted everything.

✓ Received

11/17/2023 12:24:17 PM

**dingyong198608**

OK.

↗ Sent

11/17/2023 12:24:35 PM

**dingyong198608**

@Lucie 🍷 I think I'll need some Putonghua training.

↗ Sent

11/17/2023 12:25:35 PM

**dingyong198608**

My nasal tone is too heavy.

↗ Sent

11/17/2023 12:30:13 PM

**dingyong198608**

↗ Sent

11/17/2023 12:30:35 PM

AML-0000648

# CMS - Large Model Service Platform

The only and earliest single-task ten-thousand-card AI training inference acceleration computing power platform in China



b0cc6712-0878-4d4a-9804-58114f105a4a.mp4

*Click to play the video attachment.*

<msg><videomsg length="2827367" playlength="195" offset="2827367" rawoffset="0" fromusername="" status="6" cameratype="0" source="1" aeskey="d026ec5405cb1c1ba7fec12e476827ff" cdnvideourl="3057020100044b30490201000204c9e544d502032f76cb02045688206f0204655 75ceb04243564376130656338 2d373336362d343038382d626565622d64363138356439656 1 65363802040514000402010004 05004c556b00" cdnthumburl="3057020100044b30490201000204c9e544d502032f76cb02045688206f020465 575ceb04243564376130656338 2d373336362d343038382d626565622d64363138356439656 16536380204051400040201000 405004c556b00" cdnthumblength="9794" cdnthumbwidth="288" cdnthumbheight="165" cdnthumbaeskey="d026ec5405cb1c1ba7fec12e476827ff" encryver="1" fileparam="" md5 ="b2fd69acf1b7fa10460c68ac2596b09e" newmd5="" originsourcemd5 ="" filekey="48837880921@chatroom_491_1700224235" uploadcontinuecount="0" rawlength="0" rawmd5="" cdnrawvideourl="" cdnrawvideoaeskey="" overwritemsgcreatetime="0" overwritenewmsgid="0" videouploadtoken="" isplaceholder="0" rawuploadcontinuecount="0" /><statextstr></statextstr><encodejson><![CDATA[]]> </encodejson></msg>

✓ Received

**suocao1022**

11/17/2023 12:32:04 PM

Your voice is a little low. Seems like not enough breath.

✓ Received

**suocao1022**

11/17/2023 12:33:25 PM

You are doing great when talking about our clients, but a bit weak when introducing ourselves.

↗ Sent

AML-0000649

**dingyong198608**

11/17/2023 12:34:05 PM

Perhaps not in the best state at the beginning and need to practice.

✔ Received

**suocao1022**

11/17/2023 12:34:12 PM

True, can be better.

↗ Sent

**dingyong198608**

11/17/2023 12:34:13 PM

This is without practice.

↗ Sent

**dingyong198608**

11/17/2023 12:34:21 PM

Practice.

✔ Received

**suocao1022**

11/17/2023 12:34:27 PM

Need to memorize the content in every detail.

↗ Sent

**dingyong198608**

11/17/2023 12:35:47 PM

*No message content to display.*

↗ Sent

**dingyong198608**

11/17/2023 12:35:54 PM

It was just revised today.

↗ Sent

**dingyong198608**

11/17/2023 12:36:32 PM

I'll take a look myself and make some changes, then we can practice together, and you can give some suggestions.

**suocao1022**

✔ Received

11/17/2023 12:36:43 PM

Regarding what to talk with every page, you can make a list in a word document.

**suocao1022**

✔ Received

11/17/2023 12:36:57 PM

Put the speech you made this time into the word document.

**dingyong198608**

↗ Sent

11/17/2023 12:36:59 PM

OK

**suocao1022**

✔ Received

11/17/2023 12:37:08 PM

OK.

**suocao1022**

✔ Received

11/17/2023 12:37:16 PM

We need to be quick to decide when we take our flights.

**dingyong198608**

↗ Sent

11/17/2023 12:38:29 PM

Let's take a look now.

**dingyong198608**

↗ Sent

11/17/2023 12:40:16 PM

11_22-11_24 Calendar and Checklist Founder.pdf

**suocao1022**

✔ Received

11/17/2023 12:41:50 PM

Our p1 items?

**dingyong198608**

↗ Sent

11/17/2023 12:42:17 PM

Yes, P1 for now, it is acceptable, there's no need to be in a hurry.

**dingyong198608**

↗ Sent

11/17/2023 12:43:43 PM

You will arrive on the afternoon of the 22nd?

**suocao1022**

✓ Received

11/17/2023 12:43:47 PM

The rehearsal will be on the morning of the 22nd.

**suocao1022**

✓ Received

11/17/2023 12:43:48 PM

That is OK.

**dingyong198608**

↗ Sent

11/17/2023 12:43:55 PM

I think you guys don't have to keep up with these activities, they are too tiring.

**dingyong198608**

↗ Sent

11/17/2023 12:44:01 PM

It is only practice in the day.

**dingyong198608**

↗ Sent

11/17/2023 12:44:16 PM

You can join at the alumni day, and take some photos,

**dingyong198608**

↗ Sent

11/17/2023 12:44:26 PM

And get to know some other people.

**suocao1022**

Then we will arrive on the 22nd.

✓ Received

11/17/2023 12:44:44 PM

**dingyong198608**

OK

↗ Sent

11/17/2023 12:44:50 PM

**dingyong198608**

You guys take care of the flight tickets; I'll book the hotel.

↗ Sent

11/17/2023 12:45:09 PM

**dingyong198608**

@Lucie 🌷

↗ Sent

11/17/2023 12:45:13 PM

**dingyong198608**

I think she is gaming now. [Trick] haha.

↗ Sent

11/17/2023 12:45:41 PM

**dingyong198608**

@summer you get the tickets.

↗ Sent

11/17/2023 12:45:49 PM

**dingyong198608**

I'll book the hotel.

↗ Sent

11/17/2023 12:46:01 PM

**dingyong198608**

How many days in the hotel? For now. @summer

↗ Sent

11/17/2023 12:46:09 PM

AML-0000653

**suocao1022**

OK, I'll take a flight that takes off at 1 and arrive at 3, is it OK? Arrive at 3pm.

✔ Received

11/17/2023 12:46:19 PM

**dingyong198608**

Let's chat alone, otherwise it is too noisy.

↗ Sent

11/17/2023 12:46:45 PM

**suocao1022**

Your stay at the hotel would be from Tuesday to Friday, ours from Wednesday to Friday, OK?

✔ Received

11/17/2023 12:46:52 PM

**suocao1022**

@Linwei @Lucie 🔍 I'll take a 1pm flight on Tuesday to Beijing, and will be at the Daxing airport at 3pm something.

✔ Received

11/17/2023 1:41:19 PM

**Lucie-xixi**

Good.

✔ Received

11/17/2023 1:41:49 PM

**suocao1022**

@Lucie 🔍 How about the house rental?

✔ Received

11/17/2023 1:42:13 PM

**Lucie-xixi**

Well, I talked with Ziroom.

✔ Received

11/17/2023 1:43:22 PM

**suocao1022**

OK, ask them how should we pay, if we pay as an individual, can they offer an invoice for company clients? And can we pay with an oversea bank card?

✔ Received

11/17/2023 1:44:54 PM

AML-0000654

**Lucie-xixi**

✓ Received

11/17/2023 1:45:33 PM

I have no replies yet.

**Lucie-xixi**

✓ Received

11/17/2023 1:45:40 PM

I'll let you know when I hear back.

**suocao1022**

✓ Received

11/17/2023 1:45:52 PM

OK.

**suocao1022**

✓ Received

11/17/2023 4:09:55 PM

Chongqing Mingyue Lake Shore Fund Application Form - Official Version V2.xlsx

**suocao1022**

✓ Received

11/17/2023 4:09:55 PM

1. Company Profile & Industry Profile & Business Situation V1.docx

**Lucie-xixi**

✓ Received

11/17/2023 4:10:29 PM

Thanks for your efforts, Shasha!

**suocao1022**

✓ Received

11/17/2023 4:10:30 PM

@Doubi Niuniu Make a summary and a backup, and let's find a time on Monday to go through the files.

**suocao1022**

✓ Received

11/17/2023 4:11:38 PM

@Lucie 🦐 Still up?

AML-0000655

**Lucie-xixi**

✔ Received

11/17/2023 4:13:00 PM

Still playing cards (mahjong). [Facepalm][Facepalm][Facepalm]

**suocao1022**

✔ Received

11/17/2023 4:13:08 PM

[Chuckle]

**suocao1022**

✔ Received

11/17/2023 4:13:10 PM

OK, enjoy.

**suocao1022**

✔ Received

11/18/2023 3:39:54 AM

@Linwei @Lucie 🌹 We take our own four-piece bed set. The pillow and quilt can be bought in Beijing. We'll bring other daily necessities of our own there.

**Lucie-xixi**

✔ Received

11/18/2023 3:40:10 AM

[Smart] Good.

**dingyong198608**

↗ Sent

11/18/2023 3:46:28 AM

*No message content to display.*

**suocao1022**

✔ Received

11/18/2023 4:52:53 AM

AML-0000656



**dingyong198608**

[ThumbsUp]

↗ Sent

11/18/2023 4:53:54 AM

**dingyong198608**

*No message content to display.*

↗ Sent

11/18/2023 4:54:08 AM

AML-0000657

**dingyong198608**

↗ Sent

11/20/2023 4:51:05 AM

Now we need to make a 20-minute version.

**dingyong198608**

↗ Sent

11/20/2023 4:51:24 AM

This is to match the investment institutions.

**dingyong198608**

↗ Sent

11/20/2023 4:51:53 AM

Mainly use for the following pitches,

**suocao1022**

✓ Received

11/20/2023 4:52:26 AM

Is there a framework?

**suocao1022**

✓ Received

11/20/2023 4:53:06 AM

@Linwei Can we ask Miracle Plus for a framework?

**dingyong198608**

↗ Sent

11/20/2023 4:53:10 AM

Can you guys check if we already have it in the materials I sent you before?

**suocao1022**

✓ Received

11/20/2023 4:53:15 AM

No, we don't have it.

**dingyong198608**

↗ Sent

11/20/2023 4:53:20 AM

I believe I never saw this framework before.

AML-0000658

**suocao1022**

Is this 20-minute one for a speech? Or for the investors to read?

✓ Received

11/20/2023 4:55:07 AM

**dingyong198608**

It is to be used when we sit down with the investors, for the speech.

↗ Sent

11/20/2023 4:55:23 AM

**dingyong198608**

Or we can send it to them in advance so they can have a look.

↗ Sent

11/20/2023 4:55:30 AM

**dingyong198608**

@Lucie 📍 Any ideas?

↗ Sent

11/20/2023 4:55:48 AM

**Lucie-xixi**

How long a speech can that previous bp version support?

✓ Received

11/20/2023 4:56:08 AM

**dingyong198608**

@summer I've asked Miracle Plus for a template.

↗ Sent

11/20/2023 4:56:16 AM

**dingyong198608**

We might still need a one pager.

↗ Sent

11/20/2023 4:56:43 AM

**dingyong198608**

A 2-minute one.

↗ Sent

11/20/2023 4:56:56 AM

AML-0000659

**dingyong198608**

A speech of 2 minutes for the demo.

↗ Sent

11/20/2023 4:57:17 AM

**dingyong198608**

And we can play the 20-minute one on our pc then.

↗ Sent

11/20/2023 4:57:44 AM

**suocao1022**

This one was sent.

✔ Received

11/20/2023 4:57:53 AM

**dingyong198608**

In the booth.

↗ Sent

11/20/2023 4:58:05 AM

**suocao1022**

Then we can give a 20-minute speech following the pages of our PPT, right?

✔ Received

11/20/2023 4:58:21 AM

**suocao1022**

And we will record the speech.

✔ Received

11/20/2023 4:58:23 AM

**dingyong198608**

So you mean we have a one pager? Or you are referring to the one in the booth?

↗ Sent

11/20/2023 4:58:33 AM

**suocao1022**

You filled in,

✔ Received

11/20/2023 4:58:52 AM

AML-0000660

**suocao1022**

✔ Received

11/20/2023 4:58:56 AM

One was automatically generated.

↗ Sent

**dingyong198608**

11/20/2023 4:59:19 AM

Can you share it here?

✔ Received
11/20/2023 4:59:29 AM

One pager indroduction.docx

✔ Received

**suocao1022**

11/20/2023 4:59:53 AM

Then one you submitted to the Build thing.

✔ Received

**suocao1022**

11/20/2023 4:59:56 AM

One was automatically generated.

↗ Sent

**dingyong198608**

11/20/2023 5:00:01 AM

That PPT is not enough for a 20-minute speech. We can have
a discussion about this when we meetup.

✔ Received

**suocao1022**

11/20/2023 5:00:13 AM

We can rotate playing it.

↗ Sent

**dingyong198608**

11/20/2023 5:00:42 AM

This is not OK. Would be better to use that 2-minute one, the
one automatically generated.

AML-0000661

**suocao1022**

What are you going to use this generated one for?

✔ Received

11/20/2023 5:01:17 AM

**suocao1022**

Are you going to state its purpose?

✔ Received

11/20/2023 5:01:25 AM

**dingyong198608**

For investment institution to read.

↗ Sent

11/20/2023 5:02:04 AM

**dingyong198608**

It is like a teaser.

↗ Sent

11/20/2023 5:02:10 AM

**suocao1022**

Speak Chinese! [Grimace]

✔ Received

11/20/2023 5:03:28 AM

**Lucie-xixi**

Recommendation letter

✔ Received

11/20/2023 5:04:36 AM

**suocao1022**

@Linwei What materials are you lacking now? Say all of them all together, and also requirements and format and deadline.

✔ Received

11/20/2023 5:04:52 AM

**suocao1022**

You will start the rehearse on Wednesday, so you won't be able to wait to meet us tomorrow to do it.

✔ Received

11/20/2023 5:05:33 AM

✔ Received

**suocao1022**

11/20/2023 5:05:45 AM

Let's do today whatever can be done today.

↗ Sent

**dingyong198608**

11/20/2023 5:06:21 AM

I'll go through those materials again when I have time. You can do the same when you have time. The 20-minute one and the one pager is for the pitch that follows later.

✔ Received

**suocao1022**

11/20/2023 5:06:51 AM

Can't do, if the 20-minute one is to be played on the screen, then we have to send it before the demo day.

✔ Received

**suocao1022**

11/20/2023 5:08:25 AM

@Linwei I understand what you mean, but it is not that we go through them when we have time. For this, you have to decide who is in charge, you will be very busy starting from Wednesday, then there won't be enough time. You have to decide first, for the 20-minute ppt, do we make it based on the ppt of the current company, or do we have to add some content into it. You also have to decide what content to put into the one pager.

↗ Sent

**dingyong198608**

11/20/2023 5:08:42 AM

It is best if we have one. If we don't, then we can play the 2-minute one on the screen.

✔ Received

**suocao1022**

11/20/2023 5:09:35 AM

@Linwei It is best if we have. Sure we can have one, but what is the form of it? Is it that we use our official ppt to have a speech and videoing it? Or we still need to add more content to our official ppt?

↗ Sent

**dingyong198608**

11/20/2023 5:09:48 AM

OK. I am going to attend the meeting now. I'll take a look when the meeting is over. If we have one, it would be in the materials I sent to you guys previously.

↗ Sent

**dingyong198608**

11/20/2023 5:10:27 AM

@summer @Doubi Niuniu Can you two send the materials to the group chat again?

**Lucie-xixi**

✔ Received

11/20/2023 5:10:32 AM

I can send anonymously a teaser we made previously for us to have a look. [Smart]

**dingyong198608**

↗ Sent

11/20/2023 5:10:45 AM

OK. I'll take a look after the meeting.

**dingyong198608**

↗ Sent

11/20/2023 5:11:07 AM

OK. We can discuss what is the best way to do it.

✔ Received

11/20/2023 5:11:13 AM

High-end separation membrane project teaser-Giantop Capital.pdf

**suocao1022**

✔ Received

11/20/2023 5:11:52 AM

@Doubi Niuniu Send us the final version of the company ppt, @Doubi Niuniu The final version of the 2-minute one.

**suocao1022**

✔ Received

11/20/2023 5:12:44 AM

This is the one pager we filled in last time. @Linwei Just check to make sure the information is accurate.

**suocao1022**

✔ Received

11/20/2023 5:13:33 AM

For the 20-minute PPT, we can ask Wang Fei to make a file containing the content we have to talk about with every page of the PPT. @Lucie 🍎 You are better at Putonghua, you can do the reading when we make the video. And then we submit it.

**Lucie-xixi**

✔ Received

11/20/2023 5:13:52 AM

AML-0000664

OK, no problem. I am professional!

