# WECHAT MESSAGES

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 3 |
| Display names | dingyong198608<br>yuanye891692<br>Yuan Ye |
| Local user | dingyong198608 |
| CONVERSATION DETAILS | |
| Number of messages | 2442 |
| First message sent date/time | 5/6/2022 2:48:55 AM |
| Last message sent date/time | 11/26/2023 2:13:29 AM |
| Case time zone | (UTC) Coordinated Universal Time |

**dingyong198608**

I'm Linwei Ding Linwei

↗ Sent
5/6/2022 2:48:55 AM

**yuanye891692**

Greeting shown above

✓ Received
5/6/2022 2:48:56 AM

**yuanye891692**

You have added Yuan Ye as your WeChat contact. Start chatting!

✓ Received
5/6/2022 2:48:57 AM

**yuanye891692**

How about you and I have a Tencent meeting at 10am on May 10th Beijing time?

✓ Received
5/9/2022 3:55:35 AM

**dingyong198608**

↗ Sent

**yuanye891692**

✓ Received

8/13/2022 10:48:14 AM

Have you heard of this library of Google?

**dingyong198608**

↗ Sent

8/13/2022 6:18:41 PM

Well, [Facepalm], I know it completely.

**yuanye891692**

✓ Received

8/14/2022 12:53:28 AM

Then how about telling our guys about it at the software group meeting next Thursday morning?

**dingyong198608**

↗ Sent

8/14/2022 12:58:09 AM

It would be better to talk about it when I get back.

**yuanye891692**

✓ Received

8/14/2022 1:06:27 AM

Are there any confidentiality requirements?

**dingyong198608**

↗ Sent

8/14/2022 4:33:42 AM

The documents related to it are subject to such requirements, but knowledge is not, after one left the job.

**dingyong198608**

[ThumbsUp]

1/29/2023 5:10:59 PM

**yuanye891692**

✓ Received

1/29/2023 11:49:19 PM

In the post-GPT 3.0 era, the mainstream large model technologies are elaborated in detail. The door to the path towards AGI has been opened

**yuanye891692**

✓ Received

1/30/2023 1:28:29 AM

It's time to build a team now.

**dingyong198608**

↗ Sent

1/30/2023 1:30:11 AM

No message content to display.

**yuanye891692**

✓ Received

1/30/2023 1:34:34 AM

Can you think about which core people you can bring in to our team in the early stage?

**dingyong198608**

↗ Sent

1/30/2023 1:35:47 AM

OK. Let me think about what kind of people we need in the early stage. And how should we do it.

**dingyong198608**

↗ Sent

1/30/2023 5:42:40 AM

I'm going to McDonald's now.

**dingyong198608**

↗ Sent

1/30/2023 5:42:46 AM

I'll bring you a hamburger

2/13/2023 3:02:39 AM

OK

**yuanye891692**

✓ Received

2/13/2023 12:31:44 PM

The final description from TikTok is what we just mentioned: How to do it both domestically and internationally.

**yuanye891692**

✓ Received

2/13/2023 12:31:45 PM

The leading companies in China have begun to organize human and material resources to replicate the effect of ChatGPT. However, even the parameters of the 175B, is not affordable for anyone except the top companies. Even Baidu, only can keep up at the current stage, while it's very likely that it won't be able to afford it in the future.

A model with 175B parameters means that even if parameters of float8 precision are used, Five Nvidia V100 are needed to do inference (32GB).
Although the A100 and H100 have versions with 80GB8 memory, they have now been banned from the Chinese mainland.

To train a model with 20B parameters, approximately 100 A100 GPUs are needed. While for a model with 175B parameters, the number is two orders of magnitude higher, which is 10000 A100/H100 GPUs.

Take the Cheapest GPU, the A100 with 40GB memory for example, one of which priced at 10k USD now. It means if you want to get a 20B model, such as the copilot, you will need to spend 1 million USD first.

If you want to participate in the arms race of large models, 100 million USD to buy GPUs is the first step. This does not even include the matching CPUs, other equipment in the data center, and electricity costs, etc. So if you don't invest 1 billion USD into this every year, you basically can do nothing.

Another very important point is that right now NVidia's flagship lines A100 and H100 are currently not allowed to be sold to Mainland China. This means for all the big tech gians in China that either you learn from Tiktok and completely separate their Chinese business from their oversea business, and build teams and data centers outside of China.

