保密、不竞争与知识产权归属协议

本《保密、不竞争与知识产权归属协议》（下称"**本协议**"）由以下双方于 <u>2023</u> 年 <u>11</u> 月 <u>23</u> 日在 ___ 上海市徐汇区 ___ 签署。

**甲方：上海至算科技有限公司**
地址：上海市徐汇区古美路 1528 号漕河泾现代服务园区大厦 A6 号 8 楼
法定代表人：丁林葳

**乙方：李路茜**
家庭地址：上海市三泉路 999 弄 5 号 302 室
出生日期：1992 年 10 月 20 日
身份证/护照号码：310108199210202824

鉴于乙方受聘于甲方，并从甲方获得报酬，双方愿意接受并签署本协议。本协议中，"**集团**"包括甲方及其已设立或将设立的主体、甲方的控股公司、母公司、下属公司及关联方，以及甲方的控股公司的任何下属公司或办事处。

1. **聘用**。乙方同意与甲方的聘用条款与条件由双方另行签订的聘用合同作出规定，本协议条款不应被解释为对聘用关系的确认。

2. **秘密信息**

本协议中的秘密信息包括：

2.1 **甲方信息**。甲方信息包括集团中任何成员公司的（i）商业信息，如产品开发计划及与产品相关的其他信息、价格机制、营销手段、销售数据、战略规划、供应方信息、用户信息、合作数据及投资数据等；（ii）技术信息，如概念、发明、提案、程序、技术、报告、软件、代码、产品、设计、模型和操作指南；（iii）与运营、人力资源、财务及法务相关的内部管理信息；（iv）集团任一公司所有或控制的、依法或依约需要做保密处理的其他信息。甲方信息的获取路径可以是甲方主动向乙方披露或乙方从集团成员公司处主动获得，形式可以是书面或口头。双方进一步理解秘密信息不包括上述甲方信息中已经公开的和乙方通过合法正当手段可以独立获得的信息。

2.2 **第三方信息**。乙方知道甲方和/或集团其他成员从第三方获得秘密信息或专有信息，甲方和/或集团其他成员都有义务对这些信息保密，并只可用于某些特定目的。若非为完成依甲方和/或集团其他成员与第三方的协议约定的工作之必要时，乙方将严守秘密，不向任何个人、合伙或公司披露或使用任何该秘密信息和专有信息。

3. **秘密信息的载体**



1

3.1 乙方因职务上的需要所持有或保管的一切记录有秘密信息的文件、资料、照片、图表、笔记、报告、信件、传真、磁带、磁盘、仪器以及其他任何形式的载体均归甲方所有，无论这些秘密信息有无商业上的价值。

3.2 乙方应当于离职（无论何种原因）时，或者于甲方提出请求时，返还属于甲方的全部财物和载有甲方秘密信息的一切载体，不得将这些载体擅自复制、保留或交给其他任何人。

3.3 若上述记录有甲方秘密信息的载体是乙方自备的，在乙方返还这些载体时，甲方应给予乙方相当于载体本身价值的经济补偿。

4. <u>保密</u>

    4.1 在受聘期间及之后，乙方保证将严守甲方秘密，除非为甲方或集团的利益，不会使用任何秘密信息，未获得甲方的书面授权不得向任何个人、合伙或公司（包括按照甲方的保密规定无权知悉该项秘密信息的甲方其他职员）披露、传播、公布、发表、传授、转让任何秘密信息。乙方同意将对这些秘密信息保密，并保护和维护秘密信息不被擅自使用、披露、报道、转让或出版。

    4.2 除非为甲方或集团的利益，未经甲方事先书面同意，乙方不得将任何秘密信息和载有秘密信息的载体带出甲方的办公场所之外。

    4.3 乙方的上级主管书面同意乙方披露、使用秘密信息的，视为甲方已同意这样做，前提是甲方已事先声明该主管人员拥有此项权限。

    4.4 除非为甲方或集团的利益，乙方不得与任何其他主体（乙方的直接亲属除外）探听、披露或讨论薪金、奖金、福利、期权或任何形式的报酬事宜。

5. <u>知识产权</u>

    5.1 **<u>知产持有和许可</u>**。若乙方受聘于甲方期间，乙方将其拥有或有权益关系的在先技术与甲方或集团成员的产品整合，则甲方即被授予针对该项在先技术的非排他的、免费的、不可撤销的、永久和世界范围内的许可，甲方有权对该在先技术作为产品的一部分进行修改、使用或销售。

    5.2 **披露**。乙方同意，在乙方受聘期间，将由乙方单独或与他人合作而产生的知识产权（统称为"**目标知产**"）以及与之相关的全部资料披露给甲方或其指定者。



2

5.3 **知识产权**。双方确认，（i）乙方在甲方任职期间，因基于职务、履行单位分派的任务或者主要是利用甲方的物质条件、业务信息等产生的目标知产，及（ii）乙方从甲方离职后，利用甲方信息完成的或者与其在甲方承担的本职工作或分配任务有直接关系的目标知产，都属于职务发明和职务作品（统称为"**职务成果**"），乙方对职务成果享有署名权，职务成果项下的其他权利全部由甲方享有，乙方应协助将职务成果转让至甲方名下。乙方理解并同意甲方有权为了甲方和/或其他集团成员的利益自行决定是否将职务成果商业化或出售。就上述成果，乙方主张其本人享有知识产权的，应当及时向甲方书面申明。经甲方书面确认，认为确属非职务成果的，由乙方享有知识产权。乙方没有申明的，推定其为职务成果。如某些目标知产不属于前述职务成果，但与甲方或集团业务有关，在乙方向甲方披露此成果之日起三个月内，甲方及集团其他成员对该成果中的全部或部分权利（依甲方的选择而定）有优先购买权。

