## Google Source Documents Related to Alleged Trade Secret Files

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| 1 (TPU Systems) | 371 | PFC - BarnaCore Instruction Set Architecture-at-2023-04-16T06_09_02Z-pinned.pdf | 46 | • Piper-Group-Default-Access | No |
| 1 (TPU Systems) | 358 | PFC - Host Communication-at-2023-04-16T06_07_40Z-pinned.pdf | 93 | • Deepsea-Access | No |
| 1 (TPU Systems) | 359 | PFC - ICI Initialization-at-2023-04-16T06_09_16Z-pinned.pdf | 94 | • Deepsea-Access | No |
| 1 (TPU Systems) | 360 | PFC - ICI Link Enable and Resets-at-2023-04-16T06_09_07Z-pinned.pdf | 95 | • Deepsea-Access | No |
| 1 (TPU Systems) | 361 | PFC - Interconnect-at-2023-04-16T06_09_20Z-pinned.pdf | 174 | • Deepsea-Access | No |
| 1 (TPU Systems) | 362 | PFC - Memory System-at-2023-04-16T06_09_12Z-pinned.pdf | 96 | • Deepsea-Access | No |
| 1 (TPU Systems) | 363 – 370 | PFC - TensorCore Instruction Set Architecture 1-at-2023-04-16T06_08_56Z-pinned.pdf – PFC - TensorCore Instruction Set Architecture 8-at-2023-04-16T06_08_14Z-pinned.pdf | 43 | • Piper-Group-Default-Access | No |
| 1 (TPU Systems) | 373 | TPU ICI-at-2022-06-01T18_10_22Z-pinned.pdf | 210 | • Individual Employees | Yes – Confidential + Proprietary |

1

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| 1 (TPU Systems) | 372 | TensorCore Instruction Set Architecture - JFC _ DFC-at-2023-04-16T06_06_49Zpinned.pdf | 47 | • Piper-Group-Default-Access | No |
| 2 (TPU Systems) | 374 | Accelerators-at-2023-04-16T05_59_44Z-pinned.pdf | 78 | • Level2_Ti<br>• Pie-Org<br>• Pie-University<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 2 (TPU Systems) | 376 | Ghostlite-at-2022-06-01T17_27_39Z-pinned.pdf | 90 | • Deepsea-Restricted<br>• Ghostlite-Team<br>• Feldy-Staff<br>• Level3_Restricted<br>• Npi-Ops<br>• Csco-Plc-Gate-Approval-Directors<br>• Ghostlite-Gcd<br>• Kamrant-Managers<br>• Seven Group Hangouts<br>• Individual Employees | Yes –<br><br>L3 Restricted;<br><br>Confidential + Proprietary |
| 2 (TPU Systems) | 379 | ViperLitePod System Introduction-at-2023-04-16T05_59_52Z-pinned.pdf | 86 | • Level3_Restricted<br>• Viperlitepod-Team<br>• Deepsea-Access<br>• Aamer-Ext-Staff<br>• Deepsea-Restricted<br>• Three Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential+ Proprietary |
| 2 (TPU Systems) | 377 | Ghostlite-at-2022-06-01T17_33_18Z-pinned.pdf | 90 | • Deepsea–Restricted<br>• Ghostlite-Team<br>• Ghostlite-GCD | Yes – |

US-0177274
Trial Exhibit 1195 Page-002

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | • Feldy-Staff<br>• Level3_Restricted<br>• NPI-OPS<br>• CSCO-PLC-Gate-Approval-Directors<br>• Kamrant-Managers<br>• Seven Group Hangouts<br>• Individual Employees | L3 Restricted;<br><br>Confidential + Proprietary |
| | | | 172 | • Deepsea-Access<br>• Deepsea-Restricted<br>• Ghostlite-Announce<br>• Level2-TI<br>• Two Group Hangouts<br>• Individual Employees | Yes –<br><br>L3 Restricted;<br><br>Confidential + Proprietary |
| 2 (TPU Systems) | 378 | ViperLite-at-2022-06-01T17_33_06Z-pinned.pdf | 143 | • Google Cloud Product<br>• Borglet-Accel<br>• Individual Employees | Yes –<br><br>Confidential \| Confidential \| Public |
| | | | 149 | • Level3_Restricted<br>• Promo-Committees<br>• S2infra-Extended-Staff<br>• Viperlite-Team<br>• Borg-Ml-Sre-Discuss<br>• Cp-Grad-Doc-Access<br>• Ten Group Hangouts<br>• Individual Employees | Yes –<br><br>L3 Restricted;<br><br>Confidential + Proprietary |
| | | | 156 | • Level2_TI | Yes – |

