CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEFF MITCHELL (CABN 236225)
Chief, Criminal Division
CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov
    roland.chang@usdoj.gov

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100 | Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER** LLP
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000 | Fax: +1 415 677 9041

Attorneys for Defendant: LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>        Defendant. | Case No.  3:24-CR-00141-VC<br><br>**JOINT CERTIFICATION OF COUNSEL REGARDING TRIAL EXHIBITS** |

Pursuant to Civil Local Rule 5-1(g), the parties certify that they have filed true and correct copies of the exhibits which were submitted to the Court and admitted into evidence at the trial held in the above-captioned matter. The parties have applied agreed upon redactions to the exhibits to protect against disclosure of personal identifiable information and other information referenced in Federal Rule of Criminal Procedure 49.1.

The following is a complete list of the exhibits admitted into evidence:

| Exhibit Number | Type | Method of Filing |
|---|---|---|
| 1 | Spreadsheet | DropBox |
| 2 | Document | ECF |
| 5 | Spreadsheet | DropBox |
| 6 | Spreadsheet | DropBox |
| 7 | Spreadsheet | DropBox |
| 13 | Spreadsheet | DropBox |
| 14 | Spreadsheet | DropBox |
| 15 | Spreadsheet | DropBox |
| 18 | Video | DropBox |
| 27 | Document | ECF |
| 42 | Document | ECF- Under Seal |
| 43 | Document | ECF- Under Seal |
| 44 | Document | ECF- Under Seal |
| 45 | Document | ECF- Under Seal |
| 46 | Document | ECF- Under Seal |
| 47 | Document | ECF- Under Seal |
| 48 | Document | ECF- Under Seal |
| 49 | Document | ECF- Under Seal |
| 50 | Document | ECF- Under Seal |
| 51 | Document | ECF- Under Seal |
| 52 | Document | ECF- Under Seal |
| 53 | Document | ECF- Under Seal |
| 54 | Document | ECF- Under Seal |
| 55 | Document | ECF- Under Seal |

1

| 56 | Document | ECF- Under Seal |
|---|---|---|
| 57 | Document | ECF- Under Seal |
| 58 | Document | ECF- Under Seal |
| 59 | Document | ECF- Under Seal |
| 60 | Document | ECF- Under Seal |
| 61 | Document | ECF- Under Seal |
| 62 | Document | ECF- Under Seal |
| 63 | Document | ECF- Under Seal |
| 64 | Document | ECF- Under Seal |
| 65 | Document | ECF- Under Seal |
| 66 | Document | ECF- Under Seal |
| 67 | Document | ECF- Under Seal |
| 68 | Document | ECF- Under Seal |
| 69 | Document | ECF- Under Seal |
| 70 | Document | ECF- Under Seal |
| 71 | Document | ECF- Under Seal |
| 72 | Document | ECF- Under Seal |
| 73 | Document | ECF- Under Seal |
| 74 | Document | ECF- Under Seal |
| 75 | Document | ECF- Under Seal |
| 76 | Document | ECF- Under Seal |
| 77 | Document | ECF- Under Seal |
| 78 | Document | ECF- Under Seal |
| 79 | Document | ECF- Under Seal |
| 80 | Document | ECF- Under Seal |
| 81 | Document | ECF- Under Seal |
| 82 | Document | ECF- Under Seal |
| 83 | Document | ECF- Under Seal |
| 84 | Document | ECF- Under Seal |
| 85 | Document | ECF- Under Seal |
| 86 | Document | ECF- Under Seal |

