# EXHIBIT 5281

US 20220382783A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2022/0382783 A1

Vaduvatha et al. (43) Pub. Date: **Dec. 1, 2022**

(54) **HIGH BANDWIDTH CONTENT ADDRESSABLE MEMORY (CAM) BASED HARDWARE ARCHITECTURE FOR DATACENTER NETWORKING**

(71) Applicant: **Google LLC**, Mountain View, CA (US)

(72) Inventors: **Srinivas Vaduvatha**, San Jose, CA (US); **Weihuang Wang**, Los Gatos, CA (US)

(21) Appl. No.: **17/547,334**

(22) Filed: **Dec. 10, 2021**

**Related U.S. Application Data**

(60) Provisional application No. 63/192,626, filed on May 25, 2021.

**Publication Classification**

(51) Int. Cl.
 *G06F 16/27* (2006.01)
 *G06F 16/23* (2006.01)
 *G06F 16/901* (2006.01)

(52) **U.S. Cl.**
 CPC ........ *G06F 16/275* (2019.01); *G06F 16/2365* (2019.01); *G06F 16/2358* (2019.01); *G06F 16/9017* (2019.01)

(57) **ABSTRACT**

A communication protocol system is provided for reliable transport of packets. A content addressable memory hardware architecture including a reorder engine and a retransmission engine may be utilized for the reliable transport of the packets. The content addressable memory module includes a primary CAM that may be logically partitioned into a plurality of physical sub-CAMs. One or more processors are in communication with the content addressable memory module. The one or more processors receive a set of data packets. A lookup operation is performed by the one or more processors to access data entries stored in each of the sub-content addressable memories. An update operation is performed by the one or more processors at a selected sub-content addressable memory from the plurality of the sub-content addressable memories.



700

Case 3:24-cr-00141-VC     Document 403-15     Filed 02/27/26     Page 3 of 28



FIG. 1

GOOG-USVDING-00025083

Trial Exhibit 5281 Page-002

Patent Application Publication    Dec. 1, 2022    Sheet 2 of 14    US 2022/0382783 A1



FIG. 2



FIG. 3

GOOG-USVDING-00025085

Trial Exhibit 5281 Page-004

Patent Application Publication    Dec. 1, 2022    Sheet 4 of 14    US 2022/0382783 A1



FIG. 4

GOOG-USVDING-00025086

Trial Exhibit 5281 Page-005



FIG. 5

500



FIG. 6

Patent Application Publication     Dec. 1, 2022     Sheet 7 of 14     US 2022/0382783 A1



FIG. 7



FIG. 8

GOOG-USVDING-00025090

Trial Exhibit 5281 Page-009



FIG. 9

GOOG-USVDING-00025091

Trial Exhibit 5281 Page-010

Patent Application Publication    Dec. 1, 2022    Sheet 10 of 14    US 2022/0382783 A1



FIG. 10

GOOG-USVDING-00025092

Trial Exhibit 5281 Page-011



FIG. 11

GOOG-USVDING-00025093



FIG. 12

GOOG-USVDING-00025094

Trial Exhibit 5281 Page-013

Patent Application Publication    Dec. 1, 2022    Sheet 13 of 14    US 2022/0382783 A1



FIG. 13

GOOG-USVDING-00025095

Trial Exhibit 5281 Page-014

Case 3:24-cr-00141-VC    Document 403-15    Filed 02/27/26    Page 16 of 28



1400

receiving, by one or more processors, a set of data packets from an input operation in a computing system — 1402

performing, by the one or more processors, a first look up operation to access data entries stored in a plurality of sub-content addressable memories logically partitioned from a primary content addressable memory in a content addressable memory module — 1404

performing, by the one or more processors, an update operation at a selected sub-content addressable memory from the plurality of the sub-content addressable memories — 1406

performing, by the one or more processors, a second lookup operation in the plurality of sub-content addressable memories while performing the update operation in the selected sub-content addressable memory — 1408

FIG. 14

GOOG-USVDING-00025096

Trial Exhibit 5281 Page-015

# HIGH BANDWIDTH CONTENT ADDRESSABLE MEMORY (CAM) BASED HARDWARE ARCHITECTURE FOR DATACENTER NETWORKING

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]   The present application claims the benefit of the filing date of U.S. Provisional Patent Application No. 63/192,626 filed May 25, 2021, the disclosure of which is hereby incorporated herein by reference.

## BACKGROUND

[0002]   The internet protocol suite is a set of communication protocols used for servicing data transmissions between two devices communicating information over a network. A packet is one form of data in which encapsulated data can be transmitted through networks based on control information that is stored in a head portion, such as a header, of the packet. Generally, if sequence numbers of the packets monotonically increase, it indicates the data flows through the network without loss. However, in some situations when multiple synchronized computing devices send data to a same receiver computing device in parallel, it often results in congestion, which undesirably slows down the data transmission speed as well as increasing the likelihood of data loss or data out of order.

[0003]   Further, when a stream of packets is transmitted from the sending computing device to the receiving computing device, due to the number of different paths and other factors, such as unexpected delay or equipment failure, the transmitted packets may also often arrive out of sequence or out of order at the receiving computing device. For example, one or more subsequent data packets in a sequence may be routed through a different, faster path than earlier data packets causing the sequence to be out of order. Alternatively, a data packet, or packets may be held at a device on the network for additional processing or may transmit in a slower queue in a network device causing later sequenced data packets to be sent ahead of earlier packets. Thus, a reorder or resequencing of the transmitted packet is often desired during or after the transmission is completed. In some examples, the transmitted packets may not be received by the receiving computing device within a timeout period, such as a data packet loss. In such examples, a retransmission may be needed. Such reorder, resequencing, or retransmission of the data packets often requires the sending computing device or the receiving computing device to perform a lookup operation and/or an update operation to determine the content to be retransmitted or reordered. However, such operations often result in lookup latency, undesirably delaying the transmission performance of the data packets.

## BRIEF SUMMARY

[0004]   The present disclosure provides a communication protocol system for reliable transport of packets. A content addressable memory hardware architecture including a reorder engine and a retransmission engine may be utilized for the reliable transport of the packets. In this regard, the content addressable memory module is configured to be implemented in a reorder engine or a retransmission engine in a computing system. The content addressable memory

module includes a plurality of sub-content addressable memories logically partitioned from a primary content addressable memory in the computing system. A plurality of searchable first-in first out (FIFO) interfaces is configured to be in communication with respective sub-content addressable memories from the plurality of sub-content addressable memories. One or more processors are in communication with the content addressable memory module. The one or more processors are configured to receive a set of data packets, perform a lookup operation to access data entries stored in each of the sub-content addressable memories, and perform an update operation at a selected sub-content addressable memory from the plurality of the sub-content addressable memories.

[0005]   In one example, the content addressable memory module of further includes a result merge module in communication with the plurality of the sub-content addressable memories. The result merge module is configured to receive search results from each of the sub-content addressable memories after the lookup operation. The FIFO interface is configured to perform the lookup operation and the update operation synchronously.

[0006]   In one example, when performing the lookup operation, the one or more processors are configured to compare the set of the data packets with the data entries in each of the sub-content addressable memories and determine whether a data match is found between the set of the data packet and the data entries in the sub-content addressable memories. The one or more processors are further configured to perform an uninstall process during the update operation when the data match is found. The one or more processors are further configured to perform an install process during the update operation when no data match is found. The set of data packets comprises one or more push grant, push unsolicited data, pull response, pull request, or acknowledgment.

[0007]   The present disclosure provides a method. The method includes receiving, by one or more processors, a set of data packets from an input operation in a computing system, performing, by the one or more processors, a first lookup operation to access data entries stored in a plurality of sub-content addressable memories logically partitioned from a primary content addressable memory in a content addressable memory module, and performing, by the one or more processors, an update operation at a selected sub-content addressable memory from the plurality of the sub-content addressable memories.

[0008]   The method further includes performing, by the one or more processors, a second lookup operation in the plurality of sub-content addressable memories while performing the update operation in the selected sub-content addressable memory. The performing of the first lookup operation further includes transmitting the set of data packets through a plurality of FIFO interfaces in communication with the plurality of sub-content addressable memories, each FIFO configured to be in communication with a respective sub-content addressable memory and comparing the set of data packets with the data entries stored in each of the sub-content addressable memories.

