# EXHIBIT 6481

**Leon Ding** (leonding)

L4 / Software Engineer III    OKRs    Snippets    2021 Q3

Your rating:

●●●○○    Exceeds Expectations

## Achievements and projects

👁 What you respond here is visible to **peers you chose to provide feedback and managers**

1.

**Leon Ding (leonding) • Self • L4 / Software Engineer III**
**Summary of my contribution**
AdAstra
- AdAstra Plan and Design. Coordinated with other teams in AdAstra such as cloud, machine manager, guest sw, platform teams
  - Created a plan and design document. go/borg-for-adastra
  - Scoped the Adastra work across the whole AdAstra teams with a roadmap and approver list. Answer the other team's questions. Approval will happen around dev entry.
  - Support the new PRD change requests to adjust our requirement, such as architecture change and roadmap. We have to adjust our borg plan accordingly.
  - Read and learned the CloudRDMA and Bigrig projects for the preparation of AdAstra project as the reference.
  - Resolved the design and interfacing issues with PodSw and Linkd leads.
  - Followed all AdAstra meetings.
- Assistance on Headcount plan to update our requirements and tasks with Borgmaster team and Yen-Jen. go/adastra-borg-hc-request.
- Presented our Borg for AdAstra plan in AdAstra Tech Summit.
  - Created the Adastra tech summit doc. go/tech-summit-borg-for-adastra
- Ecclesia Project Integration with offload team and Ecclesia team. b/190320449
  - Borg Pnyx. Ecclesia API support. Doc

Review and sync up the Ecclesia interfaces and clarify our requirements with the Ecclesia team and offload team. go/ecclesia-api-get-hardware-measure

**Peer assessments (1)**

**Yihua Ding (yihuad) • Manager • Staff Software Engineer**
Adastra is a NPI project to launch a GPU ML/DL/HPC Supercomputer product in GCP. Leon was initially tasked with the scoping of this project with guidance from xiaozhang@. He was able to quickly ramp up on this project and then became a Borg lead who has been collocating with partner teams to scope the Borg support, drive the consensus, adjust the plan per PRD changes, etc. I am looking forward to seeing Leon driving this effort to completion!
58 words over the overall achievements and projects limit

2.

**Leon Ding (leonding) • Self • L4 / Software Engineer III**
**Summary of my contribution**
GPU Clock Frequency Tuning
- Overview
  - Tracking the progress and updating the Borglet OKR. b/178625543
  - Performance improvements result. go/gpu-clock-tuning-updates
  - Savings: 8%*33K+5%*35K = 4.4K chips, or $44M TCO valuation.
- Perfy Award. Editor Choice.
  - Clock tuning final one-page for perfy. go/gpu-cft
- Worked with ML fleet team about the status presentation and for the rollout plan.
  - ML Fleet Pilot Status.
  - go/ml-fleet-pilot-status
  - Working with ML fleet team and Google Research/Deepmind for our formal communication for the feature release
    - GPU Clock Tuning Formal Communication
- Analyzed Rollout and monitored the process. b/192463858

DISCOVERY MATERIAL                                                                                                                                                                  GOOG-USVDING-00015590

