# EXHIBIT 6705





Experts | 2025 in Review | Topics ▾ | Regions ▾ | Explainers ▾ | Research & Analysis ▾ | Communities ▾ | Events ▾



*Board Member*

# Ruth Porat

*President & Chief Investment Officer, Alphabet and Google*

Ruth has been President and Chief Investment Officer of Alphabet and Google since September 1, 2023. In this role, she is responsible for the Company's corporate investments and investment vehicles, including GV and CapG, the Other Bets investment portfolio, Real Estate and Workplace Services, and other Company infrastructure. She regularly engages with policymakers and regulators about the Company's business and impact across markets related to economic growth, job creation, and opportunity. She also oversees the Company's philanthropic efforts, including work to expand access to digital infrastructure, and support education and workforce development initiatives globally. She reports to Alphabet's Chief Executive Officer.

Before assuming the role of President and Chief Investment Officer, Ruth served as Alphabet and Google's Senior Vice President and Chief Financial Officer from

Trial Exhibit 6705 Page-001