# EXHIBIT 6717



COUNCIL on FOREIGN RELATIONS

*Annual Report*

# 2023

Trial Exhibit 6717 Page-001

# Annual Report

*July 1, 2022–June 30, 2023*

Council on Foreign Relations

58 East 68th Street  
New York, NY 10065  
tel 212.434.9400

1777 F Street, NW  
Washington, DC 20006  
tel 202.509.8400

cfr.org

communications@cfr.org

## Officers

David M. Rubenstein, *Chairman*  
Blair W. Effron, *Vice Chairman*  
Jami Miscik, *Vice Chairman*  
Michael Froman, *President*  
Keith Olson, *Executive Vice President, Chief Financial Officer, and Treasurer*  
James M. Lindsay, *Senior Vice President, Director of Studies, and Maurice R. Greenberg Chair*

Nancy D. Bodurtha, *Vice President, Meetings and Membership*  
Irina A. Faskianos, *Vice President, National Program and Outreach*  
Suzanne Helm, *Vice President, Philanthropy and Corporate Relations*  
Jan Mowder Hughes, *Vice President and Chief Human Resources Officer*  
Caroline Netchvolodoff, *Vice President, Education*

Shannon K. O'Neil, *Vice President, Deputy Director of Studies, and Nelson and David Rockefeller Senior Fellow for Latin America Studies*  
Stephanie Solomon, *Vice President; Chief Revenue Officer,* Foreign Affairs  
Iva Zoric, *Vice President, Global Communications and Media Relations*  
Jeffrey A. Reinke, *Chief of Staff to the President, Secretary of the Corporation*

## Directors

*Term Expiring 2024*  
Thad W. Allen  
Afsaneh Mashayekhi Beschloss  
Blair W. Effron (Vice Chairman)  
Jeh Charles Johnson  
Meghan L. O'Sullivan  
L. Rafael Reif  
Daniel H. Yergin

*Term Expiring 2025*  
Nicholas F. Beim  
Stephen J. Hadley  
James Manyika  
Jami Miscik (Vice Chairman)  
Richard L. Plepler  
Ruth Porat  
Mariko Silver

*Term Expiring 2026*  
Tony Coles  
Cesar Conde  
William H. McRaven  
Janet Napolitano  
Deven J. Parekh  
Tracey T. Travis  
Amy Zegart

*Term Expiring 2027*  
Margaret Brennan  
Sylvia Mathews Burwell  
James P. Gorman  
Laurene Powell Jobs  
David M. Rubenstein (Chairman)  
James D. Taiclet  
Fareed Zakaria

*Term Expiring 2028*  
Kenneth I. Chenault  
Jane Fraser  
Stephen Freidheim  
Margaret (Peggy) Hamburg  
Justin Muzinich  
Charles Phillips  
Frances Fragos Townsend

Michael Froman, *ex officio*

## Officers and Directors, Emeritus & Honorary

Maurice R. Greenberg,  
*Honorary Vice Chairman*

Carla A. Hills  
*Chairman Emeritus*

Richard Haass  
*President Emeritus*

Robert E. Rubin  
*Chairman Emeritus*

*Note:* This list of Officers and Directors is current as of July 1, 2023.





**Top:** *Senior Vice President and Chief Financial Officer of Alphabet and Google and member of the Council on Foreign Relations (CFR) Board of Directors Ruth Porat gives the opening remarks at the National Symposium.*

**Bottom:** *CFR President Richard Haass, Founder and Chief Executive Officer of RockCreek and member of the CFR Board of Directors Afsaneh Mashayekhi Beschloss, and CFR Distinguished Fellow and former U.S. Treasury Department Deputy Secretary Justin Muzinich discuss the economic outlook for both the public and private sector at the National Conference.*