**PLACEHOLDER OF EXHIBIT SOUGHT TO BE FILED UNDER SEAL**

# EXHIBIT 7368