# EXHIBIT 7369

STATE OF TEXAS                                                        Ref: Linwei Ding
COUNTY OF DALLAS

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared <u>Ashley Cole</u>, who, being by me duly sworn, states as follows:

"My name is <u>Ashley Cole</u>. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated: I am the custodian of the records of <u>Southwest Airlines Co.</u> Attached hereto are <u>44</u> pages of records from <u>Southwest Airlines Co.</u> (bates-labeled SWA000001– SWA0000044). These records are kept by <u>Southwest Airlines Co.</u> in the regular course of business, and it was the regular practice of said entity for an employee or representative with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records are the original or exact duplicates of the original."

*Ashley Cole*

Ashley Cole

SWORN TO AND SUBSCRIBED before me on the 7th of January 2026.


MONIQUE MARIE GOUJAT
Notary ID #124784929
My Commission Expires
January 26, 2028

*Monique Goujat*
Notary Public Signature

*Monique Goujat*
State of Texas Notary's Printed Name

| | | | |
|---|---|---|---|
| NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - GGAMAUSHAZ/DING:LINWEI LGB:PHX | 12/29/2023 8:46 PM | ASAISBKD CR DALWN 08AA SU | DALWN08 AA-WN/AS AISBKDCR |

### Email

| PAX Name | Email | Email Type | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent | XLD Recvd From |
|---|---|---|---|---|---|---|---|---|
| DING, LINWEI | 12137931074 | Preferred | DALWN08AA-WN/ASAISBKDCR | 12/29/2023 8:45 PM | ASAISBKDCR DALWN08AA SU | 01/05/2024 11:58 AM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/ASAISBKDCR |

### PNR Payment

 CC $97.00 USD ***************

 EX $221.98 USD 5262238170228

## Recorded 12/29/2023 8:46 PM

### Booked Itinerary

| Flt No | OPNG Flt | ORG | DST | Dep Date | Arr Date | Fare Class | Status | Orig | Conn | No of Seats | Booking Date | Agent Info | Received From | Cancelled On | XLD by Agent | XLD Recvd From |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2719 | WN2719 | LGB | SMF | 02/10/2024 7:55 AM | 02/10/2024 9:15 AM | Y | HK | NN | | 1 | 12/29/2023 8:46 PM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/ASAISBKDCR | 01/05/2024 11:58 AM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/ASAISBKDCR |
| 358 | WN358 | SMF | LAS | 02/10/2024 10:35 AM | 02/10/2024 12:00 PM | Y | HK | NN | X | 1 | 12/29/2023 8:46 PM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/ASAISBKDCR | 01/05/2024 11:58 AM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/ASAISBKDCR |

### Remarks

SWA000031

Ding-00038
Trial Exhibit 7369 Page-002

| Booking Date | Agent | Received From | Text | Cancelled On | XLD by Agent | XLD Recvd From |
|---|---|---|---|---|---|---|
| 12/29/2023 8:46 PM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/AS AISBKDCR | 81/CCAX**************/0728/USD84.00/A140989/HLINWEI DING/DING:LINWEI | 01/05/2024 11:58 AM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/AS AISBKDCR |
| | | | NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - GGAMAUSHAZ/DING:LINWEI SMF:LAS | 01/05/2024 11:58 AM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/AS AISBKDCR |
| | | | NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - GGAMAUSHAZ/DING:LINWEI LGB:SMF | 01/05/2024 11:58 AM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/AS AISBKDCR |

## PNR Payment

 **CC $84.00 USD ***************

 **EX $318.98 USD 5262238170314**

---

## Recorded 01/05/2024 11:58 AM

### Booked Itinerary

| Flt No | OPNG Flt | ORG | DST | Dep Date | Arr Date | Fare Class | Status | Orig | Conn | No of Seats | Booking Date | Agent Info | Received From | Cancelled On | XLD by Agent | XLD Recvd From |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **975** | WN975 | LAX | LAS | 02/10/2024 11:45 AM | 02/10/2024 12:50 PM | K | HK | NN | | 1 | 01/05/2024 11:58 AM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/AS AISBKDCR | 02/01/2024 12:28 PM | ASAISBKDCR DALWN08AA SU | DALWN08AA-WN/AS AISBKDCR |

### Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD by Agent | XLD Recvd From |
|---|---|---|---|---|---|---|

SWA000032

Ding-00039
Trial Exhibit 7369 Page-003

| 01/05/2024 11:58 AM | ASAISBKD CR DALWN 08AA SU | DALWN08 AA-WN/AS AISBKDCR | 99/CCAX***************/0728/USD55.00/A165728/HLINWEI DING/DING:LINWEI | 02/01/2024 12:28 PM | ASAISBKD CR DALWN 08AA SU | DALWN08 AA-WN/AS AISBKDCR |
|---|---|---|---|---|---|---|
| | | | NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - GGAMAUSHAZ/DING:LINWEI LAX:LAS | 02/01/2024 12:28 PM | ASAISBKD CR DALWN 08AA SU | DALWN08 AA-WN/AS AISBKDCR |

### PNR Payment

 **CC $55.00 USD ***************

 **EX $402.98 USD 5262238170386**

---

**Recorded 02/01/2024 12:28 PM**

### PNR Ticketing Status

#### Ticket Number 5262238170065

| | | | |
|---|---|---|---|
| **Ticket Type:** | Ticket | **Agent Info:** | ASAISBKDCR DALWN08AA |
| **Booking Source:** | Airline | **Received From:** | AMADEUS API |
| **Ticket Data:** | Change status | **Cancelled On:** | |
| **Last Modified Date:** | 02/01/2024 12:28 PM | **Cancelled by Agent:** | |
| | | **Cancel Received From:** | |

### PNR Ticketing Status

#### Ticket Number 5262238170228

| | | | |
|---|---|---|---|
| **Ticket Type:** | Ticket | **Agent Info:** | ASAISBKDCR DALWN08AA |
| **Booking Source:** | Airline | **Received From:** | AMADEUS API |
| **Ticket Data:** | Change status | **Cancelled On:** | |
| **Last Modified Date:** | 02/01/2024 12:28 PM | **Cancelled by Agent:** | |
| | | **Cancel Received From:** | |

### PNR Ticketing Status