# EXHIBIT 7370



# DECLARATION

Re: **Linwei Ding**

**CERTIFICATION OF RECORDS COPIES (Custodian's Initials __RS__ )**

I, a duly authorized Custodian of the Records for United Airlines, Inc. (the "Company"), hereby certify that, to the best of my information and belief, the records enclosed herewith are true and correct copies of the records maintained by the Company, requested in the subpoena, in the above described cause of action/investigation.

As such, the records were maintained in the ordinary course of such business by employees of the Company at or near the time of the acts, conditions or events recorded therein.

The enclosed ___13___ pages are copies of the original of such records, as described, and no other non-confidential documents relating to the records requested in the above noted action can be found or are available, after due search.

**CERTIFICATION OF NO RECORDS (Custodian's Initials _____ )**

I, a duly authorized Custodian of the Records for United Airlines, Inc. (the "Company"), hereby certify that a thorough search has been made for records maintained by the Company that were requested in the subpoena in the above described cause of action/investigation.

Said records may in fact exist, but said records, to the best of our information and belief, are not in our possession at this time.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __11th__ day of __August__, 2025

By: Rose Senger
(Please Print)

*Rose Senger*
Signature

```
******************************************
EMHA PNR.A7QXJ4 CR06DEC 0309Z WEB BY SU BK
 DC295A UA
***1.1DING/LINWEI
 FONE-PEK7931074/EH213
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
 RCVD-COCOM-US/XU448061-GUID/
 TKT -T/FQR/341154XXXXX1005/23472078340/000
  1//891.70
 G FX-SSRFQTVUAHK/UAXU448061-DING/LINWEI|01
  .01
  SSRDOCSUAHK1/////26SEP86/M//DING/LINWEI-
  1DING/LINWEI
  SSRDOCOUAHK1//K/TT12NJ1FG////US-1DING/LIN
  WEI
  SSRPTEMUAHK1/DINGYONG198608//HOTMAIL.COM
  -1DING/LINWEI
  SSRPTPHUAHK1/12137931074-1DING/LINWEI
  SSRCTCEYYHK1/DINGYONG198608//HOTMAIL.COM
  -1DING/LINWEI
  SSRCTCMYYHK1/12137931074-1DING/LINWEI
  SSRVBUAUANN1PEKSFO0889G09DEC-1DING/LINWE
  I.TR
  SSRZBRDUANN1PEKSFO0889G09DEC-1DING/LINWE
  I.2$PRIORITY BOARDING$
 RMKS-$AX341154XXXXX1005/0728
  WEB CLIENT IP 203.208.61.95
  AVAILABILITY SOURCE - ITA
  WEB*CO COM RESERVATIONS - US
  IATA MSO ID - 14990360
  EMAIL RQSTD DINGYONG198608-AT-HOTMAIL.CO
  M
  SFS FQID*C9AC2AFA-5A92-41EF-94B4-ADA31E3
  7D309
 06 REMARKS ADDED BY WEB SU BK 06DEC 0309
  Z DC295A
  PB TKT ORDERID*B80AF56D-3B48-4228-AB9D-5
  21C4605D37D
  RVI ID*8F2RE308-2930-4C2A-86C3-CUF1C8TL3
  0FD
 02 REMARKS ADDED BY WEB SU 8D 06DEC 0309
  Z DCFA3B

RBY6DEC*APPR CC AX 183346/VP05/$891.7 WE
 BCO
01 REMARKS ADDED BY WEB SU BK 06DEC 0309
