# EXHIBIT 8000



Trial Exhibit 8000 Page-001