GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LINWEI DING, <br><br> Defendant. | Case No.  3:24-CR-00141-VC <br><br> **DECLARATION OF GRANT P. FONDO IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, NEW TRIAL PURSUANT TO RULE 29(C) AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** <br><br> Date:  May 12, 2026 <br> Time:  2:00 p.m. <br> Courtroom:  4 (17th Floor) <br> Judge:  Hon. Vince Chhabria <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br><br> Filed/lodged concurrently herewith: <br> 1.  Defendant's Reply ISO Motion for Judgment of Acquittal |

## DECLARATION OF GRANT P. FONDO

I, Grant P. Fondo, declare as follows:

1.    I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Linwei Ding in the above-captioned action. I make this declaration in support of Defendant's Reply in Support of his Motion for Judgment of Acquittal or, In the Alternative New Trial, Pursuant to Rule 29(c) and Rule 33 of the Federal Rules of Criminal Procedure.

2.    Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

3.    Attached as **Exhibit F** to this declaration are true and correct copies of excerpts of the trial transcript in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 26, 2026.

/s/ *Grant P. Fondo*
GRANT FONDO

1

FONDO DECL. ISO REPLY ISO MOT. FOR JUDGMENT OF ACQUITTAL
CASE NO. 3:24-CR-00141-VCACTIVE/205849768.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **March 26, 2026**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **March 26, 2026**.

/s/ *Grant P. Fondo*
GRANT P. FONDO

2