GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER** LLP
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LINWEI DING,<br><br>        Defendant. | Case No.  3:24-CR-00141-VC<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR A MISTRIAL AND NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND *BATSON V. KENTUCKY***<br><br>Date:       May 12, 2026<br>Time:       2:00 p.m.<br>Courtroom:  4 (17th Floor)<br>Judge:      Hon. Vince Chhabria<br>            450 Golden Gate Avenue<br>            San Francisco, CA 94102<br><br>Filed/lodged concurrently herewith:<br>1.  Defendant's Reply ISO Motion for a Mistrial and New Trial |

FONDO DECLARATION ISO REPLY ISO MOT. FOR MISTRIAL
CASE NO. 3:24-CR-00141-VC

### DECLARATION OF GRANT P. FONDO

I, Grant P. Fondo, declare as follows:

1.    I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Linwei Ding in the above-captioned action.  I make this declaration in support of Defendant's Reply in support of his Motion for a Mistrial and New Trial Pursuant to Rule 33 of the Federal Rules of Civil Procedure and *Batson v. Kentucky*, 476 U.S. 79 (1986).

2.    Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

3.    **Exhibit 9** to this declaration is a true and correct copy of excerpts of the pretrial jury excusal hearing transcript dated January 6, 2026.

4.    **Exhibit 10** to this declaration is a true and correct copy of excerpts of the pretrial jury voir dire transcript dated January 7, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 26, 2026.

/s/ *Grant P. Fondo*
GRANT P. FONDO

1

FONDO DECLARATION ISO REPLY ISO MOT. FOR MISTRIAL
CASE NO. 3:24-CR-00141-VC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **March 26, 2026**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **March 26, 2026**.

/s/ *Grant P. Fondo*
GRANT P. FONDO

2

CERTIFICATE OF SERVICE
CASE NO. 3:24-CR-00141-VC