# Exhibit 9

                                                    **Pages 1 - 102**

            UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
  VS.                           )   **NO. 3:24-CR-00141-VC**
                                )
LINWEI DING, a.k.a. LEON DING,  )
                                )
          Defendant.            )
_____)

                              San Francisco, California
                              Tuesday, January 6, 2026

                    **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:
                    CRAIG H. MISSAKIAN
                    UNITED STATES ATTORNEY
                    450 Golden Gate Avenue, Box 36055
                    San Francisco, California 94102-3495
                **BY:  CASEY E. BOOME, ASSISTANT U.S. ATTORNEY**
                    **ROLAND CHANG, ASSISTANT U.S. ATTORNEY**

                    CRAIG H. MISSAKIAN
                    UNITED STATES ATTORNEY
                    1301 Clay Street, Suite 340S
                    Oakland, California 94612-5217
                **BY:  MOLLY K. PRIEDEMAN**
                    **ASSISTANT U.S. ATTORNEY**


        **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**



REPORTED BY:  Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

**APPEARANCES**:  (CONTINUED)

For Defendant:

GOODWIN PROCTER LLP
525 Market Street
San Francisco, California 94105
BY:  **DARRYL M. WOO, ATTORNEY AT LAW**
**DAVID P. RAPP-KIRSHNER, ATTORNEY AT LAW**
**RACHEL M. WALSH, ATTORNEY AT LAW**
**COLETTE A. LOWRY, ATTORNEY AT LAW**

GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, California 94063
BY:  **GRANT P. FONDO, ATTORNEY AT LAW**

GOODWIN PROCTER LLP
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
BY:  **LORA J. KRSULICH, ATTORNEY AT LAW**

state assessments and trainings.

[As read]:

"I'm the only person managing the evening ESL program at the Adults school."

**MR. CHANG:**  This juror also flagged back pain in Question Number 9 as well.

**THE COURT:**  I saw that, but I don't think that --

**MR. CHANG:**  Okay.

**THE COURT:**  I mean, they can stand.  If they need to stand during the trial, they're welcome to do that.

Aah, I see they went to UC Santa Cruz.

**MR. CHANG:**  Fellow Banana Slug.

**THE COURT:**  Yeah.

Yeah, I think we can bring this person in.  I have a feeling they will probably be able to articulate a hardship, but I tend to agree with you that we should bring them in.

So this is 46; right?

**MR. FONDO:**  Yes, Your Honor.

**MR. CHANG:**  Your Honor, may I be heard on this one?

**THE COURT:**  Sure, sure.

**MR. CHANG:**  So this is -- we agree with your hardship excusal.  We would also have concerns with cause on this juror based on the questionnaire.  We can discuss that when it comes time, but I did want to flag that.

**THE COURT:**  Oh, that's -- no, that's worth discussing

now, because the way I -- if I decided that I was going to excuse somebody for hardship, I didn't really look to see if they had a cause problem.  So let's discuss that now.

MR. CHANG:  Okay.  We believe that based on his questions and his responses -- in particular, I would flag the answer to Question Number 35, whether the individual has strong feelings about Google.  He stated under penalty of perjury, quote [as read]:

"Google is a big part of the fascist Tech Oligarchy that is moving to control all of U.S. society."

THE COURT:  Is that inaccurate?

(Laughter.)

MR. CHANG:  We would respectfully say that is inaccurate.

THE COURT:  Okay.

MR. CHANG:  And also, of course, Google is the victim company and the trade secret owner in this case.  And so for that response -- and there are a number of other responses -- but that response in particular, we believe that this individual should be struck for cause.

THE COURT:  Let me look at some of these other answers.

MR. FONDO:  So I assume, Your Honor, as well that if the Government had concerns about people who may not like

was --

**MR. BOOME:**  March 2024.

**MR. CHANG:**  -- March of 2024, Your Honor.

**THE COURT:**  And when was Mr. Ding arrested?

**MR. BOOME:**  Right around that same time, Your Honor.

**THE COURT:**  Like December or something?

**MR. FONDO:**  No.  Same date, Your Honor.

**MR. BOOME:**  Same date.

**THE COURT:**  Same date.

Okay.  I assume nobody has any objection to saying during jury selection that the case was brought in March of 2024.

**MR. CHANG:**  No, Your Honor.

**MR. FONDO:**  No, Your Honor.

**THE COURT:**  Okay.

**MR. CHANG:**  Juror Number 29.

**THE COURT:**  Okay.

**MR. CHANG:**  So, wanted to flag the language issue. Went through and flagged, to the extent we could, anyone who answered "None of the above" to Question 8, which is the question about whether they can read, write, or speak English fluently.  This person responded twice, I believe, because they submitted two questionnaires "None of the above" for Question 8, so language issues.

