UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>      Plaintiff,<br><br>  v.<br><br>LINWEI DING,<br><br>      Defendant. | Case No.  24-cr-00141<br><br>**ORDER REGARDING HEARING ON POST-TRIAL MOTIONS** |

Absent further notice, argument at tomorrow's hearing will be limited to the following issues:

- Assuming that a reasonable jury could not find that Ding possessed the intent to benefit a foreign instrumentality as of April 2023, can the government rely on Ding's conduct from December 2023?

- Whether the government presented enough evidence that specific documents in Categories Three, Five, and Seven were non-public and therefore constituted trade secrets.

- Whether the evidence was sufficient for the jury to conclude that the combination trade secrets were, in fact, combination trade secrets as defined in the instructions. (Note: the Court will not hear further argument on the defense's assertion that Google was required to maintain the combination trade secrets as such.)

- Whether the government placed Ding on sufficient notice regarding the trade secrets it focused on at trial.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____

VINCE CHHABRIA
United States District Judge