# Exhibit C

# Note 49793

**Account:** On My Mac
**Folder:** Personal
**Title: Kehan Dong**
**Created:** 2023-08-13 22:36:37 +0000
**Modified:** 2023-08-19 07:10:14 +0000
**Kehan Dong**
Aug 10, 2023 11:32pm
(3 days ago)
Dear entrepreneur, thank you very much for coming to interview for the MiraclePlus Entrepreneurship Camp. Interview time is limited; to better understand the company and products, we need you to provide the following due diligence information. This information is very important for our decision-making, so please answer carefully. If necessary, we may follow up with additional questions. We will keep the information you provide strictly confidential and will not use it for purposes other than project evaluation.

https://apply.miracleplus.com/applications/status

1. Mandatory questions (these questions will not affect whether we admit or invest, but may affect the currency of the fund used for investment, so please answer truthfully)
* Does the company's business involve, or do you reasonably expect it to involve in the future, armed forces/military industrial clients?
No
* Do the company's clients involve, or do you reasonably expect them to involve in the future, countries/regions/organizations subject to U.S. sanctions?
  Including but not limited to Russia, Belarus, Cuba, Iran, Iraq, the DPRK, Syria, and ISIS (Islamic State).
  If you need to check whether a country/region/organization is sanctioned, you can query at:
https://sanctionssearch.ofac.treas.gov/
No
* Are the technologies used by the company developed in the United States, and to your knowledge are they subject to U.S. technology export restrictions (EAR)?
  Control list query: https://www.bis.doc.gov/index.php/documents/regulations-docs/13-commerce-control-list-index/file
No
2.
* Do the intellectual property rights used for the venture constitute service (employee) inventions? (Intellectual property developed during working hours or using workplace or equipment may constitute service inventions.) If applicable, have you and your employer agreed on the ownership of such intellectual property?

AML-0003186

No

* Have you communicated your venture plan with your employer? Have you completed employment termination procedures? (If yes, please provide proof.)

No communication yet. Employment termination procedures have not been completed.

* Is there a non-compete agreement (if you have terminated employment, did your former employer pay non-compete compensation)?

No

* Are there any other obligations under previously signed restrictive agreements that have not been released (for example, signing financing-related agreements as a key employee that assumes non-compete obligations)?

No

3. Please provide contact information for two references for the CEO (the core founder with the largest shareholding). Colleague or friend references are not accepted; references must be one of the following four types: supervisor, mentor, former co-founder/partner, or former investor.

Aamer Mahmood
Relationship: Supervisor at Google
Email: aamermmood@gmail.com
Phone: +1(650)282-0665

Ruidong Xue
Relationship: Former co-founder/partner
Email: xuerd@sdataft.com
Phone: 186-168-48322

4.

* If the application form includes a product video: please provide product test account and link.

* If the application form does not include a product video: if there is a product demo, please provide a test account or video link.

https://drive.google.com/file/d/1ODm5FkE7yVKUML91uevR7V3JeHMnwi3x/view? usp=sharing

5.

* 2B business: please provide a list of main clients and contracts (if any), and provide contact information for three main clients.

Have you communicated with potential partners (not current clients): for examples, BAAI, Beijing Supercomputing Power Center, Sugon, Inspur, DeepLang.

* 2C business: please randomly select 30 clients and provide the list and contact information.

Currently there is no formal product.

