CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6627
      casey.boome@usdoj.gov
      molly.priedeman@usdoj.gov
      roland.chang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LINWEI DING,<br><br>    Defendant. | CASE NO. 3:24-cr-00141-VC<br><br>**DECLARATION OF MOLLY K. PRIEDEMAN IN SUPPORT OF UNITED STATES' SUPPLEMENTAL BRIEFING IN OPPOSITION TO DEFENDANT'S MOTION FOR A JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, NEW TRIAL PURSUANT TO RULE 29(C) AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |

**DECLARATION OF MOLLY K. PRIEDEMAN**

I, Molly K. Priedeman, declare as follows:

1. I am an Assistant United States Attorney for the Northern District of California and am one of the attorneys assigned to the prosecution of the above-entitled criminal case.

2. I submit this Declaration in Support of the United States' Supplemental Briefing in Opposition to Defendant's Motion for a Judgment of Acquittal or, in the alternative, New Trial Pursuant

Declaration of Molly K. Priedeman          1
3:24-cr-00141-VC

to Rule 29(C) and Rule 33 of the Federal Rules of Criminal Procedure

3.      Exhibit A attached hereto is an unredacted version of the grand jury transcript testimony for FBI SA Kurt Pelusi, dated September 9, 2026.

4.      Exhibit B attached hereto is a document listing, for each count of economic espionage, the dates on which the defendant uploaded each trade secret document from the Google corporate network into his personal Google Cloud account. For Counts 8-10 and 13, where the jury found that the combination of all documents in a category was a trade secret, Exhibit A specifies the upload dates for all documents in the combination.  For Counts 11-12 and 14, where the jury found individual documents to be trade secrets, Exhibit A specifies the upload dates for each document that the jury selected. Government counsel created Exhibit A by comparing the completed verdict form (Dkt. 367) to the exhibits documenting the upload date for the trade secret files (*see* TX 767; TX 5; and TX 780).

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: June 5, 2026                                          Respectfully submitted,


                                                                    _/s/ Molly K. Priedeman_____
                                                                    MOLLY K. PRIEDEMAN
                                                                    Assistant United States Attorney

# Exhibit A

GRAND JURY 24-2

NORTHERN DISTRICT OF CALIFORNIA

GJ INVESTIGATION NO. 2024R00042

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TESTIMONY OF KURT PELUSI

AT 450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

TUESDAY, SEPTEMBER 9, 2025

FOR THE GOVERNMENT:

CRAIG H. MISSAKIAN, UNITED STATES ATTORNEY

BY:  MOLLY PRIEDEMAN, ASSISTANT U.S. ATTORNEY

ROLAND CHANG, ASSISTANT U.S. ATTORNEY

UNITED STATES DEPARTMENT OF JUSTICE

AT 450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA  94102



INDEX

KURT PELUSI                                              Page

        Examination BY MS. PRIEDEMAN                     4

-oOo-



EXHIBITS

KURT PELUSI

None.

TUESDAY, SEPTEMBER 9, 2025; 11:01 A.M.

(Proceedings heard before the grand jury, reported but not transcribed, from 11:01 a.m. to 11:07 a.m.)

THE FOREPERSON:  Hi.  Good morning.

If you want to raise your right hand, I'll go ahead and swear you in.

KURT PELUSI,

a witness called on behalf of the United States Grand Jury in and for the Northern District of California, having been duly sworn, testified as follows:

THE WITNESS:  I swear.

THE FOREPERSON:  Can you please state your name and spell it.

THE WITNESS:  My name is Kurt Pelusi, spelled K-u-r-t, P-e-l-u-s-i.

THE FOREPERSON:  Thank you.

EXAMINATION

BY MS. PRIEDEMAN:

Q.   Good afternoon, Special Agent Pelusi.

You've appeared previously before this grand jury.

When you previously appeared, we discussed Linwei Ding, his employment with Google, and his alleged exfiltration of Google trade secrets, while he was affiliating himself with two companies based in the PRC.

