# Exhibit A

GRAND JURY 24-2

NORTHERN DISTRICT OF CALIFORNIA

GJ INVESTIGATION NO. 2024R00042

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TESTIMONY OF KURT PELUSI

AT 450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

TUESDAY, SEPTEMBER 9, 2025

FOR THE GOVERNMENT:

     CRAIG H. MISSAKIAN, UNITED STATES ATTORNEY

     BY:  MOLLY PRIEDEMAN, ASSISTANT U.S. ATTORNEY

         ROLAND CHANG, ASSISTANT U.S. ATTORNEY

     UNITED STATES DEPARTMENT OF JUSTICE

     AT 450 GOLDEN GATE AVENUE

     SAN FRANCISCO, CALIFORNIA  94102



INDEX

KURT PELUSI                                                    Page

        Examination BY MS. PRIEDEMAN                           4

-oOo-



EXHIBITS

KURT PELUSI

None.

TUESDAY, SEPTEMBER 9, 2025; 11:01 A.M.

(Proceedings heard before the grand jury,
reported but not transcribed, from
11:01 a.m. to 11:07 a.m.)

THE FOREPERSON:  Hi.  Good morning.

If you want to raise your right hand, I'll go ahead and swear you in.

KURT PELUSI,

a witness called on behalf of the United States Grand Jury in and for the Northern District of California, having been duly sworn, testified as follows:

THE WITNESS:  I swear.

THE FOREPERSON:  Can you please state your name and spell it.

THE WITNESS:  My name is Kurt Pelusi, spelled K-u-r-t, P-e-l-u-s-i.

THE FOREPERSON:  Thank you.

EXAMINATION

BY MS. PRIEDEMAN:

Q.   Good afternoon, Special Agent Pelusi.

You've appeared previously before this grand jury.

When you previously appeared, we discussed Linwei Ding, his employment with Google, and his alleged exfiltration of Google trade secrets, while he was affiliating himself with two companies based in the PRC.

You also discussed additional details about the specific Google technology exfiltrated by Ding.

Today, I want to ask you a little bit more about the time frame of Mr. Ding's theft.

The government has alleged that Mr. Ding stole information related to Google's AI ML technology from seven different categories of trade secrets; correct?

A.   Yes.

Q.   And that information was contained in PDFs of Apple Notes that Mr. Ding created on his Google corporate device and then uploaded to his personal Google account; is that right?

A.   Yes.

Q.   The government has done its own analysis of when and how Mr. Ding uploaded the documents containing trade secret information; correct?

A.   That's correct.

Q.   The government has also hired a forensic expert to analyze Mr. Ding's activity on his corporate

device, his personal Google Drive, and his personal computer; correct?

A.   Yes.

Q.   Based on that analysis, Mr. Ding made a number of uploads of documents containing Google trade secret information from his corporate device to his personal Google Drive; correct?

A.   Correct.

Q.   And did those uploads occur between, approximately, May 2022 and April of 2023?

A.   They did.

Q.   The forensic analysis also indicates that Mr. Ding downloaded all of the documents containing trade secrets from his personal Google Drive to his personal computer on December 14th, 2023; correct?

A.   Yes.

Q.   That was six days after Mr. Ding signed an affidavit for Google that said he had searched all of his personal devices and personal accounts for nonpublic Google information and had permanently deleted all copies of that type of information; correct?

A.   That's correct.

Q.   The government executed search warrants on Mr. Ding's residence on January 6, 2024; is that right?

A.   Yes.

Q.   During that time, did agents seize Mr. Ding's personal computer?

A.   Yes.

Q.   Was that the same personal computer that contained the downloaded files containing Google trade secret information?

A.   Same one.

Q.   On January 13th, 2024, did the government execute a search warrant for Mr. Ding's personal Google Drive account?

A.   Yes.

Q.   Did they execute a search warrant on more than one Google Drive account?

A.   Yes.

Q.   Agents then reviewed Mr. Ding's personal Google Drive accounts and found the trade secret information he had uploaded between May 2022 and April 2023; correct?

A.   Yes.

Q.   Special Agent Pelusi, I've placed a copy of the second superseding indictment in front of you.

Have you previously had the opportunity to review the proposed second superseding indictment?

A.   I have.

Q.   There's a date range in the proposed second

superseding indictment for both the trade secret theft counts and the economic espionage counts that says on or about May 21st, 2022, and January 13th, 2024; correct?

A.   Yes.

Q.   Does May 21st, 2022, reflect the first date that Mr. Ding uploaded a document containing trade secret information?

A.   It is.

Q.   And January 13th, 2024, is the date that the government executed a search warrant on Mr. Ding's Google account, where they found the trade secret -- where they found documents containing Google trade secret information; correct?

A.   Yes.

Q.   Special Agent Pelusi, was your testimony today for the limited purpose of describing the facts relevant to showing probable cause for the proposed second superseding indictment?

A.   Yes.

Q.   During your investigation, have you reviewed information that supports probable cause to establish each allegation in the proposed second superseding indictment?

A.   I have.

Q.   Have you testified to all the facts that you

know with respect to this case?

A.    No.

MS. PRIEDEMAN:  I have no further questions.

Does the grand jury have questions of fact for the witness?

Seeing no -- no hands, may the witness be excused?

THE FOREPERSON:  Yes.  Thank you.

(Witness excused at 11:12 a.m.)

(Proceedings heard before the grand jury, reported but not transcribed, from 11:12 a.m. to 11:13 a.m.; whereupon, the proceedings concluded.)

STATE OF CALIFORNIA      )

                         )   ss.

COUNTY OF SONOMA         )

I hereby certify that the foregoing in the within-entitled case was taken at the time and place herein named; that the transcript is a true record of the proceedings as reported by me, a duly certified shorthand reporter and a disinterested person, and was thereafter transcribed into typewriting by computer.

I further certify that I am not interested in the outcome of said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my signature this 10th day of SEPTEMBER, 2025.

_Brenda L. Marshall_ - - - - - -

BRENDA L. MARSHALL, CSR #6939

STATE OF CALIFORNIA