# Exhibit B

# TRADE SECRET DOCUMENTS WITH UPLOAD DATES

## Count 8: Economic Espionage — Category 1 (Combination)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 1 | 371 | PFC - BarnaCore Instruction Set Architecture.pdf | 2023-04-17 |
| 2 | 358 | PFC - Host Communication.pdf | 2023-04-17 |
| 3 | 359 | PFC - ICI Initialization.pdf | 2023-04-17 |
| 4 | 360 | PFC - ICI Link Enable and Resets.pdf | 2023-04-17 |
| 5 | 361 | PFC - Interconnect.pdf | 2023-04-17 |
| 6 | 362 | PFC - Memory System.pdf | 2023-04-17 |
| 7 | 363 | PFC - TensorCore Instruction Set Architecture 1.pdf | 2023-04-17 |
| 8 | 364 | PFC - TensorCore Instruction Set Architecture 2.pdf | 2023-04-17 |
| 9 | 365 | PFC - TensorCore Instruction Set Architecture 3.pdf | 2023-04-17 |
| 10 | 366 | PFC - TensorCore Instruction Set Architecture 4.pdf | 2023-04-17 |
| 11 | 367 | PFC - TensorCore Instruction Set Architecture 5.pdf | 2023-04-17 |
| 12 | 368 | PFC - TensorCore Instruction Set Architecture 6.pdf | 2023-04-17 |
| 13 | 369 | PFC - TensorCore Instruction Set Architecture 7.pdf | 2023-04-17 |
| 14 | 370 | PFC - TensorCore Instruction Set Architecture 8.pdf | 2023-04-17 |
| 15 | 373 | TPU ICI.pdf | 2022-06-03 |
| 16 | 372 | TensorCore Instruction Set Architecture - JFC & DFC.pdf | 2023-04-17 |

## Count 9: Economic Espionage — Category 2 (Combination)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 1 | 374 | Accelerators.pdf | 2023-04-17 |
| 2 | 376 | Ghostlite.pdf | 2022-06-01 |
| 3 | 379 | ViperLitePod System Introduction.pdf | 2023-04-17 |
| 4 | 377 | Ghostlite.pdf | 2022-06-01 |
| 5 | 378 | ViperLite.pdf | 2022-06-01 |
| 6 | 380 | ViperLitePod.pdf | 2022-06-01 |
| 7 | 375 | Ghostlite Multi-host Software Enablement Program Kickoff.pdf | 2023-04-17 |

### Count 10: Economic Espionage — Category 3 (Combination)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 1 | 382 | Ghostfish Software Review For Planning Entry.pdf | 2023-04-17 |
| 2 | 384 | PFC - Pufferfish GRM.pdf | 2023-04-17 |
| 3 | 381 | Cloud TPU.pdf | 2022-06-01 |
| 4 | 383 | ICI Resilient Slice.pdf | 2022-06-01 |
| 5 | 385 | XLA: TPU.pdf | 2023-04-17 |
| 6 | 393 | Slice Builder.pdf | 2023-04-17 |
| 7 | 394 | Slice Creation Algorithms.pdf | 2023-04-17 |
| 8 | 388 | Flume with Accelerators.pdf | 2023-04-17 |
| 9 | 390 | Megascale Networking.pdf | 2022-05-21 |
| 10 | 397 | XOR Core ML Review (Dev Entry).pdf | 2023-04-17 |
| 11 | 398 | XOR PRD.pdf | 2023-04-17 |
| 12 | 389 | JAX+Pathways.pdf | 2023-04-17 |
| 13 | 396 | Training multipod models on Ghostlite.pdf | 2023-04-17 |
| 14 | 399 | XOR & Horizontal Scaling.pdf | 2023-04-17 |
| 15 | 387 | Cloud TPU V5 PF:VF Initialization.pdf | 2022-06-01 |
| 16 | 386 | AdAstra-Network.pdf | 2022-06-03 |
| 17 | 395 | TPU Fungibility : ACU Roadmap.pdf | 2023-04-17 |
| 18 | 392 | MegaScale XLA.pdf | 2022-05-21 |
| 19 | 391 | MegaScale XLA - Doc.pdf | 2022-05-21 |

### Count 11: Economic Espionage — Category 4 (Individual Documents)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 3 | 402 | AdAstra-Mechanical.pdf | 2022-06-03 |
| 6 | 407 | Endurance-B Hardware Design Doc (go:endurance-hw-spec).pdf | 2023-04-17 |
| 10 | 410 | Tech Overview.pdf | 2022-05-21 |
| 11 | 408 | H100 Competitive Analysis.pdf | 2023-04-17 |

### Count 12: Economic Espionage — Category 5 (Individual Documents)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 8 | 429 | Fabric Topology for Astrophel.pdf | 2023-04-17 |
| 20 | 431 | Maintenance of GPU Pods and TPU Pod Slices in GKE.pdf | 2023-04-17 |
| 22 | 434 | TCPDirect for AdAstra System Architecture.pdf | 2023-04-17 |

## Count 13: Economic Espionage — Category 6 (Combination)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 1 | 438 | Dorite-uArch.pdf | 2022-06-03 |
| 2 | 437 | Diorite Architecture Overview.pdf | 2022-06-03 |
| 3 | 439 | RDMA.pdf | 2022-06-03 |
| 4 | 440 | Terrazzo V2: concept phase CFR.pdf | 2023-04-17 |

## Count 14: Economic Espionage — Category 7 (Individual Documents)

| Verdict-form order | Exhibit No. | Document/File name | Upload Date |
|---|---|---|---|
| 1 | 461 | Raptor Multi-NIC.pdf | 2022-06-01 |
| 2 | 462 | RDMA on-NIC SW architecture.pdf | 2022-06-03 |
| 6 | 448 | CloudRDMA-DeepDive-Datapath.pdf | 2022-06-03 |
| 17 | 451 | CloudRDMA-DeepDive-Telemetry_Debugging.pdf | 2022-06-03 |

Sources: TX 767; TX 5; and TX 780.

3