GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
COLETTE LOWRY (SBN 359889)
*Clowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, 32nd Floor
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

[*ADDITIONAL COUNSEL ON SIGNATURE BLOCK*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>          Defendant. | Case No.  3:24-CR-00141-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL DAVID RAPP-KIRSHNER**<br><br>Courtroom:  4 (17th Floor)<br>Judge:      Hon. Vince Chhabria<br>                450 Golden Gate Avenue<br>                San Francisco, CA 94102 |

NOTICE OF WITHDRAWAL OF COUNSEL DAVID RAPP-KIRSHNER

CASE NO. 3:24-CR-00141-VC

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT David Rapp-Kirshner withdraws as attorney of record for Defendant LINWEI DING ("Mr. Ding"). David Rapp-Kirshner is no longer associated with the law firm of Goodwin Procter LLP. Grant Fondo, Darryl M. Woo, Rachel M. Walsh, Farzad Feyzi, Jessica Huang Fuzellier, Colette Lowry, Nicholas C. Wiley, and Lora J. Krsulich of Goodwin Procter LLP remain as attorneys of record and attorneys to be noticed for Mr. Ding.

Respectfully submitted,

Dated: July 17, 2026

By: /s/ *Lora Krsulich*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NICHOLAS C. WILEY (SBN 351161)
*NWiley@goodwinlaw.com*
COLETTE LOWRY (SBN359889)
*Clowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**

LORA J. KRSULICH (SBN 315399)
*LKrsulich@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant:
LINWEI DING

NOTICE OF WITHDRAWAL OF COUNSEL DAVID RAPP-KIRSHNER

CASE NO. 3:24-CR-00141-VC

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **July 17, 2026**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **July 17, 2026**.

/s/ *Lora J. Krsulich*
LORA J. KRSULICH

CERTIFICATE OF SERVICE                                                    CASE NO. 3:24-CR-00141-VC