# Exhibit A

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627
casey.boome@usdoj.gov
molly.priedeman@usdoj.gov
roland.chang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING, aka Leon Ding,<br><br>Defendant. | CASE NO. 3:24-cr-00141-VC<br><br>**DECLARATION OF MARK LOHMEYER RE SENTENCING OF DEFENDANT LINWEI DING** |

**DECLARATION OF MARK LOHMEYER**

I, Mark Lohmeyer, declare as follows:

1. I am currently employed as a Vice President / General Manager in AI and Computing Infrastructure at Google. I have been in this role since 2023.

2. I have personal knowledge of the facts in this declaration and could testify competently to them if called as a witness.

3. I submit this declaration in connection with the criminal case against former Google employee Linwei Ding ("Ding"). I understand that Ding has been convicted, that the Court is now

considering his sentence, and that as part of that process, the Court will consider what monetary loss Ding intended for Google to suffer from his conduct.

4. For the reasons stated herein, I estimate that if Ding had accomplished his stated goals for his startup company, Zhisuan, his actions would have caused Google between $6,200,203.11 and $9,538,774.01 in monetary losses. This is a conservative estimate, which I arrived at through the following calculation.

**I. Information from Ding's Revenue Projections**

5. I began by reviewing three Trial Exhibits which contain evidence as to Ding's revenue projections for Zhisuan. Those three Exhibits are described below:

a. Exhibit 1143 at page 32: this Exhibit contains a bar graph showing revenue projections in units of 10,000 yuan. The graph projects ¥25,000,000 in revenue in 2024, ¥50,000,000 in 2025, and ¥80,000,000 in 2026.

b. Exhibit 1160 at page 12: this Exhibit contains an image showing revenue projections in units of "RMB." I understand that RMB and yuan mean essentially the same thing—RMB describes the monetary system of the People's Republic of China, while Yuan refers to individual units of currency. The image in this exhibit shows the same projections described above: ¥25,000,000 in revenue in 2024, ¥50,000,000 in 2025, and ¥80,000,000 in 2026.

c. Exhibit 1149 at page 1: this Exhibit projects $100,000,000 in revenue in Zhisuan's fifth year. I understand that 2024 would be the first year, and so the fifth year would be 2028.

6. I then consolidated the projections from the exhibits above into one unified revenue projection. This required converting the projections in yuan/RMB to U.S. dollars (USD) so that the projections from Exhibits 1143 and 1160 could be compared with those in Exhibit 1149.

a. I used a conversation rate of .141 USD to one yuan, which I derived from public sources on currency conversation rates. My understanding is that this was the conversion rate between yuan and USD in December of 2023.

b. Converting the projections from Exhibits 1143 and 1160 to USD as described above, Ding anticipated revenue of $3,525,000 in 2024, $7,050,000 in 2025, and $11,280,000 in

2026, as shown in the table below:

| **Year** | **Yuan / RMB** | **USD (at conversion rate of .141 dollar per yuan)** |
|---|---|---|
| 2024 | 25,000,000 | $ 3,525,000.00 |
| 2025 | 50,000,000 | $ 7,050,000.00 |
| 2026 | 80,000,000 | $ 11,280,000.00 |

c. Combining those converted projections with those from Exhibit 1149 results in the revenue projection table below:

| **Year No.** | **Year** | **Ding's Projected Revenue** |
|---|---|---|
| 1 | 2024 | $3,525,000.00 |
| 2 | 2025 | $7,050,000.00 |
| 3 | 2026 | $11,280,000.00 |
| 4 | 2027 | - |
| 5 | 2028 | $100,000,000.00 |

7. As the table above indicates, Ding's documents do not contain a projection for 2027 to my knowledge. But this number can be derived from the other projections. I used the "growth" function in Google Sheets (equivalent to the "growth" function in Microsoft Excel) to estimate this number. This function uses existing data to create an exponential best fit curve and predict exponential growth. The output of this function for year 4 was $36,701,748.89. This results in the complete revenue projection table below. It can also be visualized on the chart below.

//

//

//

| Year No. | Year | Ding's Projected Revenue |
|---|---|---|
| 1 | 2024 | $3,525,000.00 |
| 2 | 2025 | $7,050,000.00 |
| 3 | 2026 | $11,280,000.00 |
| 4 | 2027 | $36,701,748.89 |
| 5 | 2028 | $100,000,000.00 |




8. Finally, I totaled Ding's revenue projections to ascertain his total intended revenue from 2024 – 2028. This resulted in a total intended revenue of $158,556,748.89, as shown in the table below:

| Year No. | Year | Ding's Projected Revenue |
|---|---|---|
| 1 | 2024 | $3,525,000.00 |
| 2 | 2025 | $7,050,000.00 |
| 3 | 2026 | $11,280,000.00 |
| 4 | 2027 | $36,701,748.89 |
| 5 | 2028 | $100,000,000.00 |
| **Five Year Total** | | **$158,556,748.89** |

## II. Ding's Revenue Projections are Reasonable

9. After compiling the revenue projection described above, I considered whether this revenue projection was reasonable in context. I believe it is.

