CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627
casey.boome@usdoj.gov
molly.priedeman@usdoj.gov
roland.chang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING, aka Leon Ding,<br><br>Defendant. | Case No. 3:24-cr-00141 VC<br><br>**UNITED STATES' NOTICE OF APPEAL** |

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Ninth Circuit under 18 U.S.C. § 3731 and 28 U.S.C. § 1291 from the district court's order of August 20, 2026, granting Defendant's motion for judgment of acquittal on the economic espionage counts (Dkt. 447); and the court's judgment entered on September 8, 2026 (Dkt. 459).

DATE: September 21, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/*
CASEY BOOME
MOLLY K. PRIEDEMAN
ROLAND CHANG
Assistant United States Attorneys