**suocao1022**

✓ Received

11/20/2023 5:14:00 AM

😄

**suocao1022**

✓ Received

11/20/2023 5:14:47 AM

So we are all done now. Linwei, you need to confirm the content after your meeting, do be precise, don't be hesitant. Right now, we don't have time to do more modification.

**dingyong198608**

↗ Sent

11/20/2023 5:17:05 AM

*No message content to display.*

**dingyong198608**

↗ Sent

11/20/2023 5:33:17 AM



6c601ed8-3d60-4911-9765-4869c3a62e09.wav
*Click to play the audio attachment.*

**dingyong198608**

↗ Sent

11/20/2023 5:33:50 AM



cdff44ff-3277-4722-b00c-673d937942b7.wav
*Click to play the audio attachment.*

**dingyong198608**

↗ Sent
11/20/2023 5:34:40 AM



4f937e4c-dde3-4763-93b2-4027f01d823b.wav
*Click to play the audio attachment.*

AML-0000665

dingyong198608



d91bea3a-9d4c-4ab3-8e75-643c8bdd9524.wav
*Click to play the audio attachment.*

↗ Sent

11/20/2023 5:35:29 AM

dingyong198608



635a2714-4e13-421b-a3c5-0278b7456573.wav
*Click to play the audio attachment.*

↗ Sent

11/20/2023 5:36:16 AM

dingyong198608



67286c97-a6c9-47b9-b58a-2dd7c1403eb5.wav
*Click to play the audio attachment.*

↗ Sent

11/20/2023 5:37:12 AM

dingyong198608

OK. I'll do right now.

↗ Sent

11/20/2023 5:39:05 AM

↗ Sent

dingyong198608

cms 11-20 qi's remarks.m4a

11/20/2023 5:44:29 AM

↗ Sent

dingyong198608

CMS Demo Day Speech Template 2 Minutes - V5.6.pptx

11/20/2023 5:46:47 AM

AML-0000666

↗ Sent

**dingyong198608**

11/20/2023 5:47:08 AM

@Doubi Niuniu @summer This would be the final
version.

↗ Sent

**dingyong198608**

11/20/2023 5:47:25 AM

We still need to do something about the page layout.

↗ Sent

**dingyong198608**

11/20/2023 5:48:33 AM

Then you three have a discussion about it? Put all the content for the speech in the note section of
the PPT? I am starting to prepare content for the Pitch now, and I have to do some reviewing in
terms of technology.

↗ Sent

**dingyong198608**

11/20/2023 5:49:10 AM

Which is what to say with every page of the PPT, then I
have to remember all the content.

↗ Sent

**dingyong198608**

11/20/2023 5:49:50 AM

When we are done, we let Miracle Plus take a look, and then we decide what to talk about in the
speech.

↗ Sent

**dingyong198608**

11/20/2023 5:52:21 AM

Zhisuan basic deposit account information.pdf

✔ Received

**shuzigui**

11/20/2023 6:00:13 AM

Do we still have changes to the page layout?

↗ Sent

**dingyong198608**

11/20/2023 6:00:33 AM

I made some.

AML-0000667

**dingyong198608**

↗ Sent

11/20/2023 6:00:53 AM

You can notice them if you take a look, one of the pages particularly.

**dingyong198608**

↗ Sent

11/20/2023 6:01:04 AM

A whole new layout is needed.

**dingyong198608**

↗ Sent

11/20/2023 6:01:34 AM

If you have time, we can have a discussion in voice chat.

**dingyong198608**

↗ Sent

11/20/2023 6:01:48 AM

There aren't too many changes.

**dingyong198608**

↗ Sent

11/20/2023 6:02:07 AM

[Laugh]

**shuzigui**

✔ Received

11/20/2023 6:08:00 AM

Voice chat

**shuzigui**

✔ Received

11/20/2023 6:12:03 AM

Let me check, the following 3 are the issues, right? 1. Content of the One Pager still needs some changes, and we have to edit it based on the 2-minute PPT; 2. We need to add the 'lyrics' of the speech into the 2-minute PPT? 3. The page layout of the 2-minute PPT still needs some changes.

**dingyong198608**

↗ Sent

11/20/2023 6:15:40 AM



103c7c7e-fa05-49f3-9dbe-8d2cf1f951b3.wav
*Click to play the audio attachment.*

AML-0000668

**dingyong198608**



9b83b40c-5d32-4174-8020-fb9dcec0daee.wav
*Click to play the audio attachment.*

↗ Sent

11/20/2023 6:16:14 AM

**dingyong198608**



0c0e07dc-52d6-4ff1-8401-ef961b4fdadb.wav
*Click to play the audio attachment.*

↗ Sent

11/20/2023 6:16:47 AM

✔ Received

**suocao1022**

11/20/2023 6:21:09 AM

@Doubi Niuniu There is a priority, do the adjustment of the 2-minute PPT first. Adjustment done. @Lucie 🦮 You need to take a look of the PPT for the company, give your suggestions for the 20-minute PPT. @Doubi Niuniu You have to do some addition again. @Doubi Niuniu You need to make the speech content for each PPT page into texts, and send these texts to @Lucie🦮, then she will read it and make a video to play at the event.

✔ Received

**suocao1022**

11/20/2023 6:22:34 AM

Let's get these done first, then take care of the one pager, then the 20-minute, all these must be done before Thursday.

✔ Received

**Lucie-xixi**

11/20/2023 6:29:18 AM

OK.

✔ Received

11/20/2023 6:30:07 AM

ten-thousand-Card Large Model Service Platform V9.2.pptx

✔ Received

**shuzigui**

11/20/2023 6:30:37 AM

@Lucie 🦮 For this, we have to make 20-minute-long content for the

AML-0000669

PPT.

**Lucie-xixi**  ✓ Received

11/20/2023 6:32:23 AM

OK, I'll do some updates to it.

**suocao1022**  ✓ Received

11/20/2023 6:33:55 AM

@Lucie 🍃 Just put in the content as you can, then we'll have someone do some polishing.

**suocao1022**  ✓ Received

11/20/2023 6:35:44 AM

@Lucie 🍃 Whatever materials you need, just ask in the group chat, you need to bring up what we are lacking.

**suocao1022**  ✓ Received

11/20/2023 6:54:02 AM

@Lucie 🍃 Give me the address of the house we rented and its house number.

**suocao1022**  ✓ Received

11/20/2023 6:54:46 AM

@Lucie 🍃 @Linwei Do you have any requirements for pillows, I am going to JD.com to take a look and place some orders, the kind that can be delivered to door step the next day. Then we don't have to go out to buy anymore.

**Lucie-xixi**  ✓ Received

11/20/2023 6:54:58 AM

just took a quick look at the bp. Generally, the number of pages in financing bps would be controlled within 20 to 25. In a 30 page one, I can understand that 5 to 6 of them are our team's previous service cases, which can remain unchanged. However, since this counts as past achievements, we can put it in the same part as the team introduction.

After first glance, we can add several pages of content:

1.  Potential clients we have been in contact and communication with and our progress with them (such as reaching strategic cooperation agreements).

2.  Specific financing needs and financial forecasts for the next three years, along with the logic of the forecasts (usually only one page)

✓ Received

AML-0000670

**Lucie-xixi**

The contracts haven't been signed yet.

11/20/2023 6:55:13 AM

✓ Received

**Lucie-xixi**

*No message content to display.*

11/20/2023 6:56:02 AM

✓ Received

**Lucie-xixi**

This was something we did for an angel round client before. I thought it was a bit too simple, but we still showed it like this.

11/20/2023 6:56:32 AM

✓ Received

**suocao1022**

CMS Demo Day Speech Template 2 Minutes - V5.4.pptx

11/20/2023 6:57:14 AM

✓ Received

**suocao1022**

@Lucie 🍭 You can look for some content in this one, and add to our file.

11/20/2023 6:57:42 AM

✓ Received

**suocao1022**

Let Wang Fei refine it further to get a final version to give to Linwei to have a look.

11/20/2023 6:58:06 AM

✓ Received

**Lucie-xixi**

Here, what I want to say is do not write people's names in red.

11/20/2023 6:59:59 AM

✓ Received

**shuzigui**

Then what color should we use.

11/20/2023 7:07:07 AM

✓ Received

**shuzigui**

Are there any taboos about this?

11/20/2023 7:07:17 AM

AML-0000671

✓ Received

**Lucie-xixi**

11/20/2023 7:17:33 AM

This, any other color than red.

✓ Received

**Lucie-xixi**

11/20/2023 7:22:13 AM

@summer Shasha, do we make the 20-minute PPT reading a video or an audio to insert to the PPT?

↗ Sent

dingyong198608

11/20/2023 7:36:54 AM

@summer Both Ok for me, thanks.

✓ Received

**suocao1022**

11/20/2023 7:47:43 AM

A video showing PPT pages.

**suocao1022**

✓ Received

11/20/2023 7:49:40 AM

We show the PPT, accompanied with your voice.

**Lucie-xixi**

✓ Received

11/20/2023 7:53:03 AM

OK, then I'll record my reading normally, and add it to the PPT video. [Smart]

**suocao1022**

✓ Received

11/20/2023 7:53:49 AM

OK.

**suocao1022**

✓ Received

11/20/2023 7:54:08 AM

The address is the one of the houses we rented.

**dingyong198608**

↗ Sent

11/20/2023 8:08:08 AM

Try to get a version of the 20-minute PPT by 4pm tomorrow. @Doubi Niuniu @Lucie🔍

✓ Received
11/20/2023 8:08:20 AM

CMS Demo Day Speech Template 2 Minutes - V5.7 + Notes.pptx

**dingyong198608**

↗ Sent

11/20/2023 8:08:27 AM

If we have a version, I'll try it first.

**shuzigui**

✓ Received

11/20/2023 8:08:38 AM

Layout adjusted and notes added to the 2-minute PPT.

AML-0000673

**suocao1022**

[Titter]

✓ Received

11/20/2023 8:08:41 AM

↗ Sent

**dingyong198608**

11/20/2023 8:09:04 AM

Core Team



**CEO** Ding Linwei

Led teams at Google to create 60,000-card TPU and 26,000-card GPU computational power platforms, being used by the world's top three large model companies and has won Google's highest awards, Google - Perfy Award Editor Choice, Feats of Eng.

Google Launches Supercomputer with 26,000 GPUs

Let's talk about ...... Google [text cut off]

   

↗ Sent

**dingyong198608**

11/20/2023 8:09:12 AM

This layout is a bit strange, isn't it? Hahaha

↗ Sent

**dingyong198608**

11/20/2023 8:09:39 AM

I'll look for another photo. People say the portrait of me in suit, doesn't look like an engineer.

**dingyong198608**

↗ Sent

AML-0000674

11/20/2023 8:09:46 AM

I forgot to mention this

✓ Received

**shuzigui**

11/20/2023 8:09:53 AM

A plaid shirt

↗ Sent

**dingyong198608**

11/20/2023 8:09:58 AM

Haha

✓ Received

**shuzigui**

11/20/2023 8:09:59 AM

The typical wear of a programmer.

↗ Sent

**dingyong198608**

11/20/2023 8:10:04 AM

As an outdoor jacket

↗ Sent

**dingyong198608**

11/20/2023 8:10:10 AM

And an outdoor jacket

✓ Received

**shuzigui**

11/20/2023 8:12:08 AM

AML-0000675

Core Team

**CEO** Ding Linwei
Led teams at Google to create 60,000-card TPU and 26,000-card GPU computational power

platforms, being used by the world's top **3** large model companies and has won <span style="color:red">Google's highest awards, Google - Perfy Award Editor Choice, Feats of Eng.</span>

Google Launches Supercomputer with 26,000 GPUs

Let's talk about the hardware structure, computing paradigm and SuperPo… of Google's TPUv4 processors
TPU v4: An Optically Reconfigurable Supercompu ter for Machine Learning…








**shuzigui**

✓ Received
11/20/2023 8:12:15 AM

We can't name this as 'Core Team'.

✓ Received
11/20/2023 8:17:36 AM

"Wang Fei" recalled a message

✓ Received
11/20/2023 8:18:16 AM

**shuzigui**

Bio of

 Ding Linwei **CEO**

Led teams at Google to create 60,000-card TPU and 26,000-card GPU computational power platforms, being used by the world's top three large model companies and has won <span style="color:red">Google's highest awards, Google - Perfy Award Editor Choice, Feats of Eng.</span>
Large Model companies, Ding has won Google's top award many times Google-perchoice, Feats of Eng.

Google Launches Supercomputer with 26,000 GPUs

Let's talk about the hardware structure, computing paradigm and SuperPo… of Google's TPUv4 processors
TPU v4: An Optically Reconfigurable Supercomputer for Machine Learning…





↗ Sent
**dingyong198608**
11/20/2023 8:28:36 AM

AML-0000676



Linweidin
Hyatt Regency Portland at the Orgon Conventi…

AML-0000677



**dingyong198608**

↗ Sent

11/20/2023 8:28:37 AM

AML-0000678

LINWEIDIN
Posts



linweidin

AML-0000679



dingyong198608

↗ Sent

11/20/2023 8:28:37 AM

AML-0000680

LINWEIDIN
Posts





June 21, 2022

 linweidin



AML-0000681



dingyong198608

↗ Sent

11/20/2023 8:28:37 AM

AML-0000682

LIBWEIDN
Poste

June 21, 2022

linweidin



June 21, 2022

linweidin

AML-0000683



**dingyong198608**

↗ Sent

11/20/2023 8:28:37 AM

AML-0000684



AML-0000685



↗ Sent

**dingyong198608**

11/20/2023 8:28:37 AM

AML-0000686





↗ Sent

dingyong198608

11/20/2023 8:28:37 AM

AML-0000688



AML-0000689



**dingyong198608**

↗ Sent

11/20/2023 8:28:37 AM

AML-0000690

DINGYONG199
Posts





**dingyong198608**

Is this one better?

↗ Sent

11/20/2023 8:28:59 AM

**dingyong198608**

[Facepalm][Facepalm][Facepalm]

↗ Sent

11/20/2023 8:29:03 AM

**dingyong198608**

@Doubi Niuniu Replace with this one.

↗ Sent

11/20/2023 8:29:20 AM

**shuzigui**

The smile in this one is better.

✓ Received

11/20/2023 8:30:54 AM

**dingyong198608**

Project Experience

↗ Sent

11/20/2023 8:31:00 AM

**dingyong198608**

Not a 'Bio of'.

↗ Sent

11/20/2023 8:31:14 AM

AML-0000692

✓ Received

**shuzigui**

11/20/2023 8:31:24 AM

[OK]

↗ Sent

**dingyong198608**

11/20/2023 8:31:39 AM

Check the resolution of the photo.

↗ Sent

**dingyong198608**

11/20/2023 8:31:50 AM

This one is taken from my ins.

✓ Received

**suocao1022**

11/20/2023 8:35:03 AM

You two! [Skull]

✓ Received

**shuzigui**

11/20/2023 8:36:28 AM

*No message content to display.*

✓ Received

**suocao1022**

11/20/2023 8:36:56 AM

@Linwei Don't forget to bring your own four-piece set.

↗ Sent

**dingyong198608**

11/20/2023 8:37:09 AM

*No message content to display.*

✓ Received

**suocao1022**

11/20/2023 8:39:27 AM

The house in Beijing has heating, so is a normal quilt good to use? I'll
buy one.

AML-0000693

**suocao1022**

@Linwei

✓ Received

11/20/2023 8:39:34 AM

**dingyong198608**

Or we can go to Sams to buy one together that day.

↗ Sent

11/20/2023 8:40:00 AM

**dingyong198608**

They should have.

↗ Sent

11/20/2023 8:40:31 AM

**dingyong198608**

Heating in Beijing houses is quite good.

↗ Sent

11/20/2023 8:40:43 AM

**suocao1022**

OK, then we'll go to Sams to buy, but we can only do this in the evening. [Titter] That would be like 5 or 6pm.

✓ Received

11/20/2023 8:41:57 AM

**dingyong198608**

OK, Sams.

↗ Sent

11/20/2023 8:42:15 AM

**dingyong198608**

We also can see what else we can buy there.

↗ Sent

11/20/2023 8:42:23 AM

**suocao1022**

Slippers and such.

✓ Received

11/20/2023 8:42:32 AM

AML-0000694

↗ Sent

**dingyong198608**

11/20/2023 8:42:39 AM

Yes.

✓ Received

**suocao1022**

11/20/2023 8:48:50 AM

@Linwei Mainly to buy your stuff. My stuff would be all sent from home. Lu Xi's only needs a quilt; she will bring her pillow. I only feel good in my own bed and pillow, which I have at home, and I'll send them directly to the house by SF Express today.

↗ Sent

**dingyong198608**

11/20/2023 8:54:37 AM

Haha. [Awesome]

✓ Received

**suocao1022**

11/20/2023 8:55:22 AM

I'll take my hair dryer from home. I'll mail it directly to the house. [Chuckle].