↗ Sent

AML-0001023

Trial Exhibit 1130 Page-199

**dingyong198608**

2/13/2023 12:38:41 PM

Haha. Yes. It feels like that we are the ones who understand it, but what we say doesn't count. How can we make investors understand it.

**dingyong198608**

↗ Sent
2/13/2023 12:39:11 PM

By the time everyone realizes what we said is true, it might be a bit too late. Haha

**dingyong198608**

↗ Sent
2/13/2023 12:39:53 PM

Where did you get this? The idea is the same as what we had in mind at the beginning.

**yuanye891692**

✔ Received
2/13/2023 12:46:17 PM

TikTok's approach involves aspects of corporate structure and governance, which is easy for investors to understand.

**yuanye891692**

✔ Received
2/13/2023 12:46:50 PM

We just need to take the right path, then there's no need to reach a consensus with them.

**dingyong198608**

↗ Sent
2/13/2023 12:47:00 PM

Well.

**yuanye891692**

✔ Received
2/13/2023 12:47:09 PM

Remember to give me two more people.

**dingyong198608**

↗ Sent
2/13/2023 12:47:31 PM

OK.

**dingyong198608**

↗ Sent
2/13/2023 12:49:04 PM

Let me ask you something specific, you can also ask others, that is: how the US dollar would change over time if the US debt collapsed. Take inflation and interest rates into consideration. Could you analyze the cause and effect?

**dingyong198608**  ↗ Sent
2/13/2023 12:49:10 PM

*No message content to display.*

**dingyong198608**  ↗ Sent
2/13/2023 12:50:43 PM

Just out of curiosity, where did you see this? The analysis in it seems to be in perfect agreement with ours.

**dingyong198608**  ↗ Sent
2/13/2023 12:51:11 PM

Is this from the internal analysis materials of TikTok?

**yuanye891692**  ✔ Received
2/13/2023 12:52:48 PM

About this, I have to ask an expert.

**yuanye891692**  ✔ Received
2/13/2023 12:53:02 PM

It was posted by someone from a group chat.

**yuanye891692**  ✔ Received
2/13/2023 12:53:12 PM

No.

**dingyong198608**  ↗ Sent
2/13/2023 12:53:57 PM

*No message content to display.*

**yuanye891692**  ✔ Received
2/13/2023 12:55:56 PM

It is a new group chat, dedicated to discussing ChatGPT, I was invited into this group.

dingyong198608

*No message content to display.*

↗ Sent
2/13/2023 1:08:08 PM

yuanye891692

What exactly does the US debt collapse refer to?

✔ Received
2/13/2023 1:33:46 PM

yuanye891692

It depends on the situation: 1. Due to the Federal Reserve's significant interest rate hikes, the US Treasury bond has collapsed, then the US dollar should appreciate.

✔ Received
2/13/2023 1:34:07 PM

yuanye891692

2. If the US credit system goes bankrupt and everyone sells off US Treasuries, the US dollar will depreciate.

✔ Received
2/13/2023 1:34:07 PM

dingyong198608

The debt of the US is too high, and its politics is unstable, many countries are selling off. I'd say it is 2.

↗ Sent
2/13/2023 1:44:39 PM

dingyong198608

What worries me is that the credit of the US dollar still exists, but the credit of US debt is gone.

↗ Sent
2/13/2023 1:45:08 PM

dingyong198608

Everyone sells US Treasuries for US dollars. [Facepalm]

↗ Sent
2/13/2023 1:45:36 PM

dingyong198608

Where will the money be after countries sold their US Treasuries? Dollars, gold?

↗ Sent
2/13/2023 1:46:22 PM

**yuanye891692**

Gold is something people should consider.

✔ Received

2/13/2023 1:57:59 PM

**dingyong198608**

Do you have our business plan now?

↗ Sent

2/13/2023 3:17:02 PM

**yuanye891692**

No.

✔ Received

2/13/2023 3:28:10 PM

**yuanye891692**

Business plan of what?

✔ Received

2/13/2023 3:28:19 PM

**yuanye891692**

Plan C?

✔ Received

2/13/2023 3:28:25 PM

**dingyong198608**

Yes.

↗ Sent

2/13/2023 3:28:33 PM

**yuanye891692**

No.

✔ Received

2/13/2023 3:28:44 PM

**dingyong198608**

I thought so, Let's go further in the discussion.

↗ Sent

2/13/2023 3:28:53 PM