5.4 **保管**。乙方同意在受聘期间适时记录并保管好由乙方单独或与他人合作完成的所有目标知产的物理材料及书面文档。该材料及文档可以是记录表、梗概、图纸或任何其他格式。甲方有权随时获取这些材料及文档并对其拥有单独的所有权。

5.5 **专利和版权登记**。乙方同意在由甲方承担费用的前提下，充分协助甲方或其指定者在某一或所有国家地区提出职务成果的知识产权保护申请，包括向甲方披露所有有关的信息和数据，签署制作各种申请书、说明书、保证、转让文件，以及其他甲方认为在申请、获得和转让该等权利、资格和利益时必要的凭据。乙方同意在本协议终止后，在乙方力所能及的情况下，仍将继续履行本条项下的义务。

6. **职业冲突**。在受聘于甲方期间，乙方将为甲方提供全职服务且不会直接或间接向任何第三方提供服务或担任其董事、监事，或在任何从事竞争性业务的第三方实体中直接或间接持有任何权益。

7. **竞业禁止**

7.1 乙方同意在受聘期间及无论因何种原因、有意或无意、自愿或非自愿、有无事前通知而与甲方终止聘用关系后的竞业禁止期内，在没有事先取得甲方董事会书面一致同意的情况下，乙方都不会直接或间接从事任何与公司主营业务同类或处于竞争关系的业务（"**竞争性业务**"），亦不得直接或间接地在任何从事竞争性业务的实体中持有任何权益，包括但不限于(i)新设、控股、参股或控制竞争实体；(ii)向竞争实体提供贷款、客户信息或其他任何形式的协助；(iii)直接或间接地从竞争实体中获取利益；(iv)以任何形式争取与甲方业务相关的客户，或和甲方业务相关的客户进行或试图进行交易；(v)以任何形式通过任何由其直接或间接控制，或具有利益关系的个人或组织雇用从甲方离任的任何人；(vi)或以任何形式争取雇用甲方届时聘用的员工；及(vii)以任何形式在竞争实体提供劳务。

3

为免疑义，上述公司主营业务为人工智能基础软件和应用软件开发；上述竞业禁止期为乙方在履行劳动合同期间及解除或终止劳动合同（无论解除或终止的原因为何）、或者不再持有集团任何股权或不再在集团担任任何职务（以前述较晚发生者为准）之日起两（2）年。

7.2 乙方同意因终止聘用关系并为了履行本协议第 7.1 条的约定，乙方将从甲方获得补偿（简称"**补偿金**"）。甲方同意在乙方离职后的竞业禁止期内按月向乙方支付相当于乙方离职前 12 个月平均工资的 30%或届时法律法规允许的最低数额（以较低的为准）的款项作为竞业禁止补偿金。如果甲方放弃对于乙方的竞业禁止的要求或者缩短竞业禁止的期限，该等补偿金应当相应取消或者按比例减少。

8. **归还甲方文件**。乙方同意在离开甲方时，应将所有受聘于甲方期间而产生的设计、文档、数据、记录、报告、计划、清单、信件、说明书、规划图纸、梗概、材料、设备、其他文件或所有物及前述项目的副本或任何其他属于甲方和/或集团其他成员及其承继者和受让人的资料交还给甲方（乙方不得占有、复制或交给其他人）。

9. **违约责任**。如果乙方违约给甲方造成损失的，乙方应承担违约责任并赔偿甲方的全部损失。损失赔偿可以在书面告知乙方后，从乙方的工资报酬、奖金和其它收入中直接扣除，且甲方有权要求乙方补齐不足的部分。

10. **通告新雇主**。当乙方终止或解除与甲方的劳动关系时，乙方承诺提前书面通知甲方其将来的雇主（若有）及其将为该雇主从事何种工作。若乙方解除或终止与甲方的劳动关系时尚不清楚乙方将来的雇主是谁，在竞业限制期内，乙方同意一旦获悉这些情况后，立即书面告知甲方其将来的雇主的名称、联系人和地址及将要从事的工作类型。乙方在此同意，若乙方离职，甲方可将乙方在本协议项下的权利义务通告乙方的新雇主。

11. **陈述**。为履行本协议条款的规定，乙方将履行承诺或核实必要的文件。乙方履行本协议条款时不会构成对在受聘于甲方前乙方获得的任何受保密措施保护的专有信息的保密约定的违反。乙方未曾也不会达成任何与本协议相矛盾的口头或书面协议。

12. **一般规定**

    12.1 **适用法律**。本协议受中华人民共和国法律管辖，且不受其法律选择和法律冲突原则的影响。

    12.2 **完整协议**。本协议是对甲方与乙方间有关标的事项的完整规定，取代此前双方在这方面的任何协议，并涵盖此前双方的所有讨论。非经双方书面同意，任何对于本协议的变更和修改以及对于协议项下权利的放弃都视为无效。乙方职责、薪水和补偿方面的任何变化都不影响本协议的效力和范围。



4

12.3 **附属协议。** 本协议作为甲乙双方签署的《劳动合同》的附件，应与《劳动合同》一体解释，本协议未约定的事项，法律有明确规定的，以法律规定为准；法律未明确规定的，以《劳动合同》的约定为准。但本协议的效力不因《劳动合同》的终止而终止。

甲方：上海至算科技有限公司

签署：

职务：

乙方：李路茜

签署：



5

US-0154627

Trial Exhibit 1184S Page-005