US-0177275
Trial Exhibit 1195 Page-003

## Google Source Documents Related to Alleged Trade Secret Files

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | <ul><li>Promo-Committees</li><li>Viperlite-Team</li><li>CP-Grad-Doc-Access</li><li>GCD-GSME</li><li>Viperlite-GCD</li><li>CSCO-PLC-Gate-Approval-Directors</li><li>Seven Group Hangouts</li><li>Individual Employees</li></ul> | L2_TI;<br><br>Confidential + Proprietary |
| | | | 161 | <ul><li>Level3_Restricted</li><li>Ps-Pmo</li><li>Promo-Committees</li><li>Pie-Shared-Quietly</li><li>Cloud-Tpu-Leads</li><li>Ps2-Leadership</li><li>Pie-Announcements</li><li>Deepsea-Access</li><li>Aamer-Ext-Staff</li><li>Tpu-In-Cloud</li><li>Cloud-Tpu-Capacity</li><li>Nine Group Hangouts</li><li>Individual Employees</li></ul> | Yes –<br><br>L3 Restricted;<br><br>Confidential + Proprietary |
| | | | 179 | <ul><li>Alphabet</li><li>Borglet-Accel</li><li>One Group Hangouts</li><li>Individual Employees</li></ul> | No |
| 2 (TPU Systems) | 380 | ViperLitePod-at-2022-06-01T17_33_23Z-pinned.pdf | 150 | <ul><li>Level3_Restricted</li><li>Deepsea-Restricted-5nm</li><li>Viperlitepod-Team</li></ul> | Yes – |

US-0177276
Trial Exhibit 1195 Page-004

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | • Csco-Plc-Gate-Approval-Directors<br>• Viperlitepod-Gcd<br>• Deepsea-Restricted<br>• Ml-Fleet<br>• Individual Employees | L3 Restricted;<br><br>Confidential + Proprietary |
| 2 (TPU Systems) | 375 | Ghostlite Multi-host Software Enablement Program Kickoff.pdf | 154 | • Tech Infrastructure<br>• Individual Employees | Yes –<br><br>Confidential+ Proprietary |
| 3 (TPU Systems) | 382 | Ghostfish Software Review For Planning Entry-at-2023-04-16T06_09_24Z-pinned.pdf.pdf | 74 | • Ghostfish-Sw<br>• Two Group Hangouts<br>• Individual Employees | Yes –<br><br>L2_TI;<br><br>Confidential+ Proprietary |
| 3 (TPU Systems) | 384 | PFC - Pufferfish GRM-at-2023-04-16T06_07_44Z-pinned.pdf | 97 | • Deepsea-Access | No |
| 3 (TPU Systems) | 381 | Cloud TPU-at-2022-06-01T17_32_53Z-pinned.pdf | 212 | • Piper-Group-Default-Access | No |
| | | | 98 | • Piper-Group-Default-Access | No |
| 3 (TPU Systems) | 383 | ICI Resilient Slice-at-2022-06-01T17_33_32Z-pinned.pdf.pdf | 58 | • /Hd/Domain/Google.Com<br>• Level3_Restricted<br>• Cp-Grad-Doc-Access<br>• Promo-Committees<br>• Platforms-Plus-Swe-Managers<br>• Resilient-Slice<br>• Deepsea-Access | Yes –<br><br>L2_TI;<br><br>Confidential + Proprietary |

US-0177277
Trial Exhibit 1195 Page-005

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | • Pie-Shared-Quietly<br>• Individual Employees | |
| | | | 114 | • /Hd/Domain/Google.Com<br>• Level3_Restricted<br>• Perf-Team-Perf<br>• Rdegruijl-Team-Swe-Perf-2022<br>• Resilient-Slice<br>• Portalfire<br>• Deepsea-Restricted<br>• Pie-Shared-Quietly<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 3 (TPU Systems) | 385 | XLA_TPU-at-2023-04-16T06_00_25Z-pinned.pdf.pdf | 152 | • Tech Infrastructure<br>• Individual Employees | No |
| 3 (TPU Systems) | 393 | Slice Builder-at-2023-04-16T06_07_00Z-pinned.pdf.pdf | 44 | • Piper-Group-Default-Access | No |
| 3 (TPU Systems) | 394 | Slice Creation Algorithms-at-2023-04-16T06_06_57Z-pinned.pdf.pdf | 99 | • Piper-Group-Default-Access | No |
| | | | 101 | • Piper-Group-Default-Access | No |
| | | | 45 | • Piper-Group-Default-Access | No |
| 3 (TPU Systems) | 388 | Flume with Accelerators-at-2023-04-16T07_12_15Z-pinned.pdf | 209 | • Piper-Group-Default-Access | No |
| 3 (TPU Systems) | 390 | Megascale Networking-at-2022-05-21T03_50_23Z-pinned.pdf | 146 | • Ore-Ml-Runtime-Leads<br>• Tfrt-Friends<br>• Alphabet<br>• Individual Employees | No |