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

| 87 | Document | ECF- Under Seal |
|---|---|---|
| 88 | Document | ECF- Under Seal |
| 89 | Document | ECF- Under Seal |
| 90 | Document | ECF- Under Seal |
| 91 | Document | ECF- Under Seal |
| 92 | Document | ECF- Under Seal |
| 93 | Document | ECF- Under Seal |
| 94 | Document | ECF- Under Seal |
| 95 | Document | ECF- Under Seal |
| 96 | Document | ECF- Under Seal |
| 97 | Document | ECF- Under Seal |
| 98 | Document | ECF- Under Seal |
| 99 | Document | ECF- Under Seal |
| 100 | Document | ECF- Under Seal |
| 101 | Document | ECF- Under Seal |
| 102 | Document | ECF- Under Seal |
| 103 | Document | ECF- Under Seal |
| 104 | Document | ECF- Under Seal |
| 105 | Document | ECF- Under Seal |
| 106 | Document | ECF- Under Seal |
| 107 | Document | ECF- Under Seal |
| 108 | Document | ECF- Under Seal |
| 109 | Document | ECF- Under Seal |
| 110 | Document | ECF- Under Seal |
| 111 | Document | ECF- Under Seal |
| 112 | Document | ECF- Under Seal |
| 113 | Document | ECF- Under Seal |
| 114 | Document | ECF- Under Seal |
| 115 | Document | ECF- Under Seal |
| 116 | Document | ECF- Under Seal |
| 117 | Document | ECF- Under Seal |

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

| | | |
|---|---|---|
| 118 | Document | ECF- Under Seal |
| 119 | Document | ECF- Under Seal |
| 120 | Document | ECF- Under Seal |
| 121 | Document | ECF- Under Seal |
| 122 | Document | ECF- Under Seal |
| 123 | Document | ECF- Under Seal |
| 124 | Document | ECF- Under Seal |
| 125 | Document | ECF- Under Seal |
| 126 | Document | ECF- Under Seal |
| 127 | Document | ECF- Under Seal |
| 128 | Document | ECF- Under Seal |
| 129 | Document | ECF- Under Seal |
| 130 | Document | ECF- Under Seal |
| 131 | Document | ECF- Under Seal |
| 132 | Document | ECF- Under Seal |
| 133 | Document | ECF- Under Seal |
| 134 | Document | ECF- Under Seal |
| 135 | Document | ECF- Under Seal |
| 136 | Document | ECF- Under Seal |
| 137 | Document | ECF- Under Seal |
| 138 | Document | ECF- Under Seal |
| 139 | Document | ECF- Under Seal |
| 140 | Document | ECF- Under Seal |
| 141 | Document | ECF- Under Seal |
| 142 | Document | ECF- Under Seal |
| 143 | Document | ECF- Under Seal |
| 144 | Document | ECF- Under Seal |
| 145 | Document | ECF- Under Seal |
| 146 | Document | ECF- Under Seal |
| 147 | Document | ECF- Under Seal |
| 148 | Document | ECF- Under Seal |

4

| | | |
|---|---|---|
| 149 | Document | ECF- Under Seal |
| 150 | Document | ECF- Under Seal |
| 151 | Document | ECF- Under Seal |
| 152 | Document | ECF- Under Seal |
| 153 | Document | ECF- Under Seal |
| 154 | Document | ECF- Under Seal |
| 155 | Document | ECF- Under Seal |
| 156 | Document | ECF- Under Seal |
| 157 | Document | ECF- Under Seal |
| 158 | Document | ECF- Under Seal |
| 159 | Document | ECF- Under Seal |
| 160 | Document | ECF- Under Seal |
| 161 | Document | ECF- Under Seal |
| 162 | Document | ECF- Under Seal |
| 163 | Document | ECF- Under Seal |
| 164 | Document | ECF- Under Seal |
| 165 | Document | ECF- Under Seal |
| 166 | Document | ECF- Under Seal |
| 167 | Document | ECF- Under Seal |
| 168 | Document | ECF- Under Seal |
| 169 | Document | ECF- Under Seal |
| 170 | Document | ECF- Under Seal |
| 171 | Document | ECF- Under Seal |
| 172 | Document | ECF- Under Seal |
| 173 | Document | ECF- Under Seal |
| 174 | Document | ECF- Under Seal |
| 175 | Document | ECF- Under Seal |
| 176 | Document | ECF- Under Seal |
| 177 | Document | ECF- Under Seal |
| 178 | Document | ECF- Under Seal |
| 179 | Document | ECF- Under Seal |