[0009]   The method further includes transmitting each preliminary search result from each of the sub-content addressable memories to a result merger module in the content addressable memory module and generating a final search result in the result merger module. The transmitting of each

GOOG-USVDING-00025097

Trial Exhibit 5281 Page-016

preliminary search result further includes processing each preliminary search result from each of the sub-content addressable memories in a corresponding first merge stage module in the result merger module and transmitting processed preliminary search results from each of the first merge stage modules in a second merge stage module to generate the final search result.

[0010] The method further includes determining if a data match is found between the set of the data packet with the data entries in the sub-content addressable memory. The method further includes performing an uninstall process during the update operation when the data match is found. The method further includes performing an install process during the update operation when no data match is found. The FIFO interfaces are configured to perform the lookup operation and the update operation synchronously. In one example, the set of data packets comprises one or more push grant, push unsolicited data, pull request, pull response or acknowledgment. The input operation is a Remote Direct Memory Access (RDMA) operation.

[0011] The present disclosure further provides a method. The method includes performing, by one or more processors, a lookup operation and an update operation synchronously in a plurality of sub-content addressable memories logically partitioned from a primary content addressable memory in a content addressable memory module.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0012] FIG. 1 is a schematic diagram of a network according to aspects of the disclosure.

[0013] FIG. 2 is a block diagram of an example system according to aspects of the disclosure.

[0014] FIG. 3 is a block diagram of communication layers according to aspects of the disclosure.

[0015] FIG. 4 illustrates an example sliding window according to aspects of the disclosure.

[0016] FIG. 5 is an example timing diagram of a solicited push transaction according to aspects of the disclosure.

[0017] FIG. 6 is an example timing diagram of transactions according to aspects of the disclosure.

[0018] FIG. 7 is a block diagram of an example hardware architecture including a reorder engine and a retransmission engine according to aspects of the disclosure.

[0019] FIG. 8 is a sequence of operations for data entry updates input to a content addressable memory (CAM) according to aspects of the disclosure.

[0020] FIG. 9 is a schematic diagram of an example CAM module including a primary CAM partitioned to include a plurality of sub-CAMs according to aspects of the disclosure.

[0021] FIG. 10 is a schematic diagram of an example CAM module of a primary CAM with multiple interface configurations according to aspects of the disclosure.

[0022] FIG. 11 is a schematic diagram of a searchable interface configured to be in communication with a primary CAM according to aspects of the disclosure.

[0023] FIG. 12 is a schematic diagram of a result merge module in communication with the plurality of sub-CAMs according to aspects of the disclosure.

[0024] FIG. 13 is a flow diagram for selecting a sub-CAM for data allocation/deallocation utilizing a sub-CAM selection logic configured in the sub-CAM according to aspects of the disclosure.

[0025] FIG. 14 is an example flow diagram according to aspects of the disclosure.

## DETAILED DESCRIPTION

[0026] The technology generally relates to communication protocols for reliable transport (RT) of packets over a connection. A content addressable memory (CAM) based hardware architecture is utilized in the reliable transport (RT). The content addressable memory (CAM) is a memory that is addressable by content and provides a storage array random access memory (RAM). The content addressable memory may save an array of data entries and provide a look-up table, such as a look-up key, for performing a lookup operation. The lookup operation may facilitate comparing an incoming array of data entries with the array of data entries stored in the CAM to determine if an update operation, such as install/uninstall operations, are required. In one example, a primary content addressable memory in the reorder engine and/or retransmission engine may be logically partitioned to include a plurality of sub-content addressable memories. As a result, the update operations may be performed in parallel in each sub-content addressable memory without compromising the lookup latency. The primary CAM may logically arrange the update operations across the plurality of sub-content addressable memories, thereby increasing the probability of executing parallel update operations as well as lookup operations. As such, the overall CAM bandwidth and performance is enhanced.

[0027] FIG. 1 shows an example network 100. The network 100 includes various entities, such as entity A, entity B, and entity C. In order to communicate with one another, connections are formed between the entities, such as connection 110 between entities A and B, and connection 120 between entities A and C. The entities may communicate over the connections using one or more protocols. For example, a reliable transport (RT) protocol is a protocol which notifies the sender whether or not the delivery of data to an intended receiver was successful. A sender and a receiver are considered peers of a communication protocol, thus entities A and B may be reliable transport peers, and entities A and C may be reliable transport peers. A connection over which reliable transport protocol is used is an end-to-end construct that describes a bidirectional communication channel between two reliable transport peers.

[0028] A connection may be identified by a pair of Connection IDs ("CIDs"), one in each direction of communication. CIDs may be allocated by a receiver entity during connection setup process and have no global significance outside of the parties involved. In the example shown, the connection 110 between entities A and B has a CID with value 5 for the direction from A to B, and a CID with value 10 for the direction from B to A. The connection 120 between entities A and C has a CID value 5 for the direction from A to C and a CID with value 11 for the direction from C to A. In other examples, CIDs may be assigned by a source entity. Such "Source CIDs" may have different values assigned to different receiver entities. Thus, in the example shown, the CIDs or Source CIDs assigned by entity A between the connection of entity A and B have different values 10 and 11. In contrast, "Destination CIDs" of an entity are assigned by other entities and may have the same value. Thus, in the example shown, the Destination CIDs of entity A are assigned by entities B and C respectively, which may have the same value 5.

GOOG-USVDING-00025098

Trial Exhibit 5281 Page-017

[0029] Packets may be transmitted over the connections between the entities. In this regard, a packet is a basic unit of communication across a connection. A packet may have a predetermined size, for example up to a maximum transfer unit ("MTU") in length. A packet may have a header including information about the packet and its transmission, and a payload of data. To ensure reliable transport, a reliable transport packet may include the Destination CID, such as in a header. For example, when entity B receives a packet over the connection 110 with the Destination CID of 5, entity B may identify the packet as coming from entity A, and may then notify A that the packet has been received by sending an acknowledgment over the connection 110 referencing this packet and its CID of 5. The acknowledgment itself may be sent as a packet including the Destination CID of 5.

[0030] Entities A, B, and C may be any type of device capable of communicating over a network, such as personal computing devices, server computing devices, mobile devices, wearable devices, virtual machines, etc. FIG. 2 is a block diagram of some components in an example system 200 that can communicate using a reliable transport protocol. The system 200 includes at least two entities having one or more connections between them. It should not be considered as limiting the scope of the disclosure or usefulness of the features described herein. In this example, the system 200 is shown with two entities, one or more computing devices 210 and one or more computing devices 260, with a connection 250 between them. For example, computing devices 210 may be entity A and computing devices may be entity B of FIG. 1, and connection 250 may be connection 110 of FIG. 1. The computing devices 210 and 260 may be configured with similar components as shown, or may include additional and/or different components. In the example shown, the computing devices 210 contain one or more processors 220 and memory 230.

[0031] The one or more processors 220 can be any conventional processors, such as a commercially available CPU. Alternatively, the processors can be dedicated components such as an application specific integrated circuit ("ASIC") or other hardware-based processor. Although not necessary, the one or more of the computing devices 210 may include specialized hardware components to perform specific computing processes.

[0032] The memory 230 can be of any non-transitory type capable of storing information accessible by the processor, such as a hard-drive, memory card, ROM, RAM, DVD, CD-ROM, write-capable, and read-only memories. Memory 230 of the computing devices 210 can store information accessible by the one or more processors 220, including data 232 and instructions 234.

[0033] Memory 230 can include data 232 that can be retrieved, manipulated or stored by the processors 220. For example, data such as communication protocols, connection information such as CIDs, definitions of headers, etc., as described with respect to FIG. 1 and FIG. 3-13 may be retrieved, manipulated, or stored by the processors 220.

[0034] Memory 230 of the computing devices 210 can also store instructions 234 that can be executed by the one or more processors 220. For example, instructions such as communication protocols as described with reference to FIGS. 1 and 3-13 may be performed by the one or more processors 220 according to instructions 234 and data 232 in memory 230.