Trial Exhibit 6481 Page-002

- Started GPU freq feature rollout. Borglet Rollout Plan with GPU Clock Tuning. go/borglet-rollout-with-gpu-clock-tuning.
  - Designed on the dashboard for this. go/prod-ecgviewer
  - Gpu Clock tuning rollout is kicked off. http://nsudash/intent/8453855.
  - We have expedited the customized rollout process. Designed the script to monitor the rollout process. Reviewed Customized Rollout
  - Monitor rollout. b/191794234., b/184680549
- Presentations.
  - Presenting the performance improvement results to the MLIS Fleet team. go/gpu-clock-frequency-tuning-mlis.
  - Performance and Optimization Summit. Lightning talk. go/gpu-clock-frequency-tuning-updates-lightning-talk.
  - GCI Reviews. go/borg-ml-efficiency-review1-notes
- Productization plan.
  - GPU clock tuning Production Plan and had the Plan document reviewed. go/gpu-clock-freq-tuning-production
  - Completed the rollout letter to Deepmind team with the MLIS team. go/gpu-clock-tuning-formal-communication
- Experiments on Tesla P4.
  - Worked on P4 experiment to run borglet and verify the nvsmi interface functionality. Got the experiment performance with the RL benchmark. b/172103266
  - Figured out the percentage of P4 brain port in LU cell.
- Piloting implementation and rollout on V100, P100 and P4. b/174604149
  - Created Borg Experiment doc for the meeting with gsys and borg-sre. go/borglet-experiment-with-gpu-clock-tuning
  - Rollout out CLs.
  - Prober and rumbo CL: cl/359125273
  - Borglet data creation for prober CL: cl/358504027
  - Implemented prober, poller and rumbo table conversion for clock tuning data. cl/357907645
  - All Gsys interface implementation. cl/355464248
  - Tiny Gsys Client. cl/356782241
  - Implements clock tuning logic code in borglet. cl/355064280
  - Added rumbo table conversion in prober and collector.
  - cl/373233076
- Productization Implementation.
  - Gsys update metrics temperature and power usage in HardwareMeasureInfo.Added Gsys GetTemperature and GetPowerUsage Interface for HardwareMeasureInfo update. Added temperature threshold into GetGpuInfo rpc. cl/372405842
  - Implements gpu clock tuning logic code in borglet for production. cl/373076102
  - Added prober metrics for gpu clock tuning. cl/373293534
  - Added Streamz clock freq and throttle counter. Fixes gpu clock tuning logic code bug in borglet for production. cl/373091901
  - Added rumbo table conversion in prober and collector. cl/373233076
  - Verified the deployed new gsys.
  - Verified the borglet update and vaults in the integration tests.

- Added Streamz clock freq and throttle counter. Fixes gpu clock tuning logic code bug in borglet for production. cl/373091901
- Gsys for gpu clock tuning production with power and temperature. And gpu clock tuning metrics. cl/370838819
- Borglet production logic. Change ECG and DCG states by checking the condition. Vaults updates. cl/371278706
- Monitoring
  - Designed the dashboard to monitor the piloting performance. go/ecgviewer, go/gpu-clock-freq-tuning-dash, b/181696725. But after P4 rollout, we will need to modify this dashboard again because most of the design is based on cell divisions as the device categorization.
  - Designed the SQL Scripts Groups and workflow
- For Phase 2
  - Phase 1 release is complete. Phase 1 is the major release to enable the feature with power protection for throttling. Phase 2 is a minor release about an extra thermal protection without much impact on performance.
  - Gsys is still not ready yet. In qual stage now.

Peer assessments (1)

**Yihua Ding (yihuad) • Manager • Staff Software Engineer**

Leon independently drove all aspects of GPU clock tuning: productionization (e.g., 1-2-3), experiments, pilot, production rollout (announcement), benefit analysis, and perfy award submission; presented the GPU clock tuning in GCI reviews and Performance and Optimization Summit, and to MLIS Fleet team. This project contributed a huge impact to Google: saved 4.4K GPU chips ($44M TCO valuation) and won Perfy Editor's Choice Award. Nice work, Leon!

58 words over the overall achievements and projects limit

3.

**Leon Ding (leonding) • Self • L4 / Software Engineer III**

**Summary of my contribution**

**Borg Accelerator Telemetry**

- Drafted the design plan for metrics. Coordinated with the ML Performance team.
  - go/borglet-accelerator-telemetry

- go/borglet-accelerator-telemetry-design
- Explored telemetry and experimented with the prototype code cl/384971412 .
  - The prototype code is ready and the response message is verified. cl/384971412
  - Resolved the outbound ACL issue. b/77974085
  - Other Bug Trackers: b/190915402, b/185419027
  - Having figured out how to integrate a tensorflow profiler and the current xprofilez profilers.
- Updated the telemetry in the second version. Finalized the design and implementation plan. go/borglet-accelerator-telemetry
- Updated the telemetry project and collaborated with the ML performance team. go/borglet-accelerator-metrics

Peer assessments (1)

**Yihua Ding (yihuad) · Manager · Staff Software Engineer**

Leon initiated the accelerator telemetry effort; this is an ambiguous effort aiming to provide infra and metrics to address various issues / needs that we have seen; he drove the designs and performed the experiment and prototyping. This is a forward-looking project with huge potential impact; I am very glad that Leon is able to propose this project and drive it forward!