 Z DCF5DE
 ADDR LINWEI DING
 ADDR 38910 DANDELION PL DING
 ADDR NEWARK CA 94560
 ADDRCITY NEWARK
 ADDRSTATE CA
 ADDRZIP 94560
06 REMARKS ADDED BY WEB SU BK 06DEC 0309
 Z DCF52C
5CDM: PNR SENT TO ACCERTIFY CDM41
01 REMARKS ADDED BY WEB SU BK 06DEC 0309
 Z DC285A
5CDM APPROVED TO TICKET --A-- CDM43
01 REMARKS ADDED BY WEB SU BK 06DEC 0309
 Z DCF50D
6DEC*RCVD FROM FRAUD CLEAR*TKTSCV
01 REMARKS ADDED BY WEB SU BK 06DEC 0309
 Z DC29B9
PCUOFFER/06DEC/1/PEK/SFO/889/09DEC/R/681
 7/USD
PCUOFFER/06DEC/1/PEK/SFO/889/09DEC/Z/124
 39/USD
02 REMARKS ADDED BY WEB SU BK 06DEC 0311
 Z DC29A8
UNDF-SSRPSPTUAHK/$O-DING/LINWEI$N-DING/LIN
 WEI$D-P/EE5669483$E-281211$C-CN$B-860926
 $G-M|01.01
1 UA 889G 09DEC PEKSFO HK 1 1920. 1450.
*****  PNR HISTORY  **********
A8 0309P/06DEC
AF PEK7931074/H213
AF WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
AN 1DING/LINWEI
A3 SSRFQTVUAHK/UAXU448061-DING/LINWEI|01.0
 1
A3 SSRDOCSUAHK1/////26SEP86/M//DING/LINWEI
 -1DING/LINWEI
A3 SSRDOCOUAHK1//K/TT12NJ1FG////US-1DING/LI
 NWEI

AS UA 889G 09DECPEKSFO NN/SS 1 1920. 1450.
 RCVD-COCOM-US/XU448061-GUID/
 WEB SU BK 06DEC 0309Z DC295A UA
A5 $AX341154XXXXX1005/0728
 RCVD-P
HSP SU CO 06DEC 0309Z D6FD00 UA
X8 0309P/06DEC
 RCVD-P
WEB SU 8D 06DEC 0309Z DCFA3B UA
X8 TL30
XF PEK7931074/H213
 RCVD-
WEC SU ET 06DEC 0309Z DC475C UA
A3 SSRPTEMUAHK1/DINGYONG198608//HOTMAIL.CO
 M-1DING/LINWEI
A3 SSRPTPHUAHK1/12137931074-1DING/LINWEI
 RCVD-UACOM--DA6D6F-PEK
WEB PD 91 09DEC 0245Z DA6D6F UA
A3 SSRCTCEYYHK1/DINGYONG198608//HOTMAIL.CO
 M-1DING/LINWEI
A3 SSRCTCMYYHK1/12137931074-1DING/LINWEI
 RCVD-DEVPD
DEV PD RG 09DEC 0245Z DA35C3 UA
XP SSRPSPTUAHK/$O-DING/LINWEI$N-DING/LINWE
 I$B-860926$G-M|01.01
 RCVD-
PEK PD DQ 09DEC 0923Z
A3 SSRVBUAUANN1PEKSFO0889G09DEC-1DING/LINW
 EI.TR
 RCVD-AERO-DA64DA-PEK
PEK PD DQ 09DEC 0923Z DA64DA UA
X3 SSRPTPHUAHK1/12137931074-1DING/LINWEI
X3 SSRPTEMUAHK1/DINGYONG198608//HOTMAIL.CO
 M-1DING/LINWEI
A3 SSRPTEMUAHK1/DINGYONG198608//HOTMAIL.CO
 M-1DING/LINWEI
A3 SSRPTPHUAHK1/12137931074-1DING/LINWEI
 RCVD-AERO--DA64DA-PEK
PEK PD DQ 09DEC 0923Z DA64DA UA
X3 SSRPTPHUAHK1/12137931074-1DING/LINWEI
X3 SSRPTEMUAHK1/DINGYONG198608//HOTMAIL.CO
 M-1DING/LINWEI
A3 SSRPTEMUAHK1/DINGYONG198608//HOTMAIL.CO
```

```
        M-1DING/LINWEI
A3 SSRPTPHUAHK1/12137931074-1DING/LINWEI
RCVD-AERO--DA64DA-PEK
PEK PD DQ 09DEC 0923Z DA64DA UA
A3 SSRZBRDUANN1PEKSFO0889G09DEC-1DING/LINW
  EI.2$PRIORITY BOARDING$
RCVD-AERO-DA64DA-PEK
PEK PD DQ 09DEC 0923Z DA64DA UA
..... APIS INFORMATION ......
***********
GENERAL INFORMATION -R
FNAME:LINWEI
LNAME:DING
DOB:860926 GENDER:M NAT:CHN RESIDENT:USA
KNOWN TRAVELER#:TT12NJ1FG
TRUSTED DATA:Y
TYPE:P  NUMBER:EE5669483
ISS DATE:     EXPIRY:281211  PLACE:CHN
TYPE:C  NUMBER:087614528
ISS DATE:     EXPIRY:310826  PLACE:USA