And then separately, on Question Number 35, responded,

quote [as read]:

"I hate Google because they sell my personal information."

And then on Question 44 wrote, quote [as read]:

"I don't trust Google.  Maybe all is a lie."

And so for those two separate bases, language as well as the responses on Google, we would request that this juror be excused or stricken for cause.

**THE COURT:**  Okay.

Mr. Fondo?

**MR. FONDO:**  I don't share any of the concerns as far as the language issue.  I'm not sure I totally understood the point.  But regardless, I think he was able to answer the questions.

So, and then we disagree about the last point as well.

**THE COURT:**  Yeah, I think there is a potential language issue here, just from looking at the response to the language question and looking at the response -- the responses that they did give.

It also seems like this might be somebody who's just trying to get out of jury duty.

Yeah, I think we should bring this person in.

**MR. CHANG:**  Juror 42.  This is the individual, Questions 35 and 44.

And Question 35 states that Google is, quote

I give it to you, and do you have any problem doing that.

I'll ask -- I'll probably ask a couple of general raise-your-hand questions about Google and your feelings about Google, feelings about China and Chinese nationals.

And that's already more than I usually do; right?  I like to turn it over to the lawyers as soon as possible and not -- you know, be less involved in it myself.  But that's already more than I usually do.

But are there any other topics you think it would be useful for me to hit with the jurors by way of a raise-your-hand question before turning it over to you-all?

**MS. KRSULICH:**  Would the Court consider any questions regarding media coverage and exposure to media?

**THE COURT:**  Sure.  Yeah.  I'm trying to think if there were any other themes that came out from the questionnaire responses that would be worth my touching on before we -- what about the Trump Administration?

**MR. CHANG:**  We would be okay with that, Your Honor.

**THE COURT:**  I mean, I don't know how many people railed against the Trump Administration.  But, you know, it could be worth my clarifying that these charges were brought in March of 2024 in response to some concerns being expressed about the Trump Administration.

**MR. FONDO:**  Your Honor, the only point I would have is that the current administration has continued to prosecute this

case.  So it has been endorsed by the current administration.  So I think it would be a little bit misleading to imply otherwise.

**THE COURT:**  Well, by -- when you say "endorsed," you mean they're still prosecuting the case?

**MR. FONDO:**  They're still prosecuting the case.

**THE COURT:**  Isn't that self-evident?

**MR. FONDO:**  Yes.  Well, it is.  But if you're going to make a point about when it was started -- I guess I would go back to -- you asked the question earlier.  Maybe I -- apologies, but I'm sort of rethinking my --

**THE COURT:**  That's okay.

**MR. FONDO:**  -- my response, is that it sort of flags to the jury issues or concerns.

And these are individual issues.  We should hear about individual jurors' concerns.  But I don't know that we should be saying, "Don't worry, Jury.  This case was started before the current administration."

**THE COURT:**  Well, I mean, in a lot of criminal cases -- I don't do this, but in a lot of criminal cases, the indictment is provided to the jury; right?  So they know when the case was indicted.  I don't think -- I can't imagine that there's anything wrong with the jury learning when the case was indicted.

But I guess what I -- so here are the ground rules.  I

won't ask a general raise-your-hand question about the Trump Administration because I don't know if that many people railed against the Trump Administration in their responses; but to the extent that it comes up in voir dire, as you-all are doing voir dire, you have permission to ask the jury, you know -- a juror, "Does it alleviate your concerns to know that this case was brought in March of 2024?"  I don't think there's anything wrong with that.

Any other general raise-your-hand questions that you think I should ask the jurors before turning it over to you?

**MR. FONDO:**  Your Honor, if I could just go back to -- the other point is that this indictment has been superseded, and the economic espionage charges were brought, I believe, during the current administration.  So there are new, significant charges.

**THE COURT:**  When were the economic espionage charges brought?

**MR. FONDO:**  I believe they were after --

(Co-counsel confer off the record.)

**MR. FONDO:**  Yeah.  So it was after the administration took office.

**THE COURT:**  That's true.  But it was the same U.S. Attorney as before -- right? -- in February of 2025.

Yeah.  I mean, maybe we need to think a little -- because what we don't want to do is go down the rabbit hole

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:  Tuesday, January 27, 2026

*Ana Dub*

_____

Ana Dub, CSR No. 7445, RDR, RMR, CRR, CCRR, CRG, CCG
Official United States Reporter