AML-0003187

| Start Time | Speaker ID | Translation |
|---|---|---|
| 00:00 | Speaker 1 | Now we'll show the environment of the host machine we're running the test on. |
| 00:06 | Speaker 1 | In this demo we have a host machine with sixteen A100 GPUs. |
| 00:13 | Speaker 1 | I'll mainly walk you through this host machine. |
| 00:21 | Speaker 1 | First, take a look at the fabric manager. |
| 00:25 | Speaker 1 | This is running as a process — you can see the fabric manager in that process. |
| 00:34 | Speaker 1 | Next, I need to bring up NVIDIA SMI. |
| 00:40 | Speaker 1 | As you know, that's basically an interface to the driver. |
| 00:45 | Speaker 1 | It's the driver interface related to [unintelligible]. |
| 00:56 | Speaker 1 | I've already set up ADS and configured the environment variables. |
| 01:03 | Speaker 1 | The driver was installed on this host earlier. |
| 01:07 | Speaker 1 | We installed it using some data-center maintenance software. |
| 01:13 | Speaker 1 | Now I'll show you that I printed the PCI bus info for you to see. |
| 01:19 | Speaker 1 | You can see the actual NVIDIA devices installed here right now. |
| 01:24 | Speaker 1 | The entire PCI bus and their addresses |
| 01:28 | Speaker 1 | Those NVIDIA devices |
| 01:29 | Speaker 1 | Driver in use, NVIDIA switch |
| 01:33 | Speaker 1 | All the NVDIA kernels, everything is installed |
| 01:38 | Speaker 1 | And next I'll give you a quick look at the rest. |
| 01:43 | Speaker 1 | OK, I'll give you a brief look now. |
| 01:51 | Speaker 1 | Clear this |
| 01:53 | Speaker 1 | Take a quick look, everyone. |
| 01:57 | Speaker 1 | These are the related items. For these NVIDIA cards — things like clock info, the GPU info I printed earlier |
| 02:08 | Speaker 1 | I'll show that again; I went a bit fast before. |
| 02:14 | Speaker 1 | What I printed earlier was GPU 0. |
| 02:18 | Speaker 1 | Because |
| 02:18 | Speaker 1 | Of course you can check other GPUs' information too. |
| 02:21 | Speaker 1 | You can see GPU 0's voltage, fabric, clocks, application clock, power, temperature — those related metrics — and configurations like ECC. |
| 02:37 | Speaker 1 | computer utilization |
| 02:39 | Speaker 1 | Right now, we aren't running any jobs, so clocks are at 0 and utilization is 0. |
| 02:44 | Speaker 1 | After that I'll keep monitoring the PCI, the bus, and those things. |
| 02:49 | Speaker 1 | We can also pick another one at random; as I said, there are 16 GPUs. |
| 02:54 | Speaker 1 | So you can look, for example, at GPU 15 — it's basically the same. |
| 02:59 | Speaker 1 | So I don't need to show each one individually. |
| 03:03 | Speaker 1 | There are 16 in total, and they're all operated through NVIDIA SMI. |
| 03:08 | Speaker 1 | We'll keep monitoring continuously. |
| 03:13 | Speaker 1 | For this demo we'll only monitor GPU 0. |
| 03:17 | Speaker 1 | We could monitor the others as well. |
| 03:21 | Speaker 1 | But I'll stop it at some point. |
| 03:22 | Speaker 1 | If GPU 0 shows activity, I'll also show you — |
| 03:25 | Speaker 1 | For example — GPU 1, GPU 2, etc., so you can compare. |
| 03:31 | Speaker 1 | I'm using GPU 0 because showing all of them at once might be too much and hard to follow. |
| 03:39 | Speaker 1 | I'll print info for GPU 0 and GPU 7. |