You also discussed additional details about the specific Google technology exfiltrated by Ding.

Today, I want to ask you a little bit more about the time frame of Mr. Ding's theft.

The government has alleged that Mr. Ding stole information related to Google's AI ML technology from seven different categories of trade secrets; correct?

A.   Yes.

Q.   And that information was contained in PDFs of Apple Notes that Mr. Ding created on his Google corporate device and then uploaded to his personal Google account; is that right?

A.   Yes.

Q.   The government has done its own analysis of when and how Mr. Ding uploaded the documents containing trade secret information; correct?

A.   That's correct.

Q.   The government has also hired a forensic expert to analyze Mr. Ding's activity on his corporate

device, his personal Google Drive, and his personal computer; correct?

A. Yes.

Q. Based on that analysis, Mr. Ding made a number of uploads of documents containing Google trade secret information from his corporate device to his personal Google Drive; correct?

A. Correct.

Q. And did those uploads occur between, approximately, May 2022 and April of 2023?

A. They did.

Q. The forensic analysis also indicates that Mr. Ding downloaded all of the documents containing trade secrets from his personal Google Drive to his personal computer on December 14th, 2023; correct?

A. Yes.

Q. That was six days after Mr. Ding signed an affidavit for Google that said he had searched all of his personal devices and personal accounts for nonpublic Google information and had permanently deleted all copies of that type of information; correct?

A. That's correct.

Q. The government executed search warrants on Mr. Ding's residence on January 6, 2024; is that right?

A. Yes.

Q.   During that time, did agents seize Mr. Ding's personal computer?

A.   Yes.

Q.   Was that the same personal computer that contained the downloaded files containing Google trade secret information?

A.   Same one.

Q.   On January 13th, 2024, did the government execute a search warrant for Mr. Ding's personal Google Drive account?

A.   Yes.

Q.   Did they execute a search warrant on more than one Google Drive account?

A.   Yes.

Q.   Agents then reviewed Mr. Ding's personal Google Drive accounts and found the trade secret information he had uploaded between May 2022 and April 2023; correct?

A.   Yes.

Q.   Special Agent Pelusi, I've placed a copy of the second superseding indictment in front of you.

Have you previously had the opportunity to review the proposed second superseding indictment?

A.   I have.

Q.   There's a date range in the proposed second

superseding indictment for both the trade secret theft counts and the economic espionage counts that says on or about May 21st, 2022, and January 13th, 2024; correct?

A.   Yes.

Q.   Does May 21st, 2022, reflect the first date that Mr. Ding uploaded a document containing trade secret information?

A.   It is.

Q.   And January 13th, 2024, is the date that the government executed a search warrant on Mr. Ding's Google account, where they found the trade secret -- where they found documents containing Google trade secret information; correct?

A.   Yes.

Q.   Special Agent Pelusi, was your testimony today for the limited purpose of describing the facts relevant to showing probable cause for the proposed second superseding indictment?

A.   Yes.

Q.   During your investigation, have you reviewed information that supports probable cause to establish each allegation in the proposed second superseding indictment?

A.   I have.

Q.   Have you testified to all the facts that you

know with respect to this case?

A.   No.

MS. PRIEDEMAN:  I have no further questions.

Does the grand jury have questions of fact for the witness?

Seeing no -- no hands, may the witness be excused?

THE FOREPERSON:  Yes.  Thank you.

(Witness excused at 11:12 a.m.)

(Proceedings heard before the grand jury, reported but not transcribed, from 11:12 a.m. to 11:13 a.m.; whereupon, the proceedings concluded.)

STATE OF CALIFORNIA     )

                        )   ss.

COUNTY OF SONOMA        )

            I hereby certify that the foregoing in the within-entitled case was taken at the time and place herein named; that the transcript is a true record of the proceedings as reported by me, a duly certified shorthand reporter and a disinterested person, and was thereafter transcribed into typewriting by computer.