10. First, I believe that the growth Ding expected is feasible for a start-up company in the AI infrastructure and cloud computing space. Other start-ups have achieved similarly impressive growth. For example, I understand that Crusoe[1] (an AI infrastructure and cloud computing company) was founded in 2018 and achieved $276 million in revenue by 2024. Similarly, I understand that CoreWeave[2] (another AI infrastructure and cloud computing company) was founded in 2017 and achieved over $5 billion in revenue by 2025. Ding's projected revenue of $100 million by year five is feasible in this space given the performance of similarly situated start-ups.

11. Second, I also believe that the growth Ding projected is feasible in light of the trade secrets he took from Google. I am familiar with many of the documents Ding was convicted of misappropriating, and I believe that those documents would give a start-up a significant leg up over competitors starting from nothing, making the growth all the more feasible.

## III. Impact of Ding's Revenue on Google's Revenue

12. I next considered the impact that Ding's start-up would have on Google.

13. In order to ascertain this, I considered Google's market share. I assumed that Zhisuan would compete not only against Google but also against Google's competitors. Thus, while Ding would divert some revenue from Google, not all of his revenue would be directly diverted from Google as some would instead be diverted from Google's competitors. I further assumed that Google's market share would be a reasonable basis on which to estimate the revenue diverted from Google.

14. Ding's marketing materials for Zhisuan state that the company planned to provide AI infrastructure services to its customers, and the trade secrets that Ding stole relate to Google's AI infrastructure technology. Google provides AI infrastructure services, along with other cloud services, to its customers through Google Cloud. My understanding is that the public estimate for Google's global market share in all cloud services—including but not limited to AI infrastructure services—is

---

[1] https://www.crusoe.ai/

[2] https://www.coreweave.com/

approximately 13%. This has been publicly reported by research agencies that track this market.[3] Although cloud services is a broader category than AI infrastructure services, the two are closely related and there is substantial correlation between their respective market shares. AI infrastructure services are a significant component of Google Cloud's suite of products and an increasing portion of the computing infrastructure that public clouds, such as Google Cloud, Microsoft Azure, and Amazon Web Services, are deploying is for AI workloads. Customer choices of public clouds are increasingly driven by their AI capabilities, and customers aim to leverage AI in their public clouds to both drive business transformations and accelerate their business priorities. For those reasons, I believe that Google's cloud services market share is a valid basis on which to estimate the portion of Ding's revenue that would be diverted from Google. As Google described in its most recent Earnings Report,[4] growth in sales of cloud services is "driven by demand for AI products."

15. Google does not publicly disclose any market share numbers for AI infrastructure cloud services. Based on consulting with Google employees responsible for tracking market share, my understanding is that Google internally estimates that its global market share in AI infrastructure services is currently slightly higher than 13%: it is estimated to be at least 20%.

16. Accordingly, I calculated Google's potential lost revenue and profits using both numbers as described below, with 13% (Google's global market share in cloud services) as the lower range and 20% (Google's internal estimate of its global market share in AI infrastructure services) as the upper range.

17. I am not aware of any market share data that is specific to the Asia Pacific region. I believe that it is appropriate to measure Ding's intended impact on Google's profits by using Google's global market share here for three reasons. First, Google provides cloud services to companies that are headquartered in China or elsewhere in the Asia Pacific region, which often have customers across the world. These China-based customers partner with Google Cloud to run their services using Google's

---

[3] *See, e.g.*, Synergy Research Group, *Cloud Market Growth Rate Rises Again in Q3; Biggest Ever Sequential Increase*, Oct. 31, 2025, https://www.srgresearch.com/articles/cloud-market-growth-rate-rises-again-in-q3-biggest-ever-sequential-increase; Richard Jaimes, *Cloud Market Share Statistics 2025*, Nov. 11, 2025, https://www.quantumrun.com/consulting/cloud-market-share/.