✓ Received

**suocao1022**

11/20/2023 8:55:30 AM

I have two at home.

✓ Received
11/20/2023 8:55:33 AM

CMS Demo Day Speech Template 2 Minutes - V5.7 + Notes.pptx

✓ Received

**shuzigui**

11/20/2023 8:56:02 AM

This is the final version, with the notes for the speech, you guys take a look.

↗ Sent

**dingyong198608**

11/20/2023 8:56:39 AM

OK. If there are something we need for the company later, we'll buy them the same day, and afterwards, we can mail them to our office. @summer

AML-0000695

**dingyong198608**

@Doubi Niuniu OK.

↗ Sent

11/20/2023 8:56:44 AM

**suocao1022**

[OK]

✓ Received

11/20/2023 8:56:59 AM

**suocao1022**

Then I'll leave the small things not taken care of for now.

✓ Received

11/20/2023 8:57:15 AM

**dingyong198608**

Such as kettles. I guess we can buy them through our company by then.

↗ Sent

11/20/2023 8:57:57 AM

**dingyong198608**

But there is a public tea room in the office.

↗ Sent

11/20/2023 8:58:11 AM

**Lucie-xixi**

In the Shanghai office?

✓ Received

11/20/2023 8:58:44 AM

**suocao1022**

☺, I will be responsible for purchasing seasonal fruits at that time.

✓ Received

11/20/2023 8:59:09 AM

**suocao1022**

[Chuckle] Sichuan has some very nice fruits in every season.

✓ Received

11/20/2023 8:59:23 AM

AML-0000696

**dingyong198608**

[ThumbsUp]

↗ Sent

11/20/2023 8:59:55 AM

**dingyong198608**

Right.

↗ Sent

11/20/2023 9:00:03 AM

**dingyong198608**

Wait for us to meet. I'll tell you. It's beside 810.

↗ Sent

11/20/2023 9:00:29 AM

**Lucie-xixi**

Great.

✓ Received

11/20/2023 9:00:34 AM

**dingyong198608**

The 20-minute PPT is also our BP.

↗ Sent

11/20/2023 9:38:30 AM

**dingyong198608**

@Doubi Niuniu @Lucie Can we get the 20-minute BP done tomorrow?

↗ Sent

11/20/2023 9:57:43 AM

**dingyong198608**

↗ Sent

11/20/2023 10:14:59 AM

AML-0000697



|  | Payment successful | Notification Settings |
|---|---|---|

08:38
Dalian North
Ding Linwei

G3517
Tuesday, November 21

12:47
Beijing Chaoyang

Hot

Order Details

Catering reservation

Travel Safety Insurance

Book hotels in Beijing at a 25% discount or more

Limited time for train ticket users

11-21 Check in                    1 night                    11-22 Check out

Get the coupon to make a reservation
Ride-hailing · Fixed price for the entire journey

¥120 hotel voucher

Dalian North Railway Station · Send-off

Make an appointment immediately

Make an appointment immediately

National civil service examination is ongoing         Claim the national civil service examination room reservation allowance, with a max discount of 88 yuan
Event Dates: 2023.11.15 - 2023.11.26

12306 Catering
Delicious local food from along the way, delivery to Make an appointment immediately
your seat

AML-0000699

**dingyong198608**

I'll check in first @Lucie

↗ Sent

11/20/2023 10:15:12 AM

**Lucie-xixi**

[NoProb]

✓ Received

11/20/2023 10:15:17 AM

**dingyong198608**

You can just go there directly when you arrive.

↗ Sent

11/20/2023 10:15:20 AM

**dingyong198608**

We will have a meeting at Zhiyuan Building at 7. To meet the FA.

↗ Sent

11/20/2023 10:15:44 AM

**dingyong198608**

After that, let's go to Sam's

↗ Sent

11/20/2023 10:15:57 AM

**dingyong198608**

I guess I'll be having meetings from 4:30 in the afternoon.

↗ Sent

11/20/2023 10:16:25 AM

AML-0000700

✓ Received

**suocao1022**

11/20/2023 10:16:54 AM

7pm?

↗ Sent

**dingyong198608**

11/20/2023 10:18:31 AM

*No message content to display.*

✓ Received

**suocao1022**

11/20/2023 10:19:00 AM

Let's gather at our rented house first.

✓ Received

**suocao1022**

11/20/2023 10:19:01 AM

[Chuckle]

↗ Sent

**dingyong198608**

11/20/2023 10:19:37 AM

OK. You guys improvise depending on the situation. If it's too late then, I can go by myself. You can use Feishu Online

✓ Received

**suocao1022**

11/20/2023 10:21:01 AM

AML-0000701







Demo day arrangement F23.pptx

| Booth _ design specification | Booth size |
| --- | --- |

Location design material description is required (see picture to the right)

I. Two copies of the display board design draft

1、 One copy with the position for TV left blank, the other containing the complete design.

TV position blank (don't mark it with a border)

• Pay attention to whether the TV is at the left or right (we will assign it)

2、 Width 200cm * Height 300cm

3、 Resolution >150 DPI

4、 Format: JEPG/PDF (Size of exported file at least 20M), AI/PS source file

5、 CMYK four-color printing

II. One copy of the logo design

• Format: JEPG/PDF (Size of exported file at least 2OM), AI/PS source file

| Booth _ Default configuration | Booth size |
| --- | --- |

I. The booth includes one 42-inch wall-mounted TV by default, t, with the following dimensions:

• 0.52 meters high and 0.93 meters long

• 80cm from the top edge of the display board and 12cm from the side

• One HDMI cable included

• One display cabinet, one business table and two chairs

II. Self-prepared items

• 1 - 2 USB flash drives (for inserting onto the TV to play demos/videos)

• 1 - 2 power strips (at least six positions)

Please design the display board materials by yourself according to the DDL and submit them. (Alumni are welcome to help each other.)



AML-0000702

# 常见QA

．往期线下路演日照片，可参考

1路演日：https://www.pailixiang.com/album_ia1401722405.html

1路演日：https://live.photoplus.cn/live/pc/16406702/#/live



QA

..., and photos from previous offline demo days can be found at:

... 1 demo day: https://www.pailixiang.com/album_ia1401722405.html

... 1 demo day: https://ive.photoplus.cn/live/pc/16406702/#/live

**suocao1022**

I'll buy these from JD.com.

✓ Received

11/20/2023 10:21:15 AM

**suocao1022**

Buy one USB flash and one power strip.

✓ Received

11/20/2023 10:21:39 AM

**dingyong198608**

*No message content to display.*

↗ Sent

11/20/2023 10:22:29 AM

**dingyong198608**

↗ Sent

11/20/2023 10:30:55 AM

AML-0000703



Jasime. Ying Jiawei Miracle Plus

18:23

 Hi linwei, when can you send me your 20min BP? PDF of a link are both ok.

We don't have it right now. We can only have it tomorrow. 



Is this urgent? Is it for the meetup tomorrow? 

 OK, then tomorrow afternoon?

 FA wants to prepare this in advance.

18:25

 (Though I don't think they themselves have too much time)

OK. No need to prepare in advance. I know quite a few of them already. 

AML-0000704



 [text cut off]

 [text cut off]

↗ Sent

**dingyong198608**

11/20/2023 10:30:55 AM



Jasime. Ying Jiawei Miracle Plus

 [text cut off]

What's the name of the person we are going to meet tomorrow? 

What's his or her name? 

They will be assigned to different projects, so I don't quite know who will go to which group.

AML-0000705

Trial Exhibit 1125 Page-133



Haha. OK.

Is Xiong Zi one of them?

You recalled a message. Edit

Xiong Zi.

Yes.

Haha. Good.

[text cut off]

**dingyong198608**                                                    ↗ Sent

@Lucie                                                 11/20/2023 10:31:04 AM

**dingyong198608**                                                    ↗ Sent

Let's see what the situation is tomorrow.            11/20/2023 10:31:22 AM

**Lucie-xixi**                                                       ✓ Received

OK, let's perfect our content a bit first.          11/20/2023 10:31:36 AM

**suocao1022**                                                       ✓ Received

@Lucie You just add what is needed, then let @Doubi Niuniu perfect    11/20/2023 10:33:45 AM
it.

                                                                      ↗ Sent

AML-0000706

**dingyong198608**

11/20/2023 10:34:20 AM

It is OK. We'll see if we have time, if we do, then we will have a chat with them.

↗ Sent

**dingyong198608**

11/20/2023 10:34:38 AM

If no time, then we don't, they are quite lame.

**dingyong198608**

↗ Sent

11/20/2023 10:35:18 AM

No hurry, even if we are going to have a chat with them, we will be more on the listening side. [Laugh]

**Lucie-xixi**

✓ Received

11/20/2023 10:37:45 AM

Well, I just sent it to Wang Fei. I adjusted the order and added two pages of contents.

**dingyong198608**

↗ Sent

11/20/2023 10:52:35 AM

20-minute BP 2023 F - 1027 final.pdf

**dingyong198608**

↗ Sent

11/20/2023 10:52:45 AM

This is the 20-minute template.

**dingyong198608**

↗ Sent

11/20/2023 10:53:20 AM

Take if just for reference.

**dingyong198608**

↗ Sent

11/20/2023 1:30:22 PM

AML-0000708



Miracle Plus 2023 Autumn Startup Camp (…(204)

Miracle Plus Community Assistant MPComm：@everyone Hello Everyone…

Miracle Plus - Jiawei：@everyone The 20-minute PDF exchange reservation for tomorrow's FA is now open, F…

20:15

Spectral Chip - Wu Shaoxiong
Anyone know how many copies of product manuals we should prepare for the investors to take away?

21:04

Song He@MiraclePlus
Based on historical averages, it is recommended that the range of 500 to 1,000 copies.
- Smaller than this number, is not enough.
- Bigger than this would be a waste.

ZC-01 Bathroom Cleaning Robot - Li Zicong
@Song He@MiraclePlus Do we have WIFI in the hall?😂😂

Spectral Chip - Wu Shaoxiong
Got it🙆

AML-0000709



宋贺 @MiraclePlus：历史均值来看，建议在 500-1000 份区间比较合适 · 少...

Song He@MiraclePlus: Based on historical averages, it is recommended that the range of 500 to 1,000 copies.·.

**dingyong198608**

@summer Do we need some product manuals?

↗ Sent

11/20/2023 1:30:35 PM

**suocao1022**

Our product manual would be the PPT, right?

✓ Received

11/20/2023 1:31:13 PM

**dingyong198608**

*No message content to display.*

↗ Sent

11/20/2023 1:31:22 PM

**Lucie-xixi**

Let's print some copies of the one pager. [Facepalm] There are too many pages in the PPT.

✓ Received

11/20/2023 1:31:37 PM

**dingyong198608**

OK

↗ Sent

11/20/2023 1:31:50 PM

**suocao1022**

OK.

✓ Received

11/20/2023 1:31:56 PM

**suocao1022**

The one pager will do.

✓ Received

11/20/2023 1:32:00 PM

**dingyong198608**

*No message content to display.*

↗ Sent

11/20/2023 1:32:09 PM

**suocao1022**

@Linwei Or the 2-minute one you made is also good.

✓ Received

11/20/2023 1:32:14 PM

**dingyong198608**

We can make that into a one pager too, then print it out.

↗ Sent

11/20/2023 1:32:43 PM

**dingyong198608**

@Lucie 🔴If I arrive at the place we are staying at 1am, can anyone come out to pick me?

↗ Sent

11/20/2023 1:33:25 PM

**dingyong198608**

How long will it take to make this?

↗ Sent

11/20/2023 1:33:33 PM

**dingyong198608**

Do you have the exact address?

↗ Sent

11/20/2023 1:33:46 PM

**dingyong198608**

I think I would be the first one to arrive.

↗ Sent

11/20/2023 1:34:19 PM

**Lucie-xixi**

Room 1501, 15th Floor, Unit 0, Building 109, Beihang Family Compound, Haidian District

✓ Received

11/20/2023 1:36:58 PM

**Lucie-xixi**

Wait until I complete the signing at 0:00 tonight. The lock of the house should be a password lock.

✓ Received

11/20/2023 1:37:14 PM

**dingyong198608**

[ThumbsUp][Salute][Laugh]

↗ Sent

11/20/2023 1:37:41 PM

**Lucie-xixi**

✓ Received

11/20/2023 4:09:46 PM

AML-0000712



Bill for Period 1/1

Remaining unpaid (yuan)
34,992.30
Due date November 21

| | |
|---|---|
| Bill amount | ¥34992.30 |
| Rent | ¥16663.00 |
| Service fee | ¥1666.30 |
| Deposit | ¥16663.00 |

Pay this bill in full

Customize the amount of this payment
Please enter the amount within the range of ¥16663.00-¥34992.30

This period totals ¥34,992.30                    Pay

✓ Received

**Lucie-xixi**

@Linwei @summer I paid the rent, including the deposit.

11/20/2023 4:10:05 PM

↗ Sent

**dingyong198608**

*No message content to display.*

11/20/2023 7:45:09 PM

✓ Received

**Lucie-xixi**

Door lock password: 860926

11/20/2023 9:55:30 PM

✓ Received

**suocao1022**

[OK][OK]

11/20/2023 10:53:32 PM

✓ Received

**suocao1022**

I've already told the delivery dude the password. We will change it again when we get there. I asked the delivery dude to help me put the things in the house.

11/21/2023 12:51:40 AM

↗ Sent

**dingyong198608**

*No message content to display.*

11/21/2023 12:59:07 AM

↗ Sent

**dingyong198608**

Then is it safe for my boxes in the house?

11/21/2023 12:59:16 AM

✓ Received

**suocao1022**

11/21/2023 12:59:29 AM

AML-0000714

Trial Exhibit 1125 Page-142

It is safe.

**dingyong198608**

When will the delivery dude arrive?

↗ Sent

11/21/2023 12:59:32 AM

**suocao1022**

[Chuckle]

✓ Received

11/21/2023 12:59:33 AM

**dingyong198608**

*No message content to display.*

↗ Sent

11/21/2023 12:59:36 AM

**suocao1022**

He already put the parcels in.

✓ Received

11/21/2023 12:59:38 AM

**suocao1022**

And left.

✓ Received

11/21/2023 12:59:43 AM

**suocao1022**

The seven packages I bought have been put in. 😊

✓ Received

11/21/2023 12:59:58 AM

**dingyong198608**

*No message content to display.*

↗ Sent

11/21/2023 1:02:33 AM

**suocao1022**

✓ Received

11/21/2023 1:06:40 AM

@Linwei You can just go directly into the master bedroom. There was a desk inside, you can use it for work.

**suocao1022**

We two will take the other two bedrooms.

✓ Received

11/21/2023 1:06:53 AM

**dingyong198608**

Thank you, big shots. [Salute]

↗ Sent

11/21/2023 1:14:52 AM

**dingyong198608**

I haven't seen the rooms yet.

↗ Sent

11/21/2023 1:15:00 AM

**dingyong198608**

It is OK. We can change rooms if we need.

↗ Sent

11/21/2023 1:15:13 AM

**dingyong198608**

Let's see when we meet there.

↗ Sent

11/21/2023 1:15:24 AM

**suocao1022**

I have made an appointment for cleaning.

✓ Received

11/21/2023 1:15:26 AM

**suocao1022**

Let the cleaning ladies do some cleaning there.

✓ Received

11/21/2023 1:15:38 AM

**dingyong198608**

↗ Sent

11/21/2023 1:16:24 AM

AML-0000716

If you are tired when you arrive, just wait for me there. There's no need to attend the evening meetings. I'll cancel them then.

↗ Sent

**dingyong198608**

11/21/2023 1:16:28 AM

OK

↗ Sent

**dingyong198608**

11/21/2023 1:16:43 AM

I used Ziroom when I was working at Rongshu.

↗ Sent

**dingyong198608**

11/21/2023 1:17:01 AM

Let try to have someone in the house when they arrive. And make sure they will do some good cleaning.

↗ Sent

**dingyong198608**

11/21/2023 1:17:11 AM

Cleaning.

↗ Sent

**dingyong198608**

11/21/2023 1:17:35 AM

We need to find a time to get a printer tonight.

✓ Received

**suocao1022**

11/21/2023 1:17:51 AM

We can print in print shops.

✓ Received

**suocao1022**

11/21/2023 1:18:03 AM

[Chuckle] The cleaning people say they will send me a video.

↗ Sent

**dingyong198608**

11/21/2023 1:18:12 AM

*No message content to display.*

↗ Sent

**dingyong198608**

11/21/2023 1:18:16 AM

[Laugh]

✓ Received

**suocao1022**

11/21/2023 1:22:20 AM

AML-0000718



A Wang Yu🙏Home Service 17800244667

OK, beautiful lady. Our works are ready, I'll let them go now, they might arrive in about half an hour.