US-0177278
Trial Exhibit 1195 Page-006

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| 3 (TPU Systems) | 397 | XOR Core ML Review (Dev Entry)-at-2023-04-16T05_25_59Z-pinned.pdf | 88 | • Alphabet<br>• Core-Ml-Eng-Reviews-Extended<br>• Accelerator-Orchestration<br>• Xor-Leads<br>• Xor-Networking<br>• Core-Ml-Review-Extendedgroup<br>• Five Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 3 (TPU Systems) | 398 | XOR PRD-at-2023-04-16T07_12_44Z-pinned.pdf.pdf | 87 | • Xor-Cloud<br>• Alphabet<br>• Four Group Hangouts<br>• Individual Employees | No |
| 3 (TPU Systems) | 389 | JAX+Pathways-at-2023-04-16T07_13_07Z-pinned.pdf.pdf | 211 | • Piper-Group-Default-Access | No |
| 3 (TPU Systems) | 396 | Training multipod models on Ghostlite-at-2023-04-16T05_25_42Z-pinned.pdf.pdf | 61 | • Alphabet<br>• Scaling-Team<br>• Individual Employees | No |
| 3 (TPU Systems) | 399 | XOR _ Horizontal Scaling-at-2023-04-16T05_24_26Z-pinned.pdf.pdf | 92 | • Level2_Ti<br>• S2infra-Staff<br>• Alphabet<br>• Individual Employees | Yes –<br><br>L2_TI;<br><br>Confidential + Proprietary |
| 3 (TPU Systems) | 387 | Cloud TPU V5 PF_VF Initialization-at-2022-06-01T17_33_59Z-pinned.pdf | 792 | • Alphabet<br>• Individual Employees | No |
| 3 | 386 | | 71 | • Tech Infrastructure | No |

US-0177279<br>Trial Exhibit 1195 Page-007

## Google Source Documents Related to Alleged Trade Secret Files

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| (TPU Systems) | | AdAstra-Network-at-2022-06-01T18_21_40Z-pinned.pdf | | • Individual Employees | |
| | | | 183 | • Area-Tech-Leads-And-Directors<br>• Deepsea-Restricted<br>• Urs-Staff<br>• Vinoj-Staff-Extended<br>• Bart-Staff<br>• Aamer-Ext-Staff<br>• Pufferfish-Team<br>• Pie-Org<br>• Deepsea-Access<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| | | | 147 | • Deepsea-Restricted<br>• Network-Control<br>• Network-Cluster<br>• Deepsea-Access<br>• Individual Employees | No |
| 3 (TPU Systems) | 395 | TPU Fungibility _ ACU Roadmap-at-2023-04-16T05_30_21Z-pinned.pdf | 83 | • Alphabet<br>• Individual Employees | No |
| 3 (TPU Systems) | 392 | MegaScale XLA-at-2022-05-21T03_50_38Z-pinned.pdf | 77 | • Alphabet<br>• Xor-Leads<br>• One Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 3 (TPU Systems) | 391 | MegaScale XLA - Doc-at-2022-05-21T03_50_09Z-pinned.pdf | 217 | • Alphabet<br>• Individual Employees | No |
| 4 | 400 | AdAstra-Board-at-2022-06-01T18_16_04Z-pinned.pdf | 42 | • Adastra-Core<br>• Hwe-Res-Attendees-Ye21 | Yes – |

US-0177280
Trial Exhibit 1195 Page-008

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| (GPU Systems) | | | | • Uhm-M-Dev<br>• Individual Employees | Confidential + Proprietary |
| 4 (GPU Systems) | 401 | AdAstra-Hardware-at-2022-06-01T18_15_04Z-pinned.pdf | 137 | • Level2_Ti<br>• Adastra-Updates<br>• Tide-Team<br>• Adastra-Sw<br>• Adastra-Core<br>• Four Group Hangouts<br>• Individual Employees | Yes –<br><br>L2_TI;<br><br>Confidential + Proprietary |
| | | | 138 | • Adastra-Core<br>• Adastra-Sw<br>• Adastra-Updates<br>• S2infra-Staff<br>• Adastra-Gce-Core<br>• Cp-Grad-Doc-Access<br>• Level2_Ti<br>• A2plus-Core<br>• S2infra-Extended-Staff<br>• Four Group Hangouts<br>• Individual Employees | Yes –<br><br>L2_TI;<br><br>Confidential + Proprietary |
| | | | 139 | • Adastra-Core<br>• Ufo-Sw-Tpms<br>• Ml-Steering-Committee<br>• Borglet-Accel<br>• Ps2-Ext-Leads<br>• Ufo-Impact-Assessment<br>• One Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential |

US-0177281
Trial Exhibit 1195 Page-009

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | 148 | • Tech Infrastructure<br>• One Group Hangouts<br>• Individual Employees | No |
| | | | 79 | • Individual Employees | Yes –<br><br>Confidential |
| | | | 107 | • Adastra-Core<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| | | | 184 | • Adastra-Core<br>• Individual Employees | No |
| | | | 155 | • Adastra-Core<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| | | | 190 | • Perf-Team-Leads<br>• Platforms-Plus-Swe-Managers<br>• Tech Infrastructure<br>• Promo-Committees<br>• Aamer-Ext-Staff<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 4 (GPU Systems) | 402 | AdAstra-Mechanical-at-2022-06-01T18_15_24Z-pinned.pdf | 136 | • Adastra-Core<br>• Endurance-Hw<br>• Adastra-Sw<br>• Endurance-Core<br>• Ufo-Sw-Tpms<br>• Ufo-Impact-Assessment | Yes –<br><br>L2_TI;<br><br>Confidential + Proprietary |