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

| | | |
|---|---|---|
| 180 | Document | ECF- Under Seal |
| 181 | Document | ECF- Under Seal |
| 182 | Document | ECF- Under Seal |
| 183 | Document | ECF- Under Seal |
| 184 | Document | ECF- Under Seal |
| 185 | Document | ECF- Under Seal |
| 186 | Document | ECF- Under Seal |
| 187 | Document | ECF- Under Seal |
| 188 | Document | ECF- Under Seal |
| 189 | Document | ECF- Under Seal |
| 190 | Document | ECF- Under Seal |
| 191 | Document | ECF- Under Seal |
| 192 | Document | ECF- Under Seal |
| 193 | Document | ECF- Under Seal |
| 194 | Document | ECF- Under Seal |
| 195 | Document | ECF- Under Seal |
| 196 | Document | ECF- Under Seal |
| 197 | Document | ECF- Under Seal |
| 198 | Document | ECF- Under Seal |
| 199 | Document | ECF- Under Seal |
| 200 | Document | ECF- Under Seal |
| 201 | Document | ECF- Under Seal |
| 202 | Document | ECF- Under Seal |
| 203 | Document | ECF- Under Seal |
| 204 | Document | ECF- Under Seal |
| 205 | Document | ECF- Under Seal |
| 206 | Document | ECF- Under Seal |
| 207 | Document | ECF- Under Seal |
| 208 | Document | ECF- Under Seal |
| 209 | Document | ECF- Under Seal |
| 210 | Video | DropBox- Under Seal |

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

| | | |
|---|---|---|
| 211 | Document | ECF- Under Seal |
| 212 | Document | ECF- Under Seal |
| 213 | Document | ECF- Under Seal |
| 214 | Document | ECF- Under Seal |
| 215 | Document | ECF- Under Seal |
| 216 | Document | ECF- Under Seal |
| 217 | Document | ECF- Under Seal |
| 223 | Document | ECF- Under Seal |
| 277 | Document | ECF |
| 278 | Document | ECF |
| 279 | Document | ECF |
| 280 | Document | ECF |
| 282 | Document | ECF |
| 286 | Document | ECF |
| 296 | Document | ECF |
| 305 | Document | ECF |
| 308 | Document | ECF |
| 314 | Document | ECF |
| 328 | Document | ECF |
| 334 | Document | ECF |
| 336 | Document | ECF |
| 340 | Document | ECF |
| 341 | Document | ECF |
| 342 | Document | ECF |
| 346 | Document | ECF |
| 347 | Document | ECF |
| 348 | Document | ECF |
| 349 | Document | ECF |
| 353 | Document | ECF |
| 358 | Document | ECF- Under Seal |
| 359 | Document | ECF- Under Seal |

7

| 360 | Document | ECF- Under Seal |
|---|---|---|
| 361 | Document | ECF- Under Seal |
| 362 | Document | ECF- Under Seal |
| 363 | Document | ECF- Under Seal |
| 364 | Document | ECF- Under Seal |
| 365 | Document | ECF- Under Seal |
| 366 | Document | ECF- Under Seal |
| 367 | Document | ECF- Under Seal |
| 368 | Document | ECF- Under Seal |
| 369 | Document | ECF- Under Seal |
| 370 | Document | ECF- Under Seal |
| 371 | Document | ECF- Under Seal |
| 372 | Document | ECF- Under Seal |
| 373 | Document | ECF- Under Seal |
| 374 | Document | ECF- Under Seal |
| 375 | Document | ECF- Under Seal |
| 376 | Document | ECF- Under Seal |
| 377 | Document | ECF- Under Seal |
| 378 | Document | ECF- Under Seal |
| 379 | Document | ECF- Under Seal |
| 380 | Document | ECF- Under Seal |
| 381 | Document | ECF- Under Seal |
| 382 | Document | ECF- Under Seal |
| 383 | Document | ECF- Under Seal |
| 384 | Document | ECF- Under Seal |
| 385 | Document | ECF- Under Seal |
| 386 | Document | ECF- Under Seal |
| 387 | Document | ECF- Under Seal |
| 388 | Document | ECF- Under Seal |
| 389 | Document | ECF- Under Seal |
| 390 | Document | ECF- Under Seal |