[0035] Data 232 may be retrieved, stored, or modified by the one or more processors 220 in accordance with the instructions 234. For example, although the subject matter described herein is not limited by any particular data structure, the data can be stored in computer registers, in a relational database as a table having many different fields and records, or XML documents. The data can also be formatted in any computing device-readable format such as, but not limited to, binary values, ASCII or Unicode. Moreover, the data can comprise any information sufficient to identify the relevant information, such as numbers, descriptive text, proprietary codes, pointers, references to data stored in other memories such as at other network locations, or information that is used by a function to calculate the relevant data.

[0036] The instructions 234 can be any set of instructions to be executed directly, such as machine code, or indirectly, such as scripts, by the one or more processors. In that regard, the terms "instructions," "application," "steps," and "programs" can be used interchangeably herein. The instructions can be stored in object code format for direct processing by a processor, or in any other computing device language including scripts or collections of independent source code modules that are interpreted on demand or compiled in advance.

[0037] A content addressable memory (CAM) 252, 292 (shown as 252a, 252b, 292a, 292b) may be installed in one or both of the computing devices 210, 260. The content addressable memory 252, 292 may provide a look-up table that allows the processors 220, 270 to mark, order, classify, and identify the packets and data transmitted between the computing devices 210, 260 and store such information in the look-up table configured in the content addressable memory 252, 292. A retransmission engine 254, 294 and a reorder engine 256, 296 utilize the content addressable memory (CAM) 252, 292 to perform the look-up operation or retransmission operation so as to assist reordering and/or retransmitting packets or data when data or packets are lost, out-of-order or missing during transmission. After the packets are reordered and retransmitted, the data entries in the look-up table may be updated, installed or uninstalled based on the data transactions as performed.

[0038] Based on the look-up table registered in the content addressable memory (CAM) 252, 292, data sequencing and transmission content may be easily stored and compared. Thus, when the packets are lost or out of order during transmission that requires reassemble, reorder, or retransmit, the content addressable memory (CAM) 252, 292 may assist identifying the missing or out-of-order information to request for data retransmission or data reordering. When identified, the data entries in the content addressable memory (CAM) 252, 292 may be required to be updated, installed or uninstalled. For example, when a data packet is requested to be retransmitted, the new packet being transmitted may include a new assigned sequence number. Thus, the data entries registered in the content addressable memory (CAM) 252, 292 may be required to be updated or installed. When a data transmission is completed, the data entries may be removed or uninstalled in the content addressable memory (CAM) 252, 292.

[0039] Although not shown, computing devices 210 may further include other components typically present in general purpose computing devices. For example, computing devices 210 may include output devices, such as displays

GOOG-USVDING-00025099

Trial Exhibit 5281 Page-018

(e.g., a monitor having a screen, a touch-screen, a projector, a television, or other device that is operable to display information), speakers, haptics, etc. The computing devices **210** may also include user input devices, such as a mouse, keyboard, touch-screen, microphones, sensors, etc.

[0040] Although FIG. **2** functionally illustrates the processor, memory, and other elements of computing devices **210** as being within the same block, the processor, computing device, or memory can actually comprise multiple processors, computers, computing devices, or memories that may or may not be stored within the same physical housing. For example, the memory can be a hard drive or other storage media located in housings different from that of the computing devices **210**. Accordingly, references to a processor, computer, computing device, or memory will be understood to include references to a collection of processors, computers, computing devices, or memories that may or may not operate in parallel. For example, the computing devices **210** may include server computing devices operating as a load-balanced server farm, distributed system, etc. Yet further, although some functions described below are indicated as taking place on a single computing device having a single processor, various aspects of the subject matter described herein can be implemented by a plurality of computing devices, for example, communicating information over a network.

[0041] The computing devices **210** may be capable of directly and indirectly communicating with other entities, such as computing devices **260**, of a network through connection **250**.

[0042] Computing devices **210** and **260** may be interconnected using various protocols and systems, such that computing devices in the network can be part of the Internet, World Wide Web, specific intranets, wide area networks, or local networks. Computing devices in the network can utilize standard communication protocols, such as Ethernet, WiFi and HTTP, protocols that are proprietary to one or more companies, and various combinations of the foregoing. Although certain advantages are obtained when information is transmitted or received as noted above, other aspects of the subject matter described herein are not limited to any particular manner of transmission of information.

[0043] Returning to FIG. **1**, packets may be transmitted between the entities A, B, and/or C over the connections using one or more communication protocols. FIG. **3** shows an example communication protocol system **300**. The communication protocol system **300** may be implemented on two or more entities in a network, such as two or more of entities A, B, C of network **100** of FIG. **1**, for example by processors **220** and **270** of FIG. **2**. As shown, each entity may include multiple layers of communication protocols. For example, entity A may include upper layer protocol ("ULP") **310** and reliable transport ("RT") protocol **330**, and entity B may include upper layer protocol **320** and reliable transport protocol layer **340**. Peers may be formed between protocols of each layer. Thus, ULP **310** and ULP **320** are ULP peers, and reliable transport protocol layer **330** and reliable transport protocol layer **340** are RT peers. Further as shown, within each entity, the upper layer protocol is configured to communicate with the reliable transport protocols.

[0044] As described with reference to FIG. **4-13**, the upper layer protocols **310**, **320** may be responsible for implementing the hardware/software interface, processing of mes-

sages, completion notifications, and/or end-to-end flow control. The upper layer protocols may be implemented on a number of hardware or software devices. For example, the upper layer protocols may be implemented as Remote Direct Memory Access ("RDMA") operation. As another example, the upper layer protocols may be implemented as a Non-Volatile Memory Express ("NVMe").

[0045] Also described with reference to FIG. **4-13**, the reliable transport protocols **330**, **340** may be responsible for reliable delivery of packets, congestion control, admission control, and/or ordered or unordered delivery of packets. Each reliable transport protocols **330**, **340** may logically be partitioned into two sublayers of protocols. Thus, as shown, reliable transport protocol layer **330** is partitioned into a solicitation sublayer **332** that is responsible for end-point admission control and optionally ordered delivery of packets, and a sliding window sublayer **334** that is responsible for end-to-end reliable delivery and congestion control. Likewise, reliable transport protocol layer **340** is also divided into a solicitation sublayer **342** and a sliding window sublayer **344**.

[0046] FIG. **4** shows example sliding windows **410** and **420** for data packet transmission control between a transmitter entity and a receiver entity. The sliding windows **410** and **420** are used by entities to keep track of a predetermined number of data packets to be transmitted and acknowledged at a predetermined time frame over a connection. For example, entity A may use the TX sliding window **410** for keeping track of packets sent to the entity B over the connection **110**. Entity B may use the RX sliding window **420** for keeping track of packets received from the entity B. In some examples, delays may occur between the TX sliding window **410** and RX sliding window **420** due to network latency. As a result, the TX sliding window **410** and RX sliding window **420** may go out-of-sync temporarily as the network out-of-order and/or loss. As such, the sliding windows **410** and **420** may be respectively implemented in the sliding window sublayer **334** that is part of the reliable transport protocol layer **330** of FIG. **3**. The TX sliding window and the RX sliding window may have different sizes as shown, or may alternatively have the same size.

[0047] Referring to the TX sliding window **410**, to keep track of the packets, each packet is assigned a Packet Sequence Number ("PSN") by the sender entity A. As shown, the bit number increases from left to right. The receiver entity B may acknowledge the packets it has received within the sliding window by communicating to the sender entity A the PSN it has received within the window in an acknowledgment packet. In this regard, a Sequence Number Bitmap (SNB) may be provided on both the sender entity A and the receiver entity B. Each bit of the Sequence Number Bitmap (SNB) represents one packet within a sliding window at the entity. For example, for the TX sliding window **410**, a bit is set to 1 if a sent packet has been acknowledged. Otherwise, the bit is 0. Once all packets within the TX sliding window **410** are received and acknowledged, the sender entity A may move the sliding window **410** forward to the next set of packets to be transmitted. The sliding window moves forward once the base sequence number (BSN) packet is acknowledged. Thus, referring to the example in FIG. **4**, the sliding window moves by one once the left most 0 is marked, and moves by

another one once the second-left-most 0 is marked, and by three once the third 0 is marked (since the two following bits are already set).