58 words over the overall achievements and projects limit

4.

**Leon Ding (leonding) · Self · L4 / Software Engineer III**

**Summary of my contribution**

Intern Hosting
- Our daily standup log. go/an-zheng-internship-log
  - Scheduled the project and assisted the work to make progress. go/an-zheng-project-design, Work Schedule & Notes
- All the project's achievement link.
  - An Zheng - internship - document summary

DISCOVERY MATERIAL                                                                              GOOG-USVDING-00015593

Trial Exhibit 6481 Page-005

Self Serve NPI Projects
- Handed this project over to Kexin and Jiafan.
- Finalized the requirement and components in a high level requirement document to resolve the usage complexity and user protocol at the stage. go/hl-for-self-serve-npi
- Finalized the top level self serve npi design at the stage. go/self-serve-accelerator-npi-design
- Finalized the resource manager architecture to fit the automation process and designed the new lego resource managers for accelerator NPIs at the stage. go/npi-for-accelerator-resource-mgr

Peer assessments (1)

**Yihua Ding (yihuad) • Manager • Staff Software Engineer**

Leon hosted an intern on ML based GPU clock tuning optimization. This was a researchy project without a clear solution. Leon was able to guide the intern to define the problem, investigate the solutions, and solve various issues. This project generated a very good result, which couldn't be possible without Leon's patience and diligence.

58 words over the overall achievements and projects limit

5.

**Leon Ding (leonding) • Self • L4 / Software Engineer III**

**Summary of my contribution**

DEI
- University Graduate Program. Took the training and interviewed the new graduate candidates.
- Interviews: 35 interviews. Top interviewer.
- Routinely on call in borglet and borglet accel. Rotation in borglet team.
- Fixit: Borglet Award Winners
  - Most Playbook Bugs Closed: cwarloe@ with 7 bugs closed, leonding@ with 6 bugs closed. b/190739529
- Spot, Peer Bonus and Kudos.
  - 5 spot, 1 peer, 1 kudo. In total: 7.
- Hosted several team events.

DISCOVERY MATERIAL    GOOG-USVDING-00015594

Trial Exhibit 6481 Page-006

- Fixed the bug in borglet for SystemAcceleratorDeviceInfo update. [b/179167129](b/179167129)
- Created and updated four g3doc for our borglet team.
  - [go/accelerator-metrics-definitions](go/accelerator-metrics-definitions), [go/gpu-cft-doc](go/gpu-cft-doc), [go/borgaccel-toolkits](go/borgaccel-toolkits), [go/borgaccel-resources](go/borgaccel-resources)
- Wrote and quickly fixed the rollout issue. Wrote Post-mortem-9 in borglet team meeting. [go/borglet-mini-pm](go/borglet-mini-pm)

Peer assessments (1)

**Yihua Ding (yihuad) • Manager • Staff Software Engineer**
Leon has done an awesome job with hiring. He completed 21 interviews and was the top interviewer in GCI during Q2. This is very impressive - I don't even know how he managed to make that happen. Thanks Leon :)
58 words over the overall achievements and projects limit

## Quick survey results

### Summary

Keep in mind, questions with fewer than 3 responses will not appear.

| Question | Responders | Distribution |
|---|---|---|
| How familiar are you with Leon's projects and achievements?<br><br>Feedback from peers who have responded "Not applicable" or "Not at all closely" have been filtered out. | 10 | Extremely 30%<br>Very 20%<br>Somewhat 40%<br>Slightly 10%<br>Not at all 0%<br>No response 0% |