HIST 1 ---- PARSDATE:06DEC  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU  LINIATA:DC2
HIST 1 ---- PARSDATE:06DEC  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU  LINIATA:DC2
..... PDC INFORMATION ......
FNAME:LINWEI
LNAME:DING
09DEC 01.23.49 CNOU 000Z CLR R 0889/09DEC
    PEK SFO E H
FNAME:LINWEI
LNAME:DING
09DEC 01.23.49 USIN 003A KNO R 0889/09DEC
    PEK SFO EYHK
FNAME:LINWEI
LNAME:DING
08DEC 03.20.04 USIN 003X ERR R 0889/09DEC
    PEK SFO EYLK
FNAME:LINWEI
LNAME:DING
06DEC 03.20.38 USIN 003X ERR R 0889/09DEC
    PEK SFO EYLK
.... QUEUE HISTORY ....
SYSQ/TLP/03

-RCRD CHKS 06DEC0800Z
SYSQ/TLP/10
-RCRD CHKS 06DEC0800Z
STORED FARE DATA FOLLOWS
TOTAL FARE - USD891.70
FARE QUOTE- AUTOPRICED - I
WEB SU BK 06DEC0309Z DC295A UA
    CNY FARE   USD EQVA   TAX - USD
        USD TTL
1 - 4550    644.00   US21.10 XT226.60
        891.70
BJS UA SFO 624.58GLW0IIT2 NUC 624.58 END R
OE 7.284845 XT 6.97YC
7.00XY 3.83XA 12.70CN 196.10YQ
V S 1 NOT VALID BEFORE/AFTER 09DEC
PSGR1
  BAGGAGE - 1PC SEG 1
            ENDORSE1-  NON
REF/0VALUAFTDPT
END FARE QUOTE RECORD DATA
.........................
.... ETKT CREATED 09DEC 1150Z PEK BY PD SS
    UA
DING/LINWEI        01623472078340
       #1 OF 1 5DEC23
  PEK UA 889G 09DEC 720POK GLW0IIT2
     NVB09DEC NVA09DEC USED    1PC
  SFO
  FARE-CNY TAX   TAX        TTL-USD
    4550  21.10 226.60      891.70
FC BJS UA SFO 624.58GLW0IIT2 NUC 624.58 EN
D ROE 7.284845 XT3.83XA12.70CN6.97YC7.0
0XY196.10YQ
FP CCAXXXXXXXXXXXXX1005/0728/N183346
E1 NONREF/0VALUAFTDPT
.... ETKT HISTORY ......................
DING/LINWEI        01623472078340
          $USD 891.70
FP CCAXXXXXXXXXXXXX1005/0728/N183346
WEC SU ET 06DEC 0309Z DC475C UA
T:$XXXXXXXXXXX1005/0728/N183346|IATA-14990
360|Q1|ET
CPN 1   CHECKED-IN

PEK PD DQ 09DEC 0923Z DA64DA UA
CPN 1   LIFTED
PRN PD UA 09DEC 1052Z     UA
CPN 1   UA USED
PEK PD SS 09DEC 1150Z     UA
CPN 1   ADJ PUR DTE FR 09DEC23 TO 16DEC23
PEK PD SS 09DEC 1150Z     UA
*******************************************
```

==Below are the list of the only trips booked/taken by LinWei Ding. Details are listed above (zero trips in 2019, 2020, 2021 and 2024):==

| rcrd_loc | creation_dt | flt_leg_dprt_dt | flt_num | sch_leg_orig_cd | sch_leg_dest_cd | num_in_prty | last_name | first_name | birth_dt |
|---|---|---|---|---|---|---|---|---|---|
| A7QXI4 | 12/6/2023 | 12/9/2023 | 889 | PEK | SFO | 1 | DING | LINWEI | 9/26/1986 |
| CG1R86 | 5/17/2023 | 6/7/2023 | 1723 | SFO | KOA | 3 | DING | LINWEI | 9/26/1986 |
| MTWDEZ | 2/14/2022 | 3/7/2022 | 1840 | IAH | SFO | 1 | DING | LINWEI | 9/26/1986 |
| MTWDEZ | 2/14/2022 | 2/24/2022 | 547 | IAH | SFO | 1 | DING | LINWEI | 9/26/1986 |
| MTWDEZ | 2/14/2022 | 2/16/2022 | 505 | SFO | IAH | 1 | DING | LINWEI | 9/26/1986 |