AML-0003182

| 03:48 | Speaker 1 | Then I'll show you the output. |
|---|---|---|
| 03:49 | Speaker 1 | You can see, on the far left, that column is the index. |
| 03:52 | Speaker 1 | GPU 0 and GPU 7. |
| 03:54 | Speaker 1 | Since there are no jobs running now, you won't see any activity data — only clocks |
| 04:03 | Speaker 1 | And some basic information. |
| 04:06 | Speaker 1 | Now I'm going to start a normal job in the left-hand window. |
| 04:12 | Speaker 1 | But before running it I want to show you what I'm going to run. |
| 04:19 | Speaker 1 | There's some relevant info here — I'll run a CNN benchmark. |
| 04:26 | Speaker 1 | Because I need to keep it short, I won't run a huge model here. |
| 04:32 | Speaker 1 | I won't run a long-running large model. |
| 04:34 | Speaker 1 | So, we'll first run a ResNet-50 model. |
| 04:40 | Speaker 1 | Batch is 200. I'll specify that all 16 GPUs run together. |
| 04:48 | Speaker 1 | You can also see we'll set up a parameter server. |
| 04:51 | Speaker 1 | That means we're running a parallel, multi-task job. |
| 04:55 | Speaker 1 | As you know, a parameter server means that whether we're on one machine or multiple machines, as long as we have a distributed architecture, we can run across different [inaudible] and hosts. |
| 05:09 | Speaker 1 | In this demo |
| 05:10 | Speaker 1 | I'll show you later |
| 05:11 | Speaker 1 | We also run a parameter server. |
| 05:16 | Speaker 1 | Alright, that's it. |
| 05:18 | Speaker 1 | Now, after I show you the configs and everything, |
| 05:20 | Speaker 1 | I'll run a full test. |
| 05:31 | Speaker 1 | This is the test I'm running. |
| 05:33 | Speaker 1 | On this host I specified the host name. |
| 05:37 | Speaker 1 | You can see it matches the host we looked at earlier. |
| 05:41 | Speaker 1 | I specified the benchmark to run. |
| 05:45 | Speaker 1 | Okay, it's starting. |
| 05:59 | Speaker 1 | It'll take a while to run. |
| 06:07 | Speaker 1 | During that period, it will keep running in the background. |
| 06:11 | Speaker 1 | I'll continue introducing our product and product form while it runs. |
| 06:18 | Speaker 1 | I'll also let it keep running in the background. |
| 06:23 | Speaker 1 | At the same time I'll continue to monitor here. |
| 06:29 | Speaker 1 | We actually have a monitor to check the job's running status. |
| 06:40 | Speaker 1 | Right now, |
| 06:57 | Speaker 1 | The job can get started. |
| 07:09 | Speaker 1 | Please wait a moment. |
| 07:11 | Speaker 1 | I'll open the page. |
| 07:14 | Speaker 1 | Opening the startup page now. |
| 07:39 | Speaker 1 | This |
| 07:41 | Speaker 1 | Hang on. |
| 07:56 | Speaker 1 | Click into this task. |
| 08:00 | Speaker 1 | Then — |
| 08:04 | Speaker 1 | It hasn't started yet. |
| 08:31 | Speaker 1 | I see it's started now; it's stared to run. |
| 08:35 | Speaker 1 | It's installing some packages and things like that. |
| 08:41 | Speaker 1 | Alright, now let me introduce — |
| 08:43 | Speaker 1 | Since it's running in the background |