            I further certify that I am not interested in the outcome of said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

            IN WITNESS WHEREOF, I have hereunto set my hand and affixed my signature this 10th day of SEPTEMBER, 2025.


                        _____

                        BRENDA L. MARSHALL, CSR #6939

                        STATE OF CALIFORNIA

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

>    450 Golden Gate Avenue, Box 36055
>    San Francisco, California 94102-3495
>    Telephone: (415) 436-6627
>    casey.boome@usdoj.gov
>    molly.priedeman@usdoj.gov
>    roland.chang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LINWEI DING, <br><br> Defendant. | ) CASE NO. 3:24-cr-00141-VC <br> ) <br> ) **DECLARATION OF MOLLY K. PRIEDEMAN** <br> ) **IN SUPPORT OF UNITED STATES'** <br> ) **SUPPLEMENTAL BRIEFING IN OPPOSITION** <br> ) **TO DEFENDANT'S MOTION FOR A** <br> ) **JUDGMENT OF ACQUITTAL OR, IN THE** <br> ) **ALTERNATIVE, NEW TRIAL PURSUANT TO** <br> ) **RULE 29(C) AND RULE 33 OF THE FEDERAL** <br> ) **RULES OF CRIMINAL PROCEDURE** <br> ) <br> ) <br> ) |

**DECLARATION OF MOLLY K. PRIEDEMAN**

I, Molly K. Priedeman, declare as follows:

1.    I am an Assistant United States Attorney for the Northern District of California and am one of the attorneys assigned to the prosecution of the above-entitled criminal case.

2.    I submit this Declaration in Support of the United States' Supplemental Briefing in Opposition to Defendant's Motion for a Judgment of Acquittal or, in the alternative, New Trial Pursuant

Declaration of Molly K. Priedeman                    1
3:24-cr-00141-VC

# Exhibit B

# TRADE SECRET DOCUMENTS WITH UPLOAD DATES

### Count 8: Economic Espionage — Category 1 (Combination)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 1 | 371 | PFC - BarnaCore Instruction Set Architecture.pdf | 2023-04-17 |
| 2 | 358 | PFC - Host Communication.pdf | 2023-04-17 |
| 3 | 359 | PFC - ICI Initialization.pdf | 2023-04-17 |
| 4 | 360 | PFC - ICI Link Enable and Resets.pdf | 2023-04-17 |
| 5 | 361 | PFC - Interconnect.pdf | 2023-04-17 |
| 6 | 362 | PFC - Memory System.pdf | 2023-04-17 |
| 7 | 363 | PFC - TensorCore Instruction Set Architecture 1.pdf | 2023-04-17 |
| 8 | 364 | PFC - TensorCore Instruction Set Architecture 2.pdf | 2023-04-17 |
| 9 | 365 | PFC - TensorCore Instruction Set Architecture 3.pdf | 2023-04-17 |
| 10 | 366 | PFC - TensorCore Instruction Set Architecture 4.pdf | 2023-04-17 |
| 11 | 367 | PFC - TensorCore Instruction Set Architecture 5.pdf | 2023-04-17 |
| 12 | 368 | PFC - TensorCore Instruction Set Architecture 6.pdf | 2023-04-17 |
| 13 | 369 | PFC - TensorCore Instruction Set Architecture 7.pdf | 2023-04-17 |
| 14 | 370 | PFC - TensorCore Instruction Set Architecture 8.pdf | 2023-04-17 |
| 15 | 373 | TPU ICI.pdf | 2022-06-03 |
| 16 | 372 | TensorCore Instruction Set Architecture - JFC & DFC.pdf | 2023-04-17 |