[4] *See Alphabet Announces Fourth Quarter and Fiscal Year 2025 Results*, Feb. 4, 2026, at 1, https://www.sec.gov/Archives/edgar/data/1652044/000165204426000012/googexhibit991q42025.htm.

datacenters in regions around the world. Second, global cloud computing companies headquartered in China, such as Alibaba Cloud, operate datacenters around the world in markets where they compete with Google for regional customers. Accordingly, even assuming that Ding sold only to customers in China or the Asia Pacific, Ding's technology would nevertheless compete against Google on a global basis. Finally, to the extent the trial evidence showed that Ding planned to expand his business beyond mainland China and the Asia Pacific region, this would further support using global market share as the appropriate metric. All of this supports the assumption that global market share is an accurate estimate of Ding's impact on Google.

18. Assuming that 13% (Google's cloud services global market share) of Ding's expected revenue would be diverted from Google, Ding would have diverted $20,612,377.36 in revenue from Google to Zhisuan in the 2024 – 2028 time period ($158,556,748.89 x .13).

19. Assuming that 20% (Google's estimated AI infrastructure services market share) of Ding's expected revenue would be diverted from Google, Ding would have diverted $31,711,349.78 in revenue from Google to Zhisuan in the 2024 – 2028 time period ($158,556,748.89 x .20).

20. Thus, had Ding achieved his stated revenue goals for Zhisuan, I believe that a reasonable estimate of Ding's impact on Google's revenue is $20,612,377.36 – $31,711,349.78.

## IV. Impact of Ding's Revenue Diversion on Google's Profits

21. My understanding is that the key question is not how much Google's revenue would decrease, but how much its profit would decrease. Thus, I next estimated the impact that a $20,612,377.36 – $31,711,349.78 drop in revenue would have on Google's profits.

22. In order to estimate this, I considered Google's profit margin in cloud services, which includes AI infrastructure. For the same reasons described above, I believe that profit margin in cloud services is a reasonable proxy for profit margin in AI infrastructure services, the space where Ding intended to compete with Google, and thus that this is an accurate estimate of the impact that Ding's start-up would have on Google's profit.[5] This profit margin can be easily derived from public

[5] Neither Google nor its competitors publicly disclose profit margin data specific to AI infrastructure services. My understanding is that public disclosure of internal data reflecting such information would have market moving impact.

information.

23. In our earnings report for Q4 of 2025, Google disclosed $17,664,000,000 in cloud services revenue, and $5,313,000,000 in cloud services operating income.[6] Thus, Google had a 30.08% profit margin in cloud services (5,313,000,000 / 17,664,000,000).

24. Applying this profit margin to Ding's expected diversion of Google revenue, based on the 13% market share estimate discussed above, I found that if Ding had achieved his revenue projections, he would have cost Google $6,200,203.11 in profits ($20,612,377.36 x .3008).

25. Alternatively, applying this profit margin to Ding's expected diversion of Google revenue based on the 20% market share estimate discussed above, I found that if Ding had achieved his revenue projections, he would have cost Google $9,538,774.01 in profits ($31,711,349.78 x .3008).

26. Thus, had Ding achieved his stated goals for Zhisuan, I believe that a reasonable estimate of Google's anticipated lost profits is $6,200,203.11 – $9,538,774.01.

## V. This is a Conservative Estimate

27. I believe that the estimate above is conservative for the following reasons.

28. First, Ding's documents are likely conservative estimates. Some start-ups have grown faster as described above. While I do not have personal knowledge of Ding's intentions, I suspect that his hope was that his start-up would grow even faster than projected.

29. Second, the calculation above only includes five years. Ding presumably did not intend to shut down his start-up after achieving $100 million in revenue in year five—instead, he likely intended to continue competing against Google indefinitely, diverting profits from Google every year indefinitely.

30. Third, the market share estimates used above are conservative. My understanding is that Google's internal estimate of its AI infrastructure market share is at least 20%. To the extent Google's AI infrastructure market share is higher than 20%, it would result in a larger overall totals for lost revenue and profits.

31. Fourth, the market share estimate does not account for the similarities that would have existed between Google's products and Ding's, which could result in Ding diverting more revenue from

[6] *See Alphabet Announces Fourth Quarter and Fiscal Year 2025 Results*, Feb. 4, 2026, at 2, https://www.sec.gov/Archives/edgar/data/1652044/000165204426000012/googexhibit991q42025.htm.

Google than Google's market share would suggest. If Zhisuan built products similar to Google's, which would likely have occurred given Ding's theft of Google trade secrets and his stated goal to "replicate and upgrade" Google's technology, those products would likely be better substitutes for Google's products than for Google's competitors' products, leading to more revenue diversion from Google.

32. For all of these reasons, I believe that the estimate that Ding's growth and revenue goals for Zhisuan would have caused Google to lose $6,200,203.11 – $9,538,774.01 is conservative.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: July 14, 2026

Respectfully submitted,

By: Signed by: Mark Lohmeyer
8438D626D60B477...
Mark Lohmeyer