Then you can just pay me.

I'll transfer to you now.

Is it 50 yuan an hour?

OK.

Please make sure the cleaning is perfect; we are a bit obsessive with cleanliness. Maybe we would need your service once in a little more than a week.

AML-0000719

**suocao1022**

✓ Received

11/21/2023 1:22:29 AM

[Chuckle][Chuckle]

**suocao1022**

✓ Received

11/21/2023 1:22:37 AM

House cleaning is arranged; we need to have them cleaning the house once a week. [Chuckle]

**dingyong198608**

↗ Sent

11/21/2023 1:23:11 AM

[Laugh]

**Lucie-xixi**

✓ Received

11/21/2023 2:26:59 AM

Any ideas of what new password to use? Amigo.

**dingyong198608**

↗ Sent

11/21/2023 2:28:13 AM

When was the registration day of our company? Haha

**dingyong198608**

↗ Sent

11/21/2023 2:28:42 AM

It will be a must have quiz question every year. [Facepalm]

AML-0000720

**Lucie-xixi**

It is 23.10.17

✓ Received

11/21/2023 2:29:23 AM

**Lucie-xixi**

Then let's use it as our password.

✓ Received

11/21/2023 2:29:29 AM

**dingyong198608**

*No message content to display.*

↗ Sent

11/21/2023 2:29:32 AM

**dingyong198608**

You don't need some sleep? Youth really is energy. [Trick]

↗ Sent

11/21/2023 2:33:51 AM

**dingyong198608**

@Lucie 🔴

↗ Sent

11/21/2023 2:33:51 AM

**Lucie-xixi**

Sigh, I'll have some sleep on the train. [Facepalm] I can't even put on my contact lens today.

✓ Received

11/21/2023 2:46:31 AM

**suocao1022**

Wear a mask.

✓ Received

11/21/2023 2:49:54 AM

**suocao1022**

We have to take good care of ourselves in the following few days.

✓ Received

11/21/2023 2:50:11 AM

AML-0000721

**Lucie-xixi**

I have a dozen with me. [Smart][Smart][Smart]

✓ Received

11/21/2023 2:50:25 AM

**suocao1022**

*No message content to display.*

✓ Received

11/21/2023 2:53:03 AM

**suocao1022**

I'm going to take the metro to go to the airport now.

✓ Received

11/21/2023 2:53:11 AM

**dingyong198608**

[GoForIt]

↗ Sent

11/21/2023 2:54:19 AM

You recalled a message.

✓ Received
11/21/2023 3:52:38 AM

dingyong198608

Chat History for Linwei and Jia Xiao

↗ Sent

11/21/2023 3:53:32 AM

**Lucie-xixi**

OK.

✓ Received

11/21/2023 3:57:05 AM

**suocao1022**

Who is Party A?

✓ Received

11/21/2023 3:58:34 AM

AML-0000722

**Lucie-xixi**

*No message content to display.*

✓ Received

11/21/2023 3:59:00 AM

**suocao1022**

It is Shanghai Zhisuan.

✓ Received

11/21/2023 3:59:04 AM

**Lucie-xixi**

OK.

✓ Received

11/21/2023 3:59:08 AM

**suocao1022**

Get the supplementary information done all together.

✓ Received

11/21/2023 3:59:16 AM

**suocao1022**

If you are already on the train.

✓ Received

11/21/2023 3:59:20 AM

**suocao1022**

[Chuckle]

✓ Received

11/21/2023 3:59:22 AM

**Lucie-xixi**

Can you two send me your information?

✓ Received

11/21/2023 3:59:29 AM

**suocao1022**

I'm still in the airport waiting.

✓ Received

11/21/2023 3:59:32 AM

AML-0000723

**Lucie-xixi**

OK, send to me when you have time, I'll sort them out.

✓ Received

11/21/2023 3:59:53 AM

**suocao1022**

*No message content to display.*

✓ Received

11/21/2023 4:00:16 AM

**suocao1022**

Click chat screen, there are files.

✓ Received

11/21/2023 4:00:25 AM

**Lucie-xixi**

*No message content to display.*

✓ Received

11/21/2023 4:00:30 AM

**Lucie-xixi**

OK, I see them.

✓ Received

11/21/2023 4:00:35 AM

"Guo Shasha" recalled a message

✓ Received

11/21/2023 4:01:08 AM

**Dingyong198608**

Send a package with a JD courier

↗ Sent

11/21/2023 4:42:35 AM

**Dingyong198608**

This is the material for the company's taxation

↗ Sent

11/21/2023 4:42:53 AM

✓ Received

11/21/2023 5:00:07 AM

AML-0000724



AML-0000725

<msg><videomsg length="19172202" play length="60" offset="0" rawoffset="0"

fromusername="suocao1022"          status="5"          cameratype="0"          source="1"
aeskey="a8cab458dd93dd13779d5372b12d6c44"

cdnvideourl="3057020100044b3049020100020494b94cf602032f50e70204e2e6df780204655c
38720424336130626231383372d363339662d343361332d396331312d3035356662343061393
864610204051400040201000405004c556b00"

cdnthumburl="3057020100044b3049020100020494b94cf602032f50e70204e2e6df780204655
c38720424336130626231383372d363339662d343361332d396331312d303535666234306139

38646102040514000402010004050004c556b00" cdnthumblength="20416"

cdnthumbwidth="720" cdnthumbheight="1280"

cdnthumbaeskey="a8cab458dd93dd13779d5372b12d6c44"    encryver="1"    fileparam=""    md5
="294bcc51ff328deb0df2394d480f79ff"       newmd5       ="3f884d2f26eb4ceb52c6172e1195fd8e"
originsourcemd5 ="" filekey="48837880921@chatroom_870_1700542807"

uploadcontinuecount="0" rawlength="0" rawmd5="" cdnrawvideourl=""

cdnrawvideoaeskey="" overwritemsgcreatetime="0" overwritenewmsgid="0"

videouploadtoken=""      isplaceholder="0"      rawuploadcontinuecount="0"      /><encodejson><! [CDATA[]]></encodejson></msg>

✓ Received
11/21/2023 5:00:11 AM



AML-0000727

&lt;msg&gt;&lt;videomsg length="14229891" playlength="45" offset="0" rawoffset="0"
fromusername="suocao1022" status="5" cameratype="0" source="1"
aeskey="0700d770593e6b29e3985029b43b0dba"
cdnvideourl="3057020100044b3049020100020494b94cf602032f50e70204e2e6df780204655c
38e004243039353639643612d646562342d343839312d383434612d656564393131363062
732640204051400040201000405004c556b00"
cdnthumburl="3057020100044b3049020100020494b94cf602032f50e70204e2e6df780204655
c38e004243039353639643612d646562342d343839312d383434612d656564393131363062
7326402040514000402010004050004c556b00" cdnthumblength="14914"
cdnthumbwidth="720" cdnthumbheight="1280"
cdnthumbaeskey="0700d770593e6b29e3985029b43b0dba" encryver="1" fileparam="" md5
="1e5ec565d611a6275b3d7b8f8a9f3010" newmd5="96aface59a9a46f0959f81bb830ad470"
originsourcemd5="" filekey="48837880921@chatroom_871_1700542811"
uploadcontinuecount="0" rawlength="0" rawmd5="" cdnrawvideourl=""
cdnrawvideoaeskey="" overwritemsgcreatetime="0" overwritenewmsgid="0"
videouploadtoken="" isplaceholder="0" rawuploadcontinuecount="0" /&gt;&lt;statextstr&gt;
&lt;/statextstr&gt;&lt;encodejson&gt;&lt;![CDATA[]]&gt;&lt;/encodejson&gt;&lt;/msg&gt;

↗ Sent

**dingyong198608**

11/21/2023 5:01:47 AM

It's quite hot in Beijing. No need to wear warm clothes.
[Facepalm]

↗ Sent

**dingyong198608**

11/21/2023 5:02:02 AM

The temperature will drop the day after tomorrow.

✓ Received

**suocao1022**

11/21/2023 5:02:09 AM

Have you arrived?

↗ Sent

**dingyong198608**

11/21/2023 5:02:26 AM

Already off the train.

↗ Sent

**dingyong198608**

11/21/2023 5:02:32 AM

In a taxi now.

✓ Received

**suocao1022**

11/21/2023 5:03:41 AM

The cleaning has just been finished.

**dingyong198608**

The address isn't right.

↗ Sent

11/21/2023 5:34:07 AM

**dingyong198608**

Beijing CityHaidian District37 Xueyuan Rd

↗ Sent

11/21/2023 5:40:57 AM

**dingyong198608**

This address

↗ Sent

11/21/2023 5:41:02 AM

**Lucie-xixi**

Room 1501, 15th Floor, Unit 0, Building 109, Beihang Family Compound, Haidian District

✓ Received

11/21/2023 5:42:09 AM

**Lucie-xixi**

Beihang Family Compound

✓ Received

11/21/2023 5:42:49 AM

**Lucie-xixi**

Almost accurate.

✓ Received

11/21/2023 5:43:11 AM

**dingyong198608**

I arrived.

↗ Sent

11/21/2023 5:47:09 AM

**Lucie-xixi**

OK.

✓ Received

11/21/2023 5:47:19 AM

AML-0000729

↗ Sent

**dingyong198608**

11/21/2023 5:47:22 AM

Use this address.

✓ Received

**Lucie-xixi**

11/21/2023 5:47:28 AM

*No message content to display.*

✓ Received

**suocao1022**

11/21/2023 7:41:16 AM

@Linwei You arrived yet?

✓ Received

**suocao1022**

11/21/2023 7:41:21 AM

At the door is my luggage.

✓ Received

**suocao1022**

11/21/2023 7:41:28 AM

Please help me to take them in.

↗ Sent

**dingyong198608**

11/21/2023 7:41:47 AM

I'm at Miracle Plus now. [Facepalm]

✓ Received

**suocao1022**

11/21/2023 7:42:25 AM

OK.

✓ Received

**suocao1022**

11/21/2023 7:42:30 AM

I'll do it when I'm back.

AML-0000730

**suocao1022**

I'll be there in about a bit more than an hour.

✓ Received

11/21/2023 7:42:39 AM

**dingyong198608**

I deliberately left the light in the living room for you.

↗ Sent

11/21/2023 7:42:46 AM

**dingyong198608**

We are not in a hurry.

↗ Sent

11/21/2023 7:42:53 AM

**dingyong198608**

It will start at 7.

↗ Sent

11/21/2023 7:42:57 AM

**dingyong198608**

I just found something to eat.

↗ Sent

11/21/2023 7:43:02 AM

**suocao1022**

Is the cleaning good?

✓ Received

11/21/2023 7:43:04 AM

**suocao1022**

Have you taken a look at the house?

✓ Received

11/21/2023 7:43:08 AM

**dingyong198608**

If you guys are hungry, have some food first.

↗ Sent

11/21/2023 7:43:18 AM

AML-0000731

**dingyong198608**

↗ Sent

11/21/2023 7:43:25 AM

The cleaning is quite good.

**suocao1022**

✓ Received

11/21/2023 7:43:30 AM

[OK][OK]

**dingyong198608**

↗ Sent

11/21/2023 7:56:27 AM

Notes on Demo Day PDF & Typical Issues - Ongoing pdf

**dingyong198608**

↗ Sent

11/21/2023 7:57:45 AM

Everyone, take a look at the requirements

**dingyong198608**

↗ Sent

11/21/2023 7:57:53 AM

Leave the bottom blank.

**dingyong198608**

↗ Sent

11/21/2023 7:58:09 AM

It seems that all of us have forgotten this.

**suocao1022**

✓ Received

11/21/2023 7:58:31 AM

Do we need to edit the PPT?

**shuzigui**

✓ Received

11/21/2023 7:59:04 AM

Yes, we do.

AML-0000732

**shuzigui**

Content of several pages has to be moved up.

✓ Received

11/21/2023 7:59:16 AM

**shuzigui**

And QR code has to be added.

✓ Received

11/21/2023 7:59:34 AM

**dingyong198608**

If the page is too full, then put those less important at the bottom.

↗ Sent

11/21/2023 7:59:52 AM

**dingyong198608**

Or I can just move the content back and forth when we use them?

↗ Sent

11/21/2023 7:59:59 AM

**shuzigui**

No need, we can just edit the PPT.

✓ Received

11/21/2023 8:00:16 AM

**dingyong198608**

Take a look what is the reason we need to do so.

↗ Sent

11/21/2023 8:00:31 AM

**dingyong198608**

If it is only that the content at the bottom of the page will be blocked by audiences.

↗ Sent

11/21/2023 8:00:41 AM

**dingyong198608**

I don't think it really matters.

↗ Sent

11/21/2023 8:00:47 AM

**shuzigui**

Because of the site conditions, we have to leave the bottom of the page blank.

✓ Received

11/21/2023 8:01:06 AM

**dingyong198608**

OK

↗ Sent

11/21/2023 8:01:16 AM

**shuzigui**

It might be that last time the screen/ was at a higher position.

✓ Received

11/21/2023 8:01:17 AM

**shuzigui**

Are you going to the site in the afternoon to check the projector?

✓ Received

11/21/2023 8:02:08 AM

**dingyong198608**

I'll be having a meeting in the afternoon.

↗ Sent

11/21/2023 8:11:10 AM

**dingyong198608**

Not at the site.

↗ Sent

11/21/2023 8:11:18 AM

**dingyong198608**

Talking with them about the 2-minute content.

↗ Sent

11/21/2023 8:11:36 AM

**dingyong198608**

CMS Demo Day Speech Template 2 Minutes - V5.7 + Notes.pptx

↗ Sent

11/21/2023 8:12:13 AM

AML-0000734

**dingyong198608**

I modified the content of the speech a little bit.

↗ Sent

11/21/2023 8:12:21 AM

**suocao1022**

@Linwei If you still need to do some adjustment, just let Wang Fei do it.

✓ Received

11/21/2023 8:19:22 AM

**suocao1022**

Since you are going to do the rehearsal tomorrow, we can get the editing done today.

✓ Received

11/21/2023 8:19:37 AM

**dingyong198608**

CMS Demo Day Speech Template 2 Minutes - V5.7 + Notes.pptx

↗ Sent

11/21/2023 8:51:30 AM

**dingyong198608**

↗ Sent

11/21/2023 8:51:44 AM

- **How can we talk about large models without ten-thousand-card computational power**
  Today, the training and inference of large models are **super-large matrices**......
  ......parallel computing is completed on 10,000 cards; otherwise, training and reasoning......

- **Build single-task ten-thousand-card computational power platform**......
  Brand-new ...... infrastructure platform based on the **interconnection and interoperability** of **heterogeneous** computing power resources.

- **Only we can:**
  Worldwide, there are only **a few** ...... capable of developing such a computing power platform with tens of thousands of cards. I led and was in charge of such a project at Google, ...... adopted by ...... large model companies.

- **Companies related to AI and computational power are all our customers**
  The application **accuracy** of the top BAT technology companies cannot keep ...... and the **computing power level** of the enterprises and government units they serve **cannot be improved**, ...... service targets.

↗ Sent

**dingyong198608**

11/21/2023 8:51:46 AM

Reduce the size of the black texts, move them up.

↗ Sent

**dingyong198608**

11/21/2023 8:51:56 AM

The rest of the content are also edited.

↗ Sent

**dingyong198608**

11/21/2023 8:54:59 AM

The computational power scale supported by our products
can reach ten-thousand-card for a single task
The training time of large models can be reduced from months to hours

| 2500 | 2W+ | 32 | Hours |
| Cluster Node | GPU | Bandwidth | Training time |

↗ Sent

**dingyong198608**

11/21/2023 8:55:15 AM

Such as this one here, we can make the four circles smaller, then there would be more space.

✓ Received

**shuzigui**

11/21/2023 8:55:42 AM

I'll do it.

✓ Received

**shuzigui**

11/21/2023 8:55:46 AM

Don't worry.

✓ Received

AML-0000736

**shuzigui**

I'll get the 20-minute one done, then I'll do this one.

11/21/2023 8:55:59 AM

✓ Received
11/21/2023 9:11:36 AM

Ten-thousand-Card Large Model Service Platform V10.1 20 minutes.pptx

✓ Received

**shuzigui**

@Linwei Tune the content as you see fit, there are two versions for the team part.

11/21/2023 9:12:03 AM

✓ Received

**suocao1022**

I think I am going the wrong way.

11/21/2023 9:49:21 AM

✓ Received

**suocao1022**

I don't know which address is the one we use now.

11/21/2023 9:49:26 AM

✓ Received

**Lucie-xixi**

Use the one Linwei said.

11/21/2023 9:49:36 AM

✓ Received

**Lucie-xixi**

You already arrived?

11/21/2023 9:49:45 AM

✓ Received

**suocao1022**

I am in a different family compound.