US-0177282
Trial Exhibit 1195 Page-010

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | • One Group Hangouts<br>• Individual Employees | |
| | | | 153 | • Promo-Committees<br>• Adastra-Core<br>• Pie-Shared-Quietly<br>• Tech Infrastructure<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 4 (GPU Systems) | 403 | AdAstra-NetworkTopology-at-2022-06-01T18_20_24Z-pinned.pdf | 107 | • Adastra-Core<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| | | | 139 | • Adastra-Core<br>• Ufo-Sw-Tpms<br>• Netinfra-Team<br>• Ml-Steering-Committee<br>• Borglet-Accel<br>• Ps2-Ext-Leads<br>• Ufo-Impact-Assessment<br>• One Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential |
| 4 (GPU Systems) | 405 | BigRig-at-2022-06-01T17_21_30Z-pinned.pdf | 141 | • As2-Gyrfalcon<br>• Bigrig-Core<br>• Level2_Ti<br>• Bigrig-Cc<br>• Pie-Org<br>• Individual Employees | Yes –<br><br>L2_TI;<br><br>Confidential + Proprietary |
| | | | 142 | • Dcsw-Mgrs<br>• Gpus-For-Gce | Yes – |

US-0177283
Trial Exhibit 1195 Page-011

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | • Promo-Committees<br>• Adastra-Core<br>• Bigrig-Cc<br>• Ufo-Sw-Tpms<br>• Bigrig-Core<br>• Platforms-Extended<br>• Individual Employees | Confidential + Proprietary |
| | | | 166 | • Pie-Org<br>• As2-Bigrig<br>• Supplier-Pcns<br>• As2-Gyrfalcon<br>• Bigrig-Core<br>• Bigrig-Cc<br>• Make-It-All-Happen@<br>• Level2_Ti<br>• Three Group Hangouts<br>• Individual Employees | Yes –<br><br>L2_Tl;<br><br>Confidential + Proprietary |
| | | | 167 | • /Hd/Domain/Google.Com<br>• Individual Employees | No |
| | | | 185 | • /Hd/Domain/Google.Com<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| | | | 186 | • /Hd/Domain/Google.Com<br>• Individual Employees | No |
| | | | 170 | • Eng-Fulltime<br>• Individual Employees | No |

US-0177284
Trial Exhibit 1195 Page-012

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| 4 (GPU Systems) | 407 | Endurance-B Hardware Design Doc (go_endurance-hw-spec)-at-2023-04-16T05_59_31Z-pinned.pdf | 70 | • Tech Infrastructure<br>• Three Group Hangouts<br>• Individual Employees | Yes – Access Level 2;<br><br>Confidential + Proprietary |
| 4 (GPU Systems) | 404 | AdAstra-Storage-at-2022-06-01T18_16_25Z-pinned.pdf | 132 | • Allofcloud<br>• Tech Infrastructure<br>• Googlecloudorg<br>• Three Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential |
| 4 (GPU Systems) | 406 | Endurance GPU tray fans-at-2023-04-16T05_30_44Z-pinned.pdf | 144 | • Level2_Ti<br>• Aamer-Ext-Staff<br>• Cheec-Fte<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 4 (GPU Systems) | 409 | Rack - Jolt, Zoid2-at-2022-06-01T17_37_55Z-pinned.pdf | 89 | • Cheec-Tlms<br>• Csco-Plc-Gate-Approval-Directors<br>• Viperfish-Team<br>• Level2_Ti<br>• Three Group Hangouts<br>• Individual Employees | Yes –<br><br>L2_TI;<br><br>Confidential + Proprietary |
| | | | 117 | • Zoid2-Core<br>• Zoid-One-Core<br>• Level2_Ti<br>• Individual Employees | Yes –<br><br>L2_TI;<br><br>Confidential + Proprietary |
| 4 | 410 | | 151 | • Alphabet | No |

US-0177285
Trial Exhibit 1195 Page-013

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| (GPU Systems) | | Tech Overview-at-2022-05-21T03_25_32Z-pinned.pdf | | • Xborg-Dev<br>• Individual Employees | |
| | | | 207 | • Vc2<br>• /Hd/Domain/Google.Com<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| | | | 208 | • Flex-Team<br>• Level2_Ti<br>• One Group Hangouts<br>• Individual Employees | Yes –<br><br>L2_Tl;<br><br>Confidential + Proprietary |
| | | | 206 | • Piper-Group-Default-Access | No |
| | | | 204 | • /Hd/Domain/Google.Com<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 4 (GPU Systems) | 408 | H100 Competitive Analysis-at-2023-04-16T05_31_38Z-pinned.pdf | 145 | • Deepsea-Restricted<br>• GLC-TC-Team<br>• CI2-TCAP-Staff<br>• Core-ML-Foundations-Leads<br>• Ten Group Hangouts<br>• Individual Employees | No |
| 5 (GPU Systems) | 411 | AdAstra - ML Sync Engineering Review-at-2023-04-16T05_29_42Z-pinned.pdf | 104 | • Level2_Ti<br>• Ml-System-Sync-Invitees<br>• Two Group Hangouts<br>• Individual Employees | Yes –<br><br>L2_Tl;<br><br>Confidential + Proprietary |