8

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

| 391 | Document | ECF- Under Seal |
|---|---|---|
| 392 | Document | ECF- Under Seal |
| 393 | Document | ECF- Under Seal |
| 394 | Document | ECF- Under Seal |
| 395 | Document | ECF- Under Seal |
| 396 | Document | ECF- Under Seal |
| 397 | Document | ECF- Under Seal |
| 398 | Document | ECF- Under Seal |
| 399 | Document | ECF- Under Seal |
| 400 | Document | ECF- Under Seal |
| 401 | Document | ECF- Under Seal |
| 402 | Document | ECF- Under Seal |
| 403 | Document | ECF- Under Seal |
| 404 | Document | ECF- Under Seal |
| 405 | Document | ECF- Under Seal |
| 406 | Document | ECF- Under Seal |
| 407 | Document | ECF- Under Seal |
| 408 | Document | ECF- Under Seal |
| 409 | Document | ECF- Under Seal |
| 410 | Document | ECF- Under Seal |
| 411 | Document | ECF- Under Seal |
| 412 | Document | ECF- Under Seal |
| 413 | Document | ECF- Under Seal |
| 414 | Document | ECF- Under Seal |
| 415 | Document | ECF- Under Seal |
| 416 | Document | ECF- Under Seal |
| 417 | Document | ECF- Under Seal |
| 418 | Document | ECF- Under Seal |
| 419 | Document | ECF- Under Seal |
| 420 | Document | ECF- Under Seal |
| 421 | Document | ECF- Under Seal |

9

| 422 | Document | ECF- Under Seal |
|-----|----------|-----------------|
| 423 | Document | ECF- Under Seal |
| 424 | Document | ECF- Under Seal |
| 425 | Document | ECF- Under Seal |
| 426 | Document | ECF- Under Seal |
| 427 | Document | ECF- Under Seal |
| 428 | Document | ECF- Under Seal |
| 429 | Document | ECF- Under Seal |
| 430 | Document | ECF- Under Seal |
| 431 | Document | ECF- Under Seal |
| 432 | Document | ECF- Under Seal |
| 433 | Document | ECF- Under Seal |
| 434 | Document | ECF- Under Seal |
| 435 | Document | ECF- Under Seal |
| 436 | Document | ECF- Under Seal |
| 437 | Document | ECF- Under Seal |
| 438 | Document | ECF- Under Seal |
| 439 | Document | ECF- Under Seal |
| 440 | Document | ECF- Under Seal |
| 441 | Document | ECF- Under Seal |
| 442 | Document | ECF- Under Seal |
| 443 | Document | ECF- Under Seal |
| 444 | Document | ECF- Under Seal |
| 445 | Document | ECF- Under Seal |
| 446 | Document | ECF- Under Seal |
| 447 | Document | ECF- Under Seal |
| 448 | Document | ECF- Under Seal |
| 449 | Document | ECF- Under Seal |
| 450 | Document | ECF- Under Seal |
| 451 | Document | ECF- Under Seal |
| 452 | Document | ECF- Under Seal |

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

| 453 | Document | ECF- Under Seal |
|-----|----------|-----------------|
| 454 | Document | ECF- Under Seal |
| 455 | Document | ECF- Under Seal |
| 456 | Document | ECF- Under Seal |
| 457 | Document | ECF- Under Seal |
| 458 | Document | ECF- Under Seal |
| 459 | Document | ECF- Under Seal |
| 460 | Document | ECF- Under Seal |
| 461 | Document | ECF- Under Seal |
| 462 | Document | ECF- Under Seal |
| 463 | Document | ECF- Under Seal |
| 464 | Document | ECF- Under Seal |
| 465 | Document | ECF- Under Seal |
| 466 | Document | ECF- Under Seal |
| 467 | Document | ECF- Under Seal |
| 468 | Document | ECF- Under Seal |
| 469 | Document | ECF- Under Seal |
| 470 | Document | ECF- Under Seal |
| 471 | Document | ECF- Under Seal |
| 472 | Document | ECF- Under Seal |
| 473 | Document | ECF- Under Seal |
| 474 | Document | ECF- Under Seal |
| 475 | Document | ECF- Under Seal |
| 476 | Document | ECF- Under Seal |
| 477 | Document | ECF- Under Seal |
| 478 | Document | ECF- Under Seal |
| 479 | Document | ECF- Under Seal |
| 480 | Document | ECF- Under Seal |
| 481 | Document | ECF- Under Seal |
| 482 | Document | ECF- Under Seal |
| 483 | Document | ECF- Under Seal |