[0048] PSN for the sender entity may include Base Sequence Number ("BSN") and Next Sequence Number ("NSN"). As shown, BSN is the PSN value of the oldest packet that is yet to be acknowledged by the receiver entity B. Further as shown, NSN is the PSN value that should be assigned to the next packet transmitted over the connection to receiver entity B. For instance, when a packet is received from ULP 310 for transmission, the current PSN may be updated to NSN. Then when the packet is transmitted over the connection, NSN may be incremented, for example with NSN=(NSN+1) mod $2^{32}$. As such, within the sliding window 410, Bit 0 represents a PSN value of BSN and Bit n represents a PSN value of (BSN+n).

[0049] Although not shown, the receiver entity may also keep one or more sliding windows. For example, a RX sliding window may be kept by receiver entity B for the packets received, where each bit represents a packet to be received with the sliding window. The bit is set to 1 if the packet has been received by the receiver entity B. Otherwise, the bit is 0. The receiver entity B may also use PSN to keep track of received packets. For instance, BSN may be the PSN value of the oldest packet that is yet to be received by the receiver entity. When a packet is received with a PSN value of BSN, the BSN may be updated to the next lowest PSN of the packet that has not yet been received, for example with BSN=(BSN+1) mod $2^{32}$. The update of the BSN may clear the bits in the Sequence Number Bitmap corresponding to packets from the previous BSN to the PSN. As such, within the RX sliding window for the receiver entity B, Bit 0 represents a PSN value of BSN and Bit n represents a PSN value of (BSN+n). Because sender entity A does not acknowledge the acknowledgments sent by receiver entity B, that is, PSN is not used for the acknowledgment packets, the receiver entity B need not keep a TX sliding window for the acknowledgments it sends.

[0050] The sender entity and receiver entity may handle the packets and the respective acknowledgments according to a set of rules. For instance, if the receiver BSN in a received packet is smaller than the sender entity's BSN, the sender entity discards the ACK information; otherwise, the sender entity updates its BSN to match the receiver entity's BSN. After adjusting its BSN, the sender entity applies an OR operation on the receiver entity's Sequence Number Bitmap in the ACK packet with its own Sequence Number Bitmap. After a packet is transmitted, it is buffered by the sender entity until it is acknowledged by the receiver entity. With respect to retransmission of failed packets, the sender entity may be configured to free up resources allocated to all ACK packets in a retransmit buffer. Further, upon per packet retransmit timer expiry, the sender entity retransmits the packet with the same PSN as the original packet and increments a retransmission counter for that packet.

[0051] The receiver entity may also implement a number of rules. For instance, if the PSN value of the received packet is less than the BSN of the received packet, the receiver entity discards the packet and sends an ACK packet with the current BSN. If the PSN value falls within the receiver entity's sliding window, the receiver entity updates the Sequence Number Bitmap by setting the bit at location (PSN-BSN) to 1. If the bit at location (PSN-BSN) was already 1, the packet is discarded; otherwise the packet is

delivered to the ULP of the receiver entity and a cumulative ACK counter is incremented. If the PSN of the received packet is equal to BSN of the received packet, the receiver entity updates the BSN to be equal to the next highest PSN that has not been received.

[0052] Note that, because the packets are tracked according to bitmaps, the sliding windows are configured to allow the entities to keep track of packets received and/or acknowledged out-of-order within the respective sliding window. Thus, as shown, although packets represented by bits 3 and 4 may be sent by entity A before the packets represented by bits 0, 1, and 2, the packets represented by bits 3 and 4 may be received and/or acknowledged before the packets represented by bits 0, 1, 2 in the TX sliding window 410.

[0053] Network congestion may be detected by monitoring packet retransmission and/or packet round-trip latencies. To perform congestion control, a size of the one or more sliding windows may be adjusted. For example, if congestion is high, it may take longer for all packets within the TX sliding window 410 to be received and/or acknowledged by entity B. As such, to reduce congestion, the number of outstanding packets in the network may be reduced by decreasing the size of the sliding window 410. In addition to or as alternative to changing the size of the sliding window, a retransmission timer expiry value may be adjusted in response to network congestion status. For example, retransmitting less frequently might reduce network congestion.

[0054] The communication protocol system 300 of FIG. 3 may support various transactions, including both pull and push transactions. The communication protocol system 300 of FIG. 3 may be configured to perform the transactions using an initiator-target approach, where an "initiator" is the entity that requests a transaction, and a "target" is the entity that responds to the request. Such a transaction may involve multiple packets to be transmitted between the initiator and target entities, thus the initiator and the target entities may be both sender and receiver of packets in the transaction and may keep track of packets and/or acknowledgments using TX and/or RX sliding windows as described with reference to FIG. 4. FIG. 5 shows an example timing diagram for a push transaction according to aspects of the technology. It is noted that pull transactions may be similarly constructed without the push grant (PushGrnt) feedback. The push transaction depicted in FIG. 5 is a solicited push request. Other types of push transactions, such as unsolicited push requests, may be similarly constructed without the push grant (PushGrnt) feedback. The example timing diagrams of FIG. 5 may be implemented by two entities in a network, such as entities A and B over connection 110 of FIG. 1, for example by processors 220 and 270 of FIG. 2.

[0055] FIG. 5 shows a timing diagram 500 for a push request, such as a solicited push transaction. As shown, the push transaction is performed by various communication protocol layers of both the initiator entity and the target entity. For example, entity A may be the initiator entity, and initiator ULP 510 and initiator RT 530 may be communication protocol layers configured as upper layer protocol 310 and reliable transport protocol layer 330 of FIG. 3, respectively. Entity B may be the target entity, and target ULP 520 and target RT 540 may be communication protocol layers configured as upper layer 320 and reliable transport protocol layer 340 of FIG. 3, respectively.

[0056]   As depicted in FIG. **5**, a push request ("pushReq") may originate from the initiator entity A at the initiator ULP **510**, which may be sent to the initiator RT **530**. At this stage, the initiator RT **530** only sends a request to the target entity B, for instance over the connection **110**, which may or may not be granted by the target entity B. This request and grant process or "solicitation" process may be performed by the respective RTs, which for example may be performed by their respective solicitation sublayers. Thus, the initiator RT **530** is shown sending a push request ("pushSlctdReq") to the target RT **540**, and the target RT **540** may decide whether and/or when to grant the pushSlctdReq. In some examples, entity B may limit the total number of outstanding granted pushSlctdData to prevent incast to entity B that causes congestion in the network. If and when the target RT **540** grants the request, the target RT **540** may send a push grant ("pushGrnt") back to the initiator RT **530**. Once the initiator RT **530** receives the pushGrnt, the initiator entity A may then push solicited data ("pushSlctdData") onto the target entity B, for instance over the connection **110**. This may be performed by the respective RTs, thus the initiator RT **530** is shown pushing solicited data ("pushslsctdData") to the target RT **540**. The data here is effectively solicited by the push-Grnt from the target RT **540**. Once the data is received by the target entity B, the target RT **540** may request for the received data to be placed or stored at the target entity B and does so by sending a pushReq to the target ULP **520**. In response, the target ULP **520** may place or store the received data, and then sends an acknowledgment message ("ULP-ACK") to the target RT **540** acknowledging that the received data has been placed or stored according to the pushReq. For reliable transport, the target entity B sends an acknowledgment message ("ACK") to notify initiator entity A of the receipt and placement of the pushed data, for instance over the connection **110**. This is performed by the respective RTs, thus as shown the target RT **540** sends the ACK message to the initiator RT **530**. Once the ACK message is received by the initiator RT **530**, the initiator RT **530** may send a push complete message ("pushCmpl") to initiator ULP **510** to notify that the data packet has been received and placed by the target entity.

[0057]   As described with reference to FIG. **1**, the initiator entity A and the target entity B may communicate with each other by transmitting packets. Thus, the pushSlctdReq, pushGrnt, pushslsctdData and ACK may each be a packet transmitted over the connection **110**. Further as described with reference to FIG. **4**, reliable transport packets may be tracked by sliding windows. As such, the pushslsctdData packet may be part of a data TX sliding window kept by entity A (indicated by dash dot line). The pushGrnt packet may be part of a data TX sliding window kept by entity B (indicated by dash dot line), and the pushSlctdData packet may be part of a data TX sliding window kept by entity A (indicated by dash dot line). For reliable transport, the ACK packet sent by entity B may reference the PSN of the pushSlctdData, which entity A may keep track of using the data TX sliding window. Likewise, though not shown, entity A may send ACK for the pushGrnt packet, which entity B may keep track of using its data TX sliding window, and entity B may send ACK for the pushSlctdReq, which entity A may keep track of using its request TX sliding window. However, acknowledgment messages such as the ACK

packet shown (indicated by dot line) are not reliable transport packets, and thus may not be part of any sliding window at the sender entity B.