| Question | Responders | Distribution |
|---|---|---|
| On the projects where you've collaborated, how closely did you work with Leon? | 10 | Extremely 30%<br>Very 40%<br>Somewhat 30%<br>Slightly 0%<br>Not at all 0%<br>No response 0% |
| How well does Leon foster a culture of respect in the workplace[1]? | 10 | Extremely well 80%<br>Very well 20%<br>Somewhat well 0%<br>Slightly well 0%<br>Not at all well 0%<br>No response 0% |
| Compared to ladder expectations for Software Engineer III, how would you rate Leon's impact? | 10 | Far above expectations 20%<br>Above expectations 50%<br>Aligned with expectations 30%<br>Below expectations 0%<br>Far below expectations 0%<br>No response 0% |
| Compared to ladder expectations for Software Engineer III, how does Leon demonstrate independence and/or project leadership? | 10 | Far above expectations 10%<br>Above expectations 40%<br>Aligned with expectations 50%<br>Below expectations 0%<br>Far below expectations 0%<br>No response 0% |

DISCOVERY MATERIAL

GOOG-USVDING-00015596

Trial Exhibit 6481 Page-008

| Question | Responders | Distribution |
|---|---|---|

Provide a brief explanation to support your responses to the questions above

Leon is very independent on his projects and can find the correct resource quickly. His work on gpu-clock tuning has received a huge success in term of saving and efficiency improvement. It is a cross-team work as well. Lots of area is unclear and will need to be clarified before the project. Leon shows the ability to lead the project and solve the incoming questions.

My collaboration with Leon is limited to the Borglet Accelerator Telemetry. Leon reached out to key stakeholders (XProf and AutoGrappler teams) with a set of requirements. A challenge for ML Telemetry is that it must evolve along with ML frameworks and services. I advised Leon on key limitations of single-worker profiling infrastructure and gave him feedback to improve the document. I expect to continue collaborating to land the needed improvements.

I closely work with Leon on the projects of accelerators. Leon owns multiple projects like GPU frequency tuning. He is able to propose his own ideas on the projects and speaks with partner teams to investigate and explore. Leon is self-motivated and drives the projects on his own.

I worked with Leon on AdAstra project for the interaction between LinkD and Borglet. When I have questions in borg for AdAstra, Leon was able to quickly provide feedbacks and explain the background, showing his impressive technical skills. Furthermore, whenever I had questions and asked him, Leon was always willing to chat and discuss with me. Enjoy working with Leon.

Leon has been independently working on multiple critical projects in the team, like GPU clock tuning, accel telemetry, and Adastra. He has made solid technical contributions with **oversized** landing (e.g., GPU clock tuning); also he has shown great communication and coordination with multiple teams, which can be easily seen from the adastra project.

Leon has been a key contributor to AdAstra planing and design efforts in Borg. He is proactively engaged with partner teams on discussion (meeting notes) and helped the project move forward. One example is how he spoke out and took responsibility when xiaozhang@ was OOO. Due to his contribution, we were able to meet the tight deadline to present our work in the Submit.

Leon has demonstrated leadership and independency in his projects. He worked cross-functionally to maximize context and communication. He chased down subject-matter experts as needed and advised on opportunities. Keep up the good work!

| Question | Responders | Distribution |
|---|---|---|

Leon did an incredible job with GPU frequency tuning and was very thorough and systematic and had high impact. The code was high quality and I used much of his changes to as a guide for similar changes. His non-project work has been above and beyond what is expected. Ad Astra and Telemetry are both big cross-team projects but not yet complete. Would rate above expectations if they go well.

Leon has consistently provided meaningful insights on Borglet accelerators through the design of complex projects, such as AdAstra: in the migration to Ecclesia API, Leon offered helpful suggestions to align the interface with accelerator use cases and proactively communicated with the offloads and Ecclesia teams. Leon has also made impressive contributions to the Borglet team community, being the top interviewer and an active participant of team events, such as fixits.

DISCOVERY MATERIAL

GOOG-USVDING-00015598

Trial Exhibit 6481 Page-010

If you have a specific concern about a coworker's actions, you can find help at go/saysomething.

## Developmental feedback

### What do you do really well?

👁 What you respond here is visible to **managers**

Share one thing you're great at. Give examples of how that's helped your projects, team, or the company. Writing tips.

**Leon Ding (leonding)** • **Self** • **L4 / Software Engineer III**
Have a widespread capacity of understanding projects and other team's work and can quickly scoped the AdAstra project for Borg accurately. And also can guide other team's work.