AML-0003183

| 08:45 | Speaker 1 | I'll explain the related products to you. |
|-------|-----------|-------------------------------------------|
| 08:52 | Speaker 1 | What's actually running in the background. |
| 08:54 | Speaker 1 | Otherwise, you'd only see the printed output. |
| 08:58 | Speaker 1 | And you can also see on the right. |
| 09:01 | Speaker 1 | In a moment, |
| 09:01 | Speaker 1 | It should show those numbers and displays shortly. |
| 09:07 | Speaker 1 | Our product mainly includes this framework. |
| 09:12 | Speaker 1 | What I showed you earlier |
| 09:14 | Speaker 1 | Is part of our product. |
| 09:16 | Speaker 1 | We have a framework |
| 09:17 | Speaker 1 | Where you input the model |
| 09:20 | Speaker 1 | We have compilers. |
| 09:22 | Speaker 1 | After the model is compiled |
| 09:24 | Speaker 1 | Through this architecture |
| 09:27 | Speaker 1 | We place the tasks onto these GPUs and onto these hosts. |
| 09:32 | Speaker 1 | The parameter server will be placed on the host |
| 09:35 | Speaker 1 | And all the GPU jobs and tasks will run on the GPUs. |
| 09:40 | Speaker 1 | Then we perform multi-host, multi-task, parallel processing. |
| 09:47 | Speaker 1 | After that you can see |
| 09:49 | Speaker 1 | Of course, we also have a distributed storage system to help store these things to store the data. |
| 10:01 | Speaker 1 | Also, you can see the whole machine |
| 10:04 | Speaker 1 | This is the hardware I showed you at the start. |
| 10:10 | Speaker 1 | Our whole architecture can handle serving as well as training processes. |
| 10:22 | Speaker 1 | The whole startup takes some time because after all, it's a full architecture. |
| 10:29 | Speaker 1 | Now we can already see the related resources have started. |
| 10:42 | Speaker 1 | I can show you the resources that have started up. |
| 10:48 | Speaker 1 | You can see the GPUs and memory have started being used. |
| 12:48 | Speaker 1 | You can see there's already data in that section we looked at earlier. |
| 12:51 | Speaker 1 | The memory and encoder were running earlier. |
| 12:55 | Speaker 1 | I might have missed it earlier and skipped ahead. |
| 12:58 | Speaker 1 | You can see it's already running. |
| 13:00 | Speaker 1 | That task has been finished. |
| 13:03 | Speaker 1 | Now I'll show you the output results. |
| 13:07 | Speaker 1 | You can see these are memory usages and stream-machine usages; those were being used just now. |
| 13:16 | Speaker 1 | You can review the recording later. |
| 13:19 | Speaker 1 | Now, I'll show you the time. |
| 13:24 | Speaker 1 | The current time is August 19, 5:50. |
| 13:32 | Speaker 1 | And the job we just ran — the entire run we just completed — |
| 13:41 | Speaker 1 | You can see the task we ran a moment ago. |
| 13:54 | Speaker 1 | Move it up a bit so you have a better look. |
| 14:01 | Speaker 1 | You can see the run involves about 16 GPUs |
| 14:07 | Speaker 1 | We were running on a dataset. |
| 14:08 | Speaker 1 | We used ImageNet. |
| 14:11 | Speaker 1 | And we used TensorFlow 2.6. |
| 14:14 | Speaker 1 | And there were settings for batch size and number of epochs. |
| 14:20 | Speaker 1 | These are all our devices — in total there were 16 devices. |
| 14:25 | Speaker 1 | We used a parameter server. |

AML-0003184

| 14:27 | Speaker 1 | And we used a distributed, parallel architecture. |
|-------|-----------|---------------------------------------------------|
| 14:35 | Speaker 1 | Finally, you can see here the images-second |
| 14:40 | Speaker 1 | Image per second |
| 14:41 | Speaker 1 | Results for the benchmark. |
| 14:45 | Speaker 1 | The total images-per-second and related information. |
| 14:49 | Speaker 1 | This is the task we ran to demonstrate the system. |
| 14:54 | Speaker 1 | Finally, I'll summarize for you. |
| 15:00 | Speaker 1 | Earlier, I showed the performance results after the run. |
| 15:06 | Speaker 1 | It's about images per second — how many images were processed per step. |
| 15:15 | Speaker 1 | What I showed you here is the stream machine utilization during the run. |
| 15:24 | Speaker 1 | And the memory utilization. |
| 15:25 | Speaker 1 | You can see they've started being used — around 37% or 38% |
| 15:34 | Speaker 1 | That's roughly the situation. |
| 15:36 | Speaker 1 | To give you a final wrap-up |
| 15:39 | Speaker 1 | These metrics all represent the task that was running. |
| 15:43 | Speaker 1 | In short, what I showed demonstrates that our overall architecture successfully completed a task. |
| 15:50 | Speaker 1 | Thank you all. |

AML-0003185