### Count 9: Economic Espionage — Category 2 (Combination)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 1 | 374 | Accelerators.pdf | 2023-04-17 |
| 2 | 376 | Ghostlite.pdf | 2022-06-01 |
| 3 | 379 | ViperLitePod System Introduction.pdf | 2023-04-17 |
| 4 | 377 | Ghostlite.pdf | 2022-06-01 |
| 5 | 378 | ViperLite.pdf | 2022-06-01 |
| 6 | 380 | ViperLitePod.pdf | 2022-06-01 |
| 7 | 375 | Ghostlite Multi-host Software Enablement Program Kickoff.pdf | 2023-04-17 |

1

### Count 10: Economic Espionage — Category 3 (Combination)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 1 | 382 | Ghostfish Software Review For Planning Entry.pdf | 2023-04-17 |
| 2 | 384 | PFC - Pufferfish GRM.pdf | 2023-04-17 |
| 3 | 381 | Cloud TPU.pdf | 2022-06-01 |
| 4 | 383 | ICI Resilient Slice.pdf | 2022-06-01 |
| 5 | 385 | XLA: TPU.pdf | 2023-04-17 |
| 6 | 393 | Slice Builder.pdf | 2023-04-17 |
| 7 | 394 | Slice Creation Algorithms.pdf | 2023-04-17 |
| 8 | 388 | Flume with Accelerators.pdf | 2023-04-17 |
| 9 | 390 | Megascale Networking.pdf | 2022-05-21 |
| 10 | 397 | XOR Core ML Review (Dev Entry).pdf | 2023-04-17 |
| 11 | 398 | XOR PRD.pdf | 2023-04-17 |
| 12 | 389 | JAX+Pathways.pdf | 2023-04-17 |
| 13 | 396 | Training multipod models on Ghostlite.pdf | 2023-04-17 |
| 14 | 399 | XOR & Horizontal Scaling.pdf | 2023-04-17 |
| 15 | 387 | Cloud TPU V5 PF:VF Initialization.pdf | 2022-06-01 |
| 16 | 386 | AdAstra-Network.pdf | 2022-06-03 |
| 17 | 395 | TPU Fungibility : ACU Roadmap.pdf | 2023-04-17 |
| 18 | 392 | MegaScale XLA.pdf | 2022-05-21 |
| 19 | 391 | MegaScale XLA - Doc.pdf | 2022-05-21 |

### Count 11: Economic Espionage — Category 4 (Individual Documents)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 3 | 402 | AdAstra-Mechanical.pdf | 2022-06-03 |
| 6 | 407 | Endurance-B Hardware Design Doc (go:endurance-hw-spec).pdf | 2023-04-17 |
| 10 | 410 | Tech Overview.pdf | 2022-05-21 |
| 11 | 408 | H100 Competitive Analysis.pdf | 2023-04-17 |

### Count 12: Economic Espionage — Category 5 (Individual Documents)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 8 | 429 | Fabric Topology for Astrophel.pdf | 2023-04-17 |
| 20 | 431 | Maintenance of GPU Pods and TPU Pod Slices in GKE.pdf | 2023-04-17 |
| 22 | 434 | TCPDirect for AdAstra System Architecture.pdf | 2023-04-17 |

2

**Count 13: Economic Espionage — Category 6 (Combination)**

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 1 | 438 | Dorite-uArch.pdf | 2022-06-03 |
| 2 | 437 | Diorite Architecture Overview.pdf | 2022-06-03 |
| 3 | 439 | RDMA.pdf | 2022-06-03 |
| 4 | 440 | Terrazzo V2: concept phase CFR.pdf | 2023-04-17 |

**Count 14: Economic Espionage — Category 7 (Individual Documents)**

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 1 | 461 | Raptor Multi-NIC.pdf | 2022-06-01 |
| 2 | 462 | RDMA on-NIC SW architecture.pdf | 2022-06-03 |
| 6 | 448 | CloudRDMA-DeepDive-Datapath.pdf | 2022-06-03 |
| 17 | 451 | CloudRDMA-DeepDive-Telemetry_Debugging.pdf | 2022-06-03 |

Sources: TX 767; TX 5; and TX 780.

3