11/21/2023 9:53:21 AM

✓ Received

AML-0000737

**suocao1022**

2Km away from the one Linwei said.

11/21/2023 9:53:31 AM

✓ Received

**Lucie-xixi**

Me too.

11/21/2023 9:53:33 AM

✓ Received

**Lucie-xixi**

Where are you, I just get in a taxi.

11/21/2023 9:53:39 AM

✓ Received

11/21/2023 9:55:41 AM

CMS Demo Day Speech Template 2 Minutes - V5.8.pptx

✓ Received

**shuzigui**

This is after adjusted.

11/21/2023 9:56:07 AM

✓ Received

**shuzigui**

@Linwei You can check tomorrow at site if the page will be obstructed when projected.

11/21/2023 9:56:22 AM

✓ Received

**shuzigui**

The bottom is blank now, and a last page was added.

11/21/2023 9:56:58 AM

✓ Received

**suocao1022**

*No message content to display.*

11/21/2023 10:28:17 AM

↗ Sent

**dingyong198608**

Chat History for Linwei and Jasime.

11/21/2023 10:34:10 AM

↗ Sent

**dingyong198608**

@summer @Lucie🔍

11/21/2023 10:34:22 AM

✓ Received

**suocao1022**

[OK][OK]

11/21/2023 10:35:01 AM

↗ Sent

**dingyong198608**

Floor 6.

11/21/2023 10:38:16 AM

↗ Sent

**dingyong198608**

Add a team page after the projects page.

11/21/2023 10:40:47 AM

↗ Sent

**dingyong198608**

@Doubi Niuniu

11/21/2023 10:40:57 AM

↗ Sent

**dingyong198608**

Their advice is the same as mine, let's skip it quickly.

11/21/2023 10:41:11 AM

✓ Received
11/21/2023 2:18:58 PM

CMS Demo Day Speech Template 2 Minutes - V5.9.pptx

✓ Received

AML-0000739

**shuzigui**

Added this.

11/21/2023 2:19:06 PM

✓ Received

**Lucie-xixi**

ziroom1501
4001001111

11/21/2023 2:46:59 PM

✓ Received

**Lucie-xixi**

WIFI

11/21/2023 2:47:03 PM

↗ Sent

**dingyong198608**

@Doubi Niuniu OK. We won't finish until the night. Let's use this one tomorrow.

11/21/2023 2:52:29 PM

↗ Sent

**dingyong198608**

It's best to use a template at the bottom and draw a hidden line. It will be more accurate this way.

11/21/2023 2:54:25 PM

↗ Sent

**dingyong198608**

That is a blank bottom.

11/21/2023 2:54:34 PM

↗ Sent

**dingyong198608**

Approved Investor List F23 by202311212033.xlsx

11/21/2023 2:58:04 PM

↗ Sent

**dingyong198608**

Approved Investor List F23 by202311212033 - Sheet1.csv

11/21/2023 2:58:04 PM

AML-0000740

✓ Received

**Lucie-xixi**

11/21/2023 3:03:28 PM

Exhibition Center (Conference Center) of Zhongguancun National Innovation Demonstration Zone, Gate 5

↗ Sent

**dingyong198608**

11/21/2023 3:04:14 PM

11_22-11_24 Calendar and Checklist Founder.docx

↗ Sent

**dingyong198608**

11/21/2023 3:04:46 PM

Good evening, alumni. The PR team will release a press release within two hours after the demo day on Friday. This is the brief introduction of the project names and team members determined by the editor based on the text of the Build draft. Please take three minutes to confirm it carefully.
Based on our previous experience, the following are the key points to be verified:

（1） Are there any specific names of clients or partners that are not suitable for public disclosure?

（2） Are there any competitor names that are not suitable for public disclosure?

（3） Are there any specific data that are not suitable for public disclosure? Such as, the company's sales volume, technical indicators, etc.

（4） Are there any members in the founding team who are not suitable for public disclosure? (Whether the chiefs, advisors, etc. want to make themselves public; Is the co-founder temporarily not suitable for disclosure? such as one is holding sensitive positions in other companies, etc.?)

（5） Are there any names among the investors that are not suitable for public disclosure?

（6） If there are any founders who work in national ministries or commissions or other national units, or are involved in the "Thousand Talents Program", or belong to a sensitive organization, and their name is not suitable for public disclosure, please inform us to take note.

（7） Other

Previous posts links reference: https://mp.weixin.qq.com/s/MEiO9ax7qhLmcqw2dyIfXA

The following are links that are not open to the public. When applying to enter, please write "Project Name - Founder's Name". Only one founder is allowed to enter each project for comments.

Please leave a message in texts for parts that need to be modified. Please do not forward it to others, and do not take screenshots! Texts DDL November 22, Wednesday 20:00, Feishu link: https://miracleplus.feishu.cn/docx/DBpadRGBzoGJjHxLnJfcEqadnid .

↗ Sent

**dingyong198608**

11/21/2023 3:07:11 PM

AML-0000741

| November 22, Wednesday (Rehearsal Day) | | |
|---|---|---|
| Time | Task | Note |
| 9:30-11:30 | Rehearsal for projects of P1 and P2 is in the Miracle Plus Multi-functional Hall Teams of the projects of P3 can go to the site to prepare their booths. | Note that the morning rehearsal will be held in the Miracle Plus Multi-functional Hall. |
| 11:30-13:30 | Please upload the latest 2-minute PDF to the Build assignment section before 12:00 when you set off for the conference center! | Miracle Plus does not provide lunch at noon. Everyone can have lunch at their own pace. All founders are requested to upload the latest 2-minute PDF to the Build - Demo Day PDF document before 12:00 noon. We will download the PDFS of all the projects at 12:00 and merge them together to have a large PDF. Qi's comment and the rehearsal in the afternoon will both use this large PDF. If some people still have iterations after the comments and rehearsals, you can continue to upload the latest version to Build. The final update deadline is 19:00 on November 22 |
| 13:30-15:00 | [Everyone must be present at 13:30. Qi will asynchronously provide PPT feedback to each project, allowing founders to further iterate based on the on-site feedback. | Everyone must be present at the venue at 13:30, to get ready for the rehearsal! |
| 15:00-17:30 | The formal rehearsal starts at 15:00. Each project will have two minutes. We will go through the entire process in sequence (one by one, present and explain one by one. All projects must participate, and teams attending remotely will also be connected to the rehearsal.) | The method of getting on and off the stage, the position map and the precautions for each project must be done before 14:30. For details, see the [Offline on-stage] section below. |
| 17:30-18:30 | Set up the booths, and at the same time, everyone can practice on stage by himself or herself. | Booth checklist (Phones, PC, Power strips, USB flash, HDMI cable, etc.) |
| 18:30-21:00 | Depending on the situation, continue to iterate and practice in the conference center / Miracle Plus Multi-functional Hall. | |
| 19:00 | 2-minute PDF update deadline!! | |
| November 23, Thursday (Alumni day) | | |

↗ Sent

dingyong198608

11/21/2023 3:07:22 PM

| November 23, Thursday (Alumni day) | | |
|---|---|---|
| Time | Task | Note |
| 8.00 | You can enter the hall immediately after its gates are open, and then collect an alumni badge at the front desk first by presenting the QR code in the text message. | |
| 9.00-12:00 | [Arrive no later than 12:00] More practicing! (Two lines going simultaneously on the spot: Getting on stage to recite the script to get a feel for it, finding a spot, and showing the PPT effect on the big screen. | The process of the Alumni Day is exactly the same as that of the official demo day, except that it is aimed at alumni from previous years. Everyone memorizes your script, and present your best self! |
| 12:00-13:00 | Lunch (B1 of the Accounting Center), please wear your alumni badge | |
| 13:00 | Waiting and getting ready | All projects of F23 must arrive early!! |
| 13:30-14:50 | First Half of the Project Demo (Main Hall) | |
| 14:50-15:00 | Half-time Break and Free Exchange (Main Hall) | There are cold dishes on B1. Everyone can communicate more with your old alumni. |
| 15:00-16:30 | Second Half of the Project Demo (Main Hall) + Qi awarding alumni prizes + Group photo for all (everyone must be present when taking the photo) | |
| 16:30-18:00 | Alumni Free Exchange (Project Demo Hall and the Big Hall) | |
| Friday, November 24 (Official Demo Day) | | |
| Time | Task | Note |
| 8.00 | You can enter the hall right after its gates are open. | |
| 9.00-12:00 | [It is suggested that everyone be present] More practicing! (Two lines going simultaneously on | |

Case 3:24-cr-00141-VC    Document 399-16    Filed 02/27/26    Page 171 of 237

| | the spot: Getting on stage to recite the script to get a feel for it, finding a spot, and showing the PPT effect on the big screen. | |
|---|---|---|
| 12:00-13:00 | Lunch (B1 of the Conference Center), please wear your badge | |
| 13:00 | [Everyone must arrive before 13:00] Waiting and getting ready | |
| 13:30-14:50 | First Half of the Project Demo (Main Hall) | |
| 14:50-15:00 | Free Exchange (Project Demo Hall) | |
| 15:00-16:30 | Second Half of the Project Demo (Main Hall) | |
| 16:30-18:00 | Free Exchange (Project Demo Hall) | |

↗ Sent

**dingyong198608**

11/21/2023 3:08:03 PM

One Pager:
[ ] Final Version DDL: 11/22 noon 12:00

↗ Sent

**dingyong198608**

11/21/2023 3:08:14 PM

[ ] 2-minute PDF DDL: 11/22 19:00

↗ Sent

**dingyong198608**

11/21/2023 3:08:47 PM

[ ] Prepare the 20-minute PPT/PDF

✓ Received

**shuzigui**

11/21/2023 3:22:40 PM

I saw that Liangjiang Venture Capital in the list of investors. Is it the one from Chongqing?

✓ Received

**suocao1022**

11/21/2023 3:23:30 PM

Yes.

✓ Received

**suocao1022**

11/21/2023 3:23:33 PM

Screenshot?

✓ Received

**shuzigui**

11/21/2023 3:25:03 PM

Also the icon of clients in our 2-minute PPT, you need to try to project it to check, if the icons are too blurry, we might have to replace them with texts.

✓ Received

**suocao1022**

11/21/2023 3:25:51 PM

AML-0000743

Trial Exhibit 1125 Page-171

OK.

AML-0000744

**shuzigui**

✓ Received

11/21/2023 3:28:39 PM

*No message content to display.*

**shuzigui**

✓ Received

11/21/2023 3:28:50 PM

Liangjiang Venture Capital 1597 lines

✓ Received

11/21/2023 4:20:38 PM

CMS Demo Day Speech Template 2 Minutes - V5.9.pptx

**shuzigui**

✓ Received

11/21/2023 4:21:11 PM

More than 1/4 in most pages, and more than 1/5 in two pages.

✓ Received

11/21/2023 5:23:52 PM

One Pager V2.docx

**dingyong198608**

↗ Sent

11/21/2023 11:48:24 PM

Shanghai Zhisuan - Charter and Resolution - 20231120 FD.zip

**dingyong198608**

↗ Sent

11/22/2023 12:09:47 AM

Thank you. I've uploaded both of them. I was ill yesterday too. Haha

**shuzigui**

✓ Received

11/22/2023 1:13:21 AM

Everyone takes care. I think I've caught the virus. My symptoms are the same as last year. I have a sharp throat, a stuffy nose and are coughing.

AML-0000745

**suocao1022**

How are you feeling today.

✓ Received

11/22/2023 1:20:21 AM

**shuzigui**

Stuffy nose

✓ Received

11/22/2023 1:33:53 AM

**suocao1022**

Stuffy nose now?

✓ Received

11/22/2023 1:37:01 AM

**shuzigui**

Yes, I'm in the 2nd stage now.

✓ Received

11/22/2023 1:47:43 AM

ten-thousand-Card Large Model Service Platform V10.1 20 minutes.pptx

✓ Received

11/22/2023 2:13:35 AM

**Lucie-xixi**

Received.

✓ Received

11/22/2023 2:13:47 AM

**shuzigui**

1. There are two versions for the core team part, keep one as you see fit;
2. You need to think carefully about the data for the investment and financing plan.

✓ Received

11/22/2023 2:14:23 AM

ten-thousand-Card Large Model Service Platform V10.2 20 minutes.pptx

✓ Received

11/22/2023 2:38:32 AM

AML-0000746

✓ Received

**Lucie-xixi**

11/22/2023 2:38:55 AM

Got it.


✓ Received

**Lucie-xixi**

11/22/2023 2:51:07 AM

@Doubi Niuniu Hello Wang Fei, how can we do the whole introduction of our company in a first sentence?
: Shanghai Zhisuan Technology Co., Ltd. is a XXXX.


✓ Received

**shuzigui**

11/22/2023 2:56:12 AM

Shanghai Zhisuan Technology Co., Ltd. is a high-tech company dedicated to creating true single-task computing power of 10000 cards in the era of large models,


↗ Sent

**dingyong198608**

11/22/2023 3:30:33 AM

# Important Schedule for This Week's Demo Day
11/22 Wednesday: Rehearsal
#13:30 Everyone must arrive at the hall. From 13:30 to 15:00, Qi will check the effect on the big screen and give feedback to everyone.
#15:00 Formal rehearsal will start at 15:00. We will go through each project one by one, each with two minutes, in the same order as that of the demo day.
#17:30-18:30 set up the booth and you can continue practicing at the same time.
#19:00 Two-minute PDF update deadline!!
#18:30-21:00 Depending on the situation, continue to iterate in the conference center / Miracle Plus Multi-functional Hall.
11/23 Alumni day
#9:00-12:00 More practicing! 8:00 You can enter the hall right after its gates are open.
#13:00 Waiting and getting ready
#13:30-14:50 First Half of the Project Demo
#14:50-15:00 Half-time Break and Free Exchange
#15:00-16:30 Second Half of the Project Demo
#16:30-18:00 Alumni Free Exchange
There are cold dishes on B1. Everyone can communicate more with your old alumni in the evening.
11/24 Demo Day
#9:00-12:00 More practicing! 8:00 You can enter the hall right after its gates are open.
#13:00 Waiting and getting ready
#13:30-14:50 First Half of the Project Demo
#14:50-15:20 Alumni Free Exchange (Project Demo Hall)
#15:20-16:50 Second Half of the Project Demo
#16:50-18:00 Alumni Free Exchange (Project Demo Hall)

@everyone


✓ Received

**shuzigui**

11/22/2023 3:32:02 AM

*No message content to display.*

AML-0000747

↗ Sent

**dingyong198608**

11/22/2023 5:03:39 AM

Internet at the Conference Center:
Wi-Fi Name: ZGCEC- VIP
Password: 67899876

↗ Sent

**dingyong198608**

11/22/2023 5:04:01 AM

No. 2, Xinjian Gongmen Road, Haidian District,
Beijing

↗ Sent

**dingyong198608**

11/22/2023 5:04:19 AM

Gate 5

✓ Received

**suocao1022**

11/22/2023 5:05:05 AM

[OK]

↗ Sent

**dingyong198608**

11/22/2023 5:37:06 AM

The highlighted section of the one pager on your mini-program needs to be better organized, and you
need to add subtitle to it.

✓ Received

**suocao1022**

11/22/2023 5:37:32 AM

@Doubi Niuniu

↗ Sent

**dingyong198608**

11/22/2023 6:01:42 AM

There is a word count limit for posts on the Wechat official account. The project introduction no more
than 150 words, and the introduction of each team member no more than 100 words.

↗ Sent

**dingyong198608**

11/22/2023 6:03:18 AM

AML-0000748

Chat History for Miracle Plus Editor and Linwei

**dingyong198608**

Introduction of each team member no more than 100 words

↗ Sent

11/22/2023 6:07:07 AM

**dingyong198608**

@Doubi Niuniu Cut short to 100 words person?

↗ Sent

11/22/2023 6:07:57 AM

**dingyong198608**

CMS Demo Day Speech Template 2 Minutes - V5.10.pptx

↗ Sent

11/22/2023 6:40:18 AM

**dingyong198608**

I'll change the entire text content in it.

↗ Sent

11/22/2023 6:40:39 AM

**dingyong198608**

Export - One Pager - CMS-- Large Model Service Platform.docx

↗ Sent

11/22/2023 7:05:09 AM

**dingyong198608**

Blacken and bolden the highlights

↗ Sent

11/22/2023 7:05:41 AM

**dingyong198608**

Introduction of each team member no more than 100 words

↗ Sent

11/22/2023 7:06:11 AM

**dingyong198608**

↗ Sent

11/22/2023 7:06:15 AM

@Doubi Niuniu Cut short to 100 words person?