14

US-0177286<br>Trial Exhibit 1195 Page-014

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| 5 (GPU Systems) | 418 | AdAstra-GPUDirect-at-2022-06-01T18_17_29Z-pinned.pdf | 49 | • Aamer-Ext-Staff<br>• Promo-Committees<br>• Platforms-Plus-Swe-Managers<br>• Perf-Team-Leads<br>• Tech Infrastructure<br>• Adastra-Sw<br>• Individual Employees | No |
| | | | 103 | • Adastra-Sw<br>• Individual Employees | No |
| 5 (GPU Systems) | 412 | Adastra Diorite-GPU Direct P2P-at-2023-04-16T05_54_55Z-pinned.pdf | 213 | • Aamer-Ext-Staff<br>• Promo-Committees<br>• Platforms-Plus-Swe-Managers<br>• Perf-Team-Leads<br>• Tech Infrastructure<br>• Adastra-Sw<br>• Individual Employees | No |
| 5 (GPU Systems) | 419 | AdAstra-LinkD-at-2022-06-01T18_21_02Z-pinned.pdf | 79 | • Individual Employees | Yes – Confidential |
| | | | 133 | • Mlsc-Team<br>• Individual Employees | No |
| 5 (GPU Systems) | 420 | AdAstra-MachineManager-at-2022-06-01T18_19_30Z-pinned.pdf | 128 | • /Hd/Domain/Google.Com<br>• Promo-Committees<br>• Platforms-Extended<br>• Pie-Org<br>• Individual Employees | No |
| 5 | 423 | AdAstra-SuperpodSW-at-2022-06-01T18_18_20Z-pinned.pdf | 79 | • Individual Employees | Yes – |

US-0177287
Trial Exhibit 1195 Page-015

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| (GPU Systems) | | | | | Confidential |
| | | | 115 | • Google-Netbase<br>• Borg-Hardware-Sre<br>• Two Group Hangouts<br>• Individual Employees | No |
| 5 (GPU Systems) | 428 | Borg Traffic Matrix API for Astrophel-at-2023-04-16T05_31_27Z-pinned.pdf | 64 | • Borg-Control-Tls<br>• Borglet-Team<br>• Borg-Control-Plane-Mgrs<br>• Borg-Control-Team<br>• Alphabet<br>• Individual Employees | No |
| 5 (GPU Systems) | 429 | Fabric Topology for Astrophel-at-2023-04-16T05_31_48Z-pinned.pdf | 53 | • Google Cloud Product<br>• Astrophel-Eng<br>• Astrophel-Fabric-Eng<br>• Astrophel-Extended<br>• Dcni-Dev-Team<br>• Xor-Networking<br>• Topology-Engineering-Dev<br>• One Group Hangouts<br>• Individual Employees | No |
| 5 (GPU Systems) | 413 | AdAstra-Cloud Control Plane-at-2022-06-01T18_14_35Z-pinned.pdf | 62 | • Google Cloud Platforms<br>• Individual Employees | No |
| | | | 105 | • Two Group Hangouts<br>• Individual Employees | No |
| | | | 106 | • Adastra-Sw<br>• Individual Employees | No |
| 5 | 414 | | 112 | • Individual Employees | No |

US-0177288
Trial Exhibit 1195 Page-016

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| (GPU Systems) | | AdAstra-CloudNetworking-at-2022-06-01T18_18_05Z-pinned.pdf | 116 | • Adastra-Sw<br>• Adastra-Core<br>• Google Cloud Platforms<br>• Individual Employees | No |
| 5 (GPU Systems) | 415 | AdAstra-ControlPlane-at-2022-06-01T18_15_54Z-pinned.pdf | 102 | • Google Cloud Platforms<br>• Individual Employees | No |
| | | | 108 | • Individual Employees | No |
| | | | 100 | • Piper-Group-Default-Access | No |
| | | | 162 | • Alphabet<br>• One Group Hangouts<br>• Individual Employees | No |
| 5 (GPU Systems) | 416 | 16 AdAstra-EnduranceDiagnosticsAndTools-at-2022-06-01T18_18_42Z-pinned.pdf | 163 | • Tech Infrastructure<br>• Individual Employees | No |
| 5 (GPU Systems) | 417 | AdAstra-EnduranceSSW-at-2022-06-01T18_18_13Z-pinned.pdf | 134 | • Adastra-Core<br>• Two Group Hangouts<br>• Individual Employees | No |
| | | | 124 | • Adastra-Core<br>• Individual Employees | No |
| 5 (GPU Systems) | 421 | AdAstra-Networking-at-2022-06-01T18_13_24Z-pinned.pdf | 91 | • Individual Employees | Yes – Confidential |
| 5 (GPU Systems) | 422 | AdAstra-StableFleet-at-2022-06-01T18_19_03Z-pinned.pdf | 164 | • Google Cloud Platforms<br>• Individual Employees | Yes – Confidential + Proprietary |