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

| 484 | Document | ECF- Under Seal |
| 485 | Document | ECF- Under Seal |
| 486 | Document | ECF- Under Seal |
| 487 | Document | ECF- Under Seal |
| 488 | Document | ECF- Under Seal |
| 489 | Document | ECF- Under Seal |
| 490 | Document | ECF- Under Seal |
| 491 | Document | ECF- Under Seal |
| 492 | Document | ECF- Under Seal |
| 493 | Document | ECF- Under Seal |
| 494 | Document | ECF- Under Seal |
| 495 | Document | ECF- Under Seal |
| 496 | Document | ECF- Under Seal |
| 497 | Document | ECF- Under Seal |
| 498 | Document | ECF- Under Seal |
| 499 | Document | ECF- Under Seal |
| 500 | Document | ECF- Under Seal |
| 501 | Document | ECF- Under Seal |
| 502 | Document | ECF- Under Seal |
| 503 | Document | ECF- Under Seal |
| 504 | Document | ECF- Under Seal |
| 505 | Document | ECF- Under Seal |
| 506 | Document | ECF- Under Seal |
| 507 | Document | ECF- Under Seal |
| 508 | Document | ECF- Under Seal |
| 509 | Document | ECF- Under Seal |
| 510 | Document | ECF- Under Seal |
| 511 | Document | ECF- Under Seal |
| 512 | Document | ECF- Under Seal |
| 513 | Document | ECF- Under Seal |
| 514 | Document | ECF- Under Seal |

12

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE No. 3:24-CR-00141-VC

| | | |
|---|---|---|
| 515 | Document | ECF- Under Seal |
| 516 | Document | ECF- Under Seal |
| 517 | Document | ECF- Under Seal |
| 518 | Document | ECF- Under Seal |
| 519 | Document | ECF- Under Seal |
| 520 | Document | ECF- Under Seal |
| 521 | Document | ECF- Under Seal |
| 522 | Document | ECF- Under Seal |
| 523 | Document | ECF- Under Seal |
| 524 | Document | ECF- Under Seal |
| 525 | Document | ECF- Under Seal |
| 526 | Document | ECF- Under Seal |
| 527 | Document | ECF- Under Seal |
| 528 | Document | ECF- Under Seal |
| 529 | Document | ECF- Under Seal |
| 530 | Document | ECF- Under Seal |
| 531 | Document | ECF- Under Seal |
| 532 | Document | ECF- Under Seal |
| 533 | Document | ECF- Under Seal |
| 534 | Document | ECF- Under Seal |
| 535 | Document | ECF- Under Seal |
| 536 | Document | ECF- Under Seal |
| 537 | Document | ECF- Under Seal |
| 538 | Document | ECF- Under Seal |
| 539 | Document | ECF- Under Seal |
| 540 | Document | ECF- Under Seal |
| 541 | Document | ECF- Under Seal |
| 542 | Document | ECF- Under Seal |
| 543 | Document | ECF- Under Seal |
| 544 | Document | ECF- Under Seal |
| 545 | Document | ECF- Under Seal |