[0058]   As illustrated by FIG. **5**, the solicited push transaction allows an initiator entity to solicit a grant to send data from a target entity before actually sending the data. As such, the target entity may have control over the incoming data, which may be especially helpful when multiple initiator entities are attempting to push data onto the target entity, and also if the pushed data is large or if the network is congested. Since incast congestion may be caused by packets not being delivered to the receiver as fast as transmitted, and/or by multiple entities attempting to send packets simultaneously to the same entity, such a solicitation process may reduce incast congestion.

[0059]   It is noted that other types of the requests, such as an unsolicited push request and/or pull request may also be utilized in the communication protocol system, as shown in FIG. **6**, with different feedback mechanisms. For example, an unsolicited push request does not require a pushGrnt from the target entity to send the push unsolicited data. Similarly, a pull request does not need a pull grant from target entity. Instead, the target RT may then send the pull request to the target ULP to request permission. The target ULP may then send an acknowledgment message ("ULP-ACK") to the target RT acknowledging the pull request, as well as a pull response ("pullResp") instructing the target RT to pull the requested data. In response to the pull request, the target RT may pull the requested data ("pullData"), and send the pulled data to the initiator RT, for instance over the connection **110**. Once the requested data is received by the initiator RT, the initiator RT may send a pullResp to the initiator ULP so that the initiator ULP may place or store the received data packet.

[0060]   Thus, the communication protocol system may be configured to perform both of the solicited push transactions and/or the unsolicited push transactions. Where the communication protocol system is configured to perform both of the push transactions, the system may be configured to determine which push transaction to use based on one or more factors. For instance, whether a push request should be sent as a solicited or unsolicited request may be determined by the initiator RT. The initiator RT may determine whether to send a solicited push request or an unsolicited push based on a length of the push request from the initiator ULP. As an example, if a push request requires a large amount of data to be pushed, such as meeting a predetermined size threshold, a solicited push request may be used to make sure that the large request does not cause congestion; otherwise an unsolicited push may be used. As another example, whether to use solicited request or unsolicited push may be based on network conditions, such as level of congestion, where a solicited request may be used when congestion meets a predetermined threshold level.

[0061]   FIG. **6** shows an example timing diagram for ordered transactions over a connection according to aspects of the technology. The example timing diagrams of FIG. **6** may be implemented by two entities in a network, such as entities A and B over connection **110** of FIG. **1**, for example by processors **220** and **270** of FIG. **2**.

[0062]   As depicted in FIG. **6**, various transactions, such as the pull and push transactions, may be performed by various communication protocol layers of both the initiator entity and the target entity. For example, entity A may be the

GOOG-USVDING-00025102

Trial Exhibit 5281 Page-021

initiator entity and initiator ULP **610** and initiator RT **630** may be communication protocol layers configured as upper layer protocol **610** and reliable transport protocol layer **630** of FIG. **6**, while entity B may be the target entity and target ULP **620** and target RT **640** may be communication protocol layers configured as upper layer protocol **620** and reliable transport protocol layer **640** of FIG. **6**.

[0063] Referring to the timing diagram **600**, a number of requests may originate from the initiator entity A, including pull requests such as pullReq_**1**, shown as communication path **602**, and push requests such as pushReq_**0**, pushReq_**2**, and pushReq_**3**, shown as communication paths **601**, **603**, **604**. As described above, these requests may be sent by the initiator ULP **610** to the initiator RT **630**. Once the initiator RT **630** receives these requests, initiator RT **630** may optionally determine whether the push requests should be sent as solicited or unsolicited. Thus, in this example, the initiator RT **630** may determine that pushReq_**0** and pushReq_**2** are to be sent as solicited, while pushReq_**3** is to be sent as unsolicited. The initiator RT **630** may then send these pull and push requests to the target RT **640**, for example over the connection **110**.

[0064] The requests may be sent by the initiator ULP **610** in a particular order as indicated by the Request Sequence Numbers ("RSN"), which may be assigned by the initiator RT **630**, so as to track the transaction orders. In some instances, the initiator RT **630** may also assign Solicited Sequence Numbers ("SSN") specifically to solicited push requests, which may be an incremental number as shown. When the requests are sent as packets between two entities, the requests may be assigned with a sequence of numbers in ascending order according to the order of the RSN. Thus, as shown, the requests may be assigned PSNs within one or more TX sliding windows maintained by initiator entity A according to the RSNs. For example, pushSlctdReq_**0**, shown as a communication path **611**, is assigned PSN=0, pullReq_**1**, shown as a communication path **614**, is assigned PSN=1, pushSlctdReq_**2**, shown as a communication path **612**, is assigned PSN=2 within a request TX sliding window of entity A (indicated by dash lines pointing towards B). Note that since pushReq_**3** from the initiator ULP **610** does not require solicitation, there is no corresponding pushUn-slctdReq being sent between the RTs. While RSNs and SSNs may be known to the ULPs, the PSNs may be unknown to the ULPs but only used by the RTs in packets.

[0065] In response to the solicited push requests, push grants may be sent by the target RT **640** to the initiator RT **630** in the order of the received requests, such as pushGnt_**0** and pushGnt_**2**, shown as communication paths **605**, **606** respectively. The push grants may be assigned with PSNs in ascending order within one or more TX sliding windows maintained by the target entity B according to the same order as the RSNs of the push requests. For example, pushGnt_**0** is assigned PSN=1000 and pushGnt_**2** is assigned PSN=1001 within a data TX sliding window of entity B (indicated by dash dot lines pointing towards A). However, the push grants may not be received in the same order by the initiator RT **630** as the order of transmission for the push requests. Thus, as shown, pushGnt_**2** is received by the initiator RT **630** before the pushGnt_**0**. In this regard, the reorder engine **256**, **296** may assist resembling the order of the requests prior to sending to ULPs. Details of the reordering operations and the retransmission operations will be described below with reference to FIG. **7**.

[0066] Nonetheless, the initiator RT **630** may determine the correct order of the push grants based on their respective RSNs and push the data packets based on that order. Such order may be determined by performing a lookup operation in the reorder engine to determine the correct order. As such, although pushGrnt_**2** was received by the initiator RT **630** before pushGrnt_**0**, the initiator RT **630** may first push the data solicited by pushGrnt_**0** with pushSlctdData_**0** and then push the data solicited by pushGrnt_**2** with pushSlctdData_**2** to target RT **640**. The pushed data packets are also assigned PSNs in ascending order within one or more TX sliding windows maintained by initiator entity A according to the order of transmission. For example, pushSlctdData_**0** is assigned PSN=200 and pushSlctdData_**2** is assigned PSN=201 within a data TX sliding window of entity A (indicated by dash dot lines pointing towards B shown as the communication paths **626**, **625** respectively). Note that the pushReq_**3** does not require a grant, thus as indicated by the curved arrow **655** skips directly to pushUnslctdData_**3**, shown as the communication path **613**, which pushes the unsolicited data. In this example, pushUnslctdData_**3** is assigned PSN=202 also in the data TX sliding window of entity A.

[0067] Target RT **640** receives the requests, and then sends corresponding requests to the target ULP **620** in the order of ULP-Req-0-1-2-3, which is in the same order as the transmission order of the requests from the initiator ULP **610** shown at the top of the timing diagram **800**. These ULP-Reqs ask the target ULP **620** for permission to pull data, or to place the pushed data at the target entity B. Note that the pull request pullReq_**1** does not require a grant as described, thus as indicated by the curved arrow **656** skips directly to the ULP-Req. In response to the ULP-Reqs, the target ULP **620** may send acknowledgment ULP-ACKs to the target RT **640**. In this ordered system, the ULP-ACKs are sent in the order of ULP-ACK-0-1-2-3, which is the same as the order of transmission for the requests from the initiator ULP **610**.