**Yihua Ding (yihuad)** • **Manager** • **Staff Software Engineer**
Coming up with new ideas. Just one example: Leon has a good understanding of the accel runtime which is something the rest of the team doesn't know much about. He has proposed the accel telemetry project which potentially has a huge impact by helping us better understand the accel jobs and come up with mechanisms to improve their performance accordingly.

### What could you do to have more impact?

👁 What you respond here is visible to **managers**

Share one thing you could do to boost your impact. Give examples of how that change could help your projects, team, or the company. Writing tips.

**Leon Ding (leonding)** • **Self** • **L4 / Software Engineer III**
More involvement and talk in the discussion across the AdAstra teams.

DISCOVERY MATERIAL

GOOG-USVDING-00015599

Trial Exhibit 6481 Page-011

Yihua Ding (yihuad) • Manager • Staff Software Engineer
Continue executing well on leading accel telemetry and adastra projects. Leon has been leading those two efforts independently; continuing to do so and driving them to completion will contribute a huge impact to Goolge.

# Promotion

Considering your overall performance, do you want to nominate yourself for promotion?

Leon Ding (leonding) • Self • L4 / Software Engineer III
No

# Additional feedback

How well has Leon performed since your last assessment?

👁 What you respond here is visible to **Leon and managers**

Tell Leon how they've done compared to your expectations for their role, Software Engineer III. Refer to your performance expectations discussion at the beginning of the cycle, if you had one. Try to provide specific examples.

Yihua Ding (yihuad) • Manager • Staff Software Engineer
Leon is at the high end of EE (**Exceeding Expectation**) for L4. Overall, Leon has demonstrated all L4 traits and some of L5 traits (see below):

**Impact:**
- Landed GPU clock tuning on V100, P100 and P4 GPU machines saving 4.4K GPU chips ($44M TCO valuation); won Perfy Editor's Choice Award.
- Critical in Borg support for Adastra; drove the scoping, design, and presentation in Adastra Tech Summit.
- Initiated the Accelerator telemetry effort; leading the effort with design published.

**Behaviors:**

DISCOVERY MATERIAL   GOOG-USVDING-00015600   Trial Exhibit 6481 Page-012

- L4-Participates in design with guidance
    - Independently designed the GPU clock tuning production plan and rollout plan.
    - Co-designed the Borg support for Adastra with little guidance from senior leads.
    - Designed the Borglet Accelerator telemetry with guidance.
- L4-Demonstrates ability to work independently
    - Independently drove all aspects of GPU clock tuning, from design, to implementation, to experiments, to production rollout.
    - Independently scoped the Borg support for Adastra by collaborating with teams including Borglet offloads, Borg Control Plane, Platform, etc; was able to quickly adjust the plan per PRD changes.
- L4-Consistently high quality technical work that requires minimal senior eng input & manages own priorities and makes progress without supervision
    - The GPU clock tuning work is a great example where Leon fully owns this effort and was able to manage own priorities resulting in successful landing with high quality: clean designs and implementation, thorough experiments and pilot, and careful production rollout.
- L4-Mastered at least one major skill outside of core coding (e.g., monitoring, documentation, integration testing)
    - Dashboard for monitoring the GPU clock tuning pilot: go/gpu-clock-freq-tuning-dash
- (Early sign) L5-Demonstrates ability to influence beyond themselves
    - Coordinate with partner teams to unblock project progress: while xiaozhang@ was OOO, Leon was able to step up, coordinate with the main stakeholders, and drive the presentation at Adastra Tech Summit under a tight deadline (evidence: presented the Borg support for Adastra in Adastra Tech Summit).
- L5-Demonstrates ability to lead design and generates ideas to solve problems
    - Initiated the Accelerator telemetry, an ambiguous effort aiming to provide metrics to address various issues / needs that we have seen; performed the experiment and prototyping.

**For the next rating / level:**
- Continuously growing his leadership by leading other engineers and setting technical direction; both Adastra and Accelerator telemetry are good opportunities.
- Need to see some of his ideas come to fruition (e.g., Borglet Accelerator telemetry)

DISCOVERY MATERIAL

GOOG-USVDING-00015601
Trial Exhibit 6481 Page-013