✓ Received

**shuzigui**

11/22/2023 7:06:16 AM

I'll blacken the title

✓ Received

**shuzigui**

11/22/2023 7:06:21 AM

[OK]

↗ Sent

**dingyong198608**

11/22/2023 7:06:41 AM

Similar to the places marked in red the 2-minute

✓ Received

**shuzigui**

11/22/2023 7:39:42 AM

J Shao: Chief Scientist.
Doctor Shao holds a Ph.D. from The Chinese University of Hong Kong and is currently the Research
Director of SenseTime. She has been working in computer vision and multimodal analysis, with a focus on
city-level large-scale visual perception, understanding, and general visual technology frameworks as well
as the Shengyuan ecosystem. Doctor Shao has published more than 50 papers in T-PAMI/ IJCV/ CVPR/
NeurIPS/ ACL, etc., and these papers have been cited more than 5,800 times in GoogleScholar. Her
research achievements have obtained more than 10 national and international invention patents. Doctor
Shao was awarded the "2022 Shenzhen Artificial Intelligence Science and Technology Progress Award ",
In 2021, Doctor Shao led his team to develop the new-generation general vision system "Shusheng", which
is one of the earliest general artificial intelligence large models developed and open-sourced in China. It
supports the industry in significantly reducing downstream data collection costs, quickly verifying new
scenarios, and achieving long-tail applications.

✓ Received

**shuzigui**

11/22/2023 7:39:52 AM

This person cannot appear in the posts of the Wechat official
account.

✓ Received

**shuzigui**

11/22/2023 7:39:57 AM

She is still on her job in her company.

✓ Received

**shuzigui**

11/22/2023 7:40:14 AM

AML-0000750

It is no good for him to be shown in the post of the Wechat official account.

**shuzigui**

✓ Received

11/22/2023 7:40:21 AM

@Linwei

✓ Received
11/22/2023 7:41:56 AM



Pain point: China cannot make
large models larger than 50B
because of the lack of substantial computational power!

<msg><videomsg length="10513308" playlength="66" offset="0" rawoffset="0"
fromusername="suocao1022" status="5" cameratype="0" source="1"
aeskey="5fa4ee7eda030d8edd1b7992a7f5d2f9"
cdnvideourl="3057020100044b30490201000204502c0fe102032f50e702042ee7df780204655d
ad1104243434353235323533352d386232622d343636612d623637392d616163333237656237 6
66165020405140004020100040500c4c537700"
cdnthumburl="3057020100044b30490201000204502c0fe102032f50e702042ee7df780204655
dad1104243434353235323533352d386232622d343636612d623637392d61616333323376562 37
6661650204051400040201000405004c537700" cdnthumblength="4080"
cdnthumbwidth="288" cdnthumbheight="162"
cdnthumbaeskey="5fa4ee7eda030d8edd1b7992a7f5d2f9" encryver="1" fileparam="" md5
="2573e5b067cd00b822b23c4994d64512" newmd5
="26b30a2f766925b518d90780e79a5a18" originsourcemd5
="9656fe199123f9d8de00ea4ba916d71d"
filekey="48837880921@chatroom_1040_1700638916" uploadcontinuecount="0"
rawlength="0" rawmd5="" cdnrawvideourl="" cdnrawvideoaeskey=""
overwritemsgcreatetime="0" overwritenewmsgid="0" videouploadtoken="" isplaceholder="0"
rawuploadcontinuecount="0" /><statextstr></statextstr><encodejson><![CDATA[]]>
</encodejson></msg>

✓ Received

**suocao1022**

11/22/2023 7:42:07 AM

@Doubi Niuniu I asked Mimi, she is doing the editing
now.

AML-0000751

↗ Sent

dingyong198608

11/22/2023 7:42:28 AM



To address substantial large computational power in the era of large models (in China)
A new and efficient single-task ten-thousand-card computational power basic architecture platform
based on the interconnection of heterogeneous computational power resources

<msg><videomsg length="27786326" playlength="61" offset="0" rawoffset="0" fromusername=""
status="5" cameratype="2" source="2"
aeskey="87256965eaade8da6b436630a1dd048e"
cdnvideourl="3057020100044b30490201000204c0a3e53202032df53e020433cba33d0204655
dacbb042466343366666564632d313161372d343365362d396131652d3333336630643334343
73635020405140004020100040500c4dfe00"
cdnthumburl="3057020100044b30490201000204c0a3e53202032df53e020433cba33d020465
5dacbb042466343366666564632d313161372d343365362d396131652d333333663064333434
37363502040514000402010004050 0c4dfe00" cdnthumblength="9931"
cdnthumbwidth="288" cdnthumbheight="162"
cdnthumbaeskey="87256965eaade8da6b436630a1dd048e"    encryver="1"    fileparam=""    md5
="6842814555b6bd1e25c4c6b045a3861e"    newmd5    ="444bec4e124da45a6f49528fc318863b"
originsourcemd5 ="" filekey="48837880921@chatroom_1042_1700638948"
uploadcontinuecount="0" rawlength="0" rawmd5="" cdnrawvideourl=""
cdnrawvideoaeskey="" overwritemsgcreatetime="0" overwritenewmsgid="0"
videouploadtoken=""       isplaceholder="0"       rawuploadcontinuecount="0"       /><encodejson><! [CDATA[]]></encodejson></msg>

✓ Received

**shuzigui**

11/22/2023 7:42:31 AM

Editing what?

✓ Received

**shuzigui**

11/22/2023 7:42:37 AM

It looks fine.

✓ Received

**suocao1022**

11/22/2023 7:42:42 AM

AML-0000752

Not really much.

**shuzigui**

It looks quite good on the big screen.

✓ Received

11/22/2023 7:42:50 AM

**shuzigui**

Big text size and very clear.

✓ Received

11/22/2023 7:42:55 AM

**shuzigui**

No cover page?

✓ Received

11/22/2023 7:44:11 AM

**suocao1022**

It was too fast, didn't get it in the video.

✓ Received

11/22/2023 7:48:02 AM

✓ Received
11/22/2023 7:49:53 AM



**2023**
**CMS - Large Model Service Platform**

<msg><videomsg length="122481120" playlength="0" offset="0" rawoffset="0" fromusername="Lucie-xixi" status="5" cameratype="0" source="1" aeskey="566c77f93ccb16151dbcec50d64ceb4a"

AML-0000753

cdnvideourl="3052020100044b304902010002044d94857002032f50e70204cae6df780204655
db15304243466346464616342d316431332d346632662d613566372d316365353134396239
3765320204052400040201000400"
cdnthumburl="3052020100044b304902010002044d94857002032f50e70204cae6df78020465
5db15304243466346464616342d316431332d346632662d613566372d31636535313439623
93765320204052400040201000400" cdnthumblength="9106" cdnthumbwidth="1728"
cdnthumbheight="1080" cdnthumbaeskey="566c77f93ccb16151dbcec50d64ceb4a"
encryver="1" fileparam="" md5 ="142b2ddcec461f56582f70601bbcd9c6" newmd5
="a0a71475af8f56866e2c229d6cd8051f" originsourcemd5
="142b2ddcec461f56582f70601bbcd9c6"
filekey="48837880921@chatroom_1050_1700639393" uploadcontinuecount="0"
rawlength="122632676" rawmd5="f95273f526474278f0be5a824fba08b4"
cdnrawvideourl="3052020100044b304902010002040f281ba802032f50e70204c9e6df7802046
55db16e042434313134313939332d653138622d343539662d383939392d3765333035373963
30353233020405940004020100040"
cdnrawvideoaeskey="7e52582ddd00b84424303fc589a38304" overwritemsgcreatetime="0"
overwritenewmsgid="0" videouploadtoken="" isplaceholder="0" rawuploadcontinuecount="0"
/><statextstr></statextstr><encodejson><! [CDATA[]]></encodejson></msg>

**Lucie-xixi**

✓ Received
11/22/2023 7:51:25 AM

*No message content to display.*

✓ Received
11/22/2023 7:54:48 AM

CMS Demo Day Speech Template 2-Minute - 11.22.pptx

✓ Received
11/22/2023 7:54:52 AM

Official Account Post Introduction.docx

✓ Received

**shuzigui**

11/22/2023 7:55:01 AM

@Linwei Check this.

✓ Received

**shuzigui**

11/22/2023 7:55:08 AM

See if you need to change anything in it.

✓ Received

**suocao1022**

11/22/2023 7:55:25 AM

@Doubi Niuniu Take a look at the latest version.

✓ Received

**suocao1022**

11/22/2023 7:55:33 AM

On a PC.

✓ Received

**shuzigui**

11/22/2023 7:56:29 AM

What's the difference

✓ Received

**shuzigui**

11/22/2023 7:56:32 AM

I can't see any difference.

✓ Received
11/22/2023 8:10:21 AM

CMS project- Ding Linwei Official Account Post Introduction.docx

✓ Received

**shuzigui**

11/22/2023 8:11:00 AM

@Linwei Take a look at this, if no problem, you can send it to the editor.

↗ Sent

**dingyong198608**

11/22/2023 8:35:04 AM

@Doubi Niuniu Forwarded.

✓ Received
11/22/2023 8:41:53 AM

CMS Demo Day Speech Template 2 Minutes - V5.10.pptx

✓ Received

**suocao1022**

11/22/2023 10:33:25 AM

AML-0000755





Shanghai Zhisuan Technology Co., LTD

III. Why can we build a ten-thousand-Card computing power platform

With the research and development experience and technology of Google's ten-thousand-Card computing power platform, we can directly replicate and upgrade to create a ten-thousand-Card computing power platform suitable for the domestic conditions.

Looking around the world, there are less than ten people in the world who have built and are able to build such a ten-thousand-card computational power platform, and our company happens to have one of them.



The ten-thousand-Card computing power platform Ding Linwei built at Google is being used by the world's top three large model companies



IV. Our Clients

Potential Clients

| Hundred Models Application Enterprise | Computing Power Service Enterprises | Government Units with Underlying Computing Power | Universities with Scattered Computing Power |
|---|---|---|---|
| Tencent, Baidu, Baichuan, Alibaba, Huawei, iFlytek [text cut off] | [text cut off] | [text cut off] | [text cut off] |

V. Our Services [text cut off]

- Building Large Model Services from Scratch
- ten-thousand-Card MaaS services

- [text cut off] Customized Computing Power Services

Business Cooperation

CEO Ding Linwei CMO Guo Shasha

AML-0000756

**suocao1022**

✓ Received
11/22/2023 10:33:26 AM



✓ Received
11/22/2023 10:47:44 AM



Shanghai Zhisuan Technology Co., Ltd.

### CMS-Large Model Service Platform
The only and earliest single-task ten-thousand-card AI training and reasoning acceleration computational power platform launched in China

<msg><videomsg     length="15793809"     playlength="173"     offset="0"     rawoffset="0"
fromusername="suocao1022"          status="5"          cameratype="0"          source="1"
aeskey="184e899f5dbef2defa27932489ff2202"
cdnvideourl="3057020100044b30490201000204502c0fe102032f50e7020415e6df780204655dda98

AML-0000757

042435323564613230302d316335362d343464372d383333392d3139666333330636232363965020 4
052400040201000405004c4c6f00"
cdnthumburl="3057020100044b30490201000204502c0fe102032f50e7020415e6df780204655dda9
8042435323564613230302d316335362d343464372d383333392d3139666333330636232363965020
405240004020100040504c4c6f00"          cdnthumblength="4486"          cdnthumbwidth="288"
cdnthumbheight="162"    cdnthumbaeskey="184e899f5dbef2defa27932489ff2202"    encryver="1"
fileparam=""           md5          ="7a166ac9e176d28826dd4113c11e8a0e"           newmd5
="f2c34fdf8344a648a8274b897b61ab3b"                                           originsourcemd5
="b34b740b793574ba5ef55708bc172636"    filekey="48837880921@chatroom_1068_1700650064"
uploadcontinuecount="0"                                                rawlength="187900986"
rawmd5="c0b42242b683e25b2d3dc68e6f4c20eb"
cdnrawvideourl="3052020100044b30490201000204502c0fe102032f50e7020415e6df780204655dd
a7d042437626431643462372d623366352d343336642d393132332d3264616133396563633539330
20405a400040201000400"          cdnrawvideoaeskey="f98716b1871a40e068d5b5d115c083e1"
overwritemsgcreatetime="0"    overwritenewmsgid="0"    videouploadtoken=""    isplaceholder="0"
rawuploadcontinuecount="0"
/><statextstr></statextstr><encodejson><![CDATA[]]></encodejson></msg>

| | |
|---|---|
| **Lucie-xixi** | ✓ Received |
| | 11/22/2023 10:51:16 AM |
| @summer @Doubi Niuniu This is the recorded video. | |

| | |
|---|---|
| **suocao1022** | ✓ Received |
| | 11/22/2023 11:08:31 AM |
| http://www.sfpaward.com/#/register?type=10 | |

| | |
|---|---|
| **suocao1022** | ✓ Received |
| | 11/22/2023 11:08:43 AM |
| You can sign up through this channel | |

| | |
|---|---|
| **Lucie-xixi** | ✓ Received |
| | 11/22/2023 11:16:30 AM |
| http://www.sfpaward.com/#/entryInfo | |

| | |
|---|---|
| **suocao1022** | ✓ Received |
| | 11/22/2023 11:17:59 AM |
| The Science Fiction Planet Award - Technology Award, a prize pool of up to 3 million yuan! | |

| | |
|---|---|
| | ✓ Received |
| | 11/22/2023 11:57:43 AM |

AML-0000758



Shanghai Zhisuan Technology Co., Ltd.
**CMS-Large Model Service Platform**
The only and earliest single-task ten-thousand-card AI training and reasoning acceleration
computational power platform launched in China



1137687d-7ca2-41d4-bdda-14fd68ecb9fc.mp4

*Click to play the video attachment.*

<msg><videomsg length="19004246" playlength="168" offset="19004246" rawoffset="0"
fromusername="Lucie-xixi" status="6" cameratype="0" source="1"
aeskey="b59a1ee05de74b4813152a497559eb8c"
cdnvideourl="3057020100044b304902010002044d94857002032f50e702041ae6df780204655
de955042466393364376235622d353564332d343833642d393930372d633031316363313332
38633602040524000402010004050004c53db00"
cdnthumburl="3057020100044b304902010002044d94857002032f50e702041ae6df78020465
5de955042466393364376235622d353564332d343833642d393930372d633303131636331333
238633602040524000402010004050004c53db00" cdnthumblength="8161"
cdnthumbwidth="1920" cdnthumbheight="1080"
cdnthumbaeskey="b59a1ee05de74b4813152a497559eb8c" encryver="1" fileparam="" md5
="b7b2f3e07020cc6f8211a0250693d732" newmd5 ="0c505461fd43f1302291c1748b74a6c1"
originsourcemd5 ="9cbae8b78ecf9a08b2d1852e8d09d510"
filekey="48837880921@chatroom_1074_1700654263" uploadcontinuecount="0"
rawlength="276260937" rawmd5="0b187d6c5f1a01e2069103eb7d02734a"
cdnrawvideourl="3052020100044b304902010002040f281ba802032f559702042eaf1e7002046
55dec0f042438653163363239372d646561362d343539342d616234302d64313966386639396
53737610204059400040201000400"
cdnrawvideoaeskey="78ded147f05c151f821b7411b2e1f655" overwritemsgcreatetime="0"
overwritenewmsgid="0" videouploadtoken="" isplaceholder="0" rawuploadcontinuecount="0"
videoFormat="1" rawVideoFormat="0" /><statextstr></statextstr><encodejson><!
[CDATA[]]></encodejson></msg>

⤴ Sent

**dingyong198608**

11/22/2023 2:25:47 PM

CMS Demo Day Speech Template 2 Minutes - V5.11.pptx

⤴ Sent

**dingyong198608**

11/22/2023 2:26:10 PM

Based on their suggestion, we deleted two pages.