US-0177289
Trial Exhibit 1195 Page-017

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| 5 (GPU Systems) | 424 | AdAstra-XManager-at-2022-06-01T18_19_20Z-pinned.pdf | 132 | • Allofcloud<br>• Tech Infrastructure<br>• Googlecloudorg<br>• Three Group Hangouts<br>• Individual Employees | Yes – Confidential |
| 5 (GPU Systems) | 425 | Astrophel on GKE - User Journey-at-2023-04-16T05_31_31Z-pinned.pdf | 788 | • Gke-Ai-Infra<br>• Gke-Node<br>• Individual Employees | No |
| 5 (GPU Systems) | 426 | Astrophel Requirements on GKE-at-2023-04-16T05_31_23Z-pinned.pdf | 787 | • Cr-Opsreview<br>• Gke-Kubernetes-Org<br>• One Group Hangouts<br>• Individual Employees | No |
| 5 (GPU Systems) | 427 | Astrophel User Journeys-at-2023-04-16T05_32_06Z-pinned.pdf | 791 | • Astrophel-Eng<br>• Google Cloud Product<br>• Individual Employees | No |
| 5 (GPU Systems) | 431 | Maintenance of GPU Pods and TPU Pod Slices in GKE-at-2023-04-16T05_31_52Z-pinned.pdf | 790 | • Alphabet<br>• Gke-Sre-Wg-Data-Plane-Reliability<br>• Gke-Node<br>• Gce-Node-Promo5-Shard2<br>• Individual Employees | No |
| 5 (GPU Systems) | 436 | UCF_ A Unified Communication Framework for ML and HPC in Google Cloud-at-2023-04-16T05_54_58Z-pinned.pdf | 85 | • Tech Infrastructure<br>• Individual Employees | No |
| 5 (GPU Systems) | 434 | TCPDirect for AdAstra System Architecture-at-2023-04-16T05_55_01Z-pinned.pdf | 82 | • Google Cloud Product<br>• Individual Employees | No |

US-0177290
Trial Exhibit 1195 Page-018

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| 5 (GPU Systems) | 435 | TCPDirect_ GPU-GPU interconnect improvements.pdf | 793 | • Adastra-Core<br>• Adastra-Sw<br>• One Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 5 (GPU Systems) | 433 | TCPDirect - Optimized Bulk Data Transfer to_from Devices-at-2023-04-16T05_55_04Z-pinned.pdf | 789 | • Osnet-Team<br>• Alphabet<br>• Two Group Hangouts<br>• Individual Employees | No |
| 5 (GPU Systems) | 432 | TCP Direct on Promethium-at-2023-04-16T05_54_40Z-pinned.pdf | 60 | • Tech Infrastructure<br>• Individual Employees | No |
| 5 (GPU Systems) | 430 | GPU sharing in Borg-at-2023-04-16T05_30_13Z-pinned.pdf | 73 | • /Hd/Domain/Google.Com<br>• Borglet-Accel<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 6 (Diorite) | 438 | Dorite-uArch-at-2022-06-01T18_30_23Z-pinned.pdf | 126 | • Diorite-Dev<br>• Ci2-Team<br>• Level3_Restricted<br>• /Hd/Domain/Google.Com<br>• Ci2-Sims<br>• Diorite-Access<br>• Aamer-Ext-Staff<br>• Tsadna-Core<br>• Ci2-Managers-Us<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 6 (Diorite) | 437 | | 122 | • Giant-Models<br>• Akshayjo-Team | Yes – |

US-0177291<br>Trial Exhibit 1195 Page-019

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | Diorite Architecture Overview-at-2022-06-01T18_28_57Z-pinned.pdf | | • Diorite-Dev<br>• Ml-Pathways-Team<br>• Aamer-Hwe-Promo<br>• Promo-Committees<br>• One Group Hangouts<br>• Individual Employees | Confidential + Proprietary |
| | | | 182 | • Tech Infrastructure<br>• Level3_Restricted<br>• Diorite-Dev<br>• Diorite-Access<br>• Two Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 6 (Diorite) | 439 | RDMA-at-2022-06-01T18_29_11Z-pinned.pdf | 69 | • Ci2-Managers-Us<br>• Ci2-Sims<br>• Platforms-Restricted<br>• Ci2-Team<br>• Tsadna-Core<br>• Diorite-Access<br>• Diorite-Dev<br>• Level3_Restricted<br>• /Hd/Domain/Google.Com<br>• One Group Hangouts<br>• Individual Defendants | Yes –<br><br>Confidential + Proprietary |
| | | | 181 | • Ci2-Managers-Us<br>• Ci2-Team<br>• Basalt-Access<br>• Isekai-Dev<br>• Dna-Grt-Team | Yes –<br><br>Confidential |