13

| 546 | Document | ECF- Under Seal |
| 547 | Document | ECF- Under Seal |
| 548 | Document | ECF- Under Seal |
| 549 | Document | ECF- Under Seal |
| 550 | Document | ECF- Under Seal |
| 551 | Document | ECF- Under Seal |
| 552 | Document | ECF- Under Seal |
| 553 | Document | ECF- Under Seal |
| 554 | Document | ECF- Under Seal |
| 555 | Document | ECF- Under Seal |
| 556 | Document | ECF- Under Seal |
| 557 | Document | ECF- Under Seal |
| 558 | Document | ECF- Under Seal |
| 559 | Document | ECF- Under Seal |
| 560 | Document | ECF- Under Seal |
| 561 | Document | ECF- Under Seal |
| 562 | Document | ECF- Under Seal |
| 563 | Document | ECF- Under Seal |
| 564 | Document | ECF- Under Seal |
| 565 | Document | ECF- Under Seal |
| 566 | Document | ECF- Under Seal |
| 567 | Document | ECF- Under Seal |
| 570 | Document | ECF |
| 571 | Document | ECF |
| 656 | Document | ECF- Under Seal |
| 674 | Document | ECF- Under Seal |
| 737 | Document | ECF |
| 739 | Document | ECF |
| 740 | Document | ECF |
| 741 | Document | ECF |
| 756 | Document | ECF |

14

| | | |
|---|---|---|
| 759 | Spreadsheet | DropBox |
| 764 | Spreadsheet | DropBox |
| 767 | Spreadsheet | DropBox |
| 768 | Spreadsheet | DropBox |
| 769 | Spreadsheet | DropBox |
| 774 | Document | ECF |
| 775 | Document | ECF |
| 776 | Document | ECF |
| 777 | Document | ECF |
| 778 | Document | ECF |
| 779 | Document | ECF |
| 780 | Document | ECF |
| 794 | Document | ECF |
| 795 | Document | ECF |
| 799 | Document | ECF |
| 800 | Document | ECF |
| 801 | Document | ECF |
| 805 | Document | ECF |
| 811 | Document | ECF |
| 823 | Document | ECF |
| 824 | Document | ECF |
| 834 | Document | ECF |
| 835 | Document | ECF |
| 836 | Document | ECF |
| 837 | Document | ECF |
| 838 | Document | ECF |
| 869 | Document | ECF |
| 871 | Document | ECF |
| 875 | Document | ECF |
| 885 | Document | ECF |
| 891 | Document | ECF |

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

| 892 | Document | ECF |
|-----|----------|-----|
| 1001S | Document | ECF |
| 1001 | Document | ECF |
| 1002 | Document | ECF |
| 1003 | Document | ECF |
| 1004S | Video | DropBox |
| 1004 | Document | ECF |
| 1009 | Document | ECF |
| 1010 | Document | ECF |
| 1011 | Document | ECF |
| 1013 | Document | ECF |
| 1014 | Document | ECF |
| 1018 | Document | ECF |
| 1025 | Document | ECF |
| 1026 | Document | ECF |
| 1026S | Document | ECF |
| 1029 | Document | ECF |
| 1034 | Document | ECF |
| 1038 pgs. 41-42 | Document | ECF |
| 1051 | Document | ECF |
| 1052 | Document | ECF |
| 1068 | Document | ECF |
| 1077 | Document | ECF |
| 1078 | Document | ECF |
| 1079 | Document | ECF |
| 1080 | Document | ECF |
| 1081 | Document | ECF |
| 1082 | Document | ECF |
| 1085 | Document | ECF |
| 1085S | Document | ECF |
| 1097S | Document | ECF |

16

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

| 1097 | Document | ECF |
|---|---|---|
| 1100 | Document | ECF |
| 1107 | Document | ECF |
| 1124 pgs. 51-56 | Document | ECF |
| 1125 | Document | ECF |
| 1127 | Document | ECF |
| 1128 | Document | ECF |
| 1130 pgs. 1, 34, 169, 199-203 | Document | ECF |
| 1131 pgs. 1-5, 79 | Document | ECF |
| 1132 pgs. 1, 15, 284-287, 292-295 | Document | ECF |
| 1133 | Document | ECF |
| 1135 | Document | ECF |
| 1136 | Document | ECF |
| 1137 | Document | ECF |
| 1143 | Document | ECF |
| 1149 | Document | ECF |
| 1150 | Document | ECF |
| 1154 | Document | ECF |
| 1155 | Document | ECF |
| 1156 | Document | ECF |
| 1158 | Document | ECF |
| 1160 | Document | ECF |
| 1169 | Document | ECF |
| 1170 | Document | ECF |
| 1175 | Document | ECF |
| 1175S | Video | DropBox |
| 1176 | Document | ECF |
| 1177 | Document | ECF |
| 1178 pgs. 1 & 33 & 35 | Document | ECF |
| 1184 | Document | ECF |