[0068] Following the ULP-ACKs, with respect to the push transactions, ACKs acknowledging the data packets (or data acknowledgments) are then sent by target RT **640** to initiator RT **630** to notify the safe receipt and placement of the reliable transport data packets. As an example, ACK-eBSN=**3**, 203, shown as the communication path **608**, is sent by entity B to notify entity A that all request packets up to PSN=**3** and all data packets up to PSN=**203** have been received and placed. Once the ACK is received, initiator RT **630** may send a completion message pushCompl_**0** to initiator ULP **610**. Further, in some instances acknowledgment packets may be opportunistically piggybacked on other reliable transport packets. For example, the requests pushSlctdReq_**0**, pullReq_**1**, and pushSlctdReq_**2**, are reliable transport packets requiring an ACK, but these acknowledgments to requests (or request ACKs) are not explicitly shown in timing diagram **800** because they may be piggybacked on reliable transport packets such as pushGrnt_**0** and pushGrnt_**2**.

[0069] Also following the ULP-ACKs, pull requests may also be responded to. Thus, as shown, the target ULP **620** may send a pullResp_**1** instructing target RT **640** to pull the requested data. Target RT **640** then sends the pulled data to the initiator RT **630** with pullData_**1**. In this example, pullData_**1** is assigned PSN=1002 within the same data TX sliding window of entity B as the pushGrnts (indicated by dash dot line pointing towards A). The initiator RT **630** then

GOOG-USVDING-00025103

Trial Exhibit 5281 Page-022

sends a pullResp_**1**, shown as the communication path **657**, to the initiator ULP **610** so that the initiator ULP **610** may place or store the received data packet at entity A. After the data packet is placed or stored at entity A, an acknowledgment may be sent to notify entity B of safe receipt. Thus, as shown, ACK-1002-eBSN=0, **1003** is sent by entity A to notify entity B that the pullData_**1** packet has been safely received.

[0070]   In this ordered system, the completion messages received by the initiator ULP **610** near the bottom of timing diagram **600** are in the same order as the requests that were sent by initiator ULP **610** near the top of the timing diagram **600**. This order is maintained on ULPs of both initiator and target entities, where the target RT presents requests to the target ULP in the same order as the initiator ULP sends requests to the initiator RT. This ordered system ensures that the requests are delivered once and only once over the connection. In contrast, there may not be ordering requirements between transactions going in different directions over the connection.

[0071]   FIG. **7** depicts a CAM-based hardware architecture **700** that utilizes a content addressable memory (CAM) **708** (shown as **708**a, **708**b) to provide a look-up operation and an update operation for the data or packets transmitted therethrough. It is noted that the CAM-based hardware architecture **700** may be built in the initiator RT **530**, **630** and/or target RT **540**, **620** to provide the lookup and update operation. The CAM-based hardware architecture **700** includes one or more CAMs **708** that may provide look-up tables for data comparison during transmission.

[0072]   In the example where the CAM-based hardware architecture **700** is utilized in the initiator RT **530**, **630**, during transmission, a request, such as a ULP operation shown by the arrow **750**, from ULP, such as the initiator ULP **510**, **610**, may be transmitted through the CAM-based hardware architecture **700** in the initiator RT **530**, **630**. A transaction processor **703** in the CAM-based hardware architecture **700** may serve as a transmission scheduler (TX scheduler) **702** to process context, requests, data, or packets from the ULP operation **750**, generating a command context per transaction to send to a reorder engine **706**. The reorder engine **706** includes a content addressable memory (CAM) **708**b that may mark, register and store data entries and information from the connection context in the content addressable memory (CAM) **708**b. Each connection node maintains a connection context (connCtx) per connection and the connection context may be updated based on transactions so as to keep both nodes synchronized. Each data entry may be assigned with a plurality of sequence numbers, such as solicitation sequence numbers (SSNs) or request sequence numbers (RSNs) in an ascending order. The connection ID and some information of the data entries are then saved in the content addressable memory (CAM) **708**b. It is noted that different SSNs or RSNs may be assigned to the data entries, based on the types of the connection context from the ULP operations **750**. Thus, the content addressable memory (CAM) **708**b in the initiator RT **530**, **630** may identify and mark each data entry from the ULP operation **750** to be transmitted therefrom and save these data entries with the assigned numbers in the content addressable memory (CAM) **708**b, which may later serve as a look-up table when the data is transmitted back from the target RT **540**, **620**.

[0073]   Subsequently, the data entries may then transmit through the retransmission engine **704** so that the content addressable memory (CAM) **708**a in the retransmission engine **704** may record and track the outstanding data, including packet sequence number (PSN) assigned from each data entries, in the retransmission engine **704**. After the data entries from ULP operation **750** is marked, assigned, registered, tracked and recorded, the data entries may then transmit to network, as shown in the arrow **752**, to the target RT **540**, **620**.

[0074]   In another example, when data or packets are transmitted back from the target RT **540**, **620** and received by the initiator RT **530**, **630**, as shown from by the arrow **760**. The data may be transmitted to the transaction processor **703**, for example the transmission scheduler (TX scheduler) **702**, scheduled to be transmitted back to the initiator ULP **510**, **610** as the final destination. Similar to the operation described above, the data/packet may then transmit through the reorder engine **706** to perform a look-up operation to ensure that the packets as received are in order. For example, the received data may transmit through the reorder engine **706** and compare the order of the received data with the order of the data entries saved in the content addressable memory (CAM) **708**b. When the order of the received data matches the order saved in the content addressable memory (CAM) **708**b, the data may then be transmitted to the initiator ULP **510**, **610** the same order as requested, as shown by the arrow **754** to complete the data transmission. Thus, an update operation may then be performed to install or uninstall data entries in the CAM **708**b. When the order of the received data match does not match the order saved in the content addressable memory (CAM) **708**b may then provide the associated order information so that the received data may be reordered to match the original order prior to transmitting back to the initiator ULP **510**, **610**. Furthermore, the received data may also transmit through the retransmission engine **704** to ensure the related requests, feedbacks, acknowledges are received. If not, the retransmission engine **704** may request retransmission of the data to complete the communication transmission.

[0075]   In one example, when a packet is received from ULP **510**, **610**, a packet sequence number (PSN) and request sequence number (RSN) is assigned to the packet. A free entry is obtained from a retransmission free pool **781** (retx_free_entry) in the retransmission engine **704**, and/or from a reorder free pool **782** (rord_free_entry) in the reorder engine **706**. Each data entry includes the information of the connection identifier (CID) with the associated PSN, RSN assigned for each given connection. The CAM **708**a in the retransmission engine **704** is installed with the {CID, PSN} in the location of the retransmission free pool **781**. The associated packet information is updated at the retransmission free pool **781** in a packet context structure formatted under packet context **765** configured in the retransmission engine **704**. Similarly, the CAM **708**b in the reorder engine **706** is installed with the {CID, RSN} at a location of the reorder free pool **782**. The request information is updated at a location of the reorder free pool **782** in the request context structure under request context **766** configured in the reorder engine **706**.

[0076]   In one example, when an acknowledgment, such as the acknowledgment ACK-eBSN=**3**, **203**, shown as the communication path **608** in FIG. **6**, is received with a

GOOG-USVDING-00025104

Trial Exhibit 5281 Page-023

sequence number, a lookup operation is performed in the retransmission engine **704** to search information associated with the acknowledgment, such as the packet context including the identification information of the CID, PSN and other associated state of the acknowledgment. After the identification information is obtained, an update operation to install or uninstall data entries may be performed. For example, a deallocation operation may be performed in the CAM **708***a* when the acknowledge is received within a desired period of time with the desired order so that the data transaction is considered completed and ready to be deallocated from the CAM **708***a*. Thus, the data entries in the CAM **708***a* are updated to uninstall the CAM entry. In contrast, when an acknowledgment is not received within a timeout period, the packet context is looked up using the data entry previously saved in the CAM **708***a* and a retransmission of the packet may then be performed.