AML-0000759

**shuzigui**

[OK]

✓ Received

11/22/2023 2:45:15 PM

↗ Sent

11/23/2023 2:41:17 AM

dingyong198608





cd9ebc6d-fa3c-4174-9234-541b1cb47535.mp4

*Click to play the video attachment.*

<msg><videomsg length="1070345" playlength="6" offset="1070345" rawoffset="0" fromusername="" status="6" cameratype="0" source="1" aeskey="34098e76cb52ed2902fd1aba48fbf76e" cdnvideourl="3057020100044b30490201000204c9e544d502032f565d02041f40aa3d0204655ebbcc042461613166623764652d326531372d343762662d616664652d3036343430623364636461380204051400040201000405004c54a100" cdnthumburl="3057020100044b30490201000204c9e544d502032f565d02041f40aa3d02046555ebbcc042461613166623764652d326531372d343762662d616664652d303634343062336463641380204051400040201000405004c54a100" cdnthumblength="4677" cdnthumbwidth="288" cdnthumbheight="162" cdnthumbaeskey="34098e76cb52ed2902fd1aba48fbf76e" encryver="1" fileparam="" md5="2e1d36db2976c31cd8ec7fbca862f911" newmd5="" originsourcemd5="" filekey="48837880921@chatroom_1079_1700707277" uploadcontinuecount="0" rawlength="0" rawmd5="" cdnrawvideourl="" cdnrawvideoaeskey="" overwritemsgcreatetime="0" overwritenewmsgid="0" videouploadtoken="" isplaceholder="0" rawuploadcontinuecount="0" /><statextstr></statextstr><encodejson><! [CDATA[]]></encodejson></msg>

↗ Sent

dingyong198608

11/23/2023 2:41:34 AM



Redefine the working mode of the next generation

A more streamlined team
More human-AI collaboration



03ae58c7-8014-4f92-a947-8fef60e18b60.mp4
*Click to play the video attachment.*

<msg><videomsg length="567208" playlength="3" offset="567208" rawoffset="0" fromusername="" status="6" cameratype="0" source="1"
aeskey="ee15b5cdc186f54f20abd7cfc4ba7b52"
cdnvideourl="3057020100044b30490201000204c9e544d502032f565d02041f40aa3d020
4655
ebbde04246230346534373462d366364372d346235652d383735342d356337376166343
835 386233020405140004020100040500c537500"
cdnthumburl="3057020100044b30490201000204c9e544d502032f565d02041f40aa3d020
465

5ebbde042462303465343734622d366364372d346235652d383735342d35633737616634
383 5386233020405140004020100040500 4c537500" cdnthumblength="8133"
cdnthumbwidth="224" cdnthumbheight="398"
cdnthumbaeskey="ee15b5cdc186f54f20abd7cfc4ba7b52"    encryver="1"    fileparam=""
md5  ="9db9e95744cfce428ad7a5145c9d7cd7"    newmd5  =""    originsourcemd5  =""
filekey="48837880921@chatroom_1080_1700707294"        uploadcontinuecount="0"
rawlength="0" rawmd5="" cdnrawvideourl="" cdnrawvideoaeskey=""
overwritemsgcreatetime="0"        overwritenewmsgid="0"        videouploadtoken=""
isplaceholder="0"                               rawuploadcontinuecount="0"
/><statextstr></statextstr><encodejson><! [CDATA[]]> </encodejson></msg>

↗ Sent

**dingyong198608**

11/23/2023 3:10:28 AM

Group Chat History

↗ Sent

**dingyong198608**

11/23/2023 3:13:24 AM

Group Chat History

↗ Sent

**dingyong198608**

11/23/2023 3:34:43 AM

For the product we are going to use on the demo day, I asked our tech people to make a video

↗ Sent

**dingyong198608**

11/23/2023 3:34:54 AM

After the video is done,

↗ Sent

**dingyong198608**

11/23/2023 3:35:00 AM

I'll send to everyone to watch.

AML-0000762

✓ Received
11/23/2023 5:34:39 AM

You recalled a message.

**dingyong198608**

↗ Sent

11/23/2023 5:34:45 AM



Linwei
San Jose, United States



Scan the QR code to add me as a friend.

Scan | Change Style | Save image

**Lucie-xixi**

✓ Received

11/23/2023 5:35:32 AM

*No message content to display.*

**dingyong198608**

↗ Sent

11/23/2023 6:03:19 AM

20-minute BP 2023 F - 1027 final.pdf

**shuzigui**

✓ Received

11/23/2023 6:04:16 AM

I'll make one based on this file.

**dingyong198608**

↗ Sent

11/23/2023 6:07:08 AM

AML-0000763

Trial Exhibit 1125 Page-191

@Doubi Niuniu Don't make this for now, we have to rethink.

✓ Received

**shuzigui**

11/23/2023 6:21:53 AM

So we are not going to make it?

✓ Received

**suocao1022**

11/23/2023 6:32:36 AM

No, we don't for now.

✓ Received

**suocao1022**

11/23/2023 8:29:53 AM

AML-0000764

large models larger than 50B
because of the lack of substantial computational power!

To address substantial large computational power in the era of large models (in China)

A new and efficient single-task ten-thousand-card
computational power basic architecture platform based on
the interconnection of heterogeneous computational power resources

The computational power scale
supported by our products can reach ten-thousand-card for a single task
The training time of large models can be reduced from months to hours

| 250 | 2W+ | 3200Gbps | Hours |
|-----|-----|----------|-------|
| Cluster Node | GPU | Bandwidth | Training time |

Why can we do it

Done it - Google's ten-thousand-card computational power platform
Copy and upgrade it - and then build a computational power platform that is suitable for China's national conditions

✓ Received

**suocao1022**

11/23/2023 8:29:56 AM

@Doubi Niuniu

✓ Received

**suocao1022**

11/23/2023 8:30:08 AM

large models larger than 50B
because of the lack of substantial computational power!

To address substantial large computational power in the era of large models (in China)

A new and efficient single-task ten-thousand-card
computational power basic architecture platform based on
the interconnection of heterogeneous computational power resources

The computational power scale
supported by our products can reach ten-thousand-card for a single task
The training time of large models can be reduced from months to hours

| 250 | 2W+ | 3200Gbps | Hours |
|-----|-----|----------|-------|
| Cluster Node | GPU | Bandwidth | Training time |

Why can we do it

Done it - Google's ten-thousand-card computational power platform
Copy and upgrade it - and then build a computational power platform that is suitable for China's national conditions

AML-0000765

**shuzigui**

*No message content to display.*

✓ Received

11/23/2023 8:31:33 AM

**suocao1022**

Today's version is not correct.

✓ Received

11/23/2023 8:31:46 AM

**shuzigui**

don't take the one on your phone as the standard. Look at the projected one.

✓ Received

11/23/2023 8:31:55 AM

**suocao1022**

This version

✓ Received

11/23/2023 8:31:57 AM

**shuzigui**

[Hurt][Hurt][Lol][Lol]

✓ Received

11/23/2023 8:32:01 AM

**suocao1022**

It is not right when projected.

✓ Received

11/23/2023 8:32:09 AM

**suocao1022**

Please make some revisions again

✓ Received

11/23/2023 8:32:40 AM

**suocao1022**

And upload a new version

✓ Received

11/23/2023 8:32:48 AM

**shuzigui**

*No message content to display.*

✓ Received

11/23/2023 8:32:54 AM

AML-0000766

**shuzigui**

Was it also at a low position when you were playing it on your computer?

✔ Received

11/23/2023 8:33:09 AM

**suocao1022**

Yes.

✔ Received

11/23/2023 8:33:24 AM

**shuzigui**

And where else?

✔ Received

11/23/2023 8:33:25 AM

**suocao1022**

Just this one.

✔ Received

11/23/2023 8:33:34 AM

**shuzigui**

I'll adjust them all together.

✔ Received

11/23/2023 8:33:38 AM

AML-0000767

**suocao1022**

*No message content to display.*

✔ Received

11/23/2023 8:34:25 AM

**suocao1022**

Just this one.

✔ Received

11/23/2023 8:34:27 AM

CMS Demo Day Speech Template 2 Minutes - V5.11.pptx

✔ Received

11/23/2023 8:34:36 AM

**shuzigui**

Take a look again now.

✔ Received

11/23/2023 8:34:43 AM

**suocao1022**

This one should be good.

✔ Received

11/23/2023 8:35:18 AM

CMS Demo Day Speech Template 2 Minutes - V5.11.pptx

✔ Received

11/23/2023 8:41:00 AM

**shuzigui**

Use this version.

✔ Received

11/23/2023 8:41:04 AM

**shuzigui**

I adjusted the color and font of the last page

✔ Received

11/23/2023 8:41:17 AM

AML-0000768

**shuzigui**

@summer

✓ Received

11/23/2023 8:41:29 AM

**suocao1022**

[OK]

✓ Received

11/23/2023 8:41:55 AM

↗ Sent

**dingyong198608**

11/23/2023 8:43:39 AM



<msg><videomsg length="2915626" playlength="375" offset="0" rawoffset="0"
fromusername="" status="5" cameratype="2" source="2"
aeskey="f593ddacfff95e41eaa7fc4ca75422c6"
cdnvideourl = "3057020100044b30490201000204eb12b4fa02032df6cd0204f19865b40204655f
0f8b04246563316233623536 2d303165352d343437322d613139652d33656134363664653439
6535020405140004020100040 5004c53d900"
cdnthumburl = "3057020100044b30490201000204eb12b4fa02032df6cd0204f19865b40204655
f0f8b04246563316233623536 2d303165352d343437322d613139652d336561343636465343
965350204051400040201000405004c53d900" cdnthumblength="2636"
cdnthumbwidth="240" cdnthumbheight="150"
cdnthumbaeskey="f593ddacfff95e41eaa7fc4ca75422c6"    encryver="1"    fileparam=""    md5
="6911ad2bec24f99e4752a0e577dc29fe"    newmd5    =""    originsourcemd5    =""
filekey="48837880921@chatroom_1122_1700729019"    uploadcontinuecount="0"    rawlength="0"
rawmd5="" cdnrawvideourl="" cdnrawvideoaeskey=""
overwritemsgcreatetime="0"    overwritenewmsgid="0"    videouploadtoken=""    isplaceholder="0"
rawuploadcontinuecount="0"              /><statextstr></statextstr><encodejson><![CDATA[]]>
</encodejson></msg>

✓ Received

**Lucie-xixi**

@Summer Then I'll get it printed, OK?

11/23/2023 10:31:54 AM

✔ Received

**suocao1022**

[OK][OK][OK]

11/23/2023 10:32:19 AM

↗ Sent

**dingyong198608**

11/23/2023 1:52:22 PM

CMS Demo Day Speech Template 2 Minutes - V5.11.pptx

↗ Sent

**dingyong198608**

11/23/2023 1:52:52 PM

I aligned the 2500 and the 2W, they were not aligned before. Take a look and see if there are any issues after my modification @Doubiuniu

↗ Sent

**dingyong198608**

11/23/2023 1:53:02 PM

I'm not sure if the format I saved is ok or not

↗ Sent

**dingyong198608**

11/23/2023 1:54:09 PM

.

↗ Sent

**dingyong198608**

11/23/2023 1:54:09 PM

# of big model training



**Cluster Node**                    **GPU**

---

✔ Received

**shuzigui**

11/23/2023 1:54:15 PM

It is quite normal in my screen.

↗ Sent

**dingyong198608**

11/23/2023 1:54:40 PM

OK

↗ Sent

**dingyong198608**

11/24/2023 1:33:45 AM

! Important Reminder
[Regarding Waiting and Getting Ready]
People have to start waiting and getting ready by 10 projects in advance, and pay attention to the time.
Jiawei and Huiling will remind/call you via Wechat, please keep these channels open.
* First Half: Project 1 to 10, Start waiting at 13:00
* Second Half: Project 35 to 45, Must be present at the waiting area at 15:15
Especially the second half, be sure to pay attention to the time and arrive early!

 [Key Waiting Time for Today]
#13:00 Waiting and getting ready
#13:30-15:00 First Half of the Project Demo
#15:30-17:00 Second Half of the Project Demo

[Route to Waiting Area]
After you enter the hall, walk along the wall from the back of the hall to the left rear door (facing the large screen), and enter the waiting area. Jiawei & Huiling will be waiting here.

AML-0000771

To avoid cause disruptions, please do not go directly to
the entrance of the stage.

✔ Received
11/24/2023 3:09:14 AM

CMS Demo Day Speech Template 2 Minutes - 1124.pdf

↗ Sent

**dingyong198608**

11/24/2023 4:00:13 AM
Remember to return to your booth immediately after the demo. The mayor and other leaders will arrive at
your place within 10 to 30 minutes. Get ready~

✔ Received

**shuzigui**

11/24/2023 4:00:55 AM
Wow, remember to take photos. These will be useful materials for our official website and posts in the future.

↗ Sent

**dingyong198608**

11/24/2023 4:01:22 AM

*No message content to display*

↗ Sent

**dingyong198608**

11/24/2023 4:01:39 AM

@Lucie @summer

✔ Received

**Lucie-xixi**

11/24/2023 4:05:29 AM

OK.

✔ Received

**suocao1022**

11/24/2023 4:05:39 AM

[OK][OK]

✔ Received

**Lucie-xixi**

11/24/2023 5:39:16 AM

AML-0000772



**shuzigui**

[ThumbsUp]

✔ Received

11/24/2023 6:41:11 AM

**suocao1022**

Photo Live Streaming | Miracle Plus Demo Day

✔ Received

11/24/2023 6:59:46 AM

**suocao1022**

@Doubi Niuniu Send me a ppt file of the introduction of our
company pdf.

✔ Received

11/24/2023 7:26:29 AM

**suocao1022**

It is for the investment and financing, remember to add a very
small transparent watermark at the corner.

✔ Received

11/24/2023 7:26:47 AM

**Lucie-xixi**

@Doubi Niuniu Fei, no need for it for now.

✔ Received

11/24/2023 7:29:13 AM

**shuzigui**

OK

✔ Received

11/24/2023 7:30:28 AM

**Lucie-xixi**

✔ Received

11/24/2023 8:57:45 AM



**Lucie-xixi**

✓ Received

11/24/2023 8:57:49 AM



**Lucie-xixi**

✓ Received

11/24/2023 10:20:55 AM



**shuzigui**

Wow

✔ Received

11/24/2023 10:21:12 AM

**shuzigui**

Are they competitors or investors?

✔ Received

11/24/2023 10:21:17 AM

**Lucie-xixi**

Investors

✔ Received

11/24/2023 10:21:25 AM

**shuzigui**

Seems everyone is interested in our product.

✔ Received

11/24/2023 10:21:56 AM

**Lucie-xixi**

✔ Received

11/24/2023 10:22:41 AM

AML-0000776

It is the charm of our Mr. Ding.

**shuzigui**

[ThumbsUp][ThumbsUp]

✔ Received

11/24/2023 10:24:39 AM

**Lucie-xixi**

✔ Received

11/24/2023 12:01:25 PM



**Lucie-xixi**

✔ Received

11/24/2023 12:01:26 PM

AML-0000777



**Lucie-xixi**

✓ Received

11/24/2023 12:01:27 PM

AML-0000778



**Lucie-xixi**

✔ Received

11/24/2023 12:01:51 PM

AML-0000779



**Lucie-xixi**

✔ Received

11/24/2023 12:03:35 PM



AML-0000780

**Lucie-xixi**

✔ Received

11/24/2023 12:03:57 PM



**Lucie-xixi**

✔ Received

11/24/2023 12:04:08 PM



**Lucie-xixi**

✔ Received

11/24/2023 12:04:34 PM



**suocao1022**

✔ Received

11/24/2023 12:09:59 PM

AML-0000782



**Lucie-xixi**

✔ Received

11/24/2023 12:10:03 PM



AML-0000783

**suocao1022**

✔ Received

11/24/2023 12:10:05 PM



**suocao1022**

✔ Received

11/24/2023 12:10:06 PM

AML-0000784



**suocao1022**

✔ Received

11/24/2023 12:10:07 PM

AML-0000785



suocao1022

✔ Received

11/24/2023 12:10:08 PM

AML-0000786



↗ Sent

**dingyong198608**

11/24/2023 12:57:30 PM

Miracle Plus 2023 Autumn Demo Day features 67 projects and 51 large model-related themes!

✔ Received

**shuzigui**

11/24/2023 1:12:27 PM

[ThumbsUp][ThumbsUp][ThumbsUp] Great efforts for all of us!

✔ Received

**shuzigui**

11/24/2023 1:12:40 PM

This is our success!

✔ Received

**suocao1022**

11/24/2023 1:35:33 PM

Exhausted like a dog!

AML-0000787

**shuzigui**

Have you guys come back?

11/24/2023 1:40:25 PM

✔ Received

**Lucie-xixi**

In the house now.

11/24/2023 1:41:36 PM

✔ Received

**shuzigui**

*No message content to display.*

11/24/2023 1:45:58 PM

✔ Received

**Lucie-xixi**

@summer

11/24/2023 2:27:43 PM

✔ Received

**Lucie-xixi**

This!

11/24/2023 2:29:31 PM

↗ Sent

**dingyong198608**

Hello, I'm Ding Linwei, the CEO of Zhisuan Technology, you can contact me at 15041156500.
We are committed to building a true single-task computing power platform with tens of thousands of cards
in the era of large models. Welcome to contact us in the future. [Fight][Fight][Fight]

11/24/2023 2:42:39 PM

✔ Received

**suocao1022**

Can you check did Chengmei Capital came?

11/25/2023 2:53:01 AM

✔ Received

**suocao1022**

I'll be back later in the evening, no need to leave food for me.

11/25/2023 2:53:30 AM

AML-0000788

**Lucie-xixi**

✔ Received

11/25/2023 3:12:13 AM

OK.