US-0177292
Trial Exhibit 1195 Page-020

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | • Ci2-Sims<br>• Level3_Restricted<br>• Bna-Team<br>• Basalt-Dev<br>• Two Group Hangouts<br>• Individual Employees | |
| | | | 182 | • Tech Infrastructure<br>• Level3_Restricted<br>• Diorite-Dev<br>• Diorite-Access<br>• Two Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 6 (Diorite) | 440 | Terrazzo V2_ concept phase CFR-at-2023-04-16T05_59_40Z-pinned.pdf | 84 | • Level2_Ti<br>• One Group Hangouts<br>• Individual Employees | Yes –<br><br>L2_TI;<br><br>Confidential + Proprietary |
| 7 (Diorite) | 461 | Raptor Multi-NIC-at-2022-06-01T17_21_52Z-pinned.pdf | 115 | • Google-Netbase<br>• Borg-Hardware-Sre<br>• Two Group Hangouts<br>• Individual Employees | No |
| | | | 131 | • Adastra-Core<br>• Level2_Ti<br>• Burnin-Team<br>• Ps2-All<br>• Ufo-Impact-Assessment<br>• Two Group Hangouts | Yes –<br><br>L2_TI;<br><br>Confidential + Proprietary |

US-0177293<br>Trial Exhibit 1195 Page-021

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | • Individual Employees | |
| 7 (Diorite) | 462 | RDMA on-NIC SW architecture.pdf | 59 | • Alphabet<br>• Project-Percy-Dev<br>• Five Group Hangouts<br>• Individual Employees | No |
| 7 (Diorite) | 443 | Andromeda3.0-at-2022-06-01T17_52_43Z-pinned.pdf | 48 | • Piper-Group-Default-Access | No |
| | | | 50 | • Virtnet-Dev<br>• /Hd/Domain/Google.Com<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| | | | 110 | • /Hd/Domain/Google.Com<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| | | | 109 | • /Hd/Domain/Google.Com<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 7 (Diorite) | 446 | CloudRDMA Top.pdf | 118 | • Piper-Group-Default-Access | No |
| | | | 67 | • Cloudhpc-Rdma-Wg<br>• Level2_Ti<br>• Amin-Staff<br>• One Group Hangouts<br>• Individual Employees | Yes –<br><br>L2_TI<br><br>Confidential + Proprietary |
| | | | 187 | • Cloudhpc-Rdma-Wg<br>• Adastra-Sw<br>• Three Group Hangouts | Yes –<br><br>Confidential + Proprietary |

US-0177294<br>Trial Exhibit 1195 Page-022

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | • Individual Employees | |
| | | | 188 | • Promo-Committees<br>• Cloudhpc-Rdma-Wg<br>• Amin-Staff<br>• Level2_Ti<br>• Google Cloud Product<br>• Individual Employees | Yes –<br><br>L2_TI<br><br>Confidential + Proprietary |
| | | | 112 | • Individual Employees | No |
| | | | 168 | • Cloudhpc-Rdma-Wg<br>• Individual Employees | No |
| | | | 189 | • Diorite-Dev<br>• Cloudhpc-Rdma-Wg<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| | | | 65 | • Project-Percy-Dev<br>• Cloudhpc-Rdma-Wg<br>• Four Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| | | | 173 | • Tech Infrastructure<br>• Eight Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 7 (Diorite) | 452 | CloudRDMA_Arch-at-2022-06-01T18_24_35Z-pinned.pdf | 68 | • Cloudmpi-Next20<br>• Level2_Ti<br>• Cloud-Hpc<br>• Cloudhpc-Rdma-Wg<br>• Accelerated-Networking<br>• Tech Infrastructure | Yes –<br><br>L2_TI |

US-0177295
Trial Exhibit 1195 Page-023

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | • Aamer-Hwe-Promo<br>• Level3_Restricted<br>• Individual Employees | |
| | | | 113 | • /Hd/Domain/Google.Com<br>• Individual Employees | No |
| | | | 111 | • /Hd/Domain/Google.Com<br>• Individual Employees | No |
| 7 (Diorite) | 448 | CloudRDMA-DeepDive-Datapath-at-2022-06-01T18_25_37Z-pinned.pdf | 65 | • Project-Percy-Dev<br>• Cloudhpc-Rdma-Wg<br>• Four Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 7 (Diorite) | 456 | Diorite-gHMA-at-2022-06-01T18_29_18Z-pinned.pdf | 57 | • Diorite-Access<br>• Diorite-Dev<br>• Platforms-Extended<br>• Promo-Committees<br>• Individual Employees | No |
| 7 (Diorite) | 457 | Diorite-OCM-at-2022-06-01T18_28_06Z-pinned.pdf | 56 | • Diorite-Dev<br>• Mkhalaf-Ext-Staff<br>• One Group Hangouts<br>• Individual Employees | Yes –<br><br>Confidential + Proprietary |
| 7 (Diorite) | 458 | Diorite-Routing-at-2022-06-01T18_30_09Z-pinned.pdf | 127 | • Level2_Ti<br>• One Group Hangouts<br>• Individual Employees | No |
| | | | 785 | • Level2_Ti<br>• Individual Employees | No |
| 7 (Diorite) | 441 | Andromeda Routing IP in Diorite-at-2022-06-01T18_06_32Z-pinned.pdf | 51 | • Google Cloud Product<br>• Individual Employees | No |