17

| | | |
|---|---|---|
| 1184S | Document | ECF |
| 1185 | Document | ECF |
| 1185S | Document | ECF |
| 1186 | Document | ECF |
| 1186S | Document | ECF |
| 1187 | Document | ECF |
| 1187S | Document | ECF |
| 1188 | Document | ECF |
| 1188S | Document | ECF |
| 1189 | Document | ECF |
| 1189S | Document | ECF |
| 1190 | Document | ECF |
| 1190S | Document | ECF |
| 1191 | Document | ECF |
| 1191S | Document | ECF |
| 1192 | Document | ECF |
| 1192S | Document | ECF |
| 1195 | Document | ECF |
| 1196 | Document | ECF |
| 5114 | Document | ECF |
| 5122 | Document | ECF |
| 5133 | Document | ECF |
| 5149 | Document | ECF |
| 5187 | Document | ECF |
| 5193 | Document | ECF |
| 5213 | Document | ECF |
| 5227 | Document | ECF |
| 5229 | Document | ECF |
| 5234 | Document | ECF |

18

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

| | | |
|---|---|---|
| 5257 | Document | ECF |
| 5263 | Document | ECF |
| 5268 | Document | ECF |
| 5278 | Document | ECF |
| 5281 | Document | ECF |
| 5282 | Document | ECF |
| 5285 | Document | ECF |
| 5290 | Document | ECF |
| 5402 | Document | ECF |
| 5921 | Document | ECF |
| 5922 | Document | ECF |
| 5923 | Document | ECF |
| 6005 | Document | ECF |
| 6250 | Document | ECF |
| 6254 | Document | ECF |
| 6478 | Document | ECF |
| 6480 | Document | ECF |
| 6481 | Document | ECF |
| 6504 | Document | ECF |
| 6511 | Document | ECF |
| 6703 | Document | ECF |
| 6704 | Document | ECF |
| 6705 | Document | ECF |
| 6717 | Document | ECF |
| 7368 | Document | ECF – Under Seal |
| 7369 | Document | ECF |

19

| 7370 | Document | ECF |
|------|----------|-----|
| 7372 | Document | ECF – Under Seal |
| 8000 | Document | ECF |

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS
CASE NO. 3:24-CR-00141-VC

Respectfully submitted,

Dated: February 27, 2026

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

By:  */s/ Casey Boome*
CASEY BOOME (NYBN 5101845)
*Casey.boome@usdoj.gov*
MOLLY PRIEDEMAN (CABN 302096)
*Molly.priedeman@usdoj.gov*
ROLAND CHANG (CABN 271511)
*Roland.chang@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**

Attorneys for UNITED STATES OF AMERICA

Dated: February 27, 2026

By: */s/ Grant P. Fondo*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
NICHOLAS C. WILEY (SBN 351161)
*NWiley@goodwinlaw.com*
COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER** LLP

LORA J. KRSULICH (SBN 315399)
*LKrsulich@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500 | Fax: +1 213 623 1673

Attorneys for Defendant: LINWEI DING

21

1    **<u>CERTIFICATE OF SERVICE</u>**

2        I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3    United States District Court for the Northern District of California by using the CM/ECF system

4    on **February 27, 2026**. I further certify that all participants in the case are registered CM/ ECF

5    users and that service will be accomplished by the CM/ECF system.

6        I certify under penalty of perjury that the foregoing is true and correct. Executed on

7    **February 27, 2026**.

8

9                                                              */s/ Grant P. Fondo*
                                                                GRANT P. FONDO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                                    Case No. 3:24-CR-00141-VC