[0077] In another example when a Pull Request, such as pullReq_1 shown as the communication path **602** in FIG. **6**, is performed, the Pull Response, such as pullResp_1 shown as the communication path **657** in FIG. **6**, is sent back to the ULP **510**, **610**, is required to be in the requested order. Thus, the reorder engine **706** performs the ordering operation based on the RSN from the received packet of the Pull Response prior to sending back to the ULP **510**, **610**. Thus, the lookup operation performed in the CAM **708***b* of the reorder engine **706** associates Pull Response with the corresponding Pull Request. Once the Pull Responses are ordered, the ordered Pull Responses may be sent to the ULP and the data entry in the CAM **708***b* of the reorder engine **706** may be deallocated. Thus, the associated entry of the Pull Response and the corresponding Pull Request is also uninstalled in the CAM **708***b* of the reorder engine **706** and the data entry is added back to the reorder free pool **782**.

[0078] FIG. **8** depicts a flow chart **800** of performing a lookup operation and/or an update operation, including install/uninstall operations or other operations, in the CAM **708** in the retransmission engine **704** or the reorder engine **706**. Typically, a single lookup operation or update operation can be performed at a time to the CAM **708** in the reorder engine **706** or in the retransmission engine **704**. The total bandwidth available in the CAM **708** is shared among the lookup and update operations. In one example, after a lookup operation, if no matches are found in the CAM **708**, as indicated by the loop **802**, an install operation may be performed to register a data entry in the CAM **708**, indicating a new data entry is installed and saved in the CAM **708**. In another example, when a match is found after a look up operation, as indicated by the loop **804**, it indicates that a transaction may be completed. A previously saved data entry is located in the CAM that matched with a newly received data entries, indicating the transaction of packet sending and receiving is completed. Thus, such data entries may be removed and uninstalled from the CAM **708**. Thus, the data entries saved in the CAM **708** may be updated based on the install/uninstall operation as performed to allocate and/or deallocate data entries in the CAM **708**.

[0079] FIG. **9** depicts an example CAM module **900** including a primary CAM **902** logically partitioned to include a plurality of physical sub-CAMs **904***a-d* according to aspects of the disclosure. The primary CAM **902** may be the CAM **708** (FIG. **7**) implemented in the retransmission engine **704** or the reorder engine **706**. The primary CAM **902** may be logically partitioned into the plurality of physical

sub-CAMs **904***a-d* in any desired numbers. Each sub-CAM **904***a-d* is similarly configured to perform lookup and update operations. Thus, each sub-CAM **904***a-d* is an individual searchable and executable partition that may perform a search operation, lookup operation or an update operation. The data entries may be saved in any suitable memory cells in the primary CAM **902**. Thus, when a look-up operation is performed, the search keys is often utilized as the search terms search through the stored data of the primary CAM **902**, including each of the sub-CAMs **904***a-d* as partitioned. Accordingly, the look-up operation is configured to be performed in each sub-CAM **904***a-d* partitioned from the primary CAM **902**, as shown by the data flow path **950**. The search results are then accessed and processed by a processor, such as the transaction processor **703** depicted in FIG. **7**, to determine a subsequent command or operation to be executed. Once a subsequent operation, such as an update operation of install/uninstall operations, is determined, such operation may be performed in any of the sub-CAMs **904***a-d*, as shown by the data flow path **952**. In this regard, several update operations may be performed in parallel, without compromising the lookup latency. Thus this provides for enhancing the CAM bandwidth, and increasing data transaction speed. The allocation logic of the primary CAM **902** spreads requests for install/uninstall operations across the sub-CAMs **904***a-d*, which increases the probability of executing parallel update operations and enhances data processing performance.

[0080] In one example, the results of each operation performed in each sub-CAM **904***a-d* may be combined to generate a final result. For example, a result merge module **957** may be updated and configured in the CAM module **900** to maintain the most up-to-date information saved in the primary CAM **902**.

[0081] FIG. **10** depicts an example CAM module**1000** including a primary CAM **1002** partitioned to include a plurality of sub-CAMs **1004***a-d* according to aspects of the disclosure. Similarly, the primary CAM **1002** may be the CAM **708***a*, **708***b* (FIG. **7**) implemented in the retransmission engine **704** or the reorder engine **706**. A plurality of first-in first-out (FIFO) interfaces **1008***a-d* may be configured and implemented in the CAM module **1000**. Each FIFO interface **1008***a-d* is searchable and configured to be in communication with a corresponding sub-CAM **1004***a-d*. The FIFO interfaces **1008***a-d* have a lookup interface that may perform a key search operation, such as a lookup operation. The FIFO interfaces **1008***a-d* allow the processor **703** to communicate commands, operations, and data entries with the primary CAM **1002** while the primary CAM **1002** and/or the sub-CAMs **1004***a-d* simultaneously or synchronously perform other operations. Thus, the operations performed in each sub-CAM **1004***a-d* may be operated at different speeds, enabling parallel execution in each sub-CAM **1004***a-d*. Accordingly, the transactions processed in the primary CAM **1002** and/or the sub-CAMs **1004***a-d*, implemented in the retransmission engine **704** or the reorder engine **706**, may achieve maximum throughput.

[0082] In one example, the FIFO interfaces **1008***a-d* buffer commands/operations written to the primary CAM **1002** and/or the sub-CAMs **1004***a-d* by the processor **703**. The commands are executed by the primary CAM **1002** in the order presented. For example, the FIFO interface **1008***a* is a shift-based FIFO structure and queue update requests on a per-sub-CAM basis. The resulting status and data are merged

GOOG-USVDING-00025105

Trial Exhibit 5281 Page-024

in a result merge module **1054** and presented at a result interface **1056** that is readable by the processor **703**. The FIFO interfaces **1008***a-d* operate synchronously with each of the sub-CAMs **1004***a-d* so as to allow the processor **703** to communicate with each sub-CAMs **1004***a-d* in a timely manner without unnecessary delay.

[0083]    In one example, when a lookup operation is performed, the lookup request for the primary CAM **1002** is connected and transmitted to each of the sub-CAMs **1004***a-d* for searching, as indicated by the flow path **1011**. The search results of each of the sub-CAMs **1004***a-d* are then combined in the result merge module **1054** to generate a final CAM result. An update interface **1061***a-d* for each of the sub-CAMs **1004***a-d* is in communication with each of the FIFO interfaces **1008***a-d* to perform an update operation to the sub-CAMs **1004***a-d* when receiving a command from the processor **703**. The FIFO interfaces **1008***a-d* participate in each lookup operation and provides the lookup bypass result to the results merge module **1054**. In one example, the lookup bypass result is combined with the results from the sub-CAMs **1004***a-d* to generate the updated CAM result to be accessed and processed by the processor **703**.

[0084]    FIG. **11** depicts a configuration of a FIFO interface **1008***a-d* configured to be in communication with a primary CAM for performing a lookup operation according to aspects of the disclosure. The FIFO interfaces **1008***a-d* queue up the search requests and shift out entries which are committed to the physical sub-CAMs. The FIFO interfaces **1008***a-d* compare each entry of the FIFO interfaces **1008***a-d* with the search argument on the lookup interface. The FIFO lookup result is based on the most recent update requests stored in the primary CAM **1002** so as to ensure that the FIFO lookup result is coherent for multiple install/uninstall updates to the same CAM entry. For example, when the lookup request, such as a data entry request, is input in FIFO interface **1008***a-d* and a match, such as an address match or a search key match, was found and associated with the address or keys stored in the primary physical CAM, an install or uninstall operation may be determined to be performed when the FIFO entry was an install or uninstall operation.

[0085]    FIG. **12** is a configuration of the result merge module **1054** that is configured to be in communication with the plurality of sub-CAMs partitioned from the primary CAM **1002** according to aspects of the disclosure. In one example, the result merge module **1054** may perform a two-stage merge operation to generate a final CAM result. For example, the search results from each sub-CAMs **1004***a-d* may be first processed and merged in a first merge stage module **1201***a-d* on per sub-CAM basis. Subsequently, each merged result from each first merge stage module **1201***a-d* is then processed and merged in a second merge stage module **1205** to generate a final CAM result, including results from all of the sub-CAMs **1004***a-d*. In one example, different operations/actions may be performed and processed at the first and the second merge stage module **1201***a-d*, **1205**. For example, the first merge stage module **1201***a-d* may update the search result in sub-CAMs **1004***a-d* or remove the search result in sub-CAMs **1004***a-d* if a bypass result was an uninstall operation. The second merge state module **1205** may further process the search results transmitted from the first merge stage module **1201***a-d*.