**suocao1022**

✔ Received

11/25/2023 3:55:22 AM



**dingyong198608**

↗ Sent

11/28/2023 10:16:50 AM

Chat History for Linwei and Miracle Plus Community Assistant MPComm Assistant

**dingyong198608**

↗ Sent

11/28/2023 10:17:12 AM

@Doubi Niuniu Can you translate it with a phone app?

**dingyong198608**

↗ Sent

11/28/2023 10:17:32 AM

We need an English version of our One Pager.

**shuzigui**

✔ Received

11/28/2023 10:24:35 AM

Let me take care of it, I have an app. [Lol]

AML-0000789

**shuzigui**

But I'll need you to check it then.

✔ Received

11/28/2023 10:24:47 AM

**shuzigui**

I'll use ChatGPT to get a translation

✔ Received

11/28/2023 10:26:33 AM

**dingyong198608**

*No message content to display.*

↗ Sent

11/28/2023 10:26:34 AM

**dingyong198608**

[ThumbsUp][ThumbsUp][ThumbsUp]

↗ Sent

11/28/2023 10:26:39 AM

One Paper-english.docx

✔ Received

11/28/2023 4:41:04 PM

**dingyong198608**

[ThumbsUp]

↗ Sent

11/28/2023 4:50:22 PM

**dingyong198608**

Chat History for Zhisheng

↗ Sent

11/29/2023 4:34:14 AM

**shuzigui**

Do you need me to join you at this?

✔ Received

11/29/2023 4:47:38 AM

AML-0000790

↗ Sent

**dingyong198608**

11/29/2023 4:47:48 AM

No need.

↗ Sent

**dingyong198608**

11/29/2023 4:48:17 AM

I'm going to have a talk with an investor. It is an online chat.

✔ Received

**shuzigui**

11/29/2023 4:48:26 AM

[OK]

↗ Sent

**dingyong198608**

11/29/2023 4:49:37 AM

This one says offline.

↗ Sent

**dingyong198608**

11/29/2023 4:49:48 AM

But there is still a link, for no reason. [Facepalm]

✔ Received

**Lucie-xixi**

11/29/2023 4:50:17 AM

He has a cold.

✔ Received

**Lucie-xixi**

11/29/2023 4:50:24 AM

So we switched to online.

↗ Sent

**dingyong198608**

11/29/2023 4:50:25 AM

*No message content to display.*

AML-0000791

✔ Received

**Lucie-xixi**

11/29/2023 4:55:41 AM

@Linwei This is Mr. Chen from Huatai Innovations. Then there's another institution who joined us temporarily, named Lotus Lake Venture Capital, as a listener. I need you to let Huatai know this.

↗ Sent

**dingyong198608**

11/29/2023 6:34:57 AM

Chat History for Miracle Plus Community Assistant MPComm Assistant and Linwei

↗ Sent

**dingyong198608**

11/29/2023 6:35:13 AM

@Doubi Niuniu

↗ Sent

**dingyong198608**

11/29/2023 6:35:18 AM

Can you help to take a look?

✔ Received

**shuzigui**

11/29/2023 6:42:09 AM

[OK]

✔ Received

**shuzigui**

11/29/2023 6:43:27 AM

We need an English version of the PPT, right?

✔ Received

**shuzigui**

11/29/2023 6:43:54 AM

Or we need to translate the notes in the PPT into English?

↗ Sent

**dingyong198608**

11/29/2023 6:45:03 AM

Yes.

**dingyong198608**

We may make a summary.

↗ Sent

11/29/2023 6:45:15 AM

**dingyong198608**

*No message content to display.*

↗ Sent

11/29/2023 7:01:10 AM

**shuzigui**

When will you need it?

✔ Received

11/29/2023 7:04:01 AM

**suocao1022**

Actually, I feel like they are asking what the nodes and milestones of each round of financing are.

✔ Received

11/29/2023 7:05:21 AM

**dingyong198608**

Today? @ Doubi Niuniu

↗ Sent

11/29/2023 7:05:28 AM

**suocao1022**

@Linwei @Lucie

✔ Received

11/29/2023 7:05:28 AM

**shuzigui**

That is OK.

✔ Received

11/29/2023 7:05:34 AM

CMSPPT-english.docx

✔ Received

11/29/2023 1:22:19 PM

AML-0000793

**shuzigui**

@Linwei

✔ Received

11/29/2023 1:22:30 PM

**dingyong198608**

*No message content to display.*

↗ Sent

11/29/2023 2:23:49 PM

Ding Linwei - Resume Chinese.pdf

✔ Received

11/29/2023 2:56:11 PM

**suocao1022**

Hello, Mr. Guo. We have confirmed a time with our chiefs, it is 16:00 next Wednesday afternoon. Could you please communicate with your founding team and see if this time is okay?

✔ Received

12/1/2023 6:14:39 AM

**suocao1022**

No. 10, Jiuxianqiao East Road, Chaoyang District

✔ Received

12/1/2023 6:15:56 AM

"Guo Shasha" recalled a message

✔ Received

12/1/2023 9:57:11 AM

**suocao1022**

✔ Received

12/1/2023 9:57:42 AM

AML-0000794



✔ Received
12/1/2023 12:54:49 PM

"Guo Shasha" recalled a message

✔ Received

**Lucie-xixi**

12/2/2023 2:09:59 AM

AML-0000795



China    National 👑 ⓘ
33 minutes ago, From

The second aurora video record in Beijing's history! The aurora can be seen today in places like Heilongjiang and Inner Mongolia! Since December 2019, the Sun has entered its 25th active cycle and is predicted to reach its peak around 2025!!

@Artravelersr ✓

The aurora can actually be seen in Beijing as well! It's truly a once-in-a-lifetime sight. At this very moment, the starry sky circle and the meteorological circle are filled with .
……The picture is from Master Pu Shi. The location is in Huairou District, Beijing. Theoretically, there is a chance to capture it in the area north of Beijing tonight. All my

🗐 Fold | 🗐 Rotate | 🗐 View    large

**suocao1022**                    ✔ Received

                                  12/2/2023 2:33:35 AM

Didn't see it


**suocao1022**                    ✔ Received

                                  12/2/2023 2:58:13 AM

AML-0000796



**suocao1022**

I am queueing for my breakfast

✔ Received

12/2/2023 2:58:22 AM

**suocao1022**

[Sob]

✔ Received

12/2/2023 2:58:24 AM

**Lucie-xixi**

Still a queue at this time?

✔ Received

12/2/2023 3:00:11 AM

**suocao1022**

Yes.

✔ Received

12/2/2023 3:05:15 AM

**suocao1022**

This shop is said to be particularly authentic

✔ Received

12/2/2023 3:05:24 AM

**suocao1022**

Even the locals are queuing up for it.

✔ Received

12/2/2023 3:05:31 AM

**suocao1022**

I'll bring you guys a few pancakes

✔ Received

12/2/2023 3:05:37 AM

**Lucie-xixi**

✔ Received

12/2/2023 3:08:32 AM

AML-0000798

OK.

**Lucie-xixi**

I want a fried ring.

✔ Received

12/2/2023 3:08:42 AM

**suocao1022**

*No message content to display.*

✔ Received

12/2/2023 3:12:39 AM

**suocao1022**

I packed one fried ring and two pancakes.

✔ Received

12/2/2023 3:12:58 AM

**Lucie-xixi**

OK.

✔ Received

12/2/2023 3:13:05 AM

**dingyong198608**

↗ Sent

12/3/2023 8:41:03 AM



✔ Received

**suocao1022**



12/3/2023 8:47:57 AM

✔ Received

12/3/2023 8:48:01 AM

**suocao1022**

It is so dark.

✔ Received

12/3/2023 8:48:06 AM

**suocao1022**

We are at the airport now.

↗ Sent

12/3/2023 8:48:16 AM

**dingyong198608**

*No message content to display.*

↗ Sent

12/3/2023 8:48:23 AM

**dingyong198608**

Best journey! [ThumbsUp]

✔ Received

12/3/2023 8:50:01 AM

**suocao1022**

OK.

✔ Received

12/3/2023 11:21:00 AM

**Lucie-xixi**

AML-0000800



**Lucie-xixi**

Mr. Li achievement presentation

✔ Received

12/3/2023 11:21:03 AM

**suocao1022**

Face is slimmer.

✔ Received

12/3/2023 12:50:06 PM

**suocao1022**

😑

✔ Received

12/3/2023 12:50:08 PM

**Lucie-xixi**

Not bad ah?

✔ Received

12/3/2023 12:50:25 PM

**suocao1022**

Not bad, at all. Can't even tell.

✔ Received

12/3/2023 12:51:13 PM

AML-0000801

✔ Received

**suocao1022**

12/3/2023 12:51:18 PM

My flight is taxiing now.

✔ Received

**Lucie-xixi**

12/3/2023 12:51:25 PM

Good good.

✔ Received
12/4/2023 7:38:08 AM

Introduction to Vnet Group, Inc (2023 Chinese Full Version).pptx

✔ Received

**suocao1022**

12/4/2023 7:58:42 AM

[OK]

✔ Received

**suocao1022**

12/6/2023 10:25:23 AM

News about SUGON, the boss in Sichuan gives green light to our product, if we go to Chengdu, then we can have a detailed talk with them, if we get their approval, he will introduce us to their Beijing headquarter. The government has allocated several billion yuan to Sugon to build a computing power network, they will need our tech, this is what they lack.

✔ Received

**Lucie-xixi**

12/6/2023 10:34:39 AM

[ThumbsUp][ThumbsUp][ThumbsUp][ThumbsUp]

↗ Sent

**dingyong198608**

12/6/2023 11:12:46 AM

[ThumbsUp][ThumbsUp][ThumbsUp][Grin]

✔ Received
12/9/2023 6:27:34 AM

Zhisuan Technology Technical Explation.docx.

✔ Received
12/9/2023 6:27:36 AM

Zhisuan Technology Potential Customers.docx

✔ Received

**Lucie-xixi**
12/9/2023 6:29:09 AM

My dear fellows, this is the supplementary information that WELIGHT Capital needs us to sort out (a confidential agreement has been issued). 1.The issue of technical description; 2. The supplementation of potential customers. It is expected to be completed next week.

✔ Received

**Lucie-xixi**
12/9/2023 6:29:34 AM

@summer Shasha, how about you and I check the part about our customers?

✔ Received

**suocao1022**
12/9/2023 6:41:06 AM

OK.

↗ Sent

**dingyong198608**
12/15/2023 4:58:07 AM

We will have three people join us soon. I'll see them in person after a while, and then we get a group chat, all of us. [Joyful]

✔ Received

**Lucie-xixi**
12/15/2023 5:02:29 AM

*No message content to display.*

✔ Received

**suocao1022**
12/15/2023 5:03:22 AM

Are there handsome guys?

✔ Received

**suocao1022**
12/15/2023 5:04:00 AM

Yesterday in my dream, Luxi recruited us many beautiful girls. [Chuckle]

AML-0000803

✔ Received

**Lucie-xixi**

12/15/2023 5:04:41 AM

Of course, I love beautiful faces.

↗ Sent

**dingyong198608**

12/15/2023 5:06:53 AM

Haha. Yes.

✔ Received

**suocao1022**

12/15/2023 5:08:13 AM

Yesterday I dreamed that we have many new people in the house we rent, many beautiful girls and many clients.

✔ Received

**suocao1022**

12/15/2023 5:08:20 AM

And many guys also.

✔ Received

**shuzigui**

12/15/2023 5:23:12 AM

Our team is growing stronger!

↗ Sent

**dingyong198608**

12/15/2023 5:39:15 AM

[Grin][Grin][Grin] How many do you guys want to pick? Haha

↗ Sent

**dingyong198608**

12/15/2023 5:39:24 AM

[Grin][Grin][Grin]

✔ Received
12/19/2023 2:03:21 PM

GLP_Company_BP_IDC_Introduction-2023.03    v7.1-General Version.pdf

AML-0000804

✔ Received

**suocao1022**

12/19/2023 2:03:49 PM

[OK]

↗ Sent

**dingyong198608**

12/19/2023 2:04:07 PM

*No message content to display.*

✔ Received

**suocao1022**

12/20/2023 8:55:44 AM

This afternoon, I had a communication with the person in charge of the computing power zone of the Western Exchange Center. They want to match the government's computing power (the intelligent computing center in Chongqing) with relevant AI enterprises. They learned about the situation of our company and what we can do. It is possible that they will keep in communication with us regarding the future sharing of computing power resources, the empowerment of AI applications, as well as the planning of the data sharing computing power zone. They will also help us promote project cooperation on the investment promotion aspect and product aspect, and they will also advance their strategic cooperation agreement with us in the future. I sent them a copy of our bp. They will report to their leaders. Right now, they are working on the presentation materials for the computing power zone. They will keep us updated in a timely manner if there are any new exhibitions in the future.

↗ Sent

**dingyong198608**

12/20/2023 6:16:00 PM

Your current Weixin version does not support this content. Update to the latest version.

✔ Received

**Lucie-xixi**

12/20/2023 6:19:38 PM

[Surprise]

✔ Received

**suocao1022**

12/21/2023 3:34:05 AM

Fake

✔ Received

**suocao1022**

12/21/2023 3:34:15 AM

Publicity stunt at first glance.

✔ Received

**suocao1022**

AML-0000805

12/21/2023 3:34:32 AM

The domestic ones are as difficult to use as anything could possibly be

✓ Received

**Lucie-xixi**

12/25/2023 2:20:33 AM

Chat history between Lucie and Liyun

✓ Received

12/25/2023 2:20:47 AM

Zhisuan Technology Potential Customers.docx

✓ Received

**Lucie-xixi**

12/25/2023 2:21:35 AM

This one is WeiLight Venture Capital, that we are currently following up on, their focus on our potential customers, as well as the detailed content that needs to be supplemented by us. @Linwei @summer

↗ Sent

**dingyong198608**

12/25/2023 2:22:34 AM

*No message content to display*

✓ Received

**suocao1022**

12/25/2023 2:24:12 AM

This is actually not a simple cooperation with him. He hopes that we can implement it in specific products, customers and projects.

↗ Sent

**dingyong198608**

12/25/2023 3:06:02 AM

It sounds like there's no need for customer interviews; it's just about we answering their customers' demands? @Lucie

✓ Received

**Lucie-xixi**

12/25/2023 3:30:53 AM

Yes, because I also told her that our clients are all in the initial engaging stage, and no plan has been determined yet.

✓ Received

**Lucie-xixi**

AML-0000806

12/25/2023 3:31:24 AM

She won't urge us to arrange customer interviews in the near future.

✔ Received

**suocao1022**

12/25/2023 9:11:52 AM



✔ Received

**Lucie-xixi**

12/25/2023 9:12:24 AM

Python. [Smart]

✔ Received

**suocao1022**

12/25/2023 9:12:25 AM

@Linwei Your information is flying everywhere

✔ Received

**suocao1022**

12/25/2023 9:13:39 AM

It started flying maybe after our registration at Xuhui Caohejing.

↗ Sent

**dingyong198608**

12/25/2023 1:57:08 PM

AML-0000807

*No message content to display*

↗ Sent

**dingyong198608**

12/26/2023 8:00:30 AM

Copy of Zhisuan Technology Potential Customers.docx

↗ Sent

**dingyong198608**

12/26/2023 8:00:48 AM

@Lucie❄ @summer I modified it a little and marked it
in red

✓ Received

**Lucie-xixi**

12/26/2023 8:01:26 AM

I'll take a look right away!

✓ Received

**suocao1022**

12/26/2023 8:05:10 AM

[OK]

✓ Received

**suocao1022**

12/26/2023 8:07:02 AM

I'll meet Digital Chongqing tomorrow to see if I can have a chat with Chongqing Zhisuan. I'll add another client.

✓ Received

**suocao1022**

12/26/2023 8:07:32 AM

Now I feel that there is still a lack of application scenarios, perhaps not at the strategic level, but in actual project
scenarios.

↗ Sent

**dingyong198608**

12/26/2023 8:17:58 AM

OK. [Salute][ThumbsUp]

↗ Sent

**dingyong198608**

1/2/2024 6:05:37 AM

AML-0000808

Official Announcement | The registration channel for the HICOOL 2024 Global Entrepreneurship Competition with a total prize pool of 100 million yuan is now open

**suocao1022**

Do we need to prepare for this one?

✔ Received

1/2/2024 6:06:29 AM

↗ Sent

1/2/2024 6:36:00 AM

**dingyong198608**

I feel it is about right.

↗ Sent

1/2/2024 6:36:09 AM

**dingyong198608**

Let's discuss it when I get back.

✔ Received

1/2/2024 6:44:08 AM

**suocao1022**

Let me check the time. When is the deadline?

✔ Received

1/2/2024 6:44:35 AM

**suocao1022**

It is April. There is enough time for us to sign up even after you come back.

↗ Sent

1/2/2024 6:46:25 AM

**dingyong198608**

*No message content to display.*

AML-0000809