US-0177296
Trial Exhibit 1195 Page-024

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| 7 (Diorite) | 442 | Andromeda, USPS _ Promethium. Network Virtualization_-at-2022-06-01T17_26_57Z-pinned.pdf | 165 | • Google Cloud Product<br>• Individual Employees | Yes – <br><br>Confidential + Proprietary |
| 7 (Diorite) | 444 | BaMM2, Pony Express _ Use Cases-at-2022-06-01T18_09_40Z-pinned.pdf | 130 | • Tech Infrastructure<br>• Individual Employees | Yes – <br><br>Confidential + Proprietary |
| 7 (Diorite) | 445 | CloudRDMA Overview-at-2022-06-01T18_24_44Z-pinned.pdf | 111 | • /Hd/Domain/Google.Com<br>• Individual Employees | No |
| 7 (Diorite) | 453 | CloudRDMA_DeepDive-Cloud-at-2022-06-01T18_25_45Z-pinned.pdf | 120 | • Tech Infrastructure<br>• Individual Employees | Yes – <br><br>Confidential + Proprietary |
| | | | 112 | • Individual Employees | No |
| 7 (Diorite) | 449 | CloudRDMA-DeepDive-IntegrationTest-at-2022-06-01T18_25_23Z-pinned.pdf | 121 | • Project-Percy-Dev<br>• Cloudhpc-Rdma-Wg<br>• Alphabet<br>• Two Group Hangouts<br>• Individual Employees | Yes – <br><br>Confidential + Proprietary |
| 7 (Diorite) | 450 | CloudRDMA-DeepDive-onNIC SW-at-2022-06-01T18_25_54Z-pinned.pdf | 66 | • Google Cloud Product<br>• Rus-Staff<br>• Ps2-Deep-Dives-Guests<br>• Ps2-Ext-Leads<br>• Level2_Ti<br>• One Group Hangouts<br>• Individual Employees | Yes – <br><br>Confidential + Proprietary |
| | | | 169 | • Google Cloud Product | No |

US-0177297
Trial Exhibit 1195 Page-025

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| | | | | • Individual Employees | |
| 7 (Diorite) | 451 | CloudRDMA-DeepDive-Telemetry_Debugging.pdf | 135 | • Cloudhpc-Rdma-Wg<br>• Project-Percy-Dev<br>• Two Group Hangouts<br>• Individual Employees | Yes – <br><br>Confidential + Proprietary |
| 7 (Diorite) | 454 | Diorite ATE Use Cases-at-2023-04-16T05_55_48Z-pinned.pdf | 55 | • Justai<br>• Promo-Committees<br>• Google Cloud Product<br>• Perf-Team-Leads<br>• Aamer-Ext-Staff<br>• Platforms-Plus-Swe-Managers<br>• Individual Employees | No |
| 7 (Diorite) | 459 | Diorite-Topology-at-2022-06-01T18_29_55Z-pinned.pdf | 72 | • Diorite-Access<br>• Promo-Committees<br>• Venkyn-All-Managers<br>• /Hd/Domain/Google.Com<br>• Gce-Node<br>• Individual Employees | No |
| 7 (Diorite) | 460 | HMA RDMA Support-at-2022-06-01T18_29_46Z-pinned.pdf | 75 | • Diorite-Access<br>• Aamer-Hwe-Managers<br>• Promo-Committees<br>• Platforms-Plus-Swe-Managers<br>• Diorite-Dev<br>• Individual Employees | No |
| 7 (Diorite) | 447 | CloudRDMA-Arcus-at-2022-06-01T18_26_30Z-pinned.pdf | 52 | • Google Cloud Platforms<br>• Individual Employees | No |

US-0177298<br>Trial Exhibit 1195 Page-026

**Google Source Documents Related to Alleged Trade Secret Files**

| Alleged Trade Secret Category | Exhibit Number | Alleged Trade Secret File Title | Source Document Exhibit Number | Google Access Control Levels | Markings |
|---|---|---|---|---|---|
| 7 (Diorite) | 455 | Diorite Peer-To-Peer PCIe-at-2023-04-16T05_54_52Z-pinned.pdf | 216 | • Diorite-Access<br>• Diorite-Dev<br>• Individual Employees | Yes – Confidential |

US-0177299
Trial Exhibit 1195 Page-027