[0086]    FIG. **13** depicts a sub-CAM selection logic of a CAM free pool on a per sub-CAM basis according to aspects

of the disclosure. The CAM free pool (fp 0-3) may be the retransmission free pool **781** or reorder free pool **782** described above with reference to FIG. **7**. Multiple factors, such as searchable FIFO occupancy, available free pool entries or user constraints on per sub-CAM basis, are taken into consideration when allocating data entries and/or performing operations in the retransmission free pool **781** or the reorder free pool **782**. Accordingly, some operations, such as install operations or uninstall operations, may be spread evenly across each of the sub-CAMs. Thus, when an update operation is determined to be performed by the processor **703**, the sub-CAM selection logic may assist deciding a proper available sub-CAM for performing the update operation. The sub-CAM selection logic configured in each sub-CAM may perform a round robin (RR) arbitration across the qualified sub-CAMs to install a given entry as depicted in FIG. **13**. Round robin (RR) arbitration is a scheduling scheme which gives to each request its share of using a common resource for a limited time or data elements. Thus, round robin arbitration allows each request a substantial equal share of the time in accessing the sub-CAMs or limited processing resource in a predetermined order. In each cycle of accessing each sub-CAM for performing an update operation, round robin (RR) arbitration utilizes its selection logic to check the availability, including the searchable FIFO occupancy, available free pool entries or user constraints of each sub-CAM to determine which respective sub-CAM is suitable or available to perform the update operation, with the condition that no lookup operation is processing in such sub-CAM.

[0087]    FIG. **14** depicts a flow chart for performing lookup and update operations in the CAM based architecture system. The method may be performed using the CAM based architecture system described above, modifications thereof, or any of a variety of systems having different configurations. It should be understood that the operations involved in the following methods need not be performed in the precise order described. Rather, various operations may be handled in a different order or simultaneously, and operations may be added or omitted. Although FIG. **14** illustrates one example method, variations of the methods may be performed, for instance as described above with reference to FIG. **1-13**.

[0088]    Referring to FIG. **14**, an example flow diagram **1400** is shown illustrating transactions that may perform a look-up operation and an update operation synchronously in the CAM based reorder engine or retransmission engine. In the example depicted in FIG. **14**, the CAM based reorder engine or retransmission engine is utilized in an initiator entity. The flow diagram **1400** may be performed by one or more entities in a network, such as by any of the entities A, B, C of FIG. **1**, for example by processors **220** of FIG. **2**. As mentioned above in reference to FIG. **2**, the processors **220** may include processors on one entity, such as entity **110**, or processors on multiple entities, such as on two or more of entities A, B, C, etc. As such, processors **220** may receive data, and perform reliable transport as described above with reference to FIGS. **1-13**.

[0089]    Referring to FIG. **14**, in block **1402**, a set of data packets from an input operation is received by one or more processors, such as the processors **704**, in a computing system.

[0090]    In block **1404**, a first lookup operation is performed, by the one or more processors, to access data entries stored in a plurality of sub-content addressable memories

GOOG-USVDING-00025106

Trial Exhibit 5281 Page-025

logically partitioned from a primary content addressable memory in a content addressable memory module.

[0091] In block **1406**, an update operation is performed at a selected sub-content addressable memory from the plurality of the sub-content addressable memories.

[0092] In block **1408**, a second lookup operation may be performed, by the one or more processors, in the plurality of sub-content addressable memories while performing the update operation in the selected sub-content addressable memory.

[0093] Unless otherwise stated, the foregoing alternative examples are not mutually exclusive, but may be implemented in various combinations to achieve unique advantages. As these and other variations and combinations of the features discussed above can be utilized without departing from the subject matter defined by the claims, the foregoing description of the embodiments should be taken by way of illustration rather than by way of limitation of the subject matter defined by the claims. In addition, the provision of the examples described herein, as well as clauses phrased as "such as," "including" and the like, should not be interpreted as limiting the subject matter of the claims to the specific examples; rather, the examples are intended to illustrate only one of many possible embodiments. Further, the same reference numbers in different drawings can identify the same or similar elements.

1. A content addressable memory module in a computing system, comprising:

a plurality of sub-content addressable memories logically partitioned from a primary content addressable memory in a computing system;

a plurality of searchable first-in first out (FIFO) interfaces configured to be in communication with respective sub-content addressable memories from the plurality of sub-content addressable memories;

one or more processors in communication with the content addressable memory module, the one or more processors configured to:

receive a set of data packets;

perform a lookup operation to access data entries stored in each of the sub-content addressable memories; and

perform an update operation at a selected sub-content addressable memory from the plurality of the sub-content addressable memories.

2. The content addressable memory module of claim **1**, further comprising:

a result merge module in communication with the plurality of the sub-content addressable memories.

3. The content addressable memory module of claim **2**, wherein the result merge module is configured to receive search results from each of the sub-content addressable memories after the lookup operation.

4. The content addressable memory module of claim **1**, wherein the FIFO interface is configured to perform the lookup operation and the update operation synchronously.

5. The content addressable memory module of claim **1**, wherein the one or more processors are further configured to:

when performing the lookup operation, compare the set of the data packets with the data entries in each of the sub-content addressable memories;

determine whether a data match is found between the set of the data packet and the data entries in the sub-content addressable memories.

6. The content addressable memory module of claim **5**, wherein the one or more processors are further configured to:

perform an uninstall process during the update operation when the data match is found.

7. The content addressable memory module of claim **5**, wherein the one or more processors are further configured to:

perform an install process during the update operation when no data match is found.

8. The content addressable memory module of claim **1**, wherein the set of data packets comprises one or more push grant, push unsolicited data, pull response, pull request, or acknowledgment.

9. A method, comprising:

receiving, by one or more processors, a set of data packets from an input operation in a computing system;

performing, by the one or more processors, a first lookup operation to access data entries stored in a plurality of sub-content addressable memories logically partitioned from a primary content addressable memory in a content addressable memory module; and

performing, by the one or more processors, an update operation at a selected sub-content addressable memory from the plurality of the sub-content addressable memories.

10. The method of claim **9**, further comprising:

performing, by the one or more processors, a second lookup operation in the plurality of sub-content addressable memories while performing the update operation in the selected sub-content addressable memory.

11. The method of claim **9**, wherein performing the first lookup operation further comprises:

transmitting the set of data packets through a plurality of FIFO interfaces in communication with the plurality of sub-content addressable memories, each FIFO configured to be in communication with a respective sub-content addressable memory; and

comparing the set of data packets with the data entries stored in each of the sub-content addressable memories.

12. The method of claim **11**, further comprising:

transmitting each preliminary search result from each of the sub-content addressable memories to a result merger module in the content addressable memory module; and

generating a final search result in the result merger module.

13. The method of claim **12**, wherein transmitting each preliminary search result further comprises:

processing each preliminary search result from each of the sub-content addressable memories in a corresponding first merge stage module in the result merger module; and

transmitting processed preliminary search results from each of the first merge stage modules in a second merge stage module to generate the final search result.

GOOG-USVDING-00025107

Trial Exhibit 5281 Page-026

US 2022/0382783 A1

Dec. 1, 2022

12

14. The method of claim 13, further comprising:
determining if a data match is found between the set of the data packet with the data entries in the sub-content addressable memory.

15. The method of claim 14, further comprising:
performing an uninstall process during the update operation when the data match is found.

16. The method of claim 14, further comprising:
performing an install process during the update operation when no data match is found.

17. The method of claim 11, wherein the FIFO interfaces are configured to perform the lookup operation and the update operation synchronously.

18. The method of claim 9, wherein the set of data packets comprises one or more push grant, push unsolicited data, pull request, pull response or acknowledgment.

19. The method of claim 9, wherein the input operation is a Remote Direct Memory Access (RDMA) operation.

20. A method, comprising:
performing, by one or more processors, a lookup operation and an update operation synchronously in a plurality of sub-content addressable memories logically partitioned from a primary content addressable memory in a content addressable memory